**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOSEPH EDWIN HARJU,

Civil No. 01-2336 (DWF/RLE)

Plaintiff,

v.

**ORDER OF REFERENCE**

PHILIP MORRIS INC., being sued as
Philip Morris Incorporated,
R.J. REYNOLDS TOBACCO, being sued as
R.J. Reynolds Tobacco Company,
BROWN AND WILLIAMSON TOBACCO
CORPORATION,
B.A.T. INDUSTRIES, P.L.C.,
BRITISH-AMERICAN TOBACCO
COMPANY LIMITED,
B.A.T. (U.K. AND EXPORTS) LIMITED,
LORILLARD TOBACCO CO.,
LIGGETT GROUP, INC.,
COUNCIL FOR TOBACCO RESEARCH-USA, INC.,
being sued as The Council for tobacco Research-U.S.A. Inc.,
and THE TOBACCO INSTITUTE, INC.,

Defendants.

---

Joseph Edwin Harju, pro se, Minnesota Correctional Facility, 1000 Lakeshore Drive, Moose Lake, MN 55767, Plaintiff.

Edward Magarian, Esq., and Randall Frykberg, 50 - 6th Street South, Suite 1500, Minneapolis, MN 55402, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion for Order for Coordinated Briefing Schedule (Docket No. 8) and Defendant's Joint Motion to Dismiss (Docket No.10) are referred to Magistrate Judge Raymond L. Erickson.

14

APR 16 2002
Filed ____________
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Counsel are directed to call and schedule the motion with Calendar Clerk Vicki Miller at 218-529-3520.

Dated: April 16, 2002

DONOVAN W. FRANK
Judge of United States District Court