UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Joseph Edwin Harju,

Plaintiff,

vs. ORDER

Philip Morris, Inc.; R.J. Reynolds Tobacco Co.; Brown and Williamson Tobacco Corp.; B.A.T. Industries, P.L.C.; British-American Tobacco Co. Limited; B.A.T. (U.K. and Exports) Limited; Lorillard Tobacco Co.; Liggett Group, Inc.; The Council for Tobacco Research - U.S.A., Inc.; and The Tobacco Institute, Inc.,

Defendants. Civ. No. 01-2336 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of June, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), and upon routine supervision of cases filed in this Division.

The Plaintiff, who is a prisoner at the Minnesota Correctional Facility in Moose Lake, Minnesota, commenced this action by filing a Complaint in this District on December 17, 2001. He is seeking relief under Title 28 U.S.C. §§1331 and 1332, as he contends that

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

23

the Defendants have caused him personal injury through their development, marketing, and sale of tobacco products. He also filed an Application to proceed in forma pauperis, which was granted on December 27, 2001. See, Docket No. 3. As a consequence, we directed the service of the Summons and Complaint by the United States Marshals Service.

The Summons and Complaint was served upon, and acknowledged by, the Defendant Philip Morris, Inc. ("Philip Morris"), on March 21, 2002; the Defendant R.J. Reynolds Tobacco Company ("R.J. Reynolds") on March 6, 2002; the Defendant Brown and Williamson Tobacco Corporation ("Brown") on March 20, 2002; and Defendant Liggett Group, Inc. ("Liggett"), on May 1, 2002. These Defendants filed a Joint Motion to Dismiss on April 1, 2002,[1] and the Plaintiff responded to the Motion on April 25, 2002. See, Dockets No. 10 and 18. The Defendants then filed a Reply Memorandum on May 8, 2002, see, Docket No. 21, so the Motion is now ready for a decision.[2] Deeming oral argument unnecessary, we now take the Motion under advisement, and will address the issues on the papers submitted.

[1]Philip Morris also filed a Motion for a coordinated briefing schedule. Due to the subsequent filings of the parties, that Motion is now moot, ane we deny it as such.

[2]The Motion to Dismiss of Philip Morris, R.J. Reynolds, Brown, and Liggett, was referred to the undersigned on April 16, 2002. See, Docket No. 14.

The United States Marshals did attempt to serve the Summons and Complaint upon the Defendant Council for Tobacco Research ("Tobacco Council"), the Defendant Tobacco Institute, Inc. ("Tobacco Institute"), and the Defendant Lorillard Tobacco Company ("Lorillard"), but each attempt was unsuccessful, as the Plaintiff had provided incorrect addresses for these Defendants. See, Docket No. 22. Thus, as this matter was initiated on December 17, 2001, it appears that one hundred and twenty (120) days have passed and these Defendants have not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.[3]

THEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

---

[3]The Summons and Complaint has also not been served upon the Defendants B.A.T. Industries, P.L.C.; the British-American Tobacco Company Limited, and the B.A.T. (U.K. Exports) Limited, as these are apparently foreign entities, and the Plaintiff is attempting to execute service through the Office of Foreign Litigation. See, Plaintiffs' Motion in Opposition to Defendants' Motion for Coordinated Briefing Schedule, at 2. The time limitation for service of process, which is imposed by Rule 4(m), is not applicable to these entities. Rule 4(m), Federal Rules of Civil Procedure ("This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1)."). We still direct the Plaintiff to keep us informed about his efforts at serving process upon these Defendants.

ORDERED:

1. That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated on the Tobacco Council, the Tobacco Institute, and Lorillard; that, in the absence of good cause shown, the Court shall Recommend that this action be dismissed, as it relates to these Defendants, for failure to effect proper service upon these Defendants and for failure of prosecution.

2. We further deny, as moot, the Defendants' Motion for a Coordinated Briefing Schedule [Docket No. 8].

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

*Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

### *Seminar Registration*

| | |
|---|---|
| ☐ Member | $195.00 |
| ☐ Non-Member | $225.00 |

Name

Firm/Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building