**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph Edward Harju,

Plaintiff,

v.

Philip Morris, Inc., being sued as Philip Morris Incorporated; R.J. Reynolds Tobacco, being sued as R.J. Reynolds Tobacco Company; Brown and Williamson Tobacco Corporation; B.A.T. Industries, P.L.C.; British-American Tobacco Company Limited; B.A.T.(U.K. and Exports) Limited; Lorillard Tobacco Co.; Liggett Group, Inc.; Council for Tobacco Research-U.S.A., Inc., being sued as The Council for Tobacco Research-U.S.A., Inc.; and The Tobacco Institute, Inc.,

Defendants.

Civil No. 01-2336 (DWF/RLE)

**ORDER OF REFERENCE**

---

Joseph Edwin Harju, *Pro Se,* #205468, MN Correctional Facility, 1000 Lakeshore Drive, Moose Lake, MN 55767, Plaintiff.

Edward Magarian, Esq., and Randall Frykberg, Esq., Dorsey & Whitney, 50 - 6th Street South, Suite 1500, Minneapolis, MN 55402-1498, counsel for Defendant Philip Morris.

James Simonson, Esq., Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant R.J. Reynolds Tobacco.

Filed NOV 12 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Jack Fribley, Esq., and Chad Oldfather, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402-3901, counsel for Defendant Brown and Williamson Tobacco Corporation.

Michael Docherty, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Defendant Lorillard Tobacco Company.

Robert Atmore, Esq., and Reuben Mjaanes, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402. counsel for Defendant Liggett Group, Inc..

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), all dispositive motions are referred to Magistrate Judge Raymond L. Erickson.

Dated: November 12, 2002

DONOVAN W. FRANK
Judge of United States District Court