UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

# LETTER ORDER

May 29, 2003

Mr. Joseph Edwin Harju
O.I.P. #205468
MCP-Moose Lake
1000 Lake Shore Drive
Moose Lake, Minnesota 55767-9449

Re: Joseph Edwin Harju vs. Philip Morris, Inc. et al.
Civ. No. 01-2336 (DWF/RLE)

Dear Mr. Harju:

This responds to your letter of May 26, 2004, which was received in my Chambers this morning. As your letter plainly discloses, you recognize that you were deliberately effecting an ex parte contact with this Court to argue your case. I will not condone such conduct by any party. As I would not privately discuss your case with the Defendants, or their attorneys, so I would not consider an attempt by you to accomplish that end, purportedly, "to keep this low profile." I am copying this Letter Order to counsel for the Defendants, together with your letter to the Court, and will have the original docketed with the Clerk of Court. If you persist in attempting ex parte contacts with the Court, I will be compelled to issue appropriate sanctions.

Your letter correctly notes that my Order of May 13, 2003, errantly reported that you had been released from custody when, in fact, your release date is scheduled for March 22, 2004. While my recitation of that fact was in error, the rationale for my decision is unchanged, as you have, "in custody, effectively pursued the claims [you

have] asserted against the Defendants. Therefore, to the extent your letter is construed as an informal Motion for Reconsideration, the Motion is denied.

Very truly yours,

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

cc (w/encl): Jack M. Fribley, Esq.
James S. Simonson, Esq.
George W. Flynn, Esq.
Robert V. Atmore, Esq.
John W. Getsinger, Esq.
Michael Docherty, Esq.
Lawrence R. Purdy, Esq.

Joseph Edwin Harju, Plaintiff pro se
O.I.D. #205468
MCF-Moose Lake
1000 Lakeshore Drive
Moose Lake, Minnesota 55767-9449

03 MAY 29 PM 2:03
U.S. DIST. COURT
DULUTH MN

May 26, 2003 (Memorial Day)

The Honorable Raymond L. Erickson
United States Magistrate Judge
C/O Office of The Clerk
United States District Court
417 Federal Building
515 W. First Street
Duluth, Minnesota 55802-1397

Re: Order Dated May 13, 2003; Civ. No. 01-2336 (DWF/RLE)

Your Honor:

I really don't usually write letters Ex Parte but, I wanted to keep this low profile.

In your order of May 13, 2003, on pages #6 & 7; at Item C, it appears that the Court is under the impression that I've been released from prison" -- nearly two months ago.*

I can assure this Court that I'm still incarcerated. My scheduled release is not for another ten months.

Please grant me a "Temporary" Stay for the next Ten (10) Months Time period?

Thank you very much.

Respectfully