UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Joseph Edwin Harju,

Plaintiff,

vs.

ORDER

Philip Morris, Inc.; R.J. Reynolds Tobacco Co.; Brown and Williamson Tobacco Corp.; B.A.T. Industries, P.L.C.; British-American Tobacco Co. Limited; B.A.T. (U.K. and Exports) Limited; Lorillard Tobacco Co.; Liggett Group, Inc.; The Council for Tobacco Research - U.S.A., Inc.; and The Tobacco Institute, Inc.,

Defendants.

Civ. No. 01-2336(DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of December, 2003.

* * *

On December 1, 2003, the Plaintiff filed a Motion for Leave to File Plaintiff's First Amended Complaint. The filing was not in accordance with the Court's Local Rules, however, as the Plaintiff had failed to secure a date and time for the Hearing. See, D. Minn. LR7.1(a)(1)("No motion shall be heard by a Magistrate Judge unless the moving party files pursuant to LR5.2 and serves

75

the following documents at least 14 days prior to hearing * * *."). Given the fact that the Plaintiff failed to secure a Hearing date, his Motion has not be advanced to a Hearing.

In order to allow the parties to respond to the Plaintiff's Motion, we hereby schedule a Hearing on the Motion to be conducted **on January 22, 2004, at 3:30 o'clock p.m.** Given the Plaintiff's confined status, we will conduct the Hearing by telephone conference call, and direct the parties to provide, forthwith, this Court's Calendar Clerk with telephone numbers at which they can be contacted at the time of the Hearing.

NOW, THEREFORE, It is --

ORDERED:

That a Hearing on the Plaintiff's Motion for Leave to File the Plaintiff's First Amended Complaint is scheduled to be conducted by telephone **on January 22, 2004, at 3:30 o'clock p.m.**, and the parties are directed to provide this Court's Calendar Clerk with telephone numbers at which they can be contacted at the time of the Hearing.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE