UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>PLAINTIFF,<br><br>v.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,<br><br>DEFENDANTS. | Case No. CV 01-2336 DWF/RLE<br><br>**AFFIDAVIT OF MICHAEL R. DOCHERTY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE EXPIRATION OF THE STATUTE OF LIMITATIONS AND THE LACK OF PROOF OF CAUSATION** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

1. I am an attorney at the law firm of Rider Bennett, L.L.P. and I am one of the attorneys representing Lorillard Tobacco Company in the above-captioned matter. I make this affidavit in support of Defendants' Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed by Joseph Edwin Harju on June 2, 1992, against several tobacco companies alleging that their tobacco products caused him various health problems. Plaintiff's Complaint was filed in the Superior Court for Arizona, Maricopa County (File no. 92-10377).

3. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Harju's Motion to Stay Action/Motion to Dismiss Action without Prejudice filed in United States District Court for

the District of Arizona (File no. 92-1152) in his previous lawsuit against the tobacco industry subsequent to its removal to federal court.

4. Attached hereto as Exhibit 3 is a true and correct copy of a March 22, 1997 letter from Plaintiff to Charles Ryan, an Arizona Department of Corrections official.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Notice of Plaintiff of Joinder of Additional Plaintiff, wherein Mr. Harju joined a lawsuit filed by Greg Schultz in the Superior Court for Arizona, Maricopa County (File no. 91-13556).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint filed by Mr. Schultz and Mr. Harju in the Superior Court for Arizona, Maricopa County (File no. 91-13556) against the State of Arizona and other entities alleging health problems related to second hand smoke.

7. Attached hereto as Exhibit 6 is a true and correct copy of a handwritten chronology, dated September 17, 1997, setting forth various medical conditions contained in Mr. Harju's medical records held by the Arizona State Department of Corrections.

8. Attached hereto as Exhibit 7 are true and correct copies of documents submitted by Mr. Harju in support of his claim for Social Security Disability Benefits and Supplemental Security Income.

9. Attached hereto as Exhibit 8 are true and correct copies of selected pages from the transcript of the deposition of Plaintiff in this matter.

10. Attached hereto as Exhibit 9, is a true and correct copy of an April 14, 1987 Release Questionnaire completed by Plaintiff in the matter of State of Arizona v. Joseph E. Harju, Case No. CR87-0157.

11. Attached hereto as Exhibit 10 is a true and correct copy of an April 17, 1987 Release Questionnaire completed by Plaintiff in the matter of State of Arizona v. Joseph E. Harju, Case No. CR87-0157.

12. Attached hereto as Exhibit 11 are true and correct copies of selected medical records of Mr. Harju.

13. Attached hereto as Exhibit 12 is a true and correct copy of a table contained in the 1989 Report of the Surgeon General entitled "Reducing the Health Consequences of Smoking, 25 Years of Progress".

14. Attached hereto as Exhibit 13 is a true and correct copy of "Plaintiff Joseph Edwin Harju's Response to Defendant Philip Morris USA Inc.'s First Set of Interrogatories to Plaintiff."

15. Attached hereto as Exhibit 14 is a true and correct copy of Plaintiff's supplemental interrogatory responses.

16. Attached hereto as Exhibit 15 is a true and correct copy of Judge Kenneth J. Fitzpatrick's January 24, 1998 Order denying defendants' Motion for Summary Judgment based on the Statute of Limitations in State of Minnesota, et al. v. Philip Morris, et al. (Ramsey County District Court File No. C1-94-8565).

17. Attached hereto as Exhibit 16 are true and correct copies of relevant pages of Dorland's Illustrated Medical Dictionary, 28th edition. Philadelphia: WB Sanders Company; 1994.

18. Attached hereto as Exhibit 17 is a true and correct copy of Higgins, I. T., "Epidemiology of bronchitis and emphysema" Fishman's Pulmonary Diseases and Disorders 2nd Ed., Jeffers, J.D., Navrozov, M., Eds., 2 (76): 1237-1246; 1988.

19. Attached hereto as Exhibit 18, is a true and correct copy of Hopkins, P.N., Williams, R.R., "A Survey of 246 Suggested Coronary Risk Factors" Atherosclerosis 40: 1-52; 1981. Pursuant to the Electronic Case Filing Procedures for the District of Minnesota (Section VII(A)(1)), Exhibit 18 is being electronically filed with the Court as three separate Adobe Acrobat documents. Document 18-1 contains pages 1 – 29 of Exhibit 18. Document 18-2 contains pages 30 – 50 of Exhibit 18. Document 18-3 contains pages 51 – 57 of Exhibit 18.

20. Attached hereto as Exhibit 19 is a true and correct copy of Settipane, R.A., and Lieberman, P., "Update on Nonallergic Rhinitis," Ann Allergy Asthma Immunol 86: 494-508, 2001.

FURTHER YOUR AFFIANT SAYETH NOT.

By **s/ Michael R. Docherty**

Michael R. Docherty

1132354-1