FILED LODGED RECEIVED COPY
JUL 29 1992
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY C DEPUTY

JOSEPH EDWIN HARJU, A.D.C.#67012
ARIZONA STATE PRISON COMPLEX-TUCSON
ECHO UNIT BOX #141
10,000 SOUTH WILMOT ROAD
TUCSON, ARIZONA 85777-0007

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **JOSEPH E. HARJU,**<br>**Plaintiff,**<br><br>**V.**<br><br>**STATE OF ARIZONA (a body politic); SAMUEL LEWIS (an employee thereof); McLANE SUNWEST (a corporation AZ); AMERICAN TOBACCO CO. (acorporation, VA); BROWN AND WILLIAMSON TOBACCO, CO. (a corporation KY); PHILIP, MORRIS INC. (a corporation KY); BROOK GROUP INC. (a corporation INC. (a corporation N.C.); R.J., REYNOLDS TOBACCO CO. (a corporation, N.J.); AND REPUBLIC TOBACCO CO., (a corporation ILL.)**<br>**Defendant's.** | **No. CIV 92 1152 PHX SMM**<br><br>**MOTION TO STAY ACTION / MOTION TO DISMISS ACTION WITHOUT PREJUDICE.** |

Plaintiff, JOSEPH E. HARJU, hereby requests this court to either STAY this Action, or in leau thereof, Dismiss this action without prejudice at this time for the reasons expressed in the accompanying Memorandum.

**RESPECTFULLY SUBMITTED this 27th day of JULY, 1992.**

By [signature]
Joseph E. Harju, Plaintiff

(5)

**MEMORANDUM**

I. Plaintiff's claims are based on injuries specific to this plaintiff as his Prison Medical Records would clearly indicate. That since his imprisonment, he has suffered respiratory injuries that "were NOT" present or Manifest previously. This is directly related to and caused by plaintiff's involuntary Exposure to Environmental (second Hand) Tobacco Smoke since his incarceration. Plaintiff has Early Stages of Emphysema and Asthma which were not present prior to his imprisonment.

II. However, Plaintiff requests this court to grant his Motion to Stay this action until such time as this plaintiff is No Longer imprisoned and is therefore able to obtain Private Legal Counsel to represent him in this matter. And also so that this plaintiff is able to seek competent Medical diagnosis and correct medical evaluation of his injuries to determine the extent and depth of his injuries.

Or in leau of a Stay of this matter, plaintiff requests this court to Dismiss this action "WITHOUT PREJUDICE" at this time.

Plaintiff did not file this claim for any "Malicious" purpose or intent. He only sought redress for injuries inflicted upon his person and remedies of same.

**RESPECTFULLY SUBMITTED** this 27th day of July, 1992.

By [signature]
JOSEPH E. HARJU, Plaintiff

ORIGINAL AND ONE COPY OF THE FOREGOING MAILED

THIS 27th day of JULY, 1992., TO:

CLERK, UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
U.S. COURTHOUSE, ROOM 1400
230 NORTH FIRST AVENUE
PHOENIX, ARIZONA 85025

Copy of the Foregoing Mailed,

this 27th day of JULY, 1992., TO:

Arthur T. Anderson (006809)
M. Christine Broghammer (013777)
SNELL & WILMER
ONE ARIZONA CENTER
PHOENIX, ARIZONA 85004-0001

Attorneys for the Defendant's

By Joseph E. Harju
Joseph E. Harju, Plaintiff