I 0278

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE LETTER

PRINT OR TYPE — NO ATTACHMENTS

| Name | ADC # | Date | Institution/Unit |
| --- | --- | --- | --- |
| JOSEPH E. HARJU | 67012 | 3/22/97 | ASPC-T, ECHO UNIT |

SUBJECT: REMAINING AT ECHO UNIT UNTIL 12/6/97.

TO INDIVIDUAL: CHARLES RYAN LOCATION: CENTRAL OFFICE

PLEASE DESCRIBE YOUR PROBLEM OR QUESTION COMPLETELY: DEAR SIR:

WAY BACK IN 1992, I MOVED TO DISMISS MY FEDERAL CIVIL RIGHTS (42 U.S.C. §1983) SUITE AGAINST THE A.D.O.C., THE DIRECTOR, AND SEVERAL TOBACCO COMPANIES, BECAUSE I'D BEEN MOVED HERE TO AN INDIVIDUAL ROOM HERE AT ECHO UNIT, AND THEREFORE, WAS NO LONGER EX-POSED (INVOLUNTARILY), TO SECOND HAND CIGGARETT SMOKE. TO AVOID FURTHER LITIGATION REGARDING THIS ISSUE, PLEASE MAKE SURE THAT MY CURRENT PLACEMENT HERE AT H.U. 1A13, ECHO UNIT, (WHERE I AM NOT EXPOSED TO SECOND HAND TOBACCO SMOKE: OR EVAPORATIVE COOLERS), REMAINS THE SAME UNTIL I'M RELEASED FROM A.D.O.C.? I HAVE SEVERE ASTHMA!!! THANK YOU.

Joseph E. Harju
Inmate Signature

HAVE YOU DISCUSSED THIS WITH INSTITUTION STAFF? [X]YES [ ]NO

If yes, give the staff member's name DR. THOMAS LUTZ, A.D.O.C. MEDICAL SERV.

DISTRIBUTION: White - Central Office Master File
Yellow - Inmate
Pink - Institutional File

FORM 70501168
Rev. 1/89