Greg Schultz
#42735
P.O. Box 5000
Florence, AZ 85232

Plaintiff

92 MAY -4 PM 3:11
RECEIVED
JUDGE THOMAS DUNEVANT III

SUPERIOR COURT FOR ARIZONA

MARICOPA COUNTY

| | |
|---|---|
| GREG SCHULTZ,<br>Plaintiff,<br>v.<br>STATE OF ARIZONA, et al.,<br>Defendants. | NO. CIV 91-13556<br><br>NOTICE OF PLAINTIFF OF JOINDER OF ADDITIONAL PLAINTIFF<br><br>(Assigned to the Honorable Thomas Dunevant III, Div. 53) |

Plaintiff, Greg Schultz in the above-entitled action, pursuant to Rule 20(a), Ariz.R.Civ.P., hereby gives notice of his joinder of an additional party-plaintiff in this action. The additional party-plaintiff is:

JOSEPH EDWIN HARJU #67012
P.O. Box 5000
Florence, AZ 85232

All persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurence, or series of transactions or occurences and if any question of law or fact common to all these persons will arise in the action.

Harju is a similarily situated, prison-inmate as plaintiff Schultz. Harju alleges a cause of action identical to this action, against the same named defendants, for the same injuries and civil rights violations, that occured in

31

the same prisons. All the torts in the complaint and amended complaint apply to Harju's claim and injuries.

DATED: 24 April, 1992.

Greg Schultz
GREG SCHULTZ
Plaintiff

Joseph Harju
JOSEPH HARJU
Plaintiff

Copy of the foregoing mailed:
24 April, 1992, To:

The Honorable Thomas Dunevant III
201 W Jefferson, Suite 9D
Phoenix, AZ 85003

Karen Lugosi
Assistant Attorney General
1275 W Washington
Phoenix, AZ 85007

Greg Schultz



31a