9/17/97

# Review of A.D.O.C. Medical Records

9/17/97
10:00 A.M.

Reviewed Medical Records on 9/17/97

Respiratory Disease diagnosed at ASPC-Winslow on 4-4-90 at ASPC-Winslow by Patricia Epps, PAC. (Emphysema, Asthma & Bronchitis.).

Injured Lower Back (Lower Back Injury) July 10, 1989. 7/10/1989 injured L. Back.

4/6/89 Costochondritis diagnosed at ASPC-Winslow ~~[illegible]~~.

9/12/89 severe sinusitis
12/27/89 sinusitis & Respiratory problems.

2/21/1990 Chronic Bronchitis & asthma