NAME OF APPLICANT: JOSEPH EDWIN HARJU

SOCIAL SECURITY NUMBER: 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

DATE OF BIRTH: 6 JANUARY 1953 (01/06/53)

ADDRESS: 6713 EAST ARBOR AVENUE (12/06/97)
MESA, ARIZONA 85206-1740
TEL: (602) 396-5363

NOTORIZED LETTER

Dear Social Security Administration:

I, Joseph Edwin Harju, hereby designate and authorize my sister, SUSAN M. O'BRIEN, to act as my representative in all matters regarding my desire to apply for both Social Security Disability Benefits and Supplemental Security Income (SSI) Benefits and hereby respectfully request the full and complete assistance of your office in her efforts on my behalf.

Thank you and sincerely,

Joseph Edwin Harju
JOSEPH EDWIN HARJU, #67012
ECHO UNIT BOX 141
10,004 SOUTH WILMOT ROAD
P.O. BOX 24402
TUCSON, ARIZONA 85734-4402

SUBSCRIBED AND SWORN to before me this 11 day of September, 1997.

My Commission Expires:
My Commission Expires February 3, 1999

Notary Public

Suzie: These Papers are to be included with my S.S. Application

NAME OF APPLICANT: JOSEPH EDWIN HARJU

SOCIAL SECURITY NUMBER: 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

DATE OF BIRTH: 6 JANUARY 1953

ADDRESS: ARIZONA STATE PRISON COMPLEX-TUCSON
A.D.C. #67012, ECHO UNIT BOX 141
P.O. BOX 24402
TUCSON, ARIZONA 85734-4402

ADDRESS AFTER 12/05/97: 6713 EAST ARBOR AVENUE
MESA, ARIZONA 85206-1740
TEL: (602) 396-5363

NEAREST RELATIVE: SUSAN M. O'BRIEN
6713 EAST ARBOR AVENUE
MESA, ARIZONA 85206-1740
TEL: (602) 396-5363
( SISTER )

DISABILITY BEGAN IN 1989-1990!

LAST YEAR OF EMPLOYMENT (WORK) WAS IN 1987!

LIST OF PHYSICAL IMPAIRMENTS:

1.) EMPHYSEMA; 2.) CORTACOSTEROID DEPENDANT "ACUTE" ASTHMA;

3.) IRON DEFICIENT ANEMIA; 4.) CHRONIC LOWER BACK PAIN;

5.) CHRONIC SINUSITIS; 6.) CHRONIC BRONCHITIS;

7.) C.O.P.D. (CHRONIC OCCLUSIVE PULMONARY DISEASE);

8.) CHRONIC ALLERGIES; 9.) COSTAL CHONDRITIS;

[redacted]

[redacted]

[redacted] HIATAL HERNIA; [redacted] EMPHYSEMATOUS ASTHMA;

AND [redacted] GASTRITIS.

NOTE: I WAS DIAGNOSED AS HAVING RESPIRATORY DISEASE, (C.O.P.D.; EMPHYSEMA; ACUTE ASTHMA; AND CHRONIC BRONCHITIS ON : April 4, 1990, at ASPC-Winslow, by Patricia Epps, PAC. Diagnosed with severe Costochondritis on April 6, 1990, at ASPC-Winslow. Injured Lower Back at ASPC-Winslow on July 10, 1989. And, Chronic Sinusitis diagnosed on September 12, 1989. Disability began on or before April 4, 1990!!!

SOCIAL SECURITY NUMBER: 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 D.O.B. 01/06/53

# Social Security Administration

Refer to: CORRESPONDENCE

TEL: (520) 670-5880

2716 South 6th Avenue
Tucson, AZ 85713
Phone: 1-800-772-1213
FAX: 520-670-5334
Office Hours: 9am - 4pm Mon - Fri

May 1, 1997

MR. JOSEPH E. HARJU, #67012
ARIZONA STATE PRISON-ECHO UNIT
P O BOX 24402, ECHO BOX 141
10,004 S WILMOT RD
TUCSON, ARIZONA 85734-4402

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

Dear MR. HARJU:

THIS IS IN RESPONSE TO YOUR LETTER TO OUR OFFICE DATED APRIL 3, 1997 REGARDING YOUR INTENT TO FILE FOR DISABILITY UNDER THE PROGRAMS YOU ARE ELIGIBLE FOR. UNDER SOCIAL SECURITY DISABILITY, YOU NEED TO HAVE WORKED 5 OUT OF THE LAST 10 YEARS BEFORE YOU BECAME DISABLED AND YOU HAVE. THE SUPPLEMENTAL SECURITY INCOME ELIGIBILITY REQUIREMENTS ARE THAT YOU HAVE LIMITED INCOME OR RESOURCES, OR NONE AT ALL, WHICH YOU ALSO MEET. YOU CAN APPLY FOR BOTH OF THESE PROGRAMS THREE (3) MONTHS BEFORE YOUR RELEASE DATE. YOU CAN HAVE YOUR COUNSELOR CALL FOR YOU TO SET UP AN APPOINTMENT AND OUR FIELD REPRESENTATIVE WILL CONTACT YOU. THE MEDICAL DECISION IS UP TO THE STATE AGENCY OFFICE THAT HANDLES YOUR APPLICATION. THE ENCLOSED BOOKLETS WILL EXPLAIN TO YOU ON THE DISABILITY PROCESS.

SINCERELY,

H MCLAUGHLIN
BRANCH MANAGER

Enclosures

ADDRESS AFTER 12/05/97:

JOSEPH EDWIN HARJU
6713 EAST ARBOR AVENUE
MESA, ARIZONA 85206-1740
TEL: (602) 396-5363

0697756

DEC 13 1996

I HEREBY CERTIFY THAT THIS IS AN EXACT COPY OF THE ORIGINAL RECORD WHICH IS REGISTERED AND PRESERVED IN VITAL STATISTICS, OHIO DEPARTMENT OF HEALTH. WITNESS MY SIGNATURE AND THE SEAL OF THE DEPARTMENT.

John H. Conner
STATE REGISTRAR OF VITAL STATISTICS

25
8500

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
## CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2500
Registrar's No. 596
Birth No. 134-53 003088

**1. PLACE OF BIRTH**
a. COUNTY: Franklin
b. CITY OR VILLAGE (If outside corporate limits, write RURAL and give township): Lockbourne Air Force Base
c. FULL NAME OF HOSPITAL OR INSTITUTION (If NOT in hospital or institution, give street address or location): Lockbourne AFB, Hospital

**2. USUAL RESIDENCE OF MOTHER** (Where does mother live?)
a. STATE: Ohio
b. COUNTY: Franklin
c. CITY OR VILLAGE (If outside corporate limits, write RURAL and give township): Columbus
d. STREET ADDRESS (If rural, give location): 100 W. 9th Ave.

**3. CHILD'S NAME** (TYPE OR PRINT)
a. (First): Joseph
b. (Middle): Edwin
c. (Last): Harju

4. SEX: Male
5a. THIS BIRTH: Single [X] Twin [ ] Triplet [ ]
5b. IF TWIN OR TRIPLET (This child born): 1st [ ] 2nd [ ] 3rd [ ]
6. DATE OF BIRTH: (Month) January (Day) 6 (Year) 1953

### FATHER OF CHILD

7. FULL NAME: a. (First) Robert b. (Middle) Edwin c. (Last) Harju
8. COLOR OR RACE: White
9. AGE (At time of this birth): 21 YEARS
10. BIRTHPLACE (State or foreign country): Michigan
11a. USUAL OCCUPATION: A3C
11b. KIND OF BUSINESS OR INDUSTRY: USAF

### MOTHER OF CHILD

12. FULL MAIDEN NAME: a. (First) Mary b. (Middle) Josephine c. (Last) Irwin
13. COLOR OR RACE: White
14. AGE (At time of this birth): 25 YEARS
15. BIRTHPLACE (State or foreign country): Ohio
16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)
a. How many OTHER children are now living? 0
b. How many OTHER children were born alive but are now dead? 0
c. How many children were stillborn (born dead after 18 weeks pregnancy)? 0
17. INFORMANT'S NAME OR SIGNATURE: Mary Jo Harju

*I hereby certify that this child was born alive on the date above stated at* 2138 *M.*
18a. SIGNATURE: Thomas F. J. Connell
18b. SPECIFY IF M. D., D. O., OR OTHER: M.D.
18c. ADDRESS: Lockbourne Air Force Base
18d. DATE SIGNED: 12 Jan 53

19. DATE REC'D BY LOCAL REG.: JAN 24 1953
20. REGISTRAR'S SIGNATURE: Lee Wredel
21. DATE SEROLOGIC TEST FOR SYPHILIS: 2 July 52

[redacted]

JOSEPH EDWIN HARJU

S.S.# 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 D.O.B. 6 JANUARY 1953

DISABILITY BEGAN IN 1989-1990.

EMPLOYMENT HISTORY-1975-1987

1975-1978 WESTINGHOUSE ELECTRIC CORPORATION
DULUTH, MINNESOTA

JOB TITLE: APPARATUS REPAIRMAN/MOTOR WINDER

1978 JENO'S PIZZA/FOODS
DULUTH, MINNESOTA

JOB TITLE: MAINTENANCE WORKER

1978-1979 HANNAH MINING COMPANY
CLEVELAND, OHIO

JOB TITLE: U.S. MERCHANT MARINE/DECKHAND

1979 NORTHWESTERN BELL TELEPHONE COMPANY
DULUTH, MINNESOTA

JOB TITLE: STATION INSTALLER REPAIR TECHNICIAN/LINEMAN

1982-1983 STATE OF MINNESOTA
MINNESOTA AIR NATIONAL GUARD
DULUTH, MINNESOTA

JOB TITLE: SECURITY TECHNICIAN

1984-1986 VOLT TEMPORARY SERVICES
777 W. SOUTHERN AVE.
MESA, ARIZONA

JOB TITLE: ELECTRONICS ASSEMBLER

1984-1985 ROGERS ELECTRONICS CORPORATION
CHANDLER, ARIZONA

JOB TITLE: ELECTONICS ASSEMBLER

1986-1987 MESA MATERIALS
MESA, ARIZONA

JOB TITLE: HEAVY DUMP TRUCK DRIVER

1987 MESA MOVING COMPANY
MESA, ARIZONA

JOB TITLE: HEAVY TRUCK DRIVER/FURNITURE MOVER

# AFFIDAVIT

STATE OF ARIZONA )
) ss.
County of Maricopa )

SUSAN M. O'BRIEN, having been first duly sworn upon oath, deposes and says as follows:

That I am the sister of Joseph Edwin Harju; that I have known my brother, Joseph Edwin Harju, all of my adult life, and that I am fully aware of and familiar with my brother's health problems and his physical impairments and that I can attest to the following:

My brother, Joseph Edwin Harju, suffers from severe breathing (respiratory) problems which he has experienced since he was incarcerated at the Arizona State Prison Complex at Winslow in 1989 and 1990 and, in fact, he had to be transferred from ASPC-Winslow in May of 1990, on an Emergency Medical Transfer, because of his severe respiratory disease.

My brother, Joseph Edwin Harju, has suffered from severe breathing (lung) disease since 1989-1990 and he becomes physically exhausted and completely out-of-breathe with even the slightest of physical activity. He is in extremely poor physical condition as the result of the respiratory disease he has experienced since 1989-1990. If you have any additional questions regarding my brother's health you may contact me at the address below. Further affiant sayeth not.

Susan M. O'Brien

Susan M. O'Brien
6713 East Arbor Avenue
Mesa, Arizona 85206-1740
Tel: (602) 396-5363

SUBSCRIBED AND SWORN to before me this 25th day of August, 1997.

My Commission Expires:

12-26-98

Cheri Severance
Notary Public

OFFICIAL SEAL
CHERI SEVERANCE
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 26, 1998

## DOCTOR'S AND HOSPITAL/TREATMENT CENTERS

1.) Dr. Robert White, M.D.
ASPC-TUCSON MEDICAL SERVICES
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
TEL: (520) 574-0024

2.) Dr. Jon Ball, D.O.
ASPC-TUCSON MEDICAL SERVICES
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
TEL: (520) 574-0024

3. DR.RODRIGUEZ-BORES, M.D.
ASPC-TUCSON MEDICAL SERVICES
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
TEL: (520) 574-0024

4. DR. T.C. MORITZ, M.D.
ASPC-TUCSON HUB MEDICAL SERV.
10,000 SOUTH WILMOT ROAD
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
(520) 574-0024

### MEDICAL CENTERS/HOSPITALS

1.) ASPC-TUCSON MEDICAL SERVICES
ARIZONA STATE PRISON COMPLEX-TUCSON
HUB MEDICAL SERVICES/RECORDS
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
TEL: (520) 574-0024

NOTE: THERE ARE THREE (3) FULL VOLUMES OF MY A.D.O.C. MEDICAL RECORDS/FILE AVAILABLE FOR REVIEW AT THE ASPC-TUCSON COMPLEX MEDICAL SERVICES/HUB MEDICAL RECORDS!

2.) MARICOPA MEDICAL CENTER
P.O. BOX 5099
PHOENIX, ARIZONA 85010
(602) 267-5011

DATES OF TREATMENT: OCTOBER 22 THRU OCTOBER 26, 1990.

3.) CARONDELET/SAINT MARY'S HOSPITAL (E.R.)
1601 ST. MARY'S ROAD
TUCSON, ARIZONA 85745
(520) 622-5833

DATES OF TREATMENT: 1992 THRU TO PRESENT!

CURRENT PHYSICIAN:

DR. T.C. MORITZ, M.D.

DR. RODRIGUEZ-BORES, M.D.

DR. ROBERT WHITE, M.D.
ASPC-TUCSON-ECHO UNIT
HUB MEDICAL SERVICES
P.O. BOX 24400
TUCSON, ARIZONA 85734-4400
(520) 574-0024

JOSEPH EDWIN HARJU
ARIZONA STATE PRISON-TUCSON
A.D.C. #67012, ECHO UNIT BOX 141
P.O. BOX 24402
TUCSON, ARIZONA 85734-4402

S.S. # 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

D.O.B. 6 JANUARY 1953

12/05/97: 6713 EAST ARBOR AVENUE
MESA, ARIZONA 85206-1740
TEL: (602) 396-5363

LIST OF DAILY MEDICATIONS:

1.) THEOPHYLLIN-SR 200 mg TABLET IWIW; Take 1 tablet by mouth three times daily-acute asthma.

2.) TERBUTALINE 5mg three times daily-acute asthma;

3.) HYDROXYZINE 25mg three times daily-acute allergies.

4.) FERROUS GLUCONATE 324 mg(5gr) twice daily-Iron Deficient Anemia;

(Oral Inhalers)

5.) PIRBUTEROL (MAXAIR) ORAL INHALER; 2 puffs four times daily-Acute chronic Asthma.

6.) IPRATROPIUM (ATROVENT) ORAL INHALER; 2 puffs four times daily-acute emphysema and chronic bronchitis.

7.) CROMOLYN (INTAL) ORAL INHALER; 2 puffs four times daily-Acute Asthma; chronic bronchitis & emphysema.

(Steroids)

8.) PREDNISONE 5mg tablets 108 total prednisone burst!

Please see: Attached sheets with prescription labels of recent medications!!!

9.) FAMOTIDINE 20mg Tablet two times daily-Hiatal Hernia.

Attached are recent prescription labels from my most recent medications received and taken while incarcerated!!!

( Please see: Prescription labels, attached hereto!)

10.) FLUNISOLIDE (AEROBID) ORAL INHALER; 2 Puffs twice daily.
Acute chronic Asthma.
SEVERE EMPHYSEMA !!!

( PLEASE SEE: Presciption Labels attached hereto!).

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 362358 DR. MORITZ M.D., T.C.
ECHO 09/10/97 LG
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
MAY DISCOLOR URINE
**PICK UP TUES**
FERROUS GLUCONATE 324MG(5GR) DSDS 12TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 08/26/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 09/10/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
3 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 09/03/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
4 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 09/02/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 09/03/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
4 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 09/09/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352545 DR. BALL D.O., J
ECHO 09/10/97 RK
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** * MUST LAST 14 DAYS
(NFR OKAY TIL 12/12/97) *** GAVE 14.2GM
ON 9-10-97 **** 1 REFILLS * SEND IN HNR
CROMOLYN INHALER MDI ~~8.1GM~~ 14.2GM (NF) FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 09/08/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
3 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 360893 DR. RODRIGUEZ-BORES M.D.,
ECHO 08/27/97 DK
67012 HARJU, JOSEPH
TAKE 8 TABLETS (40MG) DAILY FOR 3 DAYS
AND THEN DECREASE BY 1 TABLET (5MG)
EVERY 3 DAYS TILL GONE.WITH FOOD(40MG X
3 DAYS,35MG X 3 DAYS,30MG X 3 DAYS,ETC.)
LAST REFILL
PREDNISONE 5MG TABLET UPJOHN 108TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 09/17/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
2 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 09/16/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 362358 DR. MORITZ M.D., T.C.
ECHO 09/16/97 LG
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
MAY DISCOLOR URINE
**PICK UP TUES**
LAST REFILL 12/02/97
FERROUS GLUCONATE 324MG(5GR) DSDS 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 359169 DR. WHITE M.D., ROBERT
ECHO 08/13/97 DK
67012 HARJU, JOSEPH
INHALE 2 PUFFS TWICE DAILY ***RINSE
MOUTH WELL AFTER EACH USE*** **SHAKE
WELL BEFORE USING** ** MUST LAST 25 DAYS
REFILLABLE UNTIL 11-13-97 * SEND IN HNR
FLUNISOLIDE ORAL INHALER AEROBID FE # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354134 DR. WHITE M.D., ROBERT
ECHO 07/21/97 JB
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** *
MUST LAST 25 DAYS *
1 REFILL * SEND IN HNR FORM FOR REFILL
IPRATROPIUM MDI 14GM (ATROVENT) SC # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.,
ECHO 08/12/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER

**PICK UP TUES**
LAST REFILL 09/09/97
FERROUS GLUCONATE 324MG(5GR) ~~DSDS~~ RG 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.,
ECHO 08/05/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER

**PICK UP TUES**
LAST REFILL 09/09/97 RG
FERROUS GLUCONATE 324MG(5GR) ~~SDSD~~ 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 07/30/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
9 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 08/06/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
8 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT TUCSON, AZ. 85777
TELEPHONE 574-0024
Rx 219260 DR. WHITE M.D., ROBERT
ECHO 09/19/94 JDC
67012 HARJU, JOSEPH
INHALE 2 PUFFS 4 TIMES DAILY AS NEEDED
*SHAKE WELL BEFORE USE*MUST LAST 25 DAYS
SEND HNR TO MEDICAL FOR EVALUATION & NEW
PRESCRIPTION IF NEED ADDITIONAL FILLS!!!
LAST REFILL
PIRBUTEROL (MAXAIR) 25.6GM TH # 1
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 317619 DR. WHITE M.D., ROBERT
ECHO 08/14/96 JDC
67012 HARJU, JOSEPH
INHALE 2 PUFFS TWICE DAILY ***RINSE
MOUTH WELL AFTER EACH USE*** **SHAKE
WELL BEFORE USING** * MUST LAST 25 DAYS
REFILLABLE UNTIL 11/14/96-SEND HNR FORM!
FLUNISOLIDE ORAL INHALER AEROBIDFE # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354771 DR. FERGUSON, N.P., E
ECHO 08/08/97 JR
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** MUST LAST 50 DAYS**
SEE DIRECTIONS FOR PROPER USE*
1 REFILL * SEND IN HNR FORM FOR REFILL
PIRBUTEROL 14GM (AUTOHALER) THTH # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/06/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
8 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 357842 DR. RODRIGUEZ-BORES M.D.,
ECHO 07/31/97 JR
67012 HARJU, JOSEPH
TAKE 2 CAPSULES (500 MG) BY MOUTH THREE
TIMES DAILY WITH WATER ON EMPTY STOMACH
(1 HOUR BEFORE OR 2 HOURS AFTER EATING)
TAKE UNTIL GONE*** *DELIVER TODAY*
LAST REFILL
TETRACYCLINE 250MG CAPSULE (NF) LE 60CA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 07/29/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 357092 DR. WHITE M.D., ROBERT
ECHO 07/23/97 WC
67012 HARJU, JOSEPH
TAKE 8 TABLETS (40MG) DAILY FOR 3 DAYS,
AND THEN DECREASE BY 1 TABLET (5MG)
EVERY 3 DAYS TILL GONE. *DELIVER TODAY*
(40MGX3DAYS, 35MGX3DAYS, 30MGX3DAYS ETC)
LAST REFILL
PREDNISONE 5MG TABLET UPJOHN 108TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 357648 DR. RODRIGUEZ-BORES M.D.,
ECHO 07/30/97 JDC
67012 HARJU, JOSEPH
INSTILL 1 DROP IN AFFECTED EYE(S) EVERY
4 HOURS FOR 3 DAYS AS DIRECTED BY
MEDICAL PROVIDER *WASH HANDS WELL BEFORE
USE* *NO REFILL ON THIS MED*
LAST REFILL
NAPHAZOLINE-PHENIRAMINE 15ML PFPF # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 07/22/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
[redacted]
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 35631 DR. MORITZ M.D., T.C.
ECHO 07/30/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
9 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 07/22/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
LAST REFILL 09/09/97
FERROUS GLUCONATE 324MG(5GR) DSDS 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356313 DR. MORITZ M.D., T.C.
ECHO 07/16/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
THEOPHYLLIN-SR 200MG TABLET IWIW 18TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 07/23/97 JB
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
10 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352545 DR. BALL D.O., J
ECHO 07/21/97 JB
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** * MUST LAST ~~14~~ 25 DAYS
(NFR OKAY TIL 12/12/97)
3 REFILLS * SEND IN HNR FORM FOR REFILL
CROMOLYN INHALER MDI ~~8.1GM~~ 14.2GM (NF)FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 07/29/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
LAST REFILL 09/09/97
FERROUS GLUCONATE 324MG(5GR) DSDS 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 07/16/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
11 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354772 DR. HOOPER, N.P., E
ECHO 07/15/97 JR
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH WATER
*** CHANGE IN DOSING
**PICK UP TUES**
LAST REFILL 09/23/97
THEOPHYLLIN-SR 300MG TABLET QTQT 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 347835 DR. BALL D.O., J
ECHO 07/01/97 LP
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
**PICK UP TUES**
LAST REFILL 07/22/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 07/16/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
11 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SBSB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

ARIZONA STATE PRISON PHARMACY
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354770 DR. HOOPER, N.P., E
ECHO 07/16/97 JB
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER *MAY CAUSE DROWSINESS*
*DO NOT TAKE WITH HYDROXYZINE
10 REFILLS * SEND IN HNR FORM FOR REFILL
PROMETHAZINE 25MG TABLET LELE 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

[redacted]

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/19/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 08/27/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
5 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/27/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
5 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 08/19/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
LAST REFILL 09/09/97
FERROUS GLUCONATE 324MG(5GR) DSDS 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/12/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
(NOTE CHANGE IN DOSING INSTRUCTIONS!!)
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 08/20/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
6 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/20/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
6 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.,
ECHO 08/26/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
LAST REFILL 09/09/97
FERROUS GLUCONATE 324MG(5GR) DSDS 14TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/05/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH WATER **AVOID PRODUCTS WHICH
CONTAIN CAFFEINE** **PICK UP TUES**
[redacted]
LAST REFILL 10/07/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352545 DR. BALL D.O., J
ECHO 08/18/97 JR
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** * MUST LAST 14 DAYS
(NFR OKAY TIL 12/12/97) *** GAVE 14.2GM
ON 8-18-97 **** 2 REFILLS * SEND IN HNR
14.2GM
CROMOLYN INHALER MDI ~~8.1GM~~ (NF) FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354134 DR. WHITE M.D., ROBERT
ECHO 08/18/97 RK
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** *
MUST LAST 25 DAYS *
LAST REFILL !!!!!
LAST REFILL
IPRATROPIUM MDI 14GM (ATROVENT) SC # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356314 DR. MORITZ M.D., T.C.
ECHO 08/13/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DROWSINESS*
7 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SDSD 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356315 DR. MORITZ M.D., T.C.
ECHO 08/13/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH PLENTY OF WATER
*MAY CAUSE DIZZINESS OR HEADACHE*
7 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354134 DR. WHITE M.D., ROBERT
ECHO 06/26/97 BC
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** *
MUST LAST 25 DAYS *
2 REFILLS * SEND IN HNR FORM FOR REFILL
IPRATROPIUM MDI 14GM (ATROVENT) SC # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350730 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH WATER
*MAY CAUSE DROWSINESS*
1 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352547 DR. BALL D.O., J
ECHO 06/24/97 JR
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
AS NEEDED
(WEEKLY ISSUE)
**PICK UP TUES**
LAST REFILL 07/08/97
TERBUTALINE 5MG TABLET CBCB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350908 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
AS NEEDED *MAY CAUSE DROWSINESS*
3 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SBSB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 345538 DR. BALL D.O., J
ECHO 06/18/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
AS NEEDED
DO NOT EXCEED PRESCRIBED DOSE
LAST REFILL !!!!!
LAST REFILL
ACETAMINOPHEN 500MG TABLET QTQT 28TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352546 DR. BALL D.O., J
ECHO 06/20/97 JR
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** MUST
LAST 30 DAYS** SEE DIRECTIONS FOR PROPER
USE* 1 REFILL * SEND IN HNR FORM
PIRBUTEROL 14GM (AUTOHALER) THTH # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352548 DR. BALL D.O., J
ECHO 06/26/97 DK
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** * MUST LAST 14 DAYS
(NFR OKAY TIL 12/12/97)
4 REFILLS * SEND IN HNR FORM FOR REFILL
CROMOLYN INHALER MDI 8.1GM (NF)FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 347835 DR. BALL D.O., J
ECHO 06/17/97 LP
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
**PICK UP TUES**
LAST REFILL 07/22/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 35307 DR. WHITE M.D., ROBERT
ECHO 06/18/97 WC
67012 HARJU, JOSEPH 1-A-13
TAKE 8 TABLETS (40MG) DAILY FOR 3 DAYS,
AND THEN DECREASE BY 1 TABLET (5MG)
EVERY 3 DAYS TILL GONE. *DELIVER TODAY*
(40MGX3DAYS, 35MGX3DAYS, 30MGX3DAYS ETC)
LAST REFILL
PREDNISONE 5MG TABLET SBSB 108TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 07/14/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
FERROUS GLUCONATE 324MG(5GR) DSDS 16TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354134 DR. WHITE M.D., ROBERT
ECHO 06/26/97 BC
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED **SHAKE WELL BEFORE USING** * MUST LAST 25 DAYS *
2 REFILLS * SEND IN HNR FORM FOR REFILL
IPRATROPIUM MDI 14GM (ATROVENT) SC # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350730 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY WITH WATER
*MAY CAUSE DROWSINESS*
1 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352547 DR. BALL D.O., J
ECHO 06/24/97 JR
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED
(WEEKLY ISSUE)
**PICK UP TUES**
LAST REFILL 07/08/97
TERBUTALINE 5MG TABLET CBCB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350908 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED *MAY CAUSE DROWSINESS*
3 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SBSB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 345538 DR. BALL D.O., J
ECHO 06/18/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY AS NEEDED
DO NOT EXCEED PRESCRIBED DOSE
LAST REFILL !!!!!
LAST REFILL
ACETAMINOPHEN 500MG TABLET QTQT 28TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352546 DR. BALL D.O., J
ECHO 06/20/97 JR
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED **SHAKE WELL BEFORE USING** MUST LAST 50 DAYS** SEE DIRECTIONS FOR PROPER USE* 1 REFILL * SEND IN HNR FORM
PIRBUTEROL 14GM (AUTOHALER) THTH # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352545 DR. BALL D.O., J
ECHO 06/26/97 DK
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE WELL BEFORE USING** * MUST LAST 14 DAYS
(NFR OKAY TIL 12/12/97)
4 REFILLS * SEND IN HNR FORM FOR REFILL
CROMOLYN INHALER MDI 8.1GM (NF)FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 347835 DR. BALL D.O., J
ECHO 06/17/97 LP
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH PLENTY OF WATER
**PICK UP TUES**
LAST REFILL 07/22/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 353071 DR. WHITE M.D., ROBERT
ECHO 06/18/97 WC
67012 HARJU, JOSEPH F-A-13
TAKE 8 TABLETS (40MG) DAILY FOR 3 DAYS, AND THEN DECREASE BY 1 TABLET (5MG) EVERY 3 DAYS TILL GONE. *DELIVER TODAY*
(40MGX3DAYS, 35MGX3DAYS, 30MGX3DAYS ETC)
LAST REFILL
PREDNISONE 5MG TABLET SBSB 108TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 07/14/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY WITH FOOD AND WATER
**PICK UP TUES**
FERROUS GLUCONATE 324MG(5GR) DSDS 16TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 354134 DR. WHITE M.D., ROBERT
ECHO 06/26/97 BC
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** *
MUST LAST 25 DAYS *
2 REFILLS * SEND IN HNR FORM FOR REFILL
IPRATROPIUM MDI 14GM (ATROVENT) SC # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350730 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH WATER
*MAY CAUSE DROWSINESS*
1 REFILLS * SEND IN HNR FORM FOR REFILL
FAMOTIDINE 20 MG TAB MSMS # 14
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352547 DR. BALL D.O., J
ECHO 06/24/97 JR
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
AS NEEDED
(WEEKLY ISSUE)
**PICK UP TUES**
LAST REFILL 07/08/97
TERBUTALINE 5MG TABLET CBCB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 350908 DR. BALL D.O., J
ECHO 06/25/97 DK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
AS NEEDED *MAY CAUSE DROWSINESS*
3 REFILLS * SEND IN HNR FORM FOR REFILL
HYDROXYZINE 25MG TABLET SBSB 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 345538 DR. BALL D.O., J
ECHO 06/18/97 RK
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
AS NEEDED
DO NOT EXCEED PRESCRIBED DOSE
LAST REFILL !!!!!
LAST REFILL
ACETAMINOPHEN 500MG TABLET QTQT 28TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352546 DR. BALL D.O., J
ECHO 06/20/97 JR
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY AS
NEEDED **SHAKE WELL BEFORE USING** MUST
LAST 50 DAYS** SEE DIRECTIONS FOR PROPER
USE* 1 REFILL * SEND IN HNR FORM
PIRBUTEROL 14GM (AUTOHALER) THTH # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 352545 DR. BALL D.O., J
ECHO 06/26/97 DK
67012 HARJU, JOSEPH
INHALE 2 PUFFS FOUR TIMES DAILY **SHAKE
WELL BEFORE USING** * MUST LAST 14 DAYS
(NFR OKAY TIL 12/12/97)
4 REFILLS * SEND IN HNR FORM FOR REFILL
CROMOLYN INHALER MDI 8.1GM (NF)FI # 1
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 347835 DR. BALL D.O., J
ECHO 06/17/97 LP
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
WITH PLENTY OF WATER
**PICK UP TUES**
LAST REFILL 07/22/97
THEOPHYLLIN-SR 200MG TABLET IWIW 21TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 353071 DR. WHITE M.D., ROBERT
ECHO 06/18/97 WC
67012 HARJU, JOSEPH FA-13
TAKE 8 TABLETS (40MG) DAILY FOR 3 DAYS.
AND THEN DECREASE BY 1 TABLET (5MG)
EVERY 3 DAYS TILL GONE. *DELIVER TODAY*
(40MGX3DAYS, 35MGX3DAYS, 30MGX3DAYS ETC)
LAST REFILL
PREDNISONE 5MG TABLET SBSB 108TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

**ARIZONA STATE PRISON PHARMACY**
10000 S. WILMOT • P.O. BOX 24400 • TUCSON, AZ. 85734-4400
TELEPHONE 574-0024
Rx 356015 DR. RODRIGUEZ-BORES M.D.
ECHO 07/14/97 JDC
67012 HARJU, JOSEPH
TAKE 1 TABLET BY MOUTH TWO TIMES DAILY
WITH FOOD AND WATER
**PICK UP TUES**
FERROUS GLUCONATE 324MG(5GR) DSDS 16TA
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.