UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. CV 01-2336 (DWF/RLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Joseph Edwin Harju,

Plaintiff,

**COPY**

vs.

Philip Morris, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * VOLUME I * * *

Videotaped Deposition of

**JOSEPH EDWIN HARJU**

Thursday, March 25, 2004
10:28 a.m.

REPORTER: Sandra D. Burch, RPR, CRR

INTEGRITY Court Reporting, Inc.

7900 International Drive - Suite 200
Minneapolis, Minnesota 55425
Office: (952) 440-3886
Fax: (952) 440-3996
sburch@integraonline.com

television. It was like a -- a big hall almost, a big room attached to the store. And there was, like, benches there where you could sit and drink soda pop and just like a gathering place for the community. And we used to sit there when we were kids and watch TV and, you know --
Q Talked to people who came in?
A Yeah.
Q And on one of those occasions when you were about 16 or 17, you and one of your friends and maybe your brother talked to Mr. Jermo about --
A Well, he would have been -- it would have been him talking to us. It wasn't about us going up to him and saying hey, we're smoking. It was about him see us -- he'd come in the store and see us sitting in the other room smoking, and then he'd come in there after he bought whatever he was buying, and he'd start lecturing us about how he had lost a lung to lung cancer from smoking and, you know, commence to lecture us.
Because he was from our church. And he -- he knew we were from church. He -- I think he was, like, taught Sunday school or something. I don't remember for sure. But he was one of the church elders, like, and, you know, he'd come in



W0C526670

and lecture us on smoking. So --
Q Well, I -- I get the sense that that wasn't a one-time occurrence; is that right?
A No. It happened many, many times. Every time he came in there.
Q Yeah. What -- and what was Mr. Jermo's first name?
A I don't remember for sure. I think it was Emil, or something like that. He was an old Finlander guy.
Q Oh. Do you know if he's still alive?
A Oh, he'd have to be -- no, he ain't still alive. He'd have to be 120 or more years old.
Q Sure. Well, I want to get a sense of this -- this place that -- that you met, this kind of convenience store, soda shop sort of place.
When did you first start going there?
A Oh, I don't -- when I could walk, I guess. First time my parents sent me to the store there. I don't know. Maybe -- well, probably about the time I started school, four -- five or six years old, probably. I'm guessing.
Q Okay.
A I remember when you could get a bottle of -- when I was -- I was a teenager, a bottle, a 16-ounce bottle of Grape Nehi cost 12 cents, but you got two cents back when you turned the bottle back in.

about health issues.
Q What sort of things did she complain about?
A Just about gallbladder and stuff. She was on -- I remember she was on Tagamet. She had stomach problems. But I remember she was on Tagamet, and she was talking about, you know -- I remember seeing she -- she'd drink screwdrivers and all that acid from the orange juice, you know, I said well, that can't be helping your stomach, and she'd say well, the Tagamet takes care of that. So, I don't know.
But complaining about no breathing problems, no. But I remember my wife's uncle dying of that emphysema. He was -- I remember my wife telling me that he would take that oxygen hose out of his hose and smoke a cigarette. So -- he smoked right up until he died, as far as I know. I think his name was Russell, but I -- I can't be sure, Edelmachy (phonetic), but I don't know for sure. If -- if you asked her, she could tell you.
Q Well, I mean, at the time your wife's uncle passed away and you learned of that, did you associate his emphysema with his cigarette smoking?
A Yeah. I think -- I think -- but I -- you know, it wasn't something I dwelled on. It wasn't something

that I really would have paid a lot of attention to. But, yeah, yeah, I -- I did associate with that emphysema from his smoking.
Q Sure.
A We knew that's what was killing him, but it's like you think well, it's not going to happen to yourself, you know. Or you just kind of in denial. I think it's more like you're in denial. So --
Q You -- you said the emphysema was killing him. So, was this an illness that stretched out over a period of time?
A Probably did. I'm assuming it -- it did. I don't know for sure, because I didn't know him that well. And I only -- I only met him -- I only had contact with him two or three times. It was more from my wife telling me about, you know, his emphysema. And I -- I didn't see him -- the last time I saw him, he wasn't on oxygen. He was -- he was up walking around and stuff. He was -- just had breathing problems. But, you know, I just know from my wife saying that he was on oxygen after a while and --
Q And -- and what was his full name, again?
A I -- I -- you know, I -- I can't be sure. But I think it was Russ -- Russell Ed -- Edelmachy



W0C526743

(phonetic). And don't ask me how to spell that one.

Q Sure.

A It's his -- it's his -- it's -- it's my wife's mother's side of the family.

Q And when did you learn that -- that he passed away from emphysema?

A Oh, I don't remember. I just remember it could have been '83. It could have been '86.

Q Early to mid '80s? That would be your best estimate?

A I'm guessing. I -- I'm guessing it was '86, but I can't say for sure.

Q Sure.

A I know it was before '98. So --

Q Okay. Well, let's switch gears and talk a little bit about -- about your parents for a second.

Did they ever smoke cigarettes?

A Yeah.

Q Your mother smoked; is that right?

A Yeah, Kools.

Q And did your father smoke?

A Pall Malls, nonfiltered.

Q And I -- I believe your mother recently passed away; is that right?

A Yeah.
Q Okay. During that occasion, when you stayed with your ex-wife and children in 1986, did you smoke around Jennifer?
A No. Well, yeah, I did, but outside, not in the house.
Q Why did you smoke outside and not in the house?
A Because she had asthma.
Q What did that have to do with your smoking?
A I don't know. I guess I felt that she -- you know, smoking would bother her asthma or something. But I didn't even have asthma yet, myself. I wasn't -- in '86, I wasn't having breathing problems.
Q Okay. Now I want to switch gears and talk specifically about Jennifer -- or, I'm sorry, Sharon.
She was born in 1973. And you moved out of the house in about '83 or '84; is that right?
A '83.
Q '83. Prior to 1983, when you moved out of the -- the marital home, do you know if Sharon ever tried to smoke cigarettes?
A I don't know. You'd have to ask my ex.
Q Sure.
A Well, not that I know of.

When did you first start smoking?
A In 1961.
Q And why did you first start smoking in 1961?
A Oh, I don't know. John Wayne was smoke -- selling cigarettes. And a -- a friend of mine, who was older, Leo Helppi, Jr., he's got a 80-acre potato farm up by Bruces Crossing up there in Michigan by the way, but -- had 13 kids. But he smoked Camels. And I think I kind of wanted to imitate John Wayne, and -- and I kind of looked up to him, too. But -- I don't know. I just -- I thought that's what you did. If you were a man, that's what -- you know, men smoke. I didn't know any men that didn't smoke, when I was a kid, barely.
Q Did you start smoking for any other reason?
A I guess I wanted to fit in with my peers who were smoking, too. So --
Q Kind of peer pressure sort of thing?
A Well, it wasn't pressure. It was just, you know, somebody smoking a pipe, like Sunny's brother Alex, Leo Helppi's brother Alex, he was like a year older than me or my age -- no, he was a year older than me. And he, you know, swiped his dad's or somebody, some relative, I can't remember for sure, but some -- a pipe, you know. They'd be smoking

that's when I -- when I went back to smoking again. I didn't want to go back to Camels in -- in '79, you know, 'cause I figured, you know, they're making me sick. So, I tried a filter cigarette and I didn't get dizzy or nothing. So --

Q Other than the reasons we've already talked about, did you try a light cigarette for any other reason?

A Just to reduce the -- you know, power of the cigarettes. And then because somebody was smoking them and I tried one and --

Q Between sometime in 1979, when you resumed smoking after that month quit, and 1990, what brands of cigarettes did you smoke during that period of time?

A Between '79 and '90?

Q Well, you quit for about a month during '79; correct?

A Yeah.

Q After you resumed smoking on that occasion and then ultimately quit again in 1990, during that period of time --

A What brands?

Q -- what brands did you smoke?

A Well, Marlboros, Winstons, GPCs -- or I don't know what the other names of the generic brands are.



W0C526827

Q Just so I'm clear, between 1993 and 1998, on average, how much did you smoke per day?
A One or two cigarettes a day, maybe three, you know. I didn't smoke very much, though, because I wasn't drinking at all. And I was trying to -- I was trying to quit, but it wasn't -- you know, I was in Arizona in prison, people could smoke, and the majority of people smoked. And it's tough to quit when you're -- everybody is smoking around you, you know.
Q Between 1993 and 1998, during that period of time, how many Winston cigarettes did you smoke?
A In that whole time, maybe a couple packs.
Q Between that period of time, between 1993 and 1998, how many Marlboro Reds did you smoke?
A I don't know. I -- I couldn't tell you.
Q What's -- what's your best estimate?
A Well, maybe, on average, one or -- one or two a day of those. One maybe. If you average them out, maybe a couple a day, whatever that comes out to. But I -- I -- I wasn't -- when I -- between that time when I was in prison in Arizona, seldom did I buy cigarettes. And if I did buy cigarettes, I would give the pack to a friend of mine. I didn't want the doctors and the officers to know I was

smoking, 'cause the doctor would just give me hell.
Q Why do you say that?
A Because of my asthma and stuff. Said I shouldn't be smoking. And they'd ask you all the time, do you smoke? And I didn't want to tell them yeah. So -- you know, even though it's just a couple cigarettes a day, I still didn't want to tell them yeah.
So, what I would do is I would either buy a pack and give it to my friend and just bum one off of him once in a while or --
Q How long was that your practice?
A The whole time. I was trying to conceal the fact that I was smoking again.
Q During the whole time you were in the Arizona prison?
A Just from 1993.
Q Beginning in 1993?
A Because, you know, the doctors would give me a rash of shit about it. And I was afraid that they would cut my meds off. You know, you just got to be there to understand the situation, you know.
Q What sort of things did they say to you about that?
A Just a -- they would just ask me if I was smoking.
Q Uh-huh.

A And I'd say no. And they wouldn't -- you know, and they wouldn't say anything. But my friend, Larry, he had lung problems. And I'd even buy him a pack of cigarettes once in a while. When I think about it, it was not good. And they'd give him all this crap about it. They wouldn't give him treatments. Or they'd say you got to quit smoking or we're not going -- this ain't going to do no good for you.
You know, from what I seen what -- how they were treating him, I wasn't going to tell them I was even smoking one cigarette a day. 'Cause I -- it just -- it's just -- you know, it was just like, you know, well, we're going to punish you now. But they'd threaten to do all kinds of stuff to him. So, I just didn't want to go there, you know. I seen what happened to other inmates.
Q And that was Larry?
A Larry Pohlman (phonetic) was his name.
Q When did you first start noticing that happening to Larry?
A Well, when -- before I even started smoking again. In -- in '92 probably.
Q Okay. Between 1993 and 1998, during that period of time, total, how many Marlboro Reds did you smoke? What's your best estimate?



W0C526837

A Yeah. I was just trying to think of who I knew in prisons that had problems. I'm trying to think of more recent ones, 'cause that -- that's the easiest.

Q Well, let's -- let's start with your time in Arizona.

A Yeah. I -- I had a friend -- I can't remember his name, Art maybe Smith. It was before I went to prison. He had bypass surgery on his heart, and his wife was telling him that he -- the doctor said he ain't allowed to smoke anymore.

Q Why did they say that?

A I guess 'cause of the heart attack. He had a heart, you know -- I guess he had blocked arteries. They did surgery on him, bypass surgery or something.

Q On his heart?

A Yeah. I remember he showed me the scar on his chest. I mean, they cracked his chest open. But, I remember he would sneak out into the desert to smoke cigarettes, and I remember his -- I -- his wife complaining about it.

Q And you heard about that before you went to prison in Arizona?

A Yeah. That would've been in '86, yeah, sometime in

'86.
Q Other than -- than Art, Mr. Smith, and Mr. Holloman and -- and the people we've already talked about, do you recall anyone else that's had an injury or ailment associated with cigarette smoke?
A Out in Arizona? No. Nobody I knew.
Q What about while you were in prison in Arizona?
A Larry Holloman. And let me think if there was anybody else. He's the one I remember most, because when I was at Echo unit in Tucson, we were both going to medical a lot, and he was -- you know, we got to be friends, and -- and I spent a lot of time around him. But I didn't have too many friends in prison, you know, being convicted of a sex offense, you know. But -- he's the only one I can remember specifically.
Q Do you remember when you went to the Echo unit in Arizona?
A '92. But --
Q And -- and before that, you were in the East unit; is that right?
A Yeah.
Q All right. Other than the folks we've already talked about, people today and the people we talked about yesterday, can you think of anyone else,

I mean, I was in -- I used to SCUBA dive. I even -- the last time I SCUBA dived was 1998. So -- I mean, I didn't hang around with people who were sick. I didn't go to hospitals. I didn't like going to hospitals. I only went to hospitals when I was, you know, I broke my foot or, you know, I was really injured.

Q Well, let's talk about 1990.

A So, I can't remember too many people.

Q Sure. I'm going to focus in on 1990, 'cause -- 'cause you brought that up. You -- you were in prison in Arizona at that time; right?

A Correct. I was in East unit.

Q Now --

A Winslow, too.

Q Okay. In 1990, you started having these problems. What sort of problems, physical problems were you having in 1990?

A I got pneumonia in my -- you know, I don't know if you've ever had pneumonia, but it's -- it hurts to take a breath. It just hurts. I mean, it's like you have -- it's like you got broken ribs, only it was in my back. You know, it was my back. My back was hurting. And I guess I didn't know I had pneumonia. They -- and I was having real -- I was

real short of breath and wheezing and everything. And they sent me to the hospital in Winslow, I think I remember, and they did X-rays and -- and that and the doctors said I had pneumonia and bronchitis, because I was coughing up this yellow yuck and all this stuff. And he prescribed antibiotics, if I remember right. They give me a nebulizer treatment. And I don't remember what all they did.

But then sometime during 1990 -- either a prison doctor or a doctor in Winslow or some doctor up there told me that I had asthma and they put me on theophylline which made me sicker than all -- it's -- it's just terrible. It made me sicker than a dog and sick to my stomach. I lost my appetite. And I was -- it makes you like you got Parkinson's disease or something. I was really -- I really didn't like it. But they put me on that, said I had asthma. So, as far as I knew, I had asthma all of a sudden. And I didn't know.

I remember asking the doctor, how the hell did I get asthma? And he said some people just get it, you know, develop it for whatever reasons. I don't remember him saying why, but -- I -- he didn't say anything about smoking, I don't



W0C528312

remember. But I just was wondering how I all of a sudden got asthma. And I can't remember -- oh, yeah, I remember thinking well, I wonder if -- if -- that -- if my daughter has asthma, because I have it. I wonder -- I was thinking maybe it's genetic or something. And I was trying to think if I knew anybody that had asthma, other than my daughter, and I couldn't think of anybody, you know, in my family.

So, I -- you know, a lot of stuff went through my mind -- you know. How did I all of a sudden get asthma at 35 or 36 or whatever age I was in 1990, you know.

But I had the pneumonia and the bronchitis, and it took a -- quite a while for that to -- to -- to get taken care of with the antibiotics or something.

Q Uh-huh.

A And my sinuses were giving me problems. My sin -- my -- my sinuses came -- got blocked up altogether. I guess it was called allergic polyps or something.

Q Uh-huh.

A That's what they said it was. I had surgery in 1990 on my sinuses for that. And it's in my medical records. You guys got all that already.



W0C528313

But I couldn't breathe through my nose, and I lost my appetite, and I lost weight. I -- Arizona prison food is pretty bad. I was 135 pounds when I was released in '97. I mean, when I went into prison, I was 185 or 190 pounds, and I had worked for Mesa Moving. I was a furniture mover in '87 for a while. And I was in very good shape.

But anyways, so, I lost weight and I got -- I got -- I thought I was going to die there for a while. But then, I got slowly better. I got over the pneumonia and that, you know, but I still had the wheezing, especially at night. And then I would still -- oh, I'd wake up sometimes at night, and I wouldn't be able to breathe, you know.

Q Uh-huh.

A And it was like I was choking. Well, then they gave me this -- this -- then they gave me this -- one of these allergy inhalers for when I had an asthma attack, when I get to where I couldn't breathe. And that's what I'd use. It's a rescue inhaler. I think that's what they call it. Fast-acting. It's a fast-acting inhaler.

Q So, you've used one of those inhalers since 1990?

A I don't use this much anymore, because the Serevent

and the Aerobid have -- have got my asthma under control. I haven't had an asthma attack in probably a couple years. And I haven't used this -- I don't remember the last time I used Alupent, probably maybe a -- a year or more ago, because of the other inhalers I'm using, they control my asthma.

The problem was I was also short of breath. I mean, I'd try to work out in the prison system, like pushing the wheelbarrows and -- and -- and shoveling or doing physical work, you know. And I noticed I couldn't run anymore. I'd get out of breath when I ran. And I'd get short of breath, you know. I started mem -- noticing that I'd get short of breath. And it wasn't because I was having an asthma attack, you know.

Eventually, I could tell the difference. And then I got shorter and shorter of breath. And in Tucson, when I was first there, I was -- I was having pretty bad problems. I -- sometimes I could hardly walk over to the medical unit or, you know. I was -- I was, you know, having real bad shortness of breath.

I still got -- I still get short of breath, if I have try -- have to walk far, if I

have to walk upstairs. I mean, if I got to do two flights of stairs, I'll be out of breath when I get to the top of the stairs. And that ain't running up them. That's just walking up them.

I know that, because when I went to school in Moose Lake, when I first got to Moose Lake in 2001, I went to school for about a year before I went to treatment, and the computer class was up on the third floor, and I used to be huffing and puffing when I'd -- you know, I'd have to rest and, you know, I'd get up the stairs, and then I'd rest, and then I'd go walk down the hall to class. So I got --

And I -- and I -- I progressively gotten worse. Well -- I can't remember -- I -- I can't remember if the doctors in Arizona mentioned COPD. I don't remember them talking about that. I don't remember -- I don't remember for sure if they said anything about having emphysema, but I always complained about being short of breath, I remember.

Q Well, in 1990, did you -- I mean -- is that what you thought you had?

A What? They told me I had asthma. That's what I thought I had. They just said it's asthma. In fact, mostly, that's what I was told the whole time

I was in prison in Arizona.

One doctor said it's possible that there might be some emphysema involved, but he didn't say for sure definitely or not. He said the X-rays don't show you have any cancer or anything. There's some kind of thing called granulomas on my lungs, calcified granulomas I think they said, something like that. And the reason I remember that is 'cause I -- I -- when I -- when David sent me copies of the medical records they got, I remember seeing that on the X-ray things. But they didn't say I had lung cancer or nothing and, you know. But --

Minnesota, the doctor -- like Dr. -- like I said, Mr. Ceman at Stillwater, he said that, you know, he mentioned COPD, and I -- I -- I didn't know what it was, you know. And then he mentioned emphysema, you know, that I probably had emphysema. And I think Dr. Heib, my doctor in Duluth that I had before I went to prison, I think he thought I had -- I think he mentioned emphysema, too, if I remember. But I can't say that definitely. But he -- he probably did. I remember he said -- I remember he asked me, do I -- did I smoke, and I said no. So --



W0C528317

Q It's hard to remember the details of every conversation you've had with a doctor, isn't it?

A It -- it is when you -- it is when you got something chronic. If, you know, if I broke -- when I broke my foot, I can specifically remember Dr. Heib putting the cast -- he had -- I went through three casts, because it was partridge hunting season when I -- when I had my walking cast on, and I'd go out in the wet, it'd ruin the cast. So, I'd have to go in and have another cast put on. That was in '79, I think.

But I can remember specifically -- I can almost vis -- see him, because he put the cast on my leg. I can almost remember him asking and talking to me about my daughter, and I remember him. He would -- I -- still ask me if -- I remember one time he specifically asked me if I was still smoking Camels, and I said yeah. It must have been that -- I think that might have help -- been a reason why I quit Camels, too.

Q Quit the unfilters?

A Yeah, because he was on me about that.

Q What was he -- what -- what do you mean?

A Oh, he asked me if I was still smoking Camels, 'cause he knew I smoked Camels. And a -- and a --

he's a pretty good doctor.

But anyway, I remember him telling me, he said, if you want to see your daughter graduate from high school, you better quit smoking.

Q And that's why he was encouraging you to quit the unfiltered Camels?

A Yeah. Well, he wanted me to quit smoking altogether. But, he specifically mentioned Camels. 'Cause I don't know. But that might have helped me quit Camels. I mean that, you know, that and a combination of, like I said, when I was hunting -- partridge hunting, I got -- smoked one and I got light-headed and dizzy, almost fell -- you know, almost passed out. And between that and the doctor telling me, you know, I ain't going to live to see my daughter graduate from high school if I keep smoking Camels, well, I think maybe that's what helped me get off the Camels. So --

Q When that doctor was talking to you about quitting the un -- unfiltered Camels --

A Well, he -- he just said Camels. He didn't say nothing about filters.

Q Sure. Well, you were smoking the unfiltered Camels at the time; right?

A Yeah. He knew I was smoking Camel nonfilters.



W0C528319

Q Where --
A -- and get some medical care. So --
Q Was smoking allowed at Winslow?
A Smoking is allowed in Arizona prison system, as far as I know to this day, system-wide everywhere.
Q Was there a nonsmoking section at Winslow?
A Not that I recall.
Q Was there a nonsmoking section at East, at the East unit?
A Yeah. There was one hut that was nonsmoking in one cluster, in one cluster of quonset huts --
Q In east?
A Yeah. And that's where that Mark whatever guy I met -- well, actually, he -- he met me. I didn't, you know -- it was more him coming to me.
Q Okay. Do you know why in 1990 at that time the question of whether you had lung cancer was raised then?
A Because I was having breathing problems. I don't know. The doctor sent me for X-rays. That's all I remember. I don't -- I was thinking there's something wrong with my lungs.
I -- when I had the pneumonia, I thought I had cancer. I didn't correlate my pain in my back when I breathed to pneumonia. I had never had

pneumonia. I never had breathing problems. I didn't know. I thought I had cancer or who knows.

Q Why did you think you had cancer?

A I just thought I had cancer from smoking. I figured people get cancer from smoking. I'm smoking, I -- I got cancer, maybe. I don't know. I thought -- I could -- it could have been anything. I was -- what was going through my head was everything, you know. You know, I don't know. But when the doctor said something about an AIDS test, I'm going what, I got AIDS? You know? I don't know.

That doctor was kind of, take these pills and don't come back, one of those. You know, he was there to get his paycheck, and if I could remember his name and if I ever get the money and ability to have -- get a lawyer or something, I might go out of my way to make sure he gets his license taken away. 'Cause he made me -- I'm allergic to penicillin, never was before, tetracycline, all kinds of antibiotics now, because he kept stuffing me full of this stuff, pills, pills, pills. I had bottles. You wouldn't believe how many antibiotics he gave me. It's in the medical records, still probably, if you check.

A Yes, sir.
Q When you saw the first warning noted in this rotating sequence, that is, "Smoking Causes Lung Cancer, Heart Disease, Emphysema, and May Complicate Pregnancy," when you first saw that warning, what was your reaction?
A Well, I had actually tried to quit smoking before that -- these -- those warnings came out, but I was aware of the warnings. I --
Q Excuse me. So, you were aware of all these warnings, when they first appeared, beginning in the 1980s? Well, I should say --
A I'm not sure about the one about the pregnant women. If I -- you know, I'm -- I'm sure I -- I saw it.
Q You're sure you saw all four of those?
A I don't recall seeing the one about "contains carbon monoxide."
Q Okay.
A But the one about smoking by pregnant women may result in fetal injury, I probably was aware it was on there, you know, that it was on cigarette packages. I mostly -- I remember seeing the one -- the Surgeon General's warning, "Quitting Smoking Now Greatly Reduces Serious Risks to Your Health"

and then the first one there, "Surgeon General's Warning: Smoking Causes Lung Cancer, Heart Disease, Emphysema and May Complicate Pregnancy," those two I'm -- I was more -- I'm aware -- you know, I --I was aware of them, and I -- I remember reading them.

Q When you first saw those in the 1980s, let's start with the first one that reads, "Smoking Causes Lung Cancer, Heart Disease, Emphysema and May Complicate Pregnancy," when you first saw that in the 1980s, what was your reaction?

A I was not too thrilled about being a smoker.

Q Why is that?

A Because it was kind of a scaring -- you know, it was a pretty -- it was kind of alarming, you know. It kind of makes you think, you know --

Q What does it make you think?

A That cigarettes are going to kill you. But I still smoked. So, I don't know. It's -- it's just -- I've tried to quit, you know.

Q Uh-huh.

A I've wanted to quit, but -- especially after I'd go drinking and I'd smoke two, three packs and the next day, I -- I -- you know, I'd be literally sick from smoking so much. And --



W0C528429

Q Okay.
A -- with just my name on there.
Q All right. Let's talk about Exhibit Number 6.
A But I don't remember this one (indicating) at all. I don't remember -- I -- well, I didn't even remember his name. But, I mean, I don't -- I might have seen this. But I think he filed this, and I didn't even know about it.
Q Let's go back to Exhibit Number 6, then.
A I'm surprised that he could put my name on this one without me having to sign it. I don't see how that would be right.
Q And you're referring to Exhibit Number 7?
A Yes, sir.
Q All right. Well, let's talk about Exhibit Number 6.
Exhibit Number 6 is a document in the upper left-hand corner that bears your name, Joseph E. Harju; correct?
A Yes, sir.
Q And underneath that, it has a number 67012; correct?
A Yes, sir.
Q And that's your prison identification number from Arizona, isn't it?

A Yes, it is.
Q And to the right there, in the upper right-hand corner, you'll see it's file stamped. Don't you?
A Yes, sir.
Q File stamped June 4, 1992; correct?
A Yes, sir.
Q Looking at the parties, you see your name, Joseph E. Harju, listed as the Plaintiff; correct?
A Yes, sir.
Q And as Defendants, you see a variety of Defendants, including the State of Arizona, Samuel Lewis, an employee thereof, and a McLane Sunset (sic) --
A Sunwest.
Q Or Sunwest; correct?
A I got no idea who they are.
Q And he also had named Gila Candy and Tobacco Company.
A Yeah.
Q And then you go on to name as Defendants, American Tobacco Company; Brown & Williamson Tobacco Company; Philip Morris, Incorporated; Brooke Group, Inc.; R.J. Reynolds Tobacco Company and Republic Tobacco Company as Defendants; correct?
A Yes, sir.
Q Those are all Defendants named in this lawsuit that

you filed in June of 1992; correct?
A Well --
Q Correct?
A Yeah, but I thought this was to join me on that other -- on his suit.
Q Mr. Harju, this -- this bears case number CV92-10377; correct?
A Yes, sir.
Q Then this is captioned a Complaint under the Civil Rights Act 42 USC 1983; correct?
A Yes, sir.
Q It's a Complaint for product liability and negligence; correct?
A Yes, sir. Under some Arizona statutes.
Q Flipping back to the last page, which is numbered five, it indicates that the document is dated -- dated June 2, 1992, isn't it?
A Yes, sir.
Q And under the date, it bears a signature, doesn't it?
A Yes, sir.
Q Joseph E. Harju signed this Complaint; right?
A Yep.
Q And there's an identification number 67012, isn't there?

A Yes, sir.
Q And that's your Arizona prison identification number; correct?
A Yes, sir.
Q And you signed this Complaint, didn't you?
A Yes, I did.
Q And you signed it June 2, 1992; correct?
A Yes, sir. But, like I said, this is -- this -- this was involuntarily. And I thought this was just to join him on that suit he had filed. I didn't even know about this document here (indicating). And please don't edit this out of this tape, either.
Q Mr. Harju, you're referring back to Exhibit Number 6. There are a number of allegations set forth in the -- in the Complaint. I want to direct your attention to paragraph number 14 in Exhibit Number 6. Can you read paragraph number 14 for me, please?
A Yes, sir. The State of Arizona, through the director of corrections, Lewis, have been and are operating the prison system in an unsafe, unhealthy, and unconstitutional manner by failing to provide a safe, healthy and habitable environment, by exposing nonsmokers to a reasonable

(sic) risk of -- to their health.
Q Is that unreasonable?
A Oh, unreasonable risk to their health, secondhand tobacco smoke in violation of their Fifth, Eighth and Fourteenth U.S. Constitutional Amendments and the corresponding provisions of the Arizona Constitution.
Q And that was an allegation that you made in Paragraph 14 of this Complaint that you filed in June 4, 1992 in Arizona; correct?
A I didn't file this Complaint, and I didn't make them allegations.
Q Well, Mr. Harju, looking at this document, has anyone else signed this document?
A No, sir.
Q And that's your signature at the end of this document; correct?
A Yes, sir. But I was coerced into signing it. I signed that against my will. I didn't want to be in this. I didn't want to file this Complaint. I'm telling you. I told you yesterday, this person kept bugging me and pressuring me and I was scared shitless that I'd get killed if someone found out why I was in prison in -- in the East unit. And I signed that. I didn't give a shit what it said,

actually. I just thought he was joining me on his lawsuit or I was going to be like a -- a person that was an injured party or something on there or something. I don't know. But I didn't want to -- I didn't want even to file this.

And then later on, when I got transferred to Echo unit in Tucson and I got away from that guy in East unit and got in a less restricted environment and started looking into what had been, you know, filed, I filed a motion to dismiss this -- this Complaint.

MR. COTTON: Move to strike --

A So don't -- please don't im -- im -- implicate -- try to say that I, you know, I -- I filed the complaint. I didn't file this (indicating). I didn't mail this (indicating). All I did was sign this (indicating), 'cause the guy was, you know, pressuring me to sign this (indicating), and I was scared. I call that coercion.

MR. COTTON: Move to strike everything after "yes, sir," as nonresponsive.

A I don't -- I -- I resent that. I resent that. We're going to stop this right now, if you're going to continue to do that, because you're saying that I did this. I filed this. I did not file that.

You want to sit in front of the judge and we'll do it this way. But I'm not going to cooperate with this anymore when you're putting words in my mouth and saying things that are false. Please don't do that. You just did that. You just -- and then when -- when I explained under what circumstances I signed that Complaint, which I didn't even know what this said, you strike that.

So, we quit this right now and we'll -- that'll be fine. And then we'll just -- you can complain to the judge that I'm not cooperating with the deposition anymore. But -- but -- no. That's -- I don't like -- I don't like this -- this -- this is -- this is not right.

This is -- and -- and you're going to edit this tape, and I know from watching what they can do with editing tapes and stuff. I watch a lot of news, remember, nowadays. And I know what they can do with edit tapes and they can twist -- you can make it sound like I'm saying things that I really don't mean, you know, in saying. So --

Unless you're going to keep this all on the record about what I explained what happened, and especially after I explained yesterday. I thought the guy's name was Mark. I had to remember



W0C528451

his name was Greg and that. But I -- that was not -- that was -- I was coerced into signing that paper. I was coerced into doing a lot of things when I was in prison.

And until you've been in prison for a child -- you know, for an offense against children, a sex offense, you got no idea how -- how -- just how threatening, you know, what it's like to be in there. I mean, I'd rather go -- I'd rather be in a war. At least then I'd have a gun so I could defend myself.

But -- but I didn't file this. He filed it. All I did was sign the damn thing. That ain't filing it. He stuck it in the mail. I didn't mail anything. He's the one that suckered me into doing that, you know, signing that thing. If I could have it over again, I wouldn't have done it.

So, don't say when I filed this. And when you filed this and -- and don't do that to me. You -- you're insulting me. I'm not that stupid. I'm -- I'm disabled and I can't remember things, but I ain't no -- no idiot.

Q I'm not suggesting you are.

A Well, it sure sounds like it. And especially when I go to explain, because I know you're going to



W0C528452

show this tape to a jury. And you're going to try to twist it around so I look like shit, like I'm a liar and everything. I look bad enough already.

I'm going to stand in front of that jury and tell them the truth. The truth is my fucking character ain't on question here. It's the tobacco company's who kill 4.9 million people worldwide every year with their shit and tell the Czech government, we're saving you money, because you won't have to pay pensions to people, because they don't live long enough, because they're smokers. They die.

And you work for them people. You're taking their money. And I wrote a letter to Peterson the other day and you know what I referred to you guys as? Bloodsuckers. 'Cause I'm -- I'm not a perfect guy. I'm -- I'm a terrible person. I -- I caused a lot of harm to children that I sexually assaulted.

So -- but I don't consider you no better than me, and I sure as hell resent the fact that you're trying to make -- you know, just make me look bad, like some kind of liar or something.

I couldn't even remember even the word that was filed or anything. All I know is I signed

that thing, didn't even understand what it was all about. I thought it was just against the Department of Corrections for -- for having people smoking in prison. That's all I thought it was about. And I -- I didn't even want to sign it. I didn't even want to file -- I didn't want to sue even for that reason.

So, as soon as I got the opportunity to get away from that guy, I withdrew, I motion to dismiss this, especially when the doctors would only tell me that I got asthma out there in Arizona.

But then again, one thing you didn't understand was when I went to -- went to health services out there with breathing problems, the nurse was sitting outside smoking a cigarette on a cigarette break. When I told her I was having problems breathing and having an asthma attack and I was -- had bronchitis at the same time, she said it's all in your head; you're doing this to yourself; it's all in your head.

So, you know, there's a lot of people that need to be locked up, besides me. I'll tell you that. There's a lot more criminals in this world that are -- are getting away with stuff, they

treating people like shit. And that's -- that's some of them. But --

The doctor in Arizona, the ones -- the only one that was half decent out there that I had out there was Dr. Ball. And he's the one that actually, you know, tried to help me. The other ones just wanted to collect their paycheck. They got a contract. They got so much a month, whatever it was, for being in a contract with the Department of Corrections and they could care -- if you -- less if you walked out of their office and dropped dead right on the spot, you know.

And then -- and I was in fear for my life. That's why I signed that. And that's called coercion, I think.

So, when you say you filed this and you signed this, yeah, I signed it, but I sure as hell didn't file it. I never stuck this in the mail. I didn't even -- I thought it went to Tucson. I thought it was filed in Tucson, until just now when I seen it says Maricopa County on there. And I know that's not Tucson. That's Phoenix.

But I -- I'm not going to continue this, if you're going to do that and not let me explain under what circumstances I did something. 'Cause,

you know, I'm going to -- I'm sure as hell going to tell it to the jury, if you're going to run the tape and not run the whole thing, if this goes to trial.

I figure it's my -- my addiction to cigarettes fucked my life up, along with my fucked up parents. But if I wouldn't have been smoking, maybe I would have got somewhere in school. All I want is a little compensation for my pain and suffering and something to live on for whatever time I got left.

I couldn't even save any money in prison because of this lawsuit. You think it's fun filing lawsuits? Try it when you're poor. Just get me in front of a jury. Come on. I dare you. I'll tell them what the hell I think of the whole tobacco companies and everything and all the crap, because they fucked up my life with them cigarettes.

Why wasn't Philip Morris saying cigarettes are bad for you when I was a kid? I didn't see their commercials back then saying that. I didn't see John Wayne saying don't smoke, it's bad for you, when all them other actors that were, you know. Even Andy Griffith smoked, for Christ's sake. It's a miracle every kid didn't smoke back



W0C528456

when I was a kid.

But I don't like this shit. I don't like this lawyers -- you filed this? I didn't file that. You'll never get me to say I filed that, 'cause I didn't file it. I signed it under duress, against my will, because I feared that I -- if I didn't cooperate with this guy and he was into all this law that I didn't understand anything about, that he'd put the word out that I was a chil-mo and I'd get killed. That's why I signed that piece of paper.

And I didn't want to sue nobody back then. I didn't even think I had any grounds to sue anybody. I didn't even think asthma was related to smoking. So, there you go.

MR. COTTON: Just for the sake of the record, I am going to move to strike everything after the "yes, sir."

BY MR. COTTON:

Q Now, you've indicated that -- well, it's not clear to me what you want to do at this point. I plan to ask a number of questions relating to Exhibit Number 6, this lawsuit that was filed in Arizona in June 1992. Are you going to answer those questions? Or what do you want to do at this



W0C528457

members of the tobacco industry were at issue in the lawsuit that was filed in April (sic) 1992 in the Complaint that you signed; correct?
A Not as far as I know.
Q Let's look at Paragraph 15 of Exhibit Number 6 which is a copy -- I think I may have said April of '92. I meant to say June. And maybe I can phrase it better.
A See, no --
Q Let -- let -- let me ask you a question.
A Let -- let me explain something. It's got Joseph E. Harju on here.
Q Uh-huh.
A And I wouldn't go -- and I wouldn't have went by -- I would have went by my full name. I -- that's another thing.
Q Okay.
A I didn't read this.
Q Okay.
A I didn't read this. So, I don't know what was claimed in this, back in 1992.
Q Well, and that's why I'm inviting you to take a chance to -- to look at this. Okay?
A Well, it sounds like you're wanting me to acknowledge that I was claiming that back then, and

pounds when he was 14 years old. His dad was a lawyer for the Hell's Angels, and he was a Hell's Angel. So --
Q Now, when you were at Calumet High School, were stu -- students permitted to smoke?
A Yeah. And I never had a clue, until I got to California, that the Hell's Angels weren't all, you know, bad motorcycle guys. Most of them were pretty nice, family guys with kids and everything. So --
Q Now, over the years, do you recall taking science classes?
A I think I had science class in junior high or something out in California, maybe.
Q Do you remember taking, like, a biology class?
A College. And -- and maybe we -- I don't remember if we dissected frogs or anything. I don't remember. I think we might have.
Q Did you take a class -- well, did you take physical education?
A Yeah.
Q Did you ever take any classes where health issues were discussed?
A In high school, I remember they came around about the smoking thing with the lung in the bottle and



W0C4E5036

all that stuff.
Q And during that -- during that session, what was discussed?
A I can't remember everything, just that smoking's bad for you and stuff like that. We didn't care. I don't -- I don't think I even paid attention in there, you know, but -- I was also going to mention that I think Sickler, our football coach, smoked, and he was our PE teacher. So --
Q When they came around with the discussion of cigarette smoking --
A Yeah.
Q -- in what way did they explain that cigarette smoking was not healthy?
A I don't know. I can't remember. I think it was in 1970. And I don't think I paid a bit of attention. I can't remember much about it anymore. It's just that they showed us a blacked-up thing. You couldn't even tell if it was -- came from a person, or whatever.
Q What'd they say --
A Supposed to have been a smoker's lung or something. And, I don't know.
Q In 1970, when you saw that smoker's lung depicted, what did you think?



W0C4E5037

A Didn't -- I don't know. I don't remember if I thought anything about it at all. I think when you're that age, you don't think about stuff like that. I don't -- I remember -- I remember when Emil Jermo was telling us about losing his lung, I -- we didn't -- you could tell the guy was -- you know, half the side of his chest seemed like it was caved in and stuff. And you could tell the guy was -- he was real skinny and -- and he wasn't a very big guy, either. So -- but I don't think it meant anything to us. I don't think we even really thought about it.
Q Why do you say that?
A I know I didn't.
Q Why do you say that?
A Because the stuff I had been through when I was a kid, you know -- you know.
Q What do you mean by that?
A Well, my dad's physical abuse and -- I didn't have a -- I didn't have an easy childhood. So -- dying wasn't no big deal. I wasn't afraid of dying when I was a kid. I didn't even think about it.
Q And then you later took classes through various community colleges; correct?
A Yeah, when I got in prison in Arizona.

Q Did you take a general biology class?
A Yeah.
Q Did you take a psychology class?
A Yep.
Q Did you take a current social problems class?
A Yep.
Q Did you take a class called Drugs in American Society?
A Yep.
Q Did you take a class called Introduction to Alcohol Abuse?
A Yep.
Q Did you take Abnormal Psychology?
A No. I think I withdraw out of that class.
Q But you were in it for some period or -- or not?
A No. I think -- I think I withdraw before I even started it or something.
Q Did you take a class called Political and Legal Aspects of Drug Use?
A Yeah.
Q During those classes and others that you took in community college, were the health risks associated with cigarette smoking discussed?
A Oh, yeah.
Q What sort of things were discussed regarding the

health risks associated with cigarette smoking during the time you were at Pima Community College between August of '88 and July of '92?

A What I could remember, maybe, is about the risk of cancer and heart disease and stuff like that. I don't remember them talking about -- I never knew what COPD was.

Q Anything else?

A And I didn't know it was -- I didn't know about bronchitis, about -- about sinusitis, about lots of stuff. I didn't know about peripheral vascular disease.

Q And I want to focus in on what -- what was discussed.

A Just generally the risk of heart disease and lung cancer and basically that, you know, and respiratory diseases. I think emphysema, but I don't remember them talking about -- they might have talked about bronchitis, but I don't know. I don't think there was a lot discussed about smoking risks. I think it was more on other drugs.

Q Did you keep any of your books from those classes you took?

A No.

Q Do you recall which of those classes addressed the

And I remember I did talk to Dr. White, about do I have any smoking-caused injuries? 'Cause I -- I knew if I didn't have any injuries, what -- what am I going to sue somebody for? And I'm sure he didn't say anything -- you know, if he just said you got lung cancer from smoking or something, I probably wouldn't have dismissed this. But I didn't want to sue anybody at that time. I -- I didn't want to -- you know --

Q And so, this acquaintance of yours, Dick, helped you to prepare the Motion to Stay/Motion to Dismiss Action Without Prejudice?

A Well, he might have told me how to -- you know, he might have said well, I don't --- I don't remember him working on it with me. But I -- I think he might have said well, you need to file a Motion to Dismiss and the -- and then the Court'll, you know, dismiss it without prejudice or do something. I don't know. But I'm sure I asked him about, what I go about -- what should I do?

Q So, you don't remember him actually working with you on putting it together. He just gave you advice on what to do; right?

A No, I know he didn't. I know he didn't help me put it together. He just told me -- I just asked



W0C4E5071

him -- I probably told him about the suit and the circumstances under which it -- my name got on it and how it got filed. And I probably told him that I didn't want -- I probably told him I -- I never wanted to sue nobody and how -- what do I do? And he probably told me well, you probably should file a Motion to Dismiss or something. And -- and I probably went in the library and figured out how to do that and typed it up and filed it.

Q Okay. So you researched how to prepare the Motion to Dismiss, typed it up and signed it and filed it; correct?

A As far as I recall. If you got a copy of the Motion to Dismiss, I can see if -- I can tell you -- I can tell my typing, 'cause my typing is not good. So, you know, I can tell what kind of mistakes I make in my typing. So -- but I do recall filing a Motion to Dismiss. I wanted to dismiss the suit.

So -- and I know -- I remember specifically talking to the doctor. I don't -- I can't say for sure if it was Dr. White. It might have been another doctor there. There was several doctors at Echo unit. And it -- it was one of the doctors, though, and I remember talking -- and

asking him specifically, do I have any cancer or any diseases caused by smoking? And I remember the doctor -- I don't remember -- I remember the doctor must have said no, because, you know, if I would have, I'm sure I would have not dismissed a suit then. But, I don't know.

MR. COTTON: Let's go ahead and mark this.

A I probably -- I probably have a copy of this somewhere, my brother's or someplace. But it might have got thrown out by now. I don't know. But I did -- I did dis -- I did file a Motion to Dismiss. I know I did. 'Cause I wanted -- I didn't want to sue in the first place.

BY MR. COTTON:

Q Let's give the court reporter a chance to mark the exhibit.

A Like I said, it wouldn't have been long after I got to Tucson, so I must have been transferred there in '92 from -- from Florence in East unit to Tucson.

**(Harju Exhibit 12 was Marked.)**

A See, even in -- even in the -- she ready?

BY MR. COTTON:

Q Let me ask you a question. Let me ask you a question. In Exhibit Number 11, you see that it's



W0C4E5073

further ordered granting Plaintiff's Motion to Dismiss Without Prejudice, docket number five.
A Uh-huh.
Q Do you see that?
A (Witness nods head in the affirmative.)
Q Yes?
A Yeah.
Q I'm handing you what's been marked as Exhibit Number 12 which is a document captioned Joseph E. Harju, Plaintiff, versus state of Arizona, and some other Defendants, case number CIV 92 1152 PHX SMM Motion to Stay Action/Motion to Dismiss Action Without Prejudice. And at the bottom, it's marked "5." Do you see that?
A Uh-huh.
Q Do you recognize Exhibit Number 12 as the Motion to Stay Action/Motion -- Motion to Dismiss Action Without Prejudice that you prepared, signed and filed in Arizona in July 1992?
A I recognize my signature. Oh, yeah.
Q Okay. Now I want to switch gears and talk to you about something we talked about the other day, the checks that -- the false checks that you wrote. Do you recall we talked about that the other day?
A Uh-huh.



W0C4E5074