JP #11 Justice Court

Name of Court — Address — Zip

STATE OF ARIZONA
vs
Joseph E. Harju
DEFENDANT

CASE NO. CR87-0157

BOOKING NO. 68621 AJPD

RELEASE QUESTIONNAIRE
Part B

**INFORMATION TO BE COMPLETED BY THE DEFENDANT OR BY THE MAGISTRATE**

*Instructions to the Defendant:* The following information is for the purpose of determining the conditions under which you may be released at this time. The answers you give to the following questions will be used by the Court for the purpose of determining the conditions of your release. You are not required to answer any questions if you feel the answer might be harmful to you. Your answers will be checked against the information supplied by the police, and with the references you yourself give on the form. Any discrepancies may result in higher bail or harsher conditions of release. Any information you give may be used against you in this or any other matter.

**GENERAL**

1. Full Name HARJU, JOSEPH EDWIN Social Security 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
2. Sex ☒ M ☐ F Race WHITE Age 34 Place of Birth COLUMBUS OHIO
3. Present Citizenry U.S. If not a citizen, how long have you been in this country?
4. Present Address P.O. BOX 4134 APACHE JCT, AZ 85278 Phone NONE
5. Length of residence at this address? 3 YRS. Where else have you lived in the past year and for how long?

**FAMILY**

6. Are you married? ☐ Yes ☒ No Are you living with your spouse? ☐ Yes ☒ No
7. How many other persons (including your children) are living with you? - 0 -
8. How much do you contribute to their support? - 0 -
9. Do you have regular contact with any other relatives? ☒ Yes ☐ No If yes, explain: MY MOTHER AND SISTER

**WORK**

10. Are you employed? ☒ Yes ☐ No If not, what is your principal means of support?
11. Employer's Name CLINTON HILL How long have you worked there? 1 WK.
Employer's Address MESA AZ. Phone
12. What is the nature of your job? WELDER - MAINT.

**RECORD**

13. Do you have any previous criminal convictions? ☐ Yes ☒ No If yes, explain:
14. Have you ever been arrested and released on bail or other conditions pending trial? ☐ Yes ☒ No
15. Did you ever fail to appear as required? ☐ Yes ☒ No If yes, explain:

**OTHER**

16. Does this alleged incident involve any member of your household? ☐ Yes ☒ No If yes, as ☐ Victim, ☐ Codefendant, ☐ Both.
17. Are you welcome to return home? ☒ Yes ☐ No If no, where will you go if released today?
18. Is there any organization, church, or person who might agree to supervise you and be responsible for your return to court as required? ☒ Yes ☐ No Name MARY J. HARJU
Address P.O. BOX 501 APACHE JCT. AZ. 85220 Phone 984-4195
19. Are there any other matters (such as your physical or mental health, use of any mind altering substance, or illness in your family) which you feel the Court should consider in making its decision? ☒ Yes ☐ No If yes, explain: I FEEL THAT I HAVE A HEART PROBLEM
20. Is there any other friend, relative, neighbor, minister or other person who can be called as a reference for this information? ☐ Yes ☒ No Name
Address Phone

DATED: 4-14-87 Joseph E. Harju
Defendant

310-048-0382

18