ARIZ[illegible] STATE DEPARTMENT OF CORR[illegible]IONS
BUREAU OF HEALTH SERVICES
CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | SOAP | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 2/21/90 | 6:30 pm late entry | | S | As above. c/o wheezing and trouble breathing. Recently tx'd for sinusitis. Has nasal polyps and deviated septum |
| | | | O | HEENT: unchanged. Deviated septum. Lungs: Wheezing throughout, worse (L) ↓ lobe. |
| | | | A | Bronchitis – R/O asthma |
| | Sputum C&S | | P | Theolair SR 250mgm T po BID x2 wks Rx; Bactrim DS T po BID x 2wks Rx; Extra pillow sent - C&S sputum; Lay in until f/u - evaluation (Sched for 2/26/90) MD appt Up for meals, count, BRP. Cont. Albuterol & Vancenase as Rx |
| noted Joan Hobbs RN 2/21/90 1845 | | | | P Epps PA-C PATRICIA EPPS, PAC |
| 2/26/90 | 1650 | | S | I/O. Feeling better but continued congested sinus |
| | | | O | Lungs clear. Unchanged nares c polyps |
| | | | A | Nasal polyps |
| | | | P | Sudafed 30 T po BID ~~TID~~ x 28days; Continue Theophyllin, Vanceenase, and Proventil as prescribed ✓; F/U in 1 wk 3/5/90; Return chart to me for Consult wal in AM. ✓; Dimetapp T po BID x 28days Rx |
| noted Joan Hobbs RN 2/26/90 1710 | | | | P Epps PAC PATRICIA EPPS, PAC |

CONTINUOUS PROGRESS RECORD

NAME Harju, Joseph
ADC# 67012
FACILITY/UNIT ASPC-W

NA STATE DEPARTMENT OF CORRE[illegible]S
BUREAU OF HEALTH SERVICES
CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 3/14/90 | 1340 | | P | Albuterol inh [illegible] inh q 4-6h PRN |
| | | | | #1 c 2 ref Rx |
| | | | | P Epps PAC |
| | | | | PATRICIA EPPS, PAC |
| | | | | noted Jean Hollis CRN 3/14/90 1345 |
| 3-23-90 | | | S | I need to see the PA again for having trouble breathing. Also the [illegible] |
| | | | O | Congestion |
| | | | P | Scheduled [illegible]. |
| | | | | Refer to PA H Steffeck |
| | | | | HERB STEFFECK, CMA |
| 3/30/90 | 0610 | | S | Req. preventil inhaler |
| | | | P | Req. to pharmacist. [illegible] RN |
| | | | | SUSAN [illegible], RN |
| 4/4/90 | | | S | Difficulty breathing - hives |
| | | T. 97 | | on arms legs, chest, back, |
| | | | | face. - Hydroxyzine keeps this |
| | | | | under control |
| | | | O | Skin: Large erythematous macular |
| | | BP 130/78 | | lesions over body; several urticarial |
| | | | | lesions. |
| | | | | Lungs: Prolonged expiratory |
| | | | | phase 3:1. Expiratory wheeze |
| | | | | throughout L>R. Frequent moist |
| | | | | cough c broncho spasm; in obvious |
| | | | | distress. Face flushed. |
| | | | A | Bronchial asthma (?) |
| | | | | Cough c bronchospasm |

CONTINUOUS PROGRESS RECORD

NAME Haeju, Joseph
ADC# 62012
FACILITY/UNIT A.S.P.O. WINSLOW

FORM 70400060
Rev. 4/15/88

ARIZONA STATE DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH SERVICES
CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 4-4-90 | 5:30 pm | | P | ① Atarax 50 mgm T po TID × 6 tabs RX |
| | | | | then 25 mgm TID PRN for 28 days c 2 refs. |
| | | | | ② Theophyllin SR 300 mgm T po TID × 10 |
| | | | | Then 300 mgm BID × 28 days RX |
| | | | | c 2 refills |
| | | | | ③ Theophyllin level in 2 wks then |
| | | | | monthly × (3). slips made |
| | | | | ④ Amoxicillin 500 mgm T po TID × 5 days |
| | | | | then Rx for 5 days more if not |
| | | | | contraindicated as per sputum |
| | | | | culture RX |
| | | | | ⑤ Sputum Culture (early AM) container given |
| | | | | ⑥ Continue Albuterol inh q 4-6 PRN (has) |
| | | | | ⑦ Recheck 4-6-90 ✓ |
| | | | | ⑧ CXR Kardex |
| | | | | ⑨ CBC, SMAC-20 in AM slip made |
| | | | | ⑩ Ocean spray nasal OTC given |
| | | | | P Epps PAC |
| | | | | PATRICIA EPPS, PAC |
| noted Joan Hahler RN 4/4/90 1845 | | | | |
| 4/5/90 | 0700 | | | I/m returns to medical c lab draw |
| | | | | this AM. I/m had removed pressure |
| | | | | bandage applied to site of (L) antecub. States |
| | | | | "I think it really came off when I put |
| | | | | my jacket on." Small hematoma (pea |
| | | | | size) noted to puncture site. Pressure |
| | | | | bandage applied. Instructed to leave |
| | | | | intact × 30 min & apply ice PRN. Report |
| | | | | further swelling. S. Hoogendoorn RN |
| | | | | SUSAN HOOGENBOORN, RN |

CONTINUOUS PROGRESS RECORD

NAME HARJU, JOSEPH
ADC# 67012
FACILITY/UNIT A.S.P.C. WINSLOW

FORM 70400060
Rev. 4/15/88

ARIZONA STATE PRISON COMPLEX
DIVISION OF HEALTH SERVICES
X-RAY DEPARTMENT

P.O. BOX 629
Florence, Arizona 85232
(602) 868-4011 Ext. 5711

SEEN BY ___

TECH ___

DATE OF EXAM 11-14-90

D.O.B ___/___/___

S.S # ___

Patient's Name: HARSH, JOSEPH ADC#: 67012 [ ] Yes [ ] No Ambulatory

11/14/90 Date of Request | 37 Age | ♂ Sex | Cau Race

Site to be X-rayed CXR PA/LAT

Reason for Request: s/p Rhinoplasty 10/30/90 has persistant cough c irritation (L) middle lobe.

Requested by: ___

Findings:

11-14-90 - CHEST: No change has occurred since 9-11-90.

CONCLUSION:
1. Normal heart and mediastinum.
2. Calcified granuloma in the right upper lobe.
3. Small, sharply circumscribed density in both apices appears to be bony, but may be old pleural pulmonary fibrosis.
4. A small triangular shaped density projected over the trachea on the lateral view most likely represents fibrocalcific density adjacent to the right upper mediastinum.
5. No active lung infiltrate or pleural pathology.
6. Suggestion of mild emphysema.
7. Two minute opacities overlying the tenth thoracic disc space may be old inactive pulmonary pathology, but could be calcification or ossification in the disc itself.

M. Herbert Nathan, M.D.
Radiologist

MHN/mac

11/27/90 ___ Radiologist

FORM 40100019
3/17/88

# Clinical Record

Department of Corrections
State of Minnesota

Name Harju Case# 205468

| DATE | State Observation: Doctor's, Nurses' Notes, signature and title |
|---|---|
| 8/7/00 | Harju, Joseph #205468 MCF-SCL |

S: Patient comes in to review his asthma. He's had asthma for about 10 years. His current regime consists of Alupent inhaler, just PRN usage, Aerobid inhaler 2 puffs BID, Serevent inhaler 2 puffs BID, Atrovent inhaler 2 puffs BID. He's also on Singulair 10mg 1 QD. He's been on Claritin D and Nasocort in the past. In addition he's had some back pain, but he's not really taking any medicine for that, not really having problems with it. He wonders about getting his Singulair renewed at this point. He's actually not had an interruption of it yet. His asthma has been fairly well controlled with the above medications, although 3 years ago he was hospitalized, he's never been on a ventilator for his asthma.

A: Moderate to severe persistent asthma

P: We'll continue all his inhalers. He actually has all those available to him. We'll write a non-formulary for the Singulair 10mg QD and also for Rhinocort nasal spray. We'll hold on antihistamines at this point since he's not having too much problem there. I did talk to him about possibly using some other antihistamine besides Claritin. I did make his Zantac KOP. He thinks his symptoms are fairly well controlled with the 150mg BID. I did tell him that we could increase that to 300mg BID if that is not giving him good relief. I will plan on seeing him back for his physical examination. He did ask about specific limitations as far as work status and I told him that we would certainly address that at his physical examination, but he has apparently a desire to go to school for computers.

8/7/00 K. Krueger, MD/rjm

Dictated but not read

Harju, Joseph #205467 MCF-SCL

S: He came in also he has a history of bronchial asthma and also emphysema for over 11 years now. He did have bronchial asthma as a child but then he used to smoke heavily and he had been diagnosed to have emphysema associated with his smoking, since 1989. He has been hospitalized several times in the past in regards to his asthma and he has been tried on Albuterol, Theophylline and he states that he becomes quite sick with these two agents in that he becomes dizzy, nauseated and even makes his asthma quite worse. The medication that seems to help him a lot are Singulair at 1 tablet daily, Alupent inhaler 2 puffs QID PRN, Serevent inhaler 2 puffs BID and Aerobid 2 puffs BID. He also has some allergic rhinitis and he claims that the only one that had helped is a combination of Nasocort 2 puffs each nostril BID and Claritin-D. On admission the Nasocort was not prescribed as he was put on Rhinocort and he states that this is not helping at all.

O: On examination he doesn't have any shortness of breath today. His peak flow is at 525, which is very good. On the chest: heart is normal sinus rhythm, no murmur. Lungs: he has gives expiratory effort with a location of rhonchi on the bases. He did admit that he did have an asthmatic episode last night but then it was aborted with the use of his Alupent.

A: Chronic obstructive lung disease a combination of bronchial asthma, prior to the emphysema. Allergic rhinitis.

P: Continue with the current medication of Serevent, Alupent, Singulair tablet and we will try Sudafed 60mg BID for his rhinitis. If this doesn't help then he needs to come and we might need to ask for him to go on Claritin-D but I doubt he will be approved. Return to clinic PRN.

8/31/00 V. Mandac, MD/rjm

Dictated but not read

Form#45 Rev. 5-93

MEDICAL AND NURSING PROGRESS NOTE

No

# ARIZONA DEPARTMENT OF CORRECTIONS

## *MEDICAL HISTORY*

| Last Name - First Name - Middle Name | | | Identification No. | Date of Examination |
|---|---|---|---|---|
| Warji Joseph | | | 62012 | 4-1-88 |
| Place of Birth: Ohio | | | Date of Birth: 1-6-53 | Age: 35 |
| Sex: m | Color: Cauc | Religion: Lutheran | Education: 12yr | Social Security No.: 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 |
| Name, Relationship and address of Next of Kin: Susan Warji Sister P.O Box 501 Apache Jct AZ | | | | |
| | Facility at which Intake occurs: ARTC | | Physician of Record and Address: | |

Family History:

Has any blood relation (parent, brother, sister, other) or husband or wife had: (Write in relationship next to items)

| Relation | Age | State of Health | If dead, cause of death | Age at Death | Yes | No | (check each item) | Relation(s) |
|---|---|---|---|---|---|---|---|---|
| Father | | | Dnu | 42 | | X | had tuberculosis | |
| Mother | | good | | | | \| | had Syphilis | |
| Spouse | — | | | | | \| | had Diabetes | |
| | | | | | | \| | had Cancer | |
| Brothers 2 | | good | | | | \| | had Heart Trouble | |
| and | | | | | | \| | had Asthma | |
| Sisters 2 | | | | | | X | had Hay Fever, Hives | |
| | | | | | X | | had Epilepsy (fits) | Mother |
| Children 2 | | good | | | | X | been Insane | |

Have you ever had or have you now (place check at left of each item)

| Yes | No | (check each item) | Yes | No | (check each item) | Yes | No | (check each item) | Yes | No | (check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | \| | Scarlet Fever Mumps Erysipelas Diptheria Whooping Cough (circle) | | X | Goiter | | X | Tumor, Growth Cyst, Cancer | | X | Depression or Suicidal Attempts |
| | | | | \| | Tuberculosis | | \| | Rupture | | \| | Treatment for Nerves, Alcohol, Drug Abuse (circle) |
| | | Rheumatic Fever | | \| | Asthma | | \| | Appendicitis | | | |
| | \| | Swollen or painful Joints | | \| | Shortness of Breath | | \| | Piles or Rectal Disease | | \| | Paralysis (inc. infantile) |
| | \| | Head Injury | | \| | Pain or Pressure in chest | | \| | Frequent or painful Urination | | \| | Bed Wetting |
| | \| | Breast Pain or Lumps | | \| | Chronic Cough | | \| | Kidney Stone or Blood in Urine | | X | Skin Rash |
| | \| | Frequent or severe headaches | | \| | Palpitation or pounding heart | | \| | Diabetes | | | ~~Menstrual Disorder~~ |
| | \| | Eye trouble | | \| | High or Low Blood Pressure | | \| | Venereal Disease | | X | Gastro-intestinal Disorder |
| | X | Running Ears | | \| | Gall bladder trouble or Gall Stones | | \| | Bone, joint or other deformity | | X | Other: |
| X | | Sinusitis | | X | Jaundice | | \| | Seizures | | X | Poor Vision |
| | X | Hay Fever | | | | | X | Loss of arm, leg, finger or toe | X | | Hearing Problem Lt ear |

Operations: Rectal surg 7-87

Any Reaction to Serum, Drugs or Medicine
Allergies: None Known

Significant conditions (including hospitalization(s)) in history.: Fighting - 1979 - back inj

c/o cig smoke causes sneezing

O. Owens CMA
Signature of Health Provider

MEDICAL HISTORY AND PHYSICAL EXAMINATION
ADULT CORRECTIONAL UNITS

A ZONA DEPARTMENT OF CORR TIONS

Bureau of Health Services

No

INITIAL/INTER-FACILITY ASSESSMENT

NAME: Harju Joseph DC No. 67012 DOB 1-6-53 FACILITY: AMC C35

Have you in the past or are you currently being treated for:

| | YES | NO |
|---|---|---|
| 1. Heart problems | | X |
| 2. High blood pressure | | X |
| 3. Diabetes | | X |
| 4. Asthma | | X |
| 5. Seizures | | X |
| 6. Tuberculosis | | X |
| 7. Cancer | | X |
| 8. Bone diseases | | X |
| 9. Sinus problems | X | |
| 10. Alcohol abuse | | X |
| 11. Drug abuse | | |
| Types used | | |
| Mode of use | | |
| Amt & freq of use | | |
| Date/time of last use | | |
| Problems after ceasing use | | |
| 12. Dental problems | X | |
| If yes, what Loose Cap. one Lost cap | | |
| Do you have false teeth | | X |
| If yes, what | | |

| | YES | NO |
|---|---|---|
| 13. Mental problems | | X |
| If yes, what problem | | |
| What treatment | | |
| Were you hospitalized | | X |
| 14. Allergies | | X |
| If yes, to what | | |
| 15. Infectious disease | | X |
| If yes, what | | |
| 16. Lung problems | | X |
| 17. Kidney/bladder problems | | X |
| 18. Venereal disease | | X |
| If yes, what | | |
| 19. Wear glasses | | X |
| If yes, are they with you | | |
| 20. Are you pregnant | | |
| If yes, delivery date | | |
| Other female problems | | |

Are you currently on any medication for any of the above problems? If yes, what? None

BEHAVIOR STATUS: (circle appropriate response)

1. State of consciousness – (Normal), groggy, sleepy, nonresponsive
2. Attitude – (Cooperative), uncooperative, hostile
3. Responses – (Alert), confused, nonresponsive
4. Behavior – Bizarre, hyperactive, assaultive
5. Other (tremors, sweating, etc.) –

Are there any:

| | YES | NO |
|---|---|---|
| 1. Artificial leg/arm | | X |
| 2. Artificial eye | | X |
| 3. Bruises | | X |
| 4. Abrasions/cuts | | X |
| 5. Contusions | | X |
| 6. Tattoos | | X |
| 7. Skin rash | | X |
| 8. Jaundice (yellow) | | X |
| 9. Infestation (lice, crabs) | | X |

DISPOSITION OF INMATE: (check any that apply)

___ 1. Emergency referral to health provider/facility
___ 2. Referral to health provider as soon as possible
___ 3. Referral to next clinic
_X_ 4. No immediate needs/informed of sick call hours/procedure
___ 5. Received health services information pamphlet

Joseph E. Harju
Verifying Signature by Inmate ____ Date ____ Time ____ Facility

COMPLETED BY: O. Owens Title: CMA Date: 4-1-88

REVIEW by Health Staff:

ARIZONA DEPARTMENT OF CORRECTION

No

PHYSICAL EXAMINATION

| NAME | ASP-NUMBER | AGE | SEX | ETHNIC GROUP |
|---|---|---|---|---|
| North Joseph | 67012 | 35 | Sm | Cauc |

| HEIGHT | WEIGHT | TPR | B/P |
|---|---|---|---|
| 6'1 | 172 | 97.4 80 14 | 116/70 |

DISTANT VISION R 20/ 15 CORR. TO 20/ ___ L 20/ 13 CORR. TO 20/ ___ VISION ___ LEFT NEAR ___ RIGHT ACCOMODATIONS

HEARING RIGHT WV /15 LEFT WV /15

GROSS DENTAL DEFECTS

CLINICAL EVALUATION

NOTES: (DESCRIBE EVERY ABNORMALITY IN DETAIL. ENTER PERTINENT ITEM NUMBER BEFORE EACH COMMENT.)

| NORMAL | (CHECK EACH ITEM IN APPROPRIATE COLUMN: ENTER "NE" IF NOT EVALUATED) | ABNORMAL |
|---|---|---|
| ✓ | 1. HEAD, FACE, NECK, AND SCALP/NECK THYROID | |
| | 2. NOSE | |
| | 3. SINUSES | |
| | 4. MOUTH AND THROAT | |
| | 5. EARS - GENERAL (INT & EXT. CANALS) | |
| | 6. DRUMS (PERFORATION) | |
| ✓ | 7. EYES - GENERAL (VISUAL ACUITY AND REFRACTION) | |
| def | 8. OPHTHALMOSCOPIC | |
| ✓ | 9. PUPILS (EQUALITY AND REACTION) | |
| | 10. OCULAR MOTILITY (ASSOCIATED PARALLEL MOVEMENTS, NYSTAGMUS) | |
| | 11. LUNGS AND CHEST (INCLUDE BREASTS) | |
| | 12. HEART (THRUST, SIZE, RHYTHM, SOUNDS) | |
| | 13. VASCULAR SYSTEM (VARICOSITIES, FEMORAL PULSE, ETC.) | |
| ✓ | 14. ABDOMEN AND VISCERA (INCLUDE HERNIA) | |
| def | 15. ANUS AND RECTUM (HEMORRHOIDS, FISTULAE) (PROSTATE IF INDICATED) | |
| ✓ | 16. ENDOCRINE SYSTEM | |
| | 17. G - U SYSTEM | |
| | 18. UPPER EXTREMITIES / REFLEXES (STRENGTH, RANGE OF MOTION) | |
| | 19. FEET | |
| | 20. LOWER EXTREMITIES (EXCEPT FEET) (STRENGTH, RANGE OF MOTION) | |
| | 21. SPINE, OTHER MUSCULOSKELETAL | |
| | 22. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| | 23. SKIN, LYMPHATICS | |
| ✓ | 24. NEUROLOGIC | |
| | 25. OB-GYN | |

SUMMARY OF PHYSICAL DEFECTS (OR DIAGNOSIS)

Chronic sinusitis

High freq hearing loss

RECOMMENDATIONS

CLINIC REFERRALS

LABORATORY REQUESTS

WORK OR PHYSICAL CLASSIFICATION

M I

| SIGNATURE OF EXAMINER | SIGNATURE OF APPROVING PHYSICIAN | DATE |
|---|---|---|
| D Spidell PA-C | | 4-7-88 |

AR[illegible]IA STATE DEPARTMENT OF CORRECT[illegible]

BUREAU OF HEALTH SERVICES

CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 8-9-89 | 0730 | | S | Need refill on Benadryl 50 |
| | | | O | Rash on chest c itch |
| | | | A | Rash on chest |
| | | | P | HC cream 5% Benadryl order to Pharm |
| | | | | H Steffeck CMA H. STEFFECK, CMA |
| 9/1/89 | | | S | Rash on arms & legs. Want to check [illegible] |
| | | | O | Several large blotchy areas about 5¢ |
| | | | | size on (R) arm |
| | | | A | Rash |
| | | | P | 1) Benadryl 50mg q 4hs Rx 1348 |
| | | | | 2) Refer to MD 9/12 HERB STEFFECK, CMA |
| 9/11/89 | 0715 | | S- | wt. 174 Request med refill for |
| | | | | Benadryl. |
| | | | O | Has appt. c MD 9/12. [signature] RN SUSAN HOOGENBOORN, RN |
| 9/12/89 | 0845 | | | (S) Severe Sinusitis |
| | | | | Skin rash |
| | | | | (O) B/l Nostrils boggy mucosa |
| | | | | Post Pharyngeal drainage |
| | | | | No cervical lymphadenopathy |
| | | | | Has erythematous rash |
| | | | | both arms. ? 2° to insect bite |
| | | | | (A) Severe Sinusitis |
| | | | | Poss insect bite |
| | | | ✓ | (P) Benadryl 50 mg Po BID x 28 days |
| | | | | ↑ Humidity |

noted [illegible]

CONTINUOUS PROGRESS RECORD

NAME Starzyk, Joseph
ADC# 67042
FACILITY/UNIT ASPC-W

FORM 70400060
Rev. 4/15/88

A[illegible]A STATE DEPARTMENT OF CORRECT[illegible]
BUREAU OF HEALTH SERVICES
CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 9/12/89 | | | | Tetracycline 500 mg Po Qid x 10 |
| | | | | Beconase nasal spray Qid |
| | | | | both nostrils x 14 days |
| Noted J Smith | | | | On 9/12/89 0905 |
| 9/27/89 | 0615 | | S | Renew Benadryl. Request see MD |
| | | | OA | Cont diff c Sinusitis |
| | | | P | 1. Renew Benadryl. 2 Schd MD |
| | | | | for F/U for Sinusitis M Johnson |
| | | | | MARGO JOHNSON, RN |
| SEP 26 1989 | | | | (S) Has good improvement of |
| | 1105 | | | Sinuses. |
| | | | | (O) ↓ Mucosal edema in |
| | | | | the nostrils. Throat clear. |
| | | | | (A) Sinusitis |
| | | | | (P) Cont Tetracycline 500 mg |
| | | | | Po Qid x 10 |
| | | | | Cont Beconase nasal spray |
| | | | | Qid both nostrils x 21 days. |
| M Johnson RN | | | | 9/26/89 1110 |
| | | | | MARGO JOHNSON, RN |
| 10/2/89 | | | S | Diarrhea & Refill Benadryl |
| | 0610 | | P | Refer to [illegible] |
| | | | | No work today [signature] |
| | | | | HERB STEFFECK, CMA |

CONTINUOUS PROGRESS RECORD

NAME Haynes, Joseph
ADC# 67012
FACILITY/UNIT ASPC-W

FORM 70400060
Rev. 4/15/88

ARIZONA STATE DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH SERVICES
CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | SOAP | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| | | | | (P) HIV |
| | | | | stool for ova Parasite |
| | | | | 1. Atarax 50mg PO tid x 15 |
| | | | | 2. Cipro 500mg PO BID x 10 |
| | | | | 3 Seldane PO BID x 10 |
| | | | | 4. Doxipin 25mg PO QHS x 28 |
| | | | | M Johnson RN 11/27/89 1218 |
| | | | | MARGO JOHNSON, RN |
| 12/8/89 | 0625 | | S | "c/o sinus swollen no better. The Seldane is not helping. I need to see the DOC MD's. Maybe they can help me." |
| | | | OA | as above |
| | | | P | Chart review c MD 12/12. [signature] |
| | | | | SUSAN HOOGENDOORN, RN |
| 12-17-89 | 7 AM | | | O/O. No of improvement of rhinitis c seldane. 1) refer to E.N.T. x 14 days |
| | | | | Noted [signature] RN 12/13/89 [signature] |
| 12/21/89 | 0620 | | S | c/o sinus infection & now in my lungs |
| | | | OA | Cough ~~syrup~~ production of yellow thick sputum – Coughing profusely |
| | | | P | 1. Cough syrup & Actifed per standing order. |
| | | | | 2. Bedrest |
| | | | | 3. Sched. c MD 12/28. [signature] RN |
| | | | | SUSAN HOOGENDOORN, RN |

CONTINUOUS PROGRESS RECORD

NAME Harjie, Joseph
ADC# 67012
FACILITY A.S.P.C. - WINSLOW

ARIZONA STATE DEPARTMENT OF CORRECTIONS

BUREAU OF HEALTH SERVICES

CONTINUOUS PROGRESS RECORD

| DATE | TIME | PBM NO | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|---|
| 5/23/90 | 0900 | SC | S | Request duty status. Has medical |
| | | | | slip from previous location of Inside |
| | | | | work - Non Smoking environment. |
| | | | O | Hx of asthma. Has Inhaler and has |
| | | | | theophyllin from last location. Recent |
| | | | | treatment for sinus Infection. States |
| | | | | he wants to taper off asthma meds. |
| | | | A | Same as above. Hx of asthma. |
| | | | P | Refer to HO to see |
| | | | | H. WAY, CRN |
| 5/30/90 | 0107 | | S | C/o" headache, cough, short of breath. Hives |
| | | | | on chest and arms' started @ 1900 & Indigestion |
| | | | O | Bil rales ē wheezes ↑ lobes. fair air |
| | | | | of change. Red raised areas on trunk, |
| | | | | and arms. Shakey. Color flushed. 97-120-30 18/90 |
| | | | | Nasal congestion, Clear nasal drainage. |
| | | | A. | Hx of asthma. Hx of sinus infection |
| | | | P | E. McGhee notified. New orders obtained; |
| | | | | SVN ē alupent .3 cc/NS 3cc 1X |
| | | | | To Go to sick call in Am. |
| | | | | Maalox and tylenol given. M Khaledth |

CONTINUOUS PROGRESS RECORD

NAME Harju Joseph
ADC# 67812
FACILITY/UNIT EU R8-5

FORM 70400060
Rev. 4/15/88