# Reducing the Health Consequences of Smoking

## 25 YEARS OF PROGRESS

*a report of the Surgeon General*

1989

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Centers for Disease Control
Center for Chronic Disease Prevention and Health Promotion
Office on Smoking and Health
Rockville, Maryland 20857

TABLE 3.—Health warnings required on tobacco packages and advertisements in the United States.

**CIGARETTES**

| Warning(s) | Effective dates | Applicability: Packages | Applicability: Advertisements |
|---|---|---|---|
| CAUTION: Cigarette Smoking May Be Hazardous to Your Health. | January 1, 1966–October 31, 1970 | X | |
| WARNING: The Surgeon General Has Determined That Cigarette Smoking Is Dangerous to Your Health. | November 1, 1970–October 11, 1985 | X | |
| | 1972–October 11, 1985 | | X[a] |
| SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, and May Complicate Pregnancy.<br>SURGEON GENERAL'S WARNING: Quitting Smoking Now Greatly Reduces Serious Risks to Your Health.<br>SURGEON GENERAL'S WARNING: Smoking by Pregnant Women May Result in Fetal Injury, Premature Birth, and Low Birth Weight.<br>SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide. | October 12, 1985–present | X | X[b] |

**SMOKELESS TOBACCO**

| Warnings | Effective dates | Applicability: Packages | Applicability: Advertisements |
|---|---|---|---|
| WARNING: This product may cause mouth cancer.<br>WARNING: This product may cause gum disease and tooth loss.<br>WARNING: This product is not a safe alternative to cigarettes. | February 27, 1987–present | X | X[c] |

[a]Required by Federal Trade Commission consent order. All other warnings required by Federal legislation.
[b]The four warnings mandated for cigarette advertisements on outdoor billboards are slightly shorter versions of the same messages.
[c]The warnings on advertisements must appear in a circle-and-arrow format (see Figure 1). No warnings are required on outdoor billboards.