RECEIVED
DEC 04 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

Plaintiff,

vs.

PHILIP MORRIS INCORPORATED;R.J. REYNOLDS TOBACCO CO.; BROWN AND WILLIAMSON TABACCO CORP.; B.A.T. INDUSTRIES,P.L.C.;BRITISH-AMERICAN TOBACCO COMPANY LIMITED;B.A.T.(U.K. AND EXPORTS)LIMITED; THE AMERICAN TOBACCO COMPANY,LIGGETT GROUP,INC.; THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC.; THE TOBACCO INSTITUTE,INC.,

No.CV 01-2336

Defendants.

PLAINTIFF JOSEPH EDWIN HARJU'S RESPONSE
TO DEFENDANT PHILIP MORRIS USA INC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff's response to the following interrogatories within (30) days after service.

INTERROGATORY NO.1: Identify, for Joseph Edwin Harju: his full mane, including any former names, nicknames or aliases; the dates during which such names were used; the place of birth; and social security number.

Response to Interrogatory No.1: Plaintiff, Joseph Edwin Harju is the full name of the Plaintiff in this case. Plaintiff has no other names or aliases, nor has Plaintiff ever gone by any other name than Joseph Edwin Harju. Plaintiff's date of birth is January 6, 1953. Plaintiff's social security number is 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.



FILE COPY

W0BF20157

INTERROGATORY NO. 2: Individually identify for Joseph Edwin Harju; the full mane, present address or last known address, the telephone number of all Joseph Edwin Harju's spouces and former spouses. For each marriage, state the date and place of marriage, and the date and manner in which the marriage was terminated.

Response to Interrogatory No. 2: Plaintiff, Joseph Edwin Harju's only spouse is Brenda Fay (Hiltunen) Harju. Her present address is 333 Fifth Street, Apt.#1, Calumet, Michigan 49913. Her telephone number is (906)337-4023. Date we were married was 2-10-73. The year we were divorced was 1983 or 1984.

INTERROGATORY NO. 3: Individually list for Joseph Edwin Harju, all past and present addresses in chronological order (including street address, city, state, zip code, and length of time at each address); and seperately state the names, relationship and present or last known address for any and all persons who lived with Joseph Edwin Harju at each address.

Response to Interrogatory No. 3: Plaintiff, Joseph Edwin Harju's residences since birth: 1953-1954; Lockborne Air Force Base, Columbus, Ohio; 1954-1965, PO Box 301, Mohawk, Michigan; 1965-1968, Santa Ana, California. 1968-1971, PO Box 301, Mohawk, Michigan; 1971-1973, U.S. Army, Ft. Leonard Wood, Ft. Lewis, Washington, etc.; 1973-1974, Tempe, Arizona; 1974-1984, Duluth, Minnesota.; 1984-1988, Apache Junction, Arizona.; 1988-1997, Arizona Dept. Of Corrections, Florence, Wilson, and Tucson, Arizona. ; 1997-1998, 206 Seneca Street, Copper City, Michigan.; 1998-1999, 98 th. Ave. West, Duluth, Minnesota 55808; 1999-January 30, 2000, Hermantown, Minnesota 55811.; January 31,2000, to March 23,2000, 314 John Ave. No. 10, Superior, Wisconsin.; March 23, 2000 - August 2, 2000, St. Louis County Jail, Haines Rd., Duluth, Minnesota 55811.; August 2, 2000 - October 2000, Minnesota Correctional Facility, St. Cloud, Minnesota; October 2000 - January 10, 2001, Minnesota Correctional Facility, at Stillwater, Bayport, Minnesota; January 10,2001 - Present Joseph Edwin Harju, OID # 205468, Minnesota Correctional Facility Moose Lake, 1000 Lakeshore Drive, Moose Lake, Minnesota 55767.

Persons who resided with Joseph Edwin Harju, in chronilogical Order from his birth:

1953-1971; Robert Edwin Harju (father), Mary Jo (Irwin) Harju, (mother).
1954-1971; Elizabeth Ann Harju, (sister).
1955-1971; Thomas Robert Harju, (brother).
1957-1971; Fred Alan Harju, (brother).
1960-1971; Susan Mary Harju, (sister).
Last known address of parents and siblings:



WOBF20158

( Interrogatory No. 3 RESPONSE continued)

(1) Robert Edwin Harju, deceased since June, 1972.
(2) Mary Jo Harju, Mayville, Michigan.
(3) Elizabeth Ann Harju, Mayville, Michigan.
(4) Thomas Robert Harju, P.O.Box 152, Copper City,Michigan 49917.
(5) Fred Alan Harju, Phoenix, Arizona.
(6) Susan Mary (Harju) O'Brien, 6713 East Arbor Ave. Mesa, Arizona 85206.

1973-1984; Brenda Fay Harju, 333 Fifth Street, Apt. #1, Calumet, Michigan 49913.
1973-1984, Sharon Brenda Harju; (daughter), current address; Calumet, Michigan.
1978-1984; Jennifer Susan Harju, (daughter), current address; Marquette, Michigan.

Plaintiff may supplenet his response to this request sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 4: Identify the name, address, and telephone number of all Joseph Edwin Harju's places of employment or business, and indicate after each such employment or business: the nature of Employers business; the dates when his employment commenced; the dates when his employment terminated; his job classification; title or position, with a brief description of duties and responsibilities; immediate supervisors and the individuals with whom he worked most extensively; and identify the name,address,and telephone number of any labor union in which he was a member during the employment.

Response to Interrogatory No. 4: Plaintiff, Joseph Edwin Harju, responds to this Interrogatory by listing the places of his employment, exclusive of his periods of incarceration, in chronological order, from his earliest job, up to his most recent job. To include all employment Plaintiff held for more than (30) days, and for which Plaintiff can best remember and recall.

May 1970 - October 1970; Eagle Harbor Township, Eagle Harbor, Michigan, General Maintenance Worker; Immediate supervisor, Arnie Sorenson, September 1970, Temporary Summer Employment.

May, 1971 - September, 1981; U.U.Army, and Army Reserves., U.S. Military Service. Honorably discharged; Team Leader, Combat Engineer, Combat Demolitions Specialist, Pioneer, Rate E-5 Sgt., 1 st.Sgt. John Warner, SSgt. John Boardman, Spc. 5 William Brown.
June 1973 - August 1973; Standard Glass Aluminaire, Washington Ave. Phoenix, Arizona, ( Aluminum Window Manufactuer), Plaintiff quit to take a different job as a Machine Operator, Plaintiff can not recall any further details at this time.
August 1973 - May 1974; Smitty Stores, McClintock & Baseline Roads, Tempe, Arizona, ( Retail Strore), Plaintiff quit to relocate to Duluth, Minnesota. Plaintiff was a Store Mainttenance Worker, there was not a union, Plaintiff doesn't recall any other details.



W0BF20159

Interrogatory No. 4 ( RESPONSE ) continued;

May 1974 - August 1975; Mc Donald's North Star Service Station, Grand Ave., Duluth, Minnesota. Plaintiff quit to take a better job, Service Station Attendant / Supervisor; Michael Mc Donald, Owner; Vern Swanson, Mechanic. Plaintiff can't recall further dtails at this time. Plaintiff may supplement his Response to this, and all other Interrogatories sometime after his release from prison on March 22, 2004.
August 1975 - 1978; Westinhouse Electric Corp., Grand Ave., Duluth, Minnesota, ( Electrical Apparatus Repair Shop), Repairman, Motor Winder, Plaintiff can't remember further details than this.
1978 - January 1979; Hannah Mining Company, Cleveland, Ohio; ( S.S. George M. Humphrey,) Iron-OreShipping on the Great Lakes, Deckhand, Plaintiff cannot recall further details about this employment. May 1979 - November 1979; Northwestern Bell Telephone Company, Duluth, Minnesota, Layed-off, Temporary Employment, Telephone Lineman; Plaintiff cannot recall any further details about this employment. November 1979 - September 1981; Plaintiff was unemployed and/or on Welfare. September 1981 - April 1983; 148 th. Fighter Squadron, Duluth, Minnesota, Minnesota Air National Guard, United States Air Force Reserves, SSgt. E-5, Security Police, Airbase Ground Defense Team, Airbase Security, duties are classified. Chief Master Sgt. Bob Palmer; Honorably Discharged at end of Enlistment. Plaintiff cannot recall further details regarding this employment.
April 1983 - January 1984; Unemployed. January 1984 - June 1986; Roger's Electronics, Mesa Plant, Mesa, Arizona, Electronics Assembler, Technician, Plaintiff quit to take a better job. Plaintiff cannot recall further details regarding this employer.
June 1986 - November 1987; Mesa Materials Inc., Mesa, Arizona, ( Construction Escavating Materials Supply Company), Asphalt Production Plant, Plaintiff was layed-off, Heavy Truck Driver - Heavy Equipment Operator. Plaintiff cannot recall further details on this employment. November 1987 - April 1988, plaintiff was unemployed.
April 1988 - December 7, 1997; Plaintiff was incarserated in Arizona. Decenber 1997 - February 1998 ; Plaintiff was unemployed. February 22, 1998 - January 10, 1999; Teleresources, Superior, Wisconsin 54880. ( Telemarketing Sales), Plaintiff quit to take a better job. Sales Representative, Telemarketing Sales of Magaziens, etc. , Plaintiff cannot recall further details about this employment. January 11, 1999 - Novenber 12, 1999; Customer Link, 325 Lake Ave. South, Suite 710, Duluth, Minnesota, Telemarketing Sales, ( Plaintiff quit to take a better job), Sales Representative, Plaintiff cannot recall further details about this employment. November 24, 1999 - March 23, 2000; U.S. Superior Marketing Inc. W. Superior Street, Duluth, Minnesota, ( Telemarketing Sales), Plaintiff cannot recall any further details about this employment.
March 23, 2000 - Present;
Plaintiff has been incarserated on his present sentence, Plaintiff has memory loss, especially concerning names and dates, and therefor, Plaintiff may supplement this request for information and all other Interrogatories sometime after his release from prison on March 22, 2004.



V0BF20160

<u>INTERROGATORY NO. 5:</u> Identify, beginning with grade school, each school or other academic or vocational institution Joseph Edwin Harju attended; the inclusive dates attended; the highest grade level completed; major course of study; the degrees or certificates that were recieved.

<u>Response to Interrogatory No. 5:</u> 1958 - 1964, Mohawk School ( elementary ), Mohawk, Michigan. 1965 - 1967; McFadden Jr. High School, Santa Ana, California. 1967 - 1968; Smedley Jr. High School, Santa Ana, California. 1968 - 1971; Calumet High, Calumet, Michigan. 1971 - 1983 ; various militar service schools. 1990 - 1992 ; Central Arizona College, Coolidge, Arizona; an Associates of Applied Science Degree in Plumbing Technology. 1992 - 1994; Pima Community College, Tucson, Arizona; Associates of General Studies Degree in Social Services.
Plaintiff's highest grade level completed is 14.
2001 - 2002; Riverland Community College, 1900 Eighth Ave. N.W. Austin, Minnesota 55912, Vocational Certificate, Information Processing Technician.

<u>INTERROGATORY NO. 6:</u> Identify all branches of the military in which Joseph Edwin Harju served, including serial number; highest rank; the places stationed or served and the inclusive dates of service at each such place; job duties or areas of speciallization. The date and type of discarge; and the details of any trial by court martial or any other administrative proceedings to which he was subjected, including but not limited to the nature of the charges against Mr. Harju and the disposition of the proceedings.

<u>Response to Interrogatory No. 6:</u> Plaintiff, Joseph Edwin Harju, has provided his signed and Notorized Authorization to Disclose Information that is covered in this Interrogatory. Plaintiff served in the United States Army; the Army Reserves; the Air Force; and the Air Force Reserves from May 14, 1971 until April of 1983, and Plaintiff recieved Honorable Discharges from each of the branches of Service in which he served. Plaintiff's highest military rank was E-5. Plaintiff's serial number is 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. Addittionally, Plaintiff may supplement his response to this Interrogatory sometime after his release from prison on March 22, 2004.

<u>INTERROGATORY NO. 7 :</u> Individually specify, for Joseph Edwin Harju, all injuries for which recovery is sought in this lawsuit; state the date of each injury when it was diagnosed; identify each medical practitioner who examined, treated, or consulted Joseph Edwin Harju regarding said injuries, stating the name, address, and specialty of each medical practioner, and identify the conditions for which examination, treatment, or consulation was sought; and state the date of each examination treatment; and/or consultation.



W0BF20161

Response to Interrogatory No. 7: Plaintiff, Joseph Edwin Harju has provided his signed, Notorized Authorization to Disclose information regarding his medical records. Plaintiff's injuries caused by Defendant's hazardous cigarettes and tobacco products are as follows:

Asthma, diagnosed in or around 1993 by Doctor Ball at the Echo Unit of the Arizona State Prison Complex, Tucson, Arizona ;
Emphysema, diagnosed by Doctor Michael Heib, M.D. West Duluth Clinic, Duluth, Minnesota, in or around 1998.;
Chronic Obstructive Pulmonary Disease, diagnosed in or around 1998 by Doctor Michael Heib, M.D. West Duluth Clinic, Duluth, Minnesota.;
Chronic Bronchitis, also diagnosed by Doctor Michael Heib, in 1999.
Chronic Sinusistis, in 1999 by Doctor Michael Heib.;
Irregular Heart-Rate and Vascular Disease, diagnosed by Doctor Peter Troedson, M.D., Minnesota Correctional Facilaty, Moose Lake, Minnesota, ( Health Service Unit), 1000 Lakeshore Drive, Moose Lake, Minnesota 55767-9449, diagnosed in 2002 - 2003.
Heart Disease, diagnosed June 2003, by Doctor Peter Troedson M.D. at the Moose Lake Correctional Facility, Moose Lake, Minnesota 55767-9449.
Memory Loss, diagnosed in 2002 by Doctor Anita Schlank, Psychologist, Department of Human Services, Minnesota Sex Offender Program, D.O.C. site, 1000 Lakeshore Dr., Moose Lake, Minnesota 55767-9449.

Plaintiff may supplement this response to Interrogatory No.7, sometime after his release from prison on March 22, 2004. Plaintiff has enclosed 22, twenty-two , signed and Notorized Authorization to Disclose Information regarding the subjects related to in all of the Interrogatories from Defendant.

INTERROGATORY NO. 8: Identify all medical and psychiatric institutions to which Joseph Edwin Harju was ever addmitted, and/or at which he was ever examined, treated, or diagnosed, either as an "inpatient" or "outpatient" for any injury, illness, or physical or mental condition suffered. For each incident, identify the dates and the reasons for such admissions, examinations, treatments, or consultations.

Response to Interrogatory No. 8: Plaintiff, Joseph Edwin Harju has never been a patient nor has been treated at any Psychiatric Facility or Clinic. Plaintiff has been treated for Respratory Disease ( Asthma ), at St. Mary's Hospital in Duluth, Minnesota, ( Emergency Room ) in 1998 - 1999. Plaintiff cannot recall specific dates or which doctors terated him;



W0BF20162

Response to Interroragtory No. 8 Continued:

Plaintiff has previously sent to Defense Counsel his signed and Notorized Authorization to Disclose Information requested here. Plaintiff may supplement his response to this and all other Interrogatories at sometime after his release from prison on March 22, 2004.

INTERRORAGTORY NO. 9: Identify all medical and psychiatric institutions to which Joseph Edwin Harju was ever admitted, and/or at which he was ever examined, treated, or diagnosed, either as an "inpatient" or "outpatiant" for any injury, illness, or physical or mental condition suffered, and for which recovery is sought in this lawsuit.

Response To Interroragtory No. 9: Plaintiff has listed St. Mary's Hospital in Duluth, Minnesota. Plaintiff may supplement his response to this Interroragtory at sometime after his release from prison on March 22, 2004. Signed and Notorized Authorization to Disclose this information has already been provided to Defendant by Plaintiff, Joseph Edwin Harju.

INTERRORAGTORY NO. 10: Identify every physician ( by name and address ) or other medical practioner who examined, treated, or otherwise consulted with Joseph Edwin Harju or his health care provider for any injury, illness, or physical or mental condition suffered. For each such physician or other medical practioner, state the period of time during which such examinations, treatments or consulations occured, and the reasons for each such examination, treatment or consultations.

Response to Interroragtory No. 10: Plaintiff, Joseph Edwin Harju responds to this Interroragtory by listing the following:
(1) Dr. Ball, M.D. A.S.P.C. - Tucson, Echo Unit, Tucson, Arizona. 1993 - 1997.
(2) Dr. Michael Heib, M.D., West Duluth Clinic, Duluth, Minnesota. 1998 - 1999.
(3) Dr. Ceman, M.D., Minnesota Correctional Facilaty, Stillwater, at Bayport, Minnesota, ( 970 Pickett St.), November - December 2000.
(4) Dr. Peter Troedson, M.D. and Dr. J. Southwick, P.A., Health Services Unit, Minnesota Correctional Facility, Moose Lake, 1000 Lakeshore Dr., Moose Lake, Minnesota 55767-9449. 2001 - Present

Plaintiff has already provided signed and Notorized Authorization to Disclose Information Forms regarding this data. Plaintiff may supplement this response sometime after his release from prison on March 22, 2004.

<u>INTERROGATORY NO. 11:</u> Identify and dscribe any physical psychiactric, or psychological examinations performed (anual or otherwise) on Joseph Edwin Harju, including the name of the examining physician or other medical practioner, the location of the examination, and whether an employer requested the examination.

<u>Response to Interrogatory No. 11:</u> Plaintiff, Joseph Edwin Harju, responds to the remained of these extensive and legthly Interrogatories by reminding Defense Counsel that this plaintiff is phyically disabled and suffers from memory impairments. Particularly when it comes to recalling names and dates. Additionally, Plaintiff's extremely poor health prevents him from adaquately responding to these extensive Interrogatories, especially within the (30) days of time whichhe is alloted to respond to these Interrogatories. Plaintiff has enclosed his signed and Notorized Authorization to Disclose Information in regard to the subject which is requested in these Interrogatories, and Plaintiff has stated befor, and restates that he may ( if he has legal professional assistance), Supplement his response to this and all the Interrogatories requested by Defense Counsel. ( sometime after his release from prison on March 22, 2004.).

Plaintiff, Joseph Edwin Harju does appologize for his inability to "adaquately" respond to these lengthly Interrogatories in the very short time period alloted him. Plaintiff feels he could more adaquately respond to some of these Interrogatories if he was given a longer time period, such as (90) days to do so. The Plaintiff is in no way refusing, or shortenning his responses to these lengthly Interrogatories by any means. The Plaintiff is only stating that more time might allow his to better respond to atleast some of these Interrogatories. Counsel for the Defense may, ofcourse file an objection to any extension request by Plaintiff, but Plaintiff is stating that Profesional, Legal Counsel might allow him to better respond to some of these lengthly Interrogatories. Regardless, Plaintiff's health is very poor, and prevents Plaintiff or severely limits Plaintiff's ability to accomplish this large amount of work in (30) days.

<u>INTERROGATORY NO. 12:</u> Identify and dscribe any physical, psychiatric and/or psychological examinations performed (annual or otherwise) on Plaintiff Joseph Edwin Harju, including the name of examining physician or other medical practioner, the location of the examination, and whether the employer requested the examinations for any injury, illness, or physical or mental condition he alleges he has suffered and for which recovery is sought in this lawsuit.

<u>Response to Interrogatory No. 12:</u> Plaintiff, Joseph Edwin Harju, responds to this Interrogatory as follows:

A. Plaintiff has returned and/or enclosed his signed, Notorized Authorization to Disclose Information concerning the subjects of these Interrogatories.



WDBF20164

Response to Interrogatory No. 12 (continued)

B. Plaintiff, Joseph Edwin Harju's most recent psychiatric evaluation was preformed by Doctor Anita Schlank, here at the M.S.O.P./D.O.C. site ( Sex Offender Program), 1000 Lakeshore Drive, Moose Lake, Minnesota 55767-9449.

C. Plaintiff, Joseph Edwin Harju, recalls being examined physically by the following doctors over the past ten years;
(1) Doctor Ball, M.D., Arizona State Prison at Tucson, Arizona.
(2) Doctor Michael Hieb, M.D., St.Mary's, West Duluth Clinic, Grand Ave, Duluth, Minnesota 55806 .
(3) Doctor Cemen, M.D., Minnesota Correctional Facility, Still-water, ( Health Unit), 970 Pickett Street North, Bayport, Minnesota .
(4) Doctor Peter Troedson,M.D., Minnesota Correctional Facility, Moose Lake, 1000 Lakeshore Drive, Moose Lake, Minnesota 55767-9449 .
(5) Doctor J. Southwick,P.A.-C., Health Services Unit, 1000 Lakeshore Drive, Moose Lake, Minnesota 55767-9449 .

D. Plaintiff may supplement his response to this Interrogatory at sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 13: Identify the names and addresses of all pharmacies where Joseph Edwin Harju, or someone on his behalf, had prescriptions filled or purchased medications.

Response to Interrogatory No. 13: Incarserated Plaintiff, Joseph Edwin Harju, submits the following in his response to this Interrogatory:

A. Plaintiff, Joseph Edwin Harju, has enclosed his signed and Notorized Authorization to Disclose Information, which covers the information requested in this Interrogatory.

B. Plaintiff recalls having prescriptions filled at the following Pharmocies;
(1) Pharma Corr, 6705 Camille Ave., Oklahoma City, Oklahoma 73149; Phone Number: (888)321-7774; Fax No. (888)200-7774.
(2) K-Mart Pharmacies, in Duluth, Minnesota Stores, West Duluth/ Miller Hill, Duluth, Minnesota.
(3) St. Mary's Hospital Pharmacy, East 4 th. Street, Duluth, Minnesota.

C. Incarcerated Plaintiff, Joseph Edwin Harju, may supplement his response to this Interrogatory at sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 14: Individually identify, for Joseph Edwin Harju, the full name; date and place of birth; date of death (if applicable); last known address and telephone numbers of Joseph Edwin Harju's children, (natural,adopted, or step-child); parents; grandparents; aunts; uncles; first cousins; brothers and sisters; and if deceased, state cause of death.



WOBF20165

Response to Interrogatory No. 14: Plaintiff Joseph Edwin Harju's response to this interrogatory as follows:

A. Plaintiff has two children; (1) Sharon Brenda (Harju) Cegan, 6-8-73, Phoenix, Arizona; 333 Fifth Street, Apt. No. 1, Calumet, Michigan 49913, (906)337-4023; (2) Jennifer Susan Harju, 3-19-78, Duluth, Minnesota, 333 Fifth Street, Apt. No. 1, Calumet, Mich. 49913. (906)337-4023.

B. Plaintiff's Father, Robert Edwin Harju, is deceased since 6/72.

C. Plaintiff's Mother, Mary Jo Harju, 1925 ? Ohio, PO Box 586, Mayville, Michigan 48744, (unknown).

D. Plaintiff's Grandparents, Edwin John Harju, and Martha Harju, are both deceased.

E. Plaintiff's Aunts are: (1) Myrna Karpinen, (all other data is unknown). (2) Carolyn Polasaari, (all other data is unknown). (3) Evelyn Daly, (all other data is unknown). (4) Sally Erwin, (all other data is unknown).

F. Plaintiff's Uncles are: (1) Norman Harju, (all other data is unknown). (2) Alan Harju, (all other data is unknown). (3) Donald Harju, (all other data is unknown). (4) Dennis Harju, (deceased), (5) James Norvil Harju, (all other data is unknown). (6) Gary Harju (deceased). (7) Calvin Harju, (all other data unknown). (8) Stephen Paul Harju, 3-7-54, Calumet, Michigan (all other data is unknown).

G. Plaintiff will list as many cousins as his failing memory will allow: (1) Sherri Lynn Harju, Calumet, Michigan (all other data is unknown). (2) Dennis Harju, Laurium, Michigan, (all other data is unknown). (3) Brian Harju (all other data is unknown).
(4) Chrissy Harju, Laurium, Michigan (all other data is unknown).
(5) Kevin Harju, Laurium, Michigan, (all other data is unknown).
(6) Glenn Harju, Laurium, Michigan, (all other data is unknown).
(7) Lorain Harju, Laurium, Michigan, (all other data is unknown).
(8) Scott Harju, (all other information is unknown).
(9) Debbie Harju, (all other information is unknown).
(10) Michael Harju, Laurium, Michigan, (all other data is unknown).
(11) Connie Karpinen, (all othe information is unknown).
(12) Darrin Karpinen, (all other information is unknown).
(13) Randy Karpinen, (all other information is unknown).
(14) Clyde Polasaari, Laurium, Michigan, (all other data is unknown)
(15) Cindy Polasaari, Laurium, Michigan, (all other data is unknown).
(16) Kenneth Polasaari, Laurium,Michigan,(all other data is unknown).
(17) Jackie Polasaari, Laurium, Michigan,(all other data is unknown).
(18) Kurt Polasaari, Laurium, Michigan, (all other data is unknown).
(19) Shawn Harju, Laurium, Michigan, (all other data is unknown).
(20) Jeffrey Harju, Laurium, Michigan, (all other data is unknown).
(21) Carrie Ann Harju, Laurium,Michigan,(all other data is unknown).
Plaintiff has listed all of the names of his first-cousins that he can recall.

H. Plaintiff's brothers and sisters listed in chronological order:
(1) Elizabeth Ann (Harju) Kovacs, 1-3-54 ? Laurium, Michigan, PO Box 586, Mayville, Michigan 48744.
(2) Thomas Robert Harju, 3-8-55, Laurium, Michigan, PO Box 152, Copper City, Michigan, 49917, (906)337-1239.
(3) Fred Alan Harju, 8-3-57, Laurium, Michigan, Phoenix, Arizona.
(4) Susan Mary (Harju) O'Brien, 1-11-60, Laurium, Michigan, 6713 East Arbor Ave. Mesa, Arizona 85206.(480)396-5363.

Response to Interrogatory 14 Continued:

I. Plaintiff's father died from an anneurism in his brain. Plaintiff's uncle, Dennis Harju drowned. Plaintiff's uncle, Gary Harju died from heart attack. Plaintiff's Grandparents, and Great-Grandparents died of natural causes (old age).

J. Plaintiff, Joseph Edwin Harju, has enclosed his signed, and Notorized Authorization to Disclose Information which may concern the data in this request. Incarserated Plaintiff may supplement his response to this Interrogatory at sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 15: Identify any relative of Joseph Edwin Harju, including but not limited to his parents,grandparents, children, aunts, uncles,brothers,sisters,cousins, who have ever had any form of canser, any respiratory or pulmonary condition or disease; any disease allegedly suffered by Joseph Edwin Harju for which plaintiff seeks recovery in this lawsuit; or any other condition which is/was believed to be related to tobacco use and state the condition which he or she had ; state whether he or she ever smoked cigarettes; and, if not previously provided, state his or her current or last known address and date and place of death, if applicable.

Response to Interrogatory No. 15: Plaintiff, Joseph Edwin Harju responds to this Interrogatory as follows:

A. Plaintiff's daughter, Jennifer Susan Harju, had childhood asthma, but may not be experiancing asthma problems in her adulthood. Plaintiff has listed her address in Interrogatory No. 14.

B. To the best of Plaintiff's knowledge, information and belief, Plaintiff knows of no other relative (s) who have had or have experianced canser or any other respiratory disease described in this Interrogatory.

C. Plaintiff has enclosed his signed and Notorized Authorization to Disclose Information which may provide more access to the data requested than this presently incarserated plaintiff has access to himself.

D. Incarserated Plaintiff, Joseph Edwin Harju, may supplement his response to this and all other Interrogatories sometime after his release from prison on March 22, 2004.

INTERROGATORY NO.16: Identify every life health and disability insurance company to which Joseph Edwin Harju ever applied for insurance coverage; the type of insurance, the date of application; whether a policy was issued; any policy numbers assigned; and the insurance agency through which such application was made. If any examination by a physician or other health care provider occured in connection with any such insyrance application, identify the date of such exam, and the name and address of the health care provider conducting the exam. If any insurance coverage was refused by reason of Joseph Edwin Harju's health or previous medical history, state the name and address of each company so refusing, the approximate date of each such refusal, and the ground for each refusal.

Response to Interrogatory No. 16: Incarserated Plaintiff, Joseph Edwin Harju, currently has no access to this information. Plaintiff has enclosed his signed, Notorized Authorization to Disclose Information which may provide Defense Counsel access to information that is currently available to them, but is not currently available to incarserated Plaintiff, Joseph Edwin Harju. Plaintiff may suplement his response to this Interrogatory sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 17: Individually identify for Joseph Edwin Harju, every lawsuit or other judicial proceeding (including personal injury claims, bankruptcy proceedings, disciplinary proceedings, etc.); to which Joseph Edwin Harju was a party by stating for each such claim or proceeding, the name, address and telephone number of each person or enity filing the claim or proceeding or against whom the claim or proceeding was filed, the location of the court or other forum, (including the name of the court/forum, City and State), the case number and date the case was filed; the name, address and telephone number of all attourneys of record; and whether the claim or proceeding has been resolved or is pending, and if resolved, the disposition of the claim or proceeding.

Response To Interrogatory No. 17: Plaintiff, Joseph Edwin Harju, responds to this Interrogatory as follows:

(1) Other than the instant case, Plaintiff recalls filling one other Pro se Plaintiff lawsuit in his lifetime; that lawsuit being against The Apache Junction, Arizona Police Department, it's Chief of Police, McDaniels, and numerous Police Officers in his department, for Civil Rights Violations pursuant to 42 U.S.C. § 1983, The Federal Civil Rights Statutes. Plaintiff filed his Civil Rights Complaint in the U.S. District Court, District of Arizona, in Phoenix, Arizona in 1990. The District Court ruled that Plaintiff's claims were barred by the Statute of Limitations. The ruling was upheld on appeal. Plaintiff recalls never filing any other lawsuit. Plaintiff cannot recall the Case Number of the lawsuit spoken of above. Plaintiff has, however, enclosed his signed, Notorized Authorization to Disclose Information, and Defense Counsel may obtain additional information using it, that Plaintiff is not able to obtain while he is incarserated. Plaintiff may supplement his response to this Interrogatory sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 18: State for Joseph Edwin Harju: whether Joseph Edwin Harju has ever been arrested and/or convicted of any crime and, if so, state the date of each arrest and/or conviction and the stated reason for each such arrest, and/or conviction; and each court in which Mr. Harju was convicted; whether Joseph Edwin Harju pled guilty to the charge, or was convicted after trial; the name and address of the court where the proceedings took place; and the name of all correctional institutions at which Joseph Edwin Harju was incarserated.



W0BF20168

Response to Interrogatory No. 18: Incarserated Plaintiff, Joseph Edwin Harju, responds to this Interrogatory as follows:

(1) Plaintiff was arrested on April 10, 1987, in Apache Junction, (Pinal County), Arizona, for Contributing to the Delinquency of a Minor, 3 counts, and Indecent Exposure, 2 counts. The "contibuting" counts were subsequently dismissed. Plaintiff was subsequently convicted , at jury trial, of one count of attempted Child Molestation and two counts of Indecent Exposure. Plaintiff was sentenced to serve ten years in Arizona prison.

(2) Plaintiff was arrested and convicted of having Insufficiant Funds-checks on July 13,1999. Plaintiff was sentenced to 180 days in the Douglas County Jail in Superior, Wisconsin.

(3) Plaintiff was arrested and convicted of 2 counts of 3 rd. degree Criminal Sexual Misconduct, in Duluth, Minnesota (St.Louis Co.) and was sentenced to serve a total of 72 months, 2/3 of that sentence ( or 48 months in Minnesota prison). Plaintiff is currently incarserated for this conviction.

(4) Plaintiff was sentenced to 15 months concurrent for "theft" on or about 2001, and that 15 month sentence is expired. Plaintiff currently owes about $950. dollars in restitution on the "felony theft" conviction out of St.Louis County, Minnesota.

(5) Plaintiff was charged and convicted of one count of Child Enticement in Douglas County, Superior, Wisconsin in August of 2002. Plaintiff's sentence is concurrent to his current Minnesota sentence and expires on 3-18-2004.

Plaintiff currently recalls no other charges or convictions other than those listed herein. Plaintiff has enclosed his signed and Notorized Authorization to Disclose Information, requested in this Interrogatory. Plaintiff may supplement his response to this Interrogatory at sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 19: State for Joseph Edwin Harju, whether Joseph Edwin Harju has ever been issued a driver's license, and if yes, the state that issued the license; the name under which the license was issued; the number under which the license was issued; and the approximate date of issue.

Response to Interrogatory No. 19: Plaintiff, Joseph Edwin Harju, Responds to this Interrogatory as follows:

(1) Michigan- 1969-1970
(2) Arizona- 1973
(3) Minnesota- 1975
(4) Arizona- 1984
(5) Arizona- 1997
(6) Minnesota- 1998-2002

Plaintiff's current Minnesota Driver's License has expired. Plaintiff has always gone by his full name, Joseph Edwin Harju, on all driver's licenses ever issued to him. Plaintiff's signed and Notorized Authorization to Disclose Information is included herein.

INTERROGATORY NO. 20: Identify every person who has knowledge of Joseph Edwin Harju's smoking history and/or facts relevent to the subject matter of this lawsuit.

Response to Interrogatory No. 20: Plaintiff responds to this specific Interrogatory as follows:

(1) Mary Jo Harju, (2) Elizabeth Ann Kovacs, (3) Eddie Kovacs, (4) Thomas R. Harju, (5) Donna Harju, (6) Brenda F. Harju, (7) Leo S. Helppi, (8) Ronald Savella, (9) David Mc Kinnon, (10) April Thomas, (11) Michael R. Eagle, (12) Scott Berndt, (13) Jennifer (Hunter) Berndt, (14) Robert Daniel Done, (15) Raymond Rolls, (16) Melvin Philips, (17) Susan Mary (Harju) O'Brien, (18) Alexander Helppi, (19) Dean Adamski, (20) John Warner, (21) Glenn Harju, (22) Darin Karpinen, (23) Arthur Androsky .

Plaintiff, Joseph Edwin Harju, may supplement this response at sometime after his release from prison on March 22, 2004. Additionally, Plaintiff has enclosed his signed and Notorized Authorization to Disclose Information.

INTERROGATORY NO. 21: With respect to each person expected to be called as a fact witness at trial, identify each such person, state the substance of the facts about which the witness has knowledge.

Response to Interrogatory No. 21: Incarcerated Plaintiff, Joseph Edwin Harju has no way of confirming this information while he is still incarcerated. Plaintiff will, however, supplement this request for witnesses and other information requested in this Interrogatory sometime after his release from prison on March 22, 2004.

INTERROGATORY NO. 22: With respect to each person expected to be called as an expert witness at trial, identify each such person, state the subject matter on which the witness is expected to testify; and provide the detailed summary of the grounds for each such opinion.

Response to Interrogatory No. 22: Incarcerated Plaintiff, Joseph Edwin Harju, has no list of expert witness names at the present time. Plaintiff will supplement his response to this Interrogatory sometime after his release from prison on March 22, 2004.



W0BF20170