Edition 28

# Dorland's *Illustrated* Medical Dictionary

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*
Philadelphia London Toronto Montreal Sydney Tokyo

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,

v.: ill.; 27 cm.

Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73 610'.3'21—dc19 0-6383
AACR 2 MARC-S

Library of Congress [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition, revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill–Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary

ISBN 0–7216–2859–1(Standard)
0–7216–5577–7(Deluxe)
0–7216–5323–5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia,* Twenty-second Revision, official from January 1, 1990, of the *National Formulary,* Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

Library of Congress catalog card number 78–50050

Last digit is the print number: 9 8 7 6 5 4

**muscular a.**, that which is due to weakness of the external ocular muscles.
**nervous a.**, 1. hysterical a. 2. that due to organic nervous disease.
**tarsal a.**, asthenopia due to irregular astigmatism produced by the pressure of the lids on the cornea.

**as·the·nop·ic** (as″thə-nop′ik) characterized by asthenopia.

**as·the·no·sper·mia** (as″thə-no-spər′me-ə) [*asthenia* + Gr. *sperma* seed + *-ia*] reduction in the vitality of spermatozoa.

**as·the·nox·ia** (as″then-ok′shə) [*asthenia* + *oxygen*] lack of power to oxidize waste products.

**as·thma** (az′mə) [Gr. *asthma* panting] a condition marked by recurrent attacks of paroxysmal dyspnea, with wheezing due to spasmodic contraction of the bronchi. Some cases of asthma are allergic manifestations in sensitized persons (*bronchial allergy*); others are provoked by a variety of factors, including vigorous exercise, irritant particles, psychologic stresses, and others.
**abdominal a.**, asthma due to upward pressure on the diaphragm.
**allergic a.**, bronchial asthma due to allergy; called also *atopic a.*
**alveolar a.**, that which is characterized by dilatation of the alveoli of the lungs.
**atopic a.**, allergic asthma.
**bacterial a.**, asthma due to bacterial infection.
**bronchial a.**, see *asthma.*
**bronchitic a.**, asthmatic disorder accompanying bronchitis.
**cardiac a.**, paroxysmal nocturnal dyspnea that occurs in association with heart disease, such as left ventricular failure; called also *cardiasthma.*
**cat a.**, asthma brought on by inhalation of cat dander by a sensitized person.
**catarrhal a.**, bronchitic a.
**a. convulsi′vum**, bronchial a.
**cotton-dust a.**, byssinosis.
**cutaneous a.**, reflex asthma believed to be caused by some irritation of the skin.
**diisocyanate a.**, isocyanate a.
**dust a.**, asthma caused by inhalation of dust.
**Elsner's a.**, angina pectoris.
**emphysematous a.**, emphysema of the lungs attended with asthmatic paroxysms.
**essential a.**, asthma of unknown or inapparent cause; called also *true a.*
**extrinsic a.**, asthma caused by some factor in the environment, usually allergic asthma.
**food a.**, asthma brought on by ingestion of certain foods to which the person is allergic.
**grinders' a.**, asthmatic symptoms related to the inhalation of fine particles set free in the grinding of metals.
**Heberden's a.**, angina pectoris.
**horse a.**, a form of allergic asthma in which the attacks are brought on by the presence of horses or of horse products.
**humid a.**, asthma with profuse expectoration.
**infective a.**, asthma due to infection.
**intrinsic a.**, asthma attributed to pathophysiologic disturbances and not to environmental factors.
**isocyanate a.**, bronchial asthma caused by allergy to toluene diisocyanate and similar materials.
**Kopp's a.**, laryngismus stridulus.
**Millar's a.**, laryngismus stridulus.
**millers' a.**, a condition of the lungs found in millers, caused by the inhalation of cereal dusts.
**miners' a.**, asthma associated with anthracosis.
**nasal a.**, asthma caused by a disease of the nose.
**nervous a.**, essential asthma, usually associated with emotional disturbances.
**pollen a.**, hay fever.
**potters' a.**, asthmatic symptoms associated with the pneumoconiosis of workers in the ceramic industries.
**reflex a.**, asthma attributed to some reflex action.
**Rostan's a.**, cardiac a.
**spasmodic a.**, bronchial a.
**steam-fitters' a.**, asthmatic symptoms associated with asbestosis.
**stone a.**, asthmatic symptoms due to broncholithiasis.
**stripper's a.**, asthmatic symptoms associated with byssinosis.
**symptomatic a.**, asthma that is secondary to some other physical condition.
**thymic a.**, an alleged condition occurring usually in children, associated with enlargement of the thymus, paroxysmal attacks of asthma, and a tendency to sudden death.
**true a.**, essential asthma.
**Wichmann's a.**, laryngismus stridulus.

**asth·mat·ic** (az-mat′ik) [L. *asthmaticus*] pertaining to or affected with asthma.

**asth·mat·i·form** (az-mat′ĭ-form) resembling asthma.



Astigmatism: the appearance of lines as seen by *(A)* the normal eye and *(B)* the astigmatic eye.

**asth·mo·gen·ic** (az″mo-jen′ik) 1. causing asthma. 2. a substance capable of causing asthma.

**As·ti·ban** (as′tĭ-ban) trademark for preparations of stibocaptate.

**astig·ma·graph** (ə-stig′mə-graf) [*astigma* tism + *-graph*] an instrument for demonstrating astigmatism.

**astig·mat·ic** (as″tig-mat′ik) pertaining to or affected with astigmatism.

**astig·ma·tism** (ə-stig′mə-tiz-əm) [*a-* neg. + Gr. *stigma* point] unequal curvature of the refractive surfaces of the eye; hence a point source of light cannot be brought to a point focus on the retina but is spread over a more or less diffuse area. This results from the radius of curvature in one plane being longer or shorter than the radius at right angles to it.
**acquired a.**, that due to some disease or injury of the eye.
**a. against the rule**, that in which the greatest refraction takes place along the horizontal meridian; called also *inverse a.*
**compound a.**, that which is complicated in all meridians by hypermetropia or myopia.
**congenital a.**, that which exists at birth.
**corneal a.**, that due to irregularity in the curvature or refracting power of the cornea.
**direct a.**, a. with the rule.
**hypermetropic a., hyperopic a.**, that which complicates hyperopia.
**hypermetropic a., compound, hyperopic a., compound**, astigmatism in which all meridians are hyperopic, both principal meridians having their foci behind the retina.
**hyperopic a., simple**, astigmatism in which one meridian, usually the vertical, is emmetropic and the horizontal meridian is hyperopic. The focus of the vertical meridian is not in the retina; that of the horizontal is behind the retina; horizontal lines appear distinct.
**inverse a.**, a. against the rule.
**irregular a.**, astigmatism in which the curvature in different parts of the same meridian of the eye varies or in which successive meridians differ irregularly in refraction, the image produced being an irregular area.
**lenticular a.**, that which is due to some irregularity or abnormality of the lens.
**mixed a.**, that in which one principal meridian is myopic and the other hyperopic.
**myopic a.**, that which complicates myopia.
**myopic a., compound**, astigmatism in which all meridians are myopic, both principal meridians having their foci in front of the retina; vertical lines are usually more distinct.
**myopic a., simple**, astigmatism in which the focus of one meridian is situated on the retina, while that of the other lies in front of the retina; vertical lines appear distinct.
**oblique a.**, astigmatism in which the direction of the principal meridians approaches 45° and 135°.
**physiological a.**, the slight astigmatism possessed by nearly all eyes and causing the twinkling sensation when distant points of light are viewed.
**regular a.**, astigmatism in which the refractive power of the eye shows a uniform increase or decrease from one meridian to the other, being practically constant in each meridian; the image produced is regular in shape, either a line, an oval, or a circle. See also *Sturm's conoid*, under *conoid.*
**a. with the rule**, that wherein the meridian in which the greatest refraction takes place is vertical or nearly so; called also *direct a.*

**astig·ma·tom·e·ter** (ə-stig″mə-tom′ə-tər) [*astigmatism* + *-meter*] an instrument used in measuring astigmatism.

**astig·ma·tom·e·try** (ə-stig″mə-tom′ə-tre) [*astigmatism* + *-metry*] the measurement of astigmatism; the use of the astigmatometer. Called also *astigmometry.*

**as·tig·mato·scope** (as″tig-mat′ə-skōp) [*astigmatism* + Gr. *skopein* to inspect] an instrument for discovering and measuring astigmatism.

**as·tig·ma·tos·co·py** (ə-stig″mə-tos′kə-pe) the use of the astigmatoscope.

**astig·mia** (ə-stig′me-ə) [*a-* neg. + Gr. *stigma* a point + *ia*] astigmatism.

**as·tig·mic** (ə-stig′mik) astigmatic.