# *Pulmonary Diseases and Disorders*

## Second Edition

## Volume 2

ALFRED P. FISHMAN, M.D.
William Maul Measey Professor of Medicine
Director, Cardiovascular-Pulmonary Division, Department of Medicine
Hospital of the University of Pennsylvania

McGraw-Hill Book Company
New York St Louis San Francisco Colorado Springs Oklahoma City Auckland
Bogotá Caracas Hamburg Lisbon London Madrid Mexico Milan Montreal
New Delhi Panama Paris San Juan São Paulo Singapore Sydney Tokyo Toronto

Chapter 76

# Epidemiology of Bronchitis and Emphysema

Ian T. T. Higgins

Size of the Problem

Definitions

Distribution of Disease
- Time Trends
- Geographic Comparisons

Personal Characteristics: Age, Sex, Race, and Socioeconomic Circumstances

Etiologic Factors
- Smoking
- Passive Smoking
- Air Pollution
- Indoor Pollution
- Occupational Exposures
- Heredity
- Infection
- Miscellaneous Factors

Follow-up Studies of Chronic Respiratory Disease
- Prediction of Obstructive Airways Disease

Lessons from Epidemiology for Prevention

The earliest descriptions of emphysema date from the latter half of the seventeenth century. There are sporadic references to the disease during the eighteenth century, and by the 1820s it had been well defined, clearly described, and recognized to be common. Enlargement of airspaces, trapping of air, and rupture of alveolar walls were described first by morbid anatomists. Clinicians subsequently confirmed their findings and also noted the association between productive cough and emphysema. The diagnosis of chronic bronchitis was first applied by Badham in 1805 to patients with chronic cough, breathlessness, and recurrent exacerbations during the winter months. Badham attributed this syndrome to the emphysema which he subsequently observed at autopsy. There are many references to these diseases during the nineteenth century. Climate, weather, exposure to cold or damp, changes in temperature, and long-standing local irritation from dust or overdried air were believed to be the important causative factors. There was also m speculation on the mechanism of production of em sema. During the first half of the twentieth century, tl diseases evoked little interest, but since then, stimul very much by the London fog of December 1952, wl evoked considerable concern in Britain, and the prog sive rise in mortality from emphysema in this coun there has been widespread and increasing recognitio their importance.

## SIZE OF THE PROBLEM

In 1983, there were 62,000 deaths attributed to chro bronchitis, emphysema, and chronic obstructive pul nary disease (COPD). This is 3 percent of all deaths makes the group the fifth highest specific cause of de in the United States. These diseases are cited on de certificates as contributory causes of death about one a one-half times as often as underlying causes. Thus, th are probably about 150,000 deaths from or with chro bronchitis, emphysema, or COPD each year in the Unit States. As the underlying cause of death, these disea have nearly doubled since 1970, and there has been increasing proportion of deaths among females. The ma female sex ratio was 4.3:1 in 1970 and 2.36:1 in 19 (Table 76-1).

Estimates from the National Health Survey indic that nearly 8 million people in the United States ha chronic bronchitis, 2 million have emphysema, and 7 m lion have asthma. The total number of persons affected these diseases is however unknown because an unknov number of persons have more than one disease. Moreov these figures are believed to be underestimates becau they include only reported cases. Many surveys have r ported a prevalence of 10 to 40 percent, depending on ag sex, and definition of disease that is used. These diseas cause serious disability. The frequency of limitation activity exceeds that reported for any other major disea category. Over 50 percent of patients report limitation activity and over 25 percent bed disability.

The economic cost of these diseases has been risir steadily and is now believed to be about $6.5 billion, $2 million due to direct costs for health care and the rest f indirect costs of morbidity, loss of earnings, and prem ture death.

## DEFINITIONS

The term *chronic obstructive lung diseases* has becom increasingly used to cover the diagnoses *chronic bronch tis, emphysema*, and sometimes *asthma*. This is unfortu nate, since it has led to confusion of meaning and cor founded temporal and geographic comparisons. Th

TABLE 76-1

***Number of and Ratio of Male-to-Female Chronic Obstructive Lung Disease (COLD) Deaths for Three Time Periods, United States***

| Cause of death | 1970 | | 1975 | | 1980 | |
|---|---|---|---|---|---|---|
| | Men | Women | Men | Women | Men | Women |
| Chronic bronchitis | 4,282 | 1,564 | 3,260 | 1,452 | 2,380 | 1,348 |
| Emphysema | 18,901 | 3,820 | 14,849 | 3,946 | 10,133 | 3,744 |
| COLD and allied conditions | 3,601 | 848 | 13,411 | 4,182 | 24,820 | 10,734 |
| Total COLD deaths | 26,784 | 6,232 | 31,520 | 9,580 | 37,333 | 15,826 |
| M/F ratio | 4.30 | | 3.29 | | 2.36 | |

SOURCE: National Center for Health Statistics. 1982, and unpublished mortality data. From Chronic Obstructive Lung Disease: A Report of the Surgeon General, 1984. Dept. H.H.S. PHS Office on Smoking and Health, Rockville, MD.

situation has been potentially exacerbated in the ninth revision of the International Classification of Causes of Death by the use of the rubric "Chronic Obstructive Pulmonary Disease and Allied Conditions," which includes bronchitis, emphysema, asthma, bronchiectasis, and extrinsic allergic alveolitis.

Studies relying on information from certificates have to use the diagnoses specified on those certificates. Studies in which data are collected by questionnaire, lung function testing, and other tests are amenable to much greater diagnostic precision. Epidemiologists have tried to add precision to the diseases they study by clear definitions. Thus, carefully specified answers to well-standardized questions and precisely defined indices of functional level have gone some way to permitting valid comparisons between observations made by different observers and by the same observer in different places. Although there is still controversy, the presence of productive cough for 3 months in the year for two consecutive years is widely accepted as a minimal requirement for the diagnosis of chronic bronchitis. While there is probably less agreement on what constitutes minimal obstructive airways, a 1-s forced expiratory volume ($FEV_{1.0}$) of less than 65 percent of prediction and a 1-s forced expiratory volume to forced vital capacity ratio ($FEV_{1.0}/FVC$) of less than 80 percent has proved useful. Emphysema is generally regarded as a pathologic diagnosis which cannot be made reliably during life. It has, therefore, seldom been used in epidemiologic studies except those which analyze available data. Agreed definitions of allergy and of bronchial hyperreactivity are still needed for epidemiologic studies.

## DISTRIBUTION OF DISEASE

### Time Trends

At the turn of the century the reported death rate from chronic bronchitis and emphysema in the states for which mortality data were published by the federal government—The National Death Registration Area—was 20 per 100,000 population. The rates declined steadily and fairly uniformly to a low of 1 or 2 per 100,000 in the late 1940s. Then the death rates for emphysema began a steady rise. and 10 years later a more modest increase occurred in the rates for chronic bronchitis. The increase in rates has been noted in all states and also in certain cities. It has affected men and women, whites and nonwhites. Since 1968 an increasing number of deaths have been certified as due to COPD. The result has been an apparent decline in the annual death rates from chronic bronchitis, emphysema, and asthma. When these COPD deaths are added to those due to bronchitis, emphysema, and asthma, the rates are still increasing (Fig. 76-1). Figure 76-1 shows that the rates have flattened in men but are rising steadily in women.




FIGURE 76-1 Age-adjusted mortality from chronic obstructive lung disease (COLD) for whites and nonwhites in the United States, 1960 to 1980. *(Source: National Center for Health Statistics, 1982, and unpublished data. From Chronic Obstructive Lung Disease. A Report of the Surgeon General.)*

There is a fairly pronounced seasonal variation in mortality and morbidity from these diseases. In the United States, approximately one-third of the total deaths in a year from these chronic respiratory diseases occur in December, January, or February and the smallest number of deaths occurs in August and September.

### Geographic Comparisons

There are large differences between different countries in the reported death rates from chronic bronchitis and emphysema. Some of these are due to differences in diagnosis, terminology, classification, or coding of causes of death in different countries, but when these are allowed for, differences still remain. Comparisons of respiratory symptom prevalence and lung function values found in special surveys provide support for these conclusions based on mortality. Comparable chronic respiratory disease is prevalent in certain underdeveloped communities, notably in rural New Guinea and Egypt and among Malaysian and Australian aborigines.

Mortality rates from bronchitis and emphysema often vary in different places within countries. In the United States, there is a three- to four-fold variation between the states with the highest and the lowest rates. Certain states (Arizona, Wyoming, Montana, Nevada) have exceptionally high rates. Differences in age distribution can explain some of the variation, but climate, pollution, and migration presumably contribute. In the United Kingdom there is a clear association between bronchitis death rates and density of population. Rates for men and women of comparable age are twice as high in the most densely populated areas as in the rural areas. Urban and rural differences are much less apparent in the United States.

## PERSONAL CHARACTERISTICS: AGE, SEX, RACE, AND SOCIOECONOMIC CIRCUMSTANCES

Mortality and morbidity rates increase with age in both sexes. Most aspects of lung function, but especially ventilatory lung function, also decline with age. Age-adjusted and age-specific mortality rates are higher in men than in women. In the United States the rates are consistently higher in whites than in nonwhites.

In England and Wales for at least 50 years bronchitis mortality rates have been approximately six times as high in the lowest as in the highest social class. More recently a comparable gradient of morbidity has also been noted. In the United States mortality rates are twice as high among semiskilled workers and laborers as among professional workers. A higher prevalence of respiratory symptoms and lower ventilatory lung function have been reported in the less well educated. Smoking has been shown to be strongly related to socioeconomic circumstances, the less well educated smoking more and more heavily thar better educated. Smoking, therefore, is likely to be an portant factor in the social class gradient. Occupatic also important in the etiology of these diseases, but o pational exposures to respiratory irritants cannot exp the socioeconomic gradient, since this is also seen in r ried women. Other suggested explanations include p housing, overcrowding in the home with resulting creased cross-infection, too early return to manual w after a respiratory infection, residence of poor peopl more polluted parts of cities, and social drift wher those with chronic respiratory disease tend to declin social standing.

## ETIOLOGIC FACTORS

### Smoking

Cigarette smoking is the most consistently important terminant of chronic bronchitis and emphysema. Ci rette smokers have about 10 times the risk of nonsmok of dying from chronic bronchitis and emphysema. Pipe cigar smokers have a much smaller risk—between c and one-half and three times that of nonsmokers. Amc cigarette smokers, the risk of dying from bronchitis a emphysema increases with increasing numbers of ci rettes smoked. The reduction in mortality from giving smoking appears to be less for bronchitis and emphyser than for respiratory cancer.

Persistent, productive cough is much more prevale among cigarette smokers than among nonsmokers or e smokers: the prevalence increases with the number of ci arettes smoked. Other respiratory symptoms such wheezing, breathlessness, and recurrent chest illnesse while more frequent in smokers than in nonsmokers, a less closely related to the amount smoked. Pipe and cig smokers have usually been found to have a lower prev lence of symptoms than cigarette smokers. The prevalen of chronic bronchitis is higher in inhalers than in noni halers. It is more prevalent among persons who extinguis and relight their cigarettes and in those who leave the ci arette constantly in the mouth. The rate of development symptoms is higher, and of remission of symptoms lower, in smokers than in nonsmokers.

Ventilatory lung function is almost invariably lowe on the average among cigarette smokers than among nor smokers or ex-smokers. Pipe and cigar smokers have inte mediate values. Lung function declines more rapidl among cigarette smokers than among nonsmokers, e smokers, or smokers of pipes or cigars. These changes i morbidity and lung function are compatible with the his tologic changes which have been shown to be related t smoking.

Although cigarette smoking is well established as th most important cause of chronic obstructive airways dis

ease, only a minority of even heavy smokers develop the disease. Much research is being directed to determining the degree to which the disease is caused by aspects of smoking that have been up to now inadequately specified, such as tar content of cigarettes, puff volume, depth of inhalation, and the frequency of personal characteristics, such as allergy or atopy and bronchial hyperreactivity. Apart from understanding the mechanisms whereby such factors result in respiratory disability and decline in lung function, better identification of susceptible subjects would provide a powerful impetus toward prevention.

Cigarettes smoked today differ substantially from those smoked 25 years ago. Tar and nicotine contents are now less than half of what they used to be, filters are almost universal, and there have been considerable changes in the manufacture and use of new synthetic products. How these changes have affected smokers' health is imperfectly known. Evidence suggests that, while reduced cigarette tar may have reduced cough and mucous hypersecretion, it may not have reduced breathlessness and obstructive airways disease. Further studies are needed to assess the effect of smoking cigarettes with very low tar and nicotine. It is fairly well established that smokers who switch to low-yield cigarettes compensate for the reduction in nicotine (and possibly also for the reduction in tar) by altering the pattern of their smoking. The number of puffs per cigarette and the volume of smoke inhaled are usually increased while the number of cigarettes smoked per day and depth of inhalation may be increased in some groups of smokers but not in others.

### Passive Smoking

Recent interest has focused on the effects of inhalation of the smoke of others by nonsmokers. The prevalence of respiratory symptoms, particularly coughing and wheezing, tend to be higher and the level of ventilatory lung function lower in the nonsmoking wives of smoking husbands as well as among the nonsmoking children of smoking parents. The effect, even if small, is important because of the frequency of the exposure and also its involuntary nature.

### Air Pollution

The classic episodes of severe pollution that occurred in the Meuse Valley, Donora, London, New York, and other cities showed conclusively that fogs could kill and make people ill. Much of the mortality and morbidity was due to respiratory disease. Those with preexisting chronic disease, particularly of the lungs or heart, were recognized to be especially vulnerable, but the occasional onset of symptoms in young children and in animals, as well as the recurrence of symptoms in patients who had become asymptomatic, suggested that fog could initiate as well as exacerbate respiratory disease.

Apart from these episodes, adverse effects of pollution on the respiratory tract have often been demonstrated. Thus, temporal and spatial variations in mortality, morbidity, respiratory symptom prevalence, lung function levels, and sickness absence have been shown to correlate with various measures of air pollution in different populations and in different segments of the population. Studies have been conducted in patients with respiratory disease, in infants and young children, in representative samples of the general population, and in a number of occupational groups, notably those which are widely distributed yet socially and economically fairly uniform, such as telephone and transport workers.

Uncertainty remains about the levels of the various pollutants that produce the untoward respiratory effects. Current federal primary ambient air quality standards are shown in Table 76-2. There is not universal agreement on the adequacy of these standards, particularly the 24-h levels. Moreover, the particulate standard takes no cognizance of the type or size distribution of the particles. Recommended changes including the incorporation of size distributions of particles and consideration of 1- and 3-h standard for $SO_2$ are now under consideration by the Environmental Protection Agency's administrator.

Interaction between pollutants with resulting synergism may be important, but it is difficult to carry out epidemiologic studies to explore it successfully. Controlled laboratory studies are more likely to illuminate this aspect of air pollution. However, interaction between pollution and smoking has been suggested in several epidemiologic studies.

### Indoor Pollution

Recognition that people spend 80 percent or more of their time indoors, coupled with the increasing tendency to hermitically seal houses, has concentrated concern on indoor pollution. It has been found that certain pollutants are likely to be higher indoors than outside. Particles, mainly resulting from smoking, and $NO_2$ arising from indoor heating and cooking, particularly when stoves are poorly vented, have been found to be dominated by indoor sources. A number of studies have indicated that the occurrence of respiratory illnesses may be more frequent, the prevalence of respiratory symptoms higher, and the level of ventilatory lung function lower in persons who live in homes using gas for heating and/or cooking than in persons living in homes using electricity. This difference has been attributed to the differences in $NO_2$ concentrations between such homes. In considering adverse responses to low levels of air pollutant, it is, therefore, important to realize that apparent biologic responses to very low levels of ambient outdoor pollutant concentrations may really be due to responses to appreciably higher indoor concentrations.

TABLE 76-2

***Current National Ambient Air Quality Standards***

| Pollutant | Concentration | Comments |
|---|---|---|
| Sulfur dioxide ($SO_2$) | 80 $\mu g/m^3$ (0.03 ppm) | Annual arithmetic mean |
| | 365 $\mu g/m^3$ (0.14 ppm) | Maximum 24-h concentration not to be exceeded more than once per year |
| Total suspended particulates (TSP) | 75 $\mu g/m^3$ | Annual geometric mean |
| | 260 $\mu g/m^3$ | Maximum 24-h concentration not to be exceeded more than once per year |
| Carbon monoxide (CO) | 10 $mg/m^3$ (9 ppm) | Maximum 8-h concentration not to be exceeded more than once per year |
| | 40 $mg/m^3$ (35 ppm) | Maximum 1-h concentration not to be exceeded more than once per year |
| Ozone ($O_3$) | 235 $\mu g/m^3$ (0.12 ppm) | Not more than 1 day per calendar year with maximum hourly average concentration above 235 $\mu g/m^3$ |
| Nitrogen dioxide ($NO_2$) | 100 $\mu g/m^3$ (0.05 ppm) | Annual arithmetic mean (generally monitored continuously) |
| Lead | 1.5 $\mu g/m^3$ | Maximum arithmetic mean averaged over a calendar quarter (frequently monitored weekly) |

SOURCE: Reprinted from Code of Federal Regulations, Title 40, Part 50, 1984.

**Occupational Exposures**

Since the time of Ramazzini, dust exposure at work has been considered an important etiologic factor of respiratory disease. During the nineteenth century much of the disease that was described was no doubt silicosis, other pneumoconiosis, or tuberculosis, but some of it must certainly have been bronchitis and/or emphysema. The development of chest radiography improved diagnosis and facilitated differentiation of these diseases with the result that Collis in 1931 could refer confidently to bronchitis as the first of the dust diseases. Type of dust was clearly important, with the high death rates among sandstone workers, tin and copper miners, and cotton strippers and grinders being striking. In contrast, death rates from bronchitis among coal miners were only moderately high, and there was considerable variation from place to place. Since 1900, although death rates among all coal miners in England and Wales have been roughly 40 percent higher than the corresponding rates for other men, the rates have varied in different coal mining areas from below the national average to about twice the average. In Britain high bronchitis mortality rates are also reported among foundry workers (especially molders and core makers), furnace workers, cotton textile workers, and unskilled laborers, while high morbidity rates have been noted among mi[illegible] ers, furnace, forge, foundry, gas, coke, glass, and chemic[illegible] workers. In the United States national information on o[illegible] cupational mortality is limited but suggests high deat[illegible] rates from chronic bronchitis and emphysema amon[illegible] miners, metal molders, and unskilled laborers.

Special surveys comparing persons occupationall[illegible] exposed to dust with comparable controls have supporte[illegible] the view that exposure to a wide variety of dusts contrib[illegible] utes to the development of chronic bronchitis and emphy[illegible] sema. Thus, coal, gold, and fluorspar miners and foundr[illegible] furnace, cotton, and flax workers have been found to hav[illegible] a higher prevalence of respiratory symptoms and chroni[illegible] bronchitis and lower average ventilatory function tha[illegible] persons of the same age living in the same area but wit[illegible] no occupational dust exposure. The quantitative relationship between lifetime dust dosage and respiratory diseas[illegible] and disability has been most thoroughly investigated i[illegible] coal miners. In them, chronic bronchitis and emphysem[illegible] has not usually been found to be closely related to dose. I[illegible] Britain, the prevalence of bronchitis was found to increas[illegible] with increasing dust dosage in persons aged 25 to 44 bu[illegible] not in older persons.

Lifetime dust dosage may be more closely related t[illegible] disease and disability in occupations involving exposur[illegible]

to dusts other than coal. Thus, among metal miners in the United States the prevalence of symptoms and bronchitis has been reported to be higher in those with silicosis than in those without and to increase with increasing duration of mining. An increasing prevalence of respiratory symptoms with increasing dust exposure has also been found among asbestos miners and millers, and there are a few reports of increased respiratory disease among talc and cement workers. Exposure to dusts of vegetable origin appears more likely to cause chronic bronchitis than exposure to most mineral dusts. Thus, apart from byssinosis. a specific occupational disease, workers with cotton, flax. and hemp also experience an increased prevalence of bronchitis. A high prevalance of respiratory symptoms has also been reported among grain handlers. Allergic sensitization to various fungi appears to play a dominant role, though nonspecific irritation from various parts of the grain may also contribute.

Exposure to fumes and gases at work has received much less epidemiologic study than exposure to dusts. Oxides of nitrogen have been incriminated as a cause of obliterative bronchitis in silo fillers and following blasting in enclosed spaces in the course of underground mining. Respiratory impairment and reduced lung function have followed exposure to chlorine gas. Emphysema is generally recognized as a sequel to cadmium fume inhalation. whereas asthma and an inordinate rate of decline of ventilatory lung function can follow exposure to toluene di-isocyanate.

### Heredity

Heredity was considered to be etiologically important by clinicians in the nineteenth century. Several recent lines of evidence have reinforced this idea: (1) relatives of bronchitic subjects have a higher prevalence of bronchitis than do the relatives of controls; (2) siblings of bronchitic subjects occasionally have a higher frequency of bronchitis than their spouses; (3) the $FEV_1$ correlates more closely among family members than among spouses; and (4) concordance rates are higher among monozygotic than dizygotic twins.

The observation that deficiency of the serum protein $\alpha_1$-antitrypsin could lead to the early development of emphysema indicated clearly the occasional importance of single gene substitutions as a cause of emphysema, but since the homozygous deficiency is found in fewer than 2 percent of all cases of severe emphysema, it can hardly be a major determinant of the disease. The possibility of increased susceptibility to respiratory irritants among carriers who are heterozygous for the gene has been suggested but is as yet unproved. In cystic fibrosis, another genetically determined disease associated with an increased risk of chronic bronchitis and emphysema, heterozygous carriers do not share this increased risk.

### Infection

Persons with chronic bronchitis usually have a higher frequency of pneumonia, pleurisy, and acute bronchitis than other persons. They also report a higher mean annual number of colds and a much higher frequency for colds to "go down on the chest." This susceptibility appears to date from childhood. Much current research is directed at elucidating the role of childhood respiratory illnesses in relation to subsequent development of chronic bronchitis and airway obstruction.

The role of infectious agents in the recurrent exacerbations which are so characteristic of chronic bronchitis and emphysema is still uncertain.

### Miscellaneous Factors

A high prevalence of chronic bronchitis has been reported among persons who were gassed in World War I. More recently, a high frequency of bronchitis and lung cancer and reduced expiratory flow rates have been found in workers employed in a Japanese poison gas factory. Whether infection of the teeth and paranasal sinuses are important etiologic factors in chronic bronchitis is uncertain.

## FOLLOW-UP STUDIES OF CHRONIC RESPIRATORY DISEASE

The mortality of patients with chronic bronchitis exceeds that expected for men of the same age. Indeed, death rates are approximately four times those expected for men of the same age in the general population. Prognosis becomes worse as the degree of airway obstruction increases. Prognosis is grave in patients with chronic $O_2$ desaturation, $CO_2$ retention, radiographic evidence of generalized emphysema, and cor pulmonale.

Mortality has also been determined in representative samples of the population after varying numbers of years from the initial examination. This has confirmed the overwhelming influence of smoking on the occurrence of mortality from bronchitis and emphysema (COPD). In one study that followed up the mortality of a number of British populations after 20 to 25 years, no death out of 104 attributed to COPD occurred in a nonsmoker. Those men with an $FEV_{1.0}$ of more than two standard deviations below the mean had a mortality rate from COPD which was 50 times that of those with an FEV that was above average. The study showed, in addition, that simple bronchitis (or mucous hypersecretion) in the absence of airflow obstruction had little effect on mortality.

TABLE 76-3

***Points for Risk Factors (Tecumseh Index of Risk)****

| Age | Points | Cigarettes/day | Points | $FEV_1$ % Predicted | Points | Change in Cigarettes/day | Points | Risk of OAD† Total Points | Ris (cases/ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Men** | | | | | |
| 25 | 0 | 0 | 0 | 121 | −14 | −60 | −9 | ≤7 | Low r |
| 27 | 1 | 10 | 2 | 118 | −12 | −50 | −7 | 8–14 | 1 |
| 29 | 2 | 20 | 5 | 115 | −10 | −40 | −6 | 8–17 | 2 |
| 31 | 3 | 30 | 7 | 112 | −8 | −30 | −4 | 8–19 | 3 |
| 33 | 4 | 40 | 9 | 109 | −6 | −20 | −3 | 20 | 4 |
| 35 | 5 | 50 | 11 | 106 | −4 | −10 | −1 | 21 | 5 |
| 37 | 6 | 60 | 13 | 103 | −2 | 0 | 0 | 22 | 6 |
| 39 | 7 | | | 100 | 0 | 10 | 1 | 23 | 7 |
| 41 | 8 | | | 97 | 2 | 20 | 3 | 24 | 8 |
| 43 | 9 | | | 94 | 4 | 30 | 4 | 25 | 9 |
| 45 | 10 | | | 91 | 6 | 40 | 6 | 26 | 11 |
| 47 | 11 | | | 88 | 8 | 50 | 7 | 27 | 13 |
| 49 | 12 | | | 85 | 10 | 60 | 9 | 28 | 15 |
| 51 | 13 | | | 82 | 12 | | | 29 | 18 |
| 53 | 14 | | | 79 | 14 | | | 30 | 20 |
| 55 | 15 | | | 76 | 16 | | | 31 | 23 |
| 57 | 16 | | | 73 | 18 | | | ≥32 | High r |
| 59 | 17 | | | 70 | 20 | | | | |
| 61 | 18 | | | | | | | | |
| 63 | 19 | | | | | | | | |
| 65 | 20 | | | | | | | | |
| | | | | **Women** | | | | | |
| 25 | 0 | 0 | 0 | 121 | −16 | −60 | −17 | ≤10 | Low ri |
| 27 | 1 | 10 | 4 | 118 | −14 | −50 | −14 | 11–17 | 1 |
| 29 | 2 | 20 | 9 | 115 | −11 | −40 | −11 | 18–20 | 2 |
| 31 | 3 | 30 | 13 | 112 | −9 | −30 | −8 | 21–23 | 3 |
| 33 | 4 | 40 | 18 | 109 | −7 | −20 | −6 | 24 | 4 |
| 35 | 5 | 50 | 22 | 106 | −5 | −10 | −3 | 25 | 5 |
| 37 | 6 | 60 | 27 | 103 | −2 | 0 | 0 | 26 | 5 |
| 39 | 7 | | | 100 | 0 | 10 | 3 | 27 | 6 |
| 41 | 8 | | | 97 | 2 | 20 | 6 | 28 | 7 |
| 43 | 9 | | | 94 | 5 | 30 | 8 | 29 | 8 |
| 45 | 10 | | | 91 | 7 | 40 | 11 | 30 | 10 |
| 47 | 11 | | | 88 | 9 | 50 | 14 | 31 | 11 |
| 49 | 12 | | | 85 | 11 | 60 | 17 | 32 | 13 |
| 51 | 13 | | | 82 | 14 | | | 33 | 14 |
| 53 | 14 | | | 79 | 16 | | | 34 | 17 |
| 55 | 15 | | | 76 | 18 | | | 35 | 19 |
| 57 | 16 | | | 73 | 21 | | | 36 | 21 |
| 59 | 17 | | | 70 | 23 | | | ≥37 | High ri |
| 61 | 18 | | | | | | | | |
| 63 | 19 | | | | | | | | |
| 65 | 20 | | | | | | | | |

*This point system is based on the number of cases (per 100 population) of obstructive airways disease expected within 10 years.

†OAD = obstructive airways disease.

Case 0:01-cv-02336-DWF-RLE Document 97-18 Filed 06/03/2004 Page 9 of 11

### Prediction of Obstructive Airways Disease

During the past 5 years, interest has been directed to predicting obstructive airways disease from knowledge of a relatively small number of characteristics which can be simply measured. A number of models, depending on the risk factors included, have been developed from the Tecumseh study, an ongoing longitudinal study of cardiorespiratory and other diseases in Tecumseh, Michigan, to specify the proportion of the population that will develop obstructive airways disease in 10 or in 15 years. The simplest of these models has been tested in a number of other communities and has been found to predict disease in those populations. The factors included in the model are: age, sex, level of 1-s forced expiratory volume, number of cigarettes smoked per day, and whether or not cigarette smoking continues, changes, or is discontinued during the 10 or 15 years of follow-up. In order to facilitate the use of the model by clinicians, a scoring system has been developed. Points are allocated for each risk factor, and a total score is calculated. This score provides an estimate of the individual's risk of developing obstructive airways disease in either 10 or 15 years. Table 76-3 gives the points allocated for each of the factors included in the model. Figure 76-2 presents estimates of the probabilities of developing obstructive airways disease for a 45-year-old man, depending on whether he continues to smoke or gives up smoking. Thus, if his $FEV_{1.0}$ is 75 percent of predicted and he smokes 40 cigarettes per day, his chance of developing obstructive airways disease is about 40 in 100. On the other hand, were he to quit smoking after his initial examination, his risk would be reduced by more than half to about 16 per 100. Such a clear demonstration of the benefits of giving up smoking should provide a strong stimulus to quitting, though at present this still needs to be proved.

## LESSONS FROM EPIDEMIOLOGY FOR PREVENTION

Epidemiologic studies have shown the overwhelming importance of cigarette smoking as a cause of chronic bronchitis and emphysema. Apart from the direct effect of smoking on the respiratory tract, interactions between smoking and occupational exposures or smoking and air pollution suggest that smoking may also act indirectly to modify the effects produced by these other determinants. Clearly the major emphasis in any program of prevention must be on smoking. The main objectives should be to discourage young people from taking up smoking, to reduce the number of people now smoking, and to develop less hazardous cigarettes for those unable to quit. Continuing smokers should be advised not to inhale and to use filter cigarettes. The use of low tar and low nicotine cigarettes should be recommended because of the reduction in mucous hypersecretion that is anticipated and because such cigarettes may also reduce the risk of lung cancer. Advice that cigarette smokers should switch to cigars or even a pipe is unwise unless they are also discouraged from inhaling cigar or pipe smoke as they used to inhale cigarette smoke.

Prompt and adequate treatment of acute respiratory diseases and of exacerbations of chronic bronchitis will reduce time lost from work, but that such treatment has apparently little influence on the natural history of chronic bronchitis indicates that prevention, rather than early detection or treatment, is likely to be the only effective approach.




**FIGURE 76-2** Risks of developing obstructive airways disease within 10 years for a 45-year-old man. *A.* Continues smoking. *B.* Stops smoking. *(From Higgins et al., 1982.)*

## BIBLIOGRAPHY

Anderson HR, Bland JM, Patel S, Peckham C: The natural history of asthma in childhood. J Epidemiol Community Health 40:121–129, 1986.

*The incidence and prognosis of childhood asthma and wheezing illness was studied using data obtained at ages 7, 11, and 16 from a national cohort of 8806 children born in 1958.*

Badley EM, Lee J, Wood PH: Impairment, disability, and the ICIDH (International Classification of Impairments, Disabilities, and Handicaps) model. II: The nature of the underlying condition and patterns of impairment. Int Rehabil Med 8:118–124, 1987.

*This paper presents a further exploration of the conceptual scheme proposed in the International Classification of Impairments, Disabilities, and Handicaps, which links underlying condition, impairment, and disability.*

Baillie M (1793): *Morbid Anatomy of Some of the Most Important Parts of the Human Body.* London, Bulmer, 1912.

*An atlas of morbid anatomy largely from specimens in the museum of his uncle, Dr. William Hunter. The specimen illustrating emphysema was the lung of Dr. Samuel Johnson.*

Burchfiel CM, Higgins MW, Keller JB, Howatt WF, Butler WJ, Higgins IT: Passive smoking in childhood. Respiratory conditions and pulmonary function in Tecumseh, Michigan. Am Rev Respir Dis 133:966–973, 1986.

*The relationship of passive smoking to respiratory conditions and pulmonary function was assessed using a cross-sectional design in the defined population of Tecumseh, Michigan.*

Carstensen JM, Pershagaen G, Eklund G: Mortality in relation to cigarette and pipe smoking: 16 years' observation of 25,000 Swedish men. J Epidemiol Community Health 41:166–172, 1987.

*In 25,129 Swedish men, there were clear covariations ($p < .001$) between the amount of tobacco smoked and the risk of death due to cancer of the oral cavity and larynx, esophagus, liver, pancreas, lung, and bladder as well as due to bronchitis and emphysema, ischemic heart disease, aortic aneurysm, and peptic ulcer. Pipe smokers showed similar risk levels to cigarette smokers.*

Crofton JW, Douglas A: *Respiratory Diseases*, 2d ed. Oxford, Blackwell, 1975, pp 320–359.

*Reliable general account of the group of diseases.*

Ferris BG Jr: Epidemiology standardization project. Am Rev Respir Dis 118:1–120, 1978.

*Recommended methods for use in epidemiologic studies.*

Ferris BG Jr, Speizer FE, Spengler JD, Dockery D, Bishop YM, Wolfson M, Humble C: Effects of sulfur oxides and respiratory particles on human health. Methodology and demography of populations in the study. Am Rev Respir Dis 120:767–779, 1979.

*Description of the Harvard six cities study of air pollution. Study with some initial results on pollution levels and respiratory effects.*

Higgins MW, Keller JB: Estimating your patient's risk of COPD. J Respir Dis 4:97–108, 1983.

*Presentation of the Tecumseh index of risk and how to measure it in patients and other individuals.*

Higgins MW, Keller JB, Becker M, Howatt W, Landis JR, Rotman H, Weg JG, Higgins I: An index of risk for obstructive airways disease. Am Rev Respir Dis 125:144–151, 1982.

*Based on the Tecumseh Community Health study over a period of 15 years, predictors of obstructive airways disease are identified. The risk factors indentified included age, sex, cigarette smoking, respiratory symptoms, chronic bronchitis, asthma, respiratory tract infections, reduced lung function, and familial chronic bronchitis.*

Laennec RTH: *A Treatise on the diseases of the Chest and on Mediate Auscultation.* Forbes J (transl). New York, Samuel Wood & Sons, 1830.

*Chapter 3 "Of Emphysema of the Lungs" describes the clinical characteristics of the disease, including a recognizable account of the blue bloater.*

Morgan WKC, Seaton A: *Occupational Lung Diseases.* Philadelphia, Saunders, 1975, pp 265–273.

*Standard text on occupational lung diseases.*

NAS-NRC Committee on the Epidemiology of Air Pollutants. Epidemiology and air pollution. Washington, DC, National Academy Press, 1985.

*A report for EPA administrators. The committee established a common base of state-of-the-art knowledge through the circulation and discussion of background papers assembled by experts.*

Rosenblatt MB: Emphysema. Geriatrics 18:517–527, 1963.
*A good review of the history of these diseases.*

The Health Consequences of Smoking. Chronic Obstructive Lung Disease. A Report of the Surgeon General, 1984. Dept H.H.S. PHS Office on Smoking and Health. Rockville, MD.
*A useful review of chronic obstructive pulmonary disease, emphasizing its relationship to smoking but also presenting other risk factors.*