# ATHEROSCLEROSIS

INTERNATIONAL JOURNAL FOR RESEARCH AND INVESTIGATION ON ATHEROSCLEROSIS AND RELATED DISEASES

*Affiliated with the International Atherosclerosis Society*

EDITORS
C.W.M. Adams (London) — D. Kritchevsky (Philadelphia, PA) — D. Seidel (Göttingen)

EDITORIAL BOARD
M.L. Armstrong (Iowa City, IA) — P. Astrup (Copenhagen) —
.S. Berenson (New Orleans, LA) — S. Björkerud (Göteborg) — L.A. Carlson (Stockholm) —
P. Constantinides (Shreveport, LA) — G. Crepaldi (Padova) — F.H. Epstein (Zürich) —
D.S. Fredrickson (Bethesda, MD) — Y. Goto (Tokyo) —
G.A. Gresham (Cambridge, Great Britain) — F.A. Gries (Düsseldorf) —
M.D. Haust (London, Ont.) — A.N. Howard (Cambridge, Great Britain) —
G.M. Kostner (Graz) — B. Lewis (London) — N.E. Miller (London) —
N.B. Myant (London) — P.J. Nestel (Melbourne) — E. Nikkilä (Helsinki) —
.A. Packham (Toronto, Ont.) — H. Peeters (Brussels) — O.W. Portman (Beaverton, OR) —
B. Rifkind (Bethesda, MD) — A.L. Robertson (Cleveland, OH) —
F.G. Schettler (Heidelberg) — G. Schlierf (Heidelberg) — P.J. Scott (Auckland) —
E.B. Smith (Aberdeen) — J. Stamler (Chicago, IL) — Y. Stein (Jerusalem) —
J.P. Strong (New Orleans, LA) — K.W. Walton (Birmingham) — N. Zöllner (Munich)

ELSEVIER/NORTH-HOLLAND SCIENTIFIC PUBLISHERS, LTD.
SHANNON

*Atherosclerosis, Vol. 40 (1981)*

34 Kannel, W.B., Coronary risk factors, Part 1 (Recent highlights from The Framingham Study), Aus N.Z. J. Med., 6 (1976) 373—386.
35 Kannel, W.B., Coronary risk factors, Part 2 (Prospectus for prevention of atherosclerosis in th young), Aust. N.Z. J. Med., 6 (1976) 410—419.
36 Kannel, W.B., Some lessons in cardiovascular epidemiology from Framingham, Amer. J. Cardiol., 3 (1976) 269—282.
37 McGill, H.C., Arias-Stella, J., Carbonell, L.M., et al., General findings of the International Atheroscl rosis Project, Lab. Invest., 18 (1968) 498—653.
38 Peter, T., Harper, R., Luxton, M., et al., Acute myocardial infarction in women — The influence o age on complications and mortality, Med. J. Aust., 1 (1978) 189—191.
39 Schlierf, G., Oster, P., Raetzer, H., et al., Obesity and hyperlipidemia. In: L.A. Carlson, R. Paolett C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New Yorl 1978, pp. 465—469.
40 Constantinides, P., Experimental Atherosclerosis, Elsevier Publishing Company, Amsterdam, 1965.
41 McGill, H.C. and Stern, M.P., Sex and atherosclerosis, Atheroscl. Rev., 4 (1979) 157—242.
42 Gordon, T., Castelli, W.P., Hjørtland, M.C., et al., HDL as a protective factor against CHD — Th Framingham Study, Amer. J. Med., 62 (1977) 707—714.
43 Miller, G.J., Miller, N.E. and Ashcroft, M.T., Inverse relationship in Jamaica between plasma HD cholesterol concentration and coronary disease risk as predicted by multiple risk-factor status, Cli Sci. Mol. Med., 51 (1976) 475—482.
44 Onongbu, I.C., HDL in IHD, Experientia (Basel), 33 (1976) 1063—1064.
45 Anderson, D.W., Nichols, A.V., Pan, S.S., et al., HDL distribution — Resolution and determinatio of three major components in a normal population sample, Atherosclerosis, 29 (1978) 161—179.
46 Mjøs, O.D., Thelle, D.S., Forde, O.H., et al., Family study of high density lipoprotein cholesterol an the relation to age and sex — The Tromsö Heart Study, Acta Med. Scand., 201 (1977) 323—329.
47 Carlson, L.A. and Hardell, L.I., Sex differences in serum lipids and lipoprotein at birth, Europ. Clin. Invest., 7 (1977) 133—135.
48 Keys, A., Coronary heart disease in seven countries, Circulation (Suppl. 1) (1970) 41—42.
49 Stamler, J., Lifestyles, major risk factors, proof and public policy, Circulation, 58 (1978) 3—19.
50 Connor, W.E., The key role of nutritional factors in the prevention of CHD, Prev. Med., 1 (1972 49—83.
51 Bruhn, J.G. and Wolf, S., Studies reporting "low rates" of ischaemic heart disease — A critic review, Amer. J. Publ. Hlth., 60 (1970) 1477—1495.
52 Robertson, T.L., Kato, I., Rhoades, G.G., et al., Epidemiologic studies of coronary heart disease an stroke in Japanese men living in Japan, Hawaii, and California, Amer. J. Cardiol., 39 (1977) 239-249.
53 Cassel, J.C., Evans' County cardiovascular and cerebrovascular epidemiologic study, Arch. Interr Med., 128 (1971) 883—895.
54 Heart Facts, American Heart Association, 55-005-B, 7-77-100 M, 1978.
55 Keil, J.E., Tyroler, H.A., Sandifer, S.H., et al., Hypertension — Effects of social class and raci admixture — The results of a cohort study in the black population of Charleston, South Carolin Amer. J. Publ. Hlth, 67 (1977) 634—639.
56 McGill, H.C. and Mott, G.E., Genetic mechanisms in atherosclerosis, Adv. Cardiol., 13 (1974) 108-118.
57 Zeiner-Henriksen, T., Six-year mortality related to cardiorespiratory symptoms and environment risk factors in a sample of the Norwegian population, J. Chron. Dis., 29 (1976) 15—23.
58 Hrubec, Z. and Zukel, W.J., Epidemiology of coronary heart disease among young army males o World War II, Amer. Heart J., 87 (1974) 722—730.
59 Kozarevic, D., Pirc, B., Dawber, T.R., et al., The Yugoslavia Cardiovascular Disease Study, J. Chror Dis., 29 (1976) 405—414 and Amer. J. Epidemiol., 104 (1976) 133—140.
60 Ratcliffe, H.L., Social factors and atherosclerosis, Adv. Cardiol., 13 (1974) 141—147.
61 Calhoun, J.B., Population density and social pathology, Sci. Amer., 206 (1962) 139—148.
62 Cassel, J.C., The contribution of the social environment to host resistance, Amer. J. Epidemiol., 10 (1976) 107—123.
63 Marmot, M.G. and Syme, S.L., Acculturation and coronary heart disease in Japanese-American Amer. J. Epidemiol., 104 (1976) 225—247.
64 Yano, K., Blackwelder, W.C., Kagan, A., et al., Childhood cultural experience and the incidence o coronary heart disease in Hawaii Japanese men, Amer. J. Epidemiol., 109 (1979) 440—450.
65 Mortimer, E.A., Monson, R.R. and MacMahon, B., Reduction in mortality from coronary heart dis ease in men residing at high altitude, N. Engl. J. Med., 296 (1977) 581—585.
66 Buechley, R., Key, C., Morris, D., et al., Altitude and ischemic heart disease in the tricultural Ne Mexico — An example of confounding, Amer. J. Epidemiol., 109 (1979) 663—666.
67 Bengtsson, C., IDH in women, Acta Med. Scand. (Suppl. 549), 1973.
68 Talbott, E., Kuller, L.H., Detre, K., et al., Biologic and psychosocial risk factors of sudden deatl

from coronary disease in white women, Amer. J. Cardiol., 39 (1977) 858—864.
69 Winkelstein, W. and Rekate, A.C., Age trend of mortality from coronary heart disease in women and observations on the reproductive patterns of those affected, Amer. Heart J., 67 (1964) 481—488.
70 Bainton, D., Moore, F. and Sweetnam, P., Temperature and deaths from ischaemic heart disease, Brit. J. Prev. Soc. Med., 31 (1977) 49—53.
71 Rogot, B., Associations between coronary mortality and the weather — Chicago, 1967, Publ. Hlth. Rep., 89 (1974) 330—338.
72 Gazetopoulos, N., Ioannidis, P.J., Karydis, C., et al., Short left coronary artery trunk as a risk factor in the development of coronary atherosclerosis — Pathological study, Brit. Heart J., 38 (1976) 1160—1165.
73 Texon, M., Atherosclerosis — Its hemodynamic basis and implication, Med. Clin. N. Amer., 58 (1974) 257—268.
74 Vracko, R. and Benditt, E.P., Capillary basal lamina thickening — Its relationship to endothelial cell death and replacement, J. Cell Biol., 47 (1970) 281—285.
75 Krumdieck, C. and Butterworth, C.E., Ascorbate—cholesterol—lecithin interactions — Factors of potential inportance in the pathogenesis of atherosclerosis, Amer. J. Clin. Nutr., 27 (1974) 866—876.
76 Rashad, M.N., Mi, M.P. and Rhoads, G., Dermatoglyphic studies of myocardial infarction patients, Hum. Hered., 28 (1978) 1—6.
77 Kannel, W.B., The role of cholesterol in coronary atherogenesis, Med. Clin. N. Amer., 58 (1974) 363—379.
78 Dawber, T.R., Kannel, W.B., Revotsleie, N., et al., The epidemiology of coronary heart disease — The Framingham enquiry, Proc. Roy. Soc. Med. Lond., 55 (1962) 265—271.
79 Whyte, H.M., The relative importance of the major risk factors in atherosclerosis and other diseases, Aust. N.Z. J. Med., 6 (1976) 387—393.
80 Pelkonen, R., Nikkilä, E.A., Koskinen, S., et al., Association of serum lipids and obesity with cardiovascular mortality, Brit. Med. J., ii (1977) 1185—1187.
81 Keys, A., Aravanis, C., Blackburn, H., et al., Probability of middle-aged men developing coronary heart disease in five years, Circulation, 45 (1972) 815—828.
82 Syme, S.L., Marmot, M.G., Kagan, A., et al., Epidemiologic studies of coronary heart disease and stroke in Japanese men living in Japan, Hawaii, and California — Introduction; mortality; distribution of biochemical risk factors; blood pressure distributions; prevalence of coronary and hypertensive heart disease and associated risk factors; additional acknowledgments, Amer. J. Epidemiol., 102 (1975) 477—525.
83 Bothig, S., Metelitsa, V.I., Barth, W., et al., Prevalence of ischaemic heart disease; arterial hypertension and intermittent claudication, and distribution of risk factors among middle-aged men in Moscow and Berlin, Cor Vasa, 18 (1976) 104—118.
84 Rose, G., Hamilton, P.J.S., Keen, H., et al., Myocardial ischaemia, risk factors, and death from coronary heart disease, Lancet, i (1977) 105—109.
85 Paul, O., Lepper, M.H., Phelan, W.H., et al., A longitudinal study of coronary heart disease, Circulation, 28 (1963) 20—31.
86 Paffenbarger, R.S., Brand, R.J., Scholtz, R.I., et al., Energy expenditure, cigarette smoking, and blood pressure level as related to death from specific diseases, Amer. J. Epidemiol., 108 (1978) 12—18.
87 Heyden, S., Cassel, J.C., Bartel, A., et al., Body weight and cigarette smoking as risk factors, Arch. Intern. Med., 128 (1971) 915—919.
88 Jenkins, C.D., Rosenman, R.H. and Zyzanski, S.J., Cigarette smoking — Its relationship to coronary heart disease and related risk factors in the Western Collaborative Group Study, Circulation, 38 (1968) 1140—1155.
89 Anderson, A.J., Barboriak, J.J. and Rimm, A.A., Risk factors and angiographically determined coronary occlusion, Amer. J. Epidemiol., 107 (1978) 8—14.
90 Wiljelmsson, C., Elmfeldt, D., Vedin, J.A., et al., Smoking and myocardial infarction, Lancet, i (1975) 415—420.
91 Brymer, J.F., Buter, T.H., Walton, J.A., et al., A natural history study of the prognostic role of coronary arteriography, Amer. Heart J., 88 (1974) 139—143.
92 Herbert, W.H., Cigarette smoking and arteriographically demonstrable coronary artery disease, Chest, 67 (1975) 49—52.
93 Auerbach, O., Carter, H.W., Garfinkel, L., et al., Cigarette smoking and coronary artery disease — A macroscopic and microscopic study, Chest, 70 (1976) 697—705.
94 Welch, C.C., Proudfit, W.L. and Sheldon, W.C., Coronary arteriographic findings in 1,000 women under age 50, Amer. J. Cardiol., 35 (1975) 211—215.
95 Morris, D.C., Hurst, J. and Logue, R.B., Myocardial infarction in young women, Amer. J. Cardiol., 38 (1976) 299—304.
96 Logan, R.L., Thomson, M., Riemersma, R.A., et al., Risk factors for ischaemic heart-disease in normal men aged 40 — Edinburgh—Stockholm Study, Lancet, i (1978) 949—954.

97 Arthes, F.G. and Masi, A.T., Myocardial infarction to younger women — Associated clinical features and relationship to use of oral contraceptive drugs, Chest, 70 (1976) 574—583.
98 Oliver, M.F., IHD in young women, Brit. Med. J., iv (1974) 253—259.
99 Jain, A.K., Cigarette smoking, use of oral contraceptives, and myocardial infarction, Amer. J. Obstet. Gynecol., 126 (1976) 301—307.
100 Goldbourt, R. and Medalie, J.H., High density lipoprotein cholesterol and incidence of coronary heart disease — The Israeli Ischemic Heart Disease Study, Amer. J. Epidemiol., 109 (1979) 296—308.
101 Topping, D.L., Dwyer, T. and Weller, R.A., Peripheral vascular disease in cigarette smokers and impaired hepatic metabolism of lipoprotein remnants, Lancet, ii (1977) 1327—1328.
102 Garrison, R.J., Kannel, W.B., Feinleib, M., et al., Cigarette smoking and HDL cholesterol — The Framingham Offspring Study, Atherosclerosis, 30 (1978) 17—25.
103 Leren, P., Askevold, E.M., Foss, P., et al., The Oslo Study — Cardiovascular disease in middle-aged and young Oslo men, Acta Med. Scand. (Suppl. 588), 1976.
104 Astrup, P. and Kjeldsen, K., Carbon monoxide, smoking, and atherosclerosis, Med. Clin. N. Amer., 58 (1973) 323—350.
105 Thomsen, H.E. and Kjeldsen, K., Threshold limit for carbon monoxide-induced myocardial damage — An electron microscopic study in rabbits, Arch. Environm. Hlth., 29 (1974) 73—78.
106 Sarma, J.S.M., Tillmanns, H., Ikeda, S., et al., Lipid metabolism in perfused human and dog coronary arteries, Amer. J. Cardiol., 35 (1975) 579—587.
107 Schneiderman, G. and Goldstick, T.K., Carbon monoxide-induced arterial wall hypoxia and atherosclerosis, Atherosclerosis, 30 (1978) 1—15.
108 Hugod, C., Hawkins, L.H., Kjeldsen, K., et al., Effect of carbon monoxide exposure on aortic and coronary intimal morphology in the rabbit — A reevaluation, Atherosclerosis, 30 (1978) 333—342.
109 Friedman, G.D., Cigarette smoking and geographic variation in coronary heart disease mortality in the U.S., J. Chron. Dis., 20 (1967) 769—779.
110 Harkavy, J. and Perlman, E., Tobacco allergy in coronary artery disease, N.Y. State J. Med., 64 (1964) 1287—1296.
111 Meade, T.W., Chakrabarti, R. and North, W.R.S., Associations between fibrinolytic activity and other variables in an industrial population, Adv. Exp. Med. Biol., 82 (1977) 219—221.
112 Wald, N., Idle, M., Smith, P.G., et al., Carboxyhaemoglobin levels in smokers of filter and plain cigarettes, Lancet, i (1977) 110—111.
113 Sarma, J.S., Tillmanns, H., Ikeda, S., et al., The effect of carbon monoxide on lipid metabolism of human coronary arteries, Atherosclerosis, 22 (1975) 193—198.
114 Froelicher, V.F. and Oberman, A., Analysis of epidemiologic studies of physical inactivity as risk factor for coronary artery disease, Progr. Cardiovasc. Dis., 15 (1972) 41—65.
115 Milvy, P., Forbes, W.F. and Brown, K.S., A critical review of epidemiological studies of physical activity, Ann. N.Y. Acad. Sci., 301 (1977) 519—549.
116 Paffenbarger, R.S., Wing, A.L. and Hyde, R.T., Physical activity as an index of heart attack risk in college alumni, Amer. J. Epidemiol., 108 (1978) 161—175.
117 Paffenbarger, R.S., Hale, W.E., Brand, R.J., et al., Work-energy level, personal characteristics, and fetal heart — A birth-cohort effect, Amer. J. Epidemiol., 105 (1977) 200—213.
118 Epstein, L., Miller, G.J., Stitt, F.W., et al., Vigorous exercise in leisure time, coronary risk-factors, and resting electrocardiogram in middle-aged male civil servants, Brit. Heart J., 38 (1976) 403—409.
119 Naito, H.K., Effects of physical activity on serum cholesterol metabolism, Clevel. Clin. Quart., 43 (1976) 21—49.
120 Balart, L., Moore, M.C., Gremillion, L., et al., Serum lipids, dietary intakes, and physical exercise in medical students, J. Amer. Diet Ass., 64 (1974) 42—46.
121 Holloszy, J.O., Skinner, J.S., Toro, G., et al., Effects of a six month program of endurance exercise on the serum lipids of middle-aged men, Amer. J. Cardiol., 14 (1964) 753—760.
122 Naughton, J. and McCoy, J.F., Observations on the relationship of physical activity to the serum cholesterol concentration of healthy men and cardiac patients, J. Chron. Dis., 19 (1966) 727—733.
123 Vial, R., Vial, W., Balart, L.A., et al., Effects of physical exercise on serum lipids and lipoproteins, Fed. Proc., 30 (1971) 646.
124 Lampman, R.M., Santinga, J.T., Hodge, M.F.L., et al., Comparative effects of physical training and diet in normalizing serum lipids in men with type IV hyperlipoproteinemia, Circulation, 55 (1977) 652—659.
125 Gyntelberg, F., Brennan, R., Holloszy, J.O., et al., Plasma triglyceride lowering by exercise despite increased food intake in patients with type IV hyperlipoproteinemia, Amer. J. Clin. Nutr., 30 (1977) 716—720.
126 Cooper, K.H., Pollock, M.L., Martin, R.P., et al., Physical fitness levels vs. selected coronary risk factors — A cross-sectional study, J. Amer. Med. Ass., 236 (1976) 166—169.
127 Lopez, S.A., Vial, R., Balart, L., et al., Effect of exercise and physical fitness on serum lipids and lipoproteins, Atherosclerosis, 20 (1974) 1—9.

128 Chrysant, S.G., Hemodynamic effects of isometric exercise in normotensive hypertensive subject's hypertension, Angiology, 29 (1978) 379—385.
129 Salzman, S.H., Hellerstein, H.K., Feil, G.H., et al., Serum cholesterol and the capacity for physical work of sedentary middle-aged men, Circulation, 35, 36 (Suppl. II) (1967) 229.
130 Montoye, H.J., Block, W.D. and Gayle, R., Maximal oxygen uptake and blood lipids, J. Chron. Dis., 31 (1978) 111—118.
131 Montoye, H.J., Block, W.D., Metzner, H.L., et al., Habitual physical activity and serum lipids — Males, age 16—64 in a total community, J. Chron. Dis., 29 (1976) 697—709.
132 Martin, R.P., Haskell, W.L. and Wood, P.D., Blood chemistry and lipid profiles of elite distance runners, Ann. N.Y. Acad. Sci., 301 (1977) 346—360.
133 Wood, P.D., Haskell, W.L., Stern, M.P., et al., Plasma lipoprotein distributions in male and female runners, Ann. N.Y. Acad. Sci., 301 (1977) 748—763.
134 Wood, P.D., Haskell, W., Klein, H., et al., The distribution of plasma lipoproteins in middle-aged male runners, Metabolism, 25 (1976) 1249—1257.
135 Froberg, S.O., Metabolism of lipids in blood and tissues during exercise, Med. Sci. Sports, 3 (1969) 100—113.
136 Conrad, V., Brunnengraber, H., Vanroux, R., et al., Influence of muscular exercise on glucose regulation, Med. Sci. Sport, 3 (1969) 114—115.
137 Parizkova, J., The effect of age and various motor activity on fat content, lipoproteinase activity and experimental necrosis in the rat heart, Med. Sci. Sport, 3 (1969) 137—143.
138 Kenealy, M.D., Jacobson, N.L. and Wiggers, K.D., The effects of supplemental dietary cholesterol and atherosclerosis in the goat, Atherosclerosis, 27 (1977) 65—69.
139 Wong, H.Y.C., David, S.N., Ormilikwe, S.O., et al., The effects of physical exercise in reversing experimental atherosclerosis, Adv. Exp. Med. Biol., 60 (1975) 33—56.
140 Strong, J.P., Eggen, D.A. and Tracy, R.E., The geographic pathology and topography of atherosclerosis and risk factors for arteriosclerotic lesions, Adv. Exp. Med. Biol., 104 (1978) 11—31.
141 Mann, G.V., Diet—heart — End of an era, N. Engl. J. Med., 297 (1977) 644—650.
142 Robinson, S.C. and Brucer, M., Range of normal blood pressure — A statistical and clinical study of 11,383 persons, Arch. Intern. Med., 64 (1939) 409—444.
143 Klatsky, A.L., Friedman, G.D. and Siegelaub, A.B., Medical history questions predictive of Myocardial Infarction — Results from the Kaiser-Permanente Epidemiologic Study of Myocardial Infarction, J. Chron. Dis., 29 (1976) 683—696.
144 Clausen, J.P., Circulatory adjustments to dynamic exercise and effect of physical training in normal subjects and in patients with coronary artery disease, Progr. Cardiovasc. Dis., 18 (1976) 459—495.
145 Holloszy, J.O., Adaptions of muscular tissue to training, Progr. Cardiovasc. Dis., 18 (1976) 445—458.
146 Vatner, S.F. and Pagani, M., Cardiovascular adjustments to exercise — Hemodynamics and mechanisms, Progr. Cardiovasc. Dis., 19 (1976) 91—108.
147 Matthews, K.A., Glass, D.C., Rosenman, R.H., et al., Competitive drive, pattern A, and coronary heart disease — A further analysis of some data from the Western Collaborative Group Study, J. Chron. Dis., 30 (1977) 489—498.
148 Jenkins, C.D., Recent evidence supporting psychologic and social risk factors for coronary disease, N. Engl. J. Med., 294 (1976) 987, 1033—1038.
149 Rosenman, R.H., Brand, R.J., Jenkins, C.D., et al., Coronary heart disease in the Western Collaborative Group Study — Final follow-up experience of $8\frac{1}{2}$ years, J. Amer. Med. Ass., 233 (1975) 872—877.
150 Brand, R.J., Rosenman, R.H., Sholtz, R.I., et al., Multivariate prediction of CHD in the Western Collaborative Group Study compared to the findings of the Framingham Study, Circulation, 53 (1976) 348—355.
151 Rosenman, R.H., Friedman, M., Straus, R., et al., A predictive study of CHD — The Western Collaborative Group Study, J. Amer. Med. Ass., 189 (1964) 15—22.
152 Jenkins, C.D., Rosenman, R.H. and Zyzanski, S.J., Prediction of clinical coronary heart diease by a test for the coronary-prone behavior pattern, N. Engl. J. Med., 290 (1974) 1271—1275.
153 Frank, K.A., Heller, S.S., Kornfeld, D.S., et al., Type A behavior pattern and coronary angiographic findings, J. Amer. Med. Ass., 240 (1978) 761—763.
154 Zyzanski, S.J., Jenkins, C.D., Ryan, T.J., et al., Psychological correlates of coronary angiographic findings, Arch. Intern. Med., 136 (1976) 1234—1237.
155 Kenigsberg, D., Zytanski, S.J., Jenkins, C.D., et al., The coronary-prone behavior pattern in hospitalized patients with and without coronary heart disease, Psychosom. Med., 36 (1974) 344—351.
156 Shekelle, R.B., Schoenberger, J.A. and Stamler, J., Correlates of the JAS type — A behavior pattern score, J. Chron. Dis., 29 (1976) 381—394.
157 Wardwell, W.I. and Bahnson, C.B., Behavioral variables and myocardial infarction in the Southeastern Connecticut Heart Study, J. Chron. Dis., 26 (1973) 447—461.

158 Friedman, M., Type A behavior pattern — Some of its pathophysiological components, Bull. N.Y. Acad. Med., 53 (1977) 593—604.
159 Troxler, R.G., Sprague, E.A., Albanese, R.A., et al., The association of elevated plasma cortisol and early atherosclerosis as demonstrated by coronary angiography, Atherosclerosis, 26 (1977) 151—162.
160 Sigurjonsson, J., Occupational variations in mortality from ischaemic heart disease, J. Amer. Geriatr. Soc., 19 (1971) 34—40.
161 Medalie, J.H. and Goldbourt, U., Angina pectoris among 10,000 men, Part 2 (Psychosocial and other risk factors as evidenced by a multivariate analysis of a five year incidence study), Amer. J. Med., 60 (1976) 910—921.
162 Liljefors, I. and Rahe, R.H., An identical twin study of psychosocial factors in coronary heart disease in Sweden, Psychosom. Med., 32 (1970) 523—542.
163 Bruhn, J.G., Chandler, B., Lynn, T.N., et al., Social characteristics of patients with coronary heart disease, Amer. J. Med. Sci., 251 (1966) 629—637.
164 Gutstein, W.H., Parl, F. and Bjornson, L.K., Neural factors in atherogenesis — Experimental studies, Ann. N.Y. Acad. Sci., 275 (1976) 117—130.
165 Rosenman, R.H. and Friedman, M., Neurogenic factors in pathogenesis of CHD, Med. Clin. N. Amer., 58 (1974) 269—279.
166 Kraus, A. and Lilienfeld, A., Some epidemiologic aspects of the high mortality rate in the young widowed group, J. Chron. Dis., 10 (1959) 207—217.
167 Shekelle, R.B., Educational status and risk of coronary heart disease, Science, 163 (1969) 97; Response by L.H. Hinkle, Science, 163 (1969) 98.
168 Rosenman, R.H., Bawol, R.D. and Oscherwitz, M., A 4-year prospective study of the relationship of different habitual vocational physical activity to risk and incidence of ischaemic heart disease in volunteer male federal employees, Ann. N.Y. Acad. Sci., 301 (1977) 627—641.
169 Holme, I., Hjermann, I., Helgeland, A., et al., Coronary risk factors and socioeconomic status, Lancet, ii (1976) 1396—1398.
170 Tuomilehto, J., Puska, P., Virtamo, J., et al., Coronary risk factors and socioeconomic status in Eastern Finland, Prev. Med., 7 (1978) 539—549.
171 Harburg, E., Erfurt, J.C., Chape, C., et al., Socioecological stressor areas and black-white blood pressure — Detroit, J. Chron. Dis., 26 (1973) 595—611.
172 Keil, J.E., Tyroler, H.A., Sandifer, et al., Hypertension — Effects of social class and racial admixture. The results of a cohort study in the black population of Charleston, South Carolina, Amer. J. Publ. Hlth., 67 (1977) 634—639.
173 Hypertension: United States, 1974 — Advance Data (DHEW Publication No. (HRA) 77-1250], Government Printing Office, Washington, DC, 1976.
174 Moriyama, I., Krueger, D.E. and Stamler, J., Cardiovascular Diseases in the United States, Harvard University Press, Cambridge, 1971.
175 Malhotra, S.L., Geographical aspects of acute myocardial infarction in India with special reference to patterns of diet and eating, Brit. Heart J., 29 (1967) 337—344.
176 Malhotra, S.L., Epidemiology of ischaemic heart disease in India with special reference to causation, Brit. Heart J., 29 (1967) 895—905.
177 Kimura, N., Atherosclerosis in Japan — Epidemiology, Atheroscl. Rev., 2 (1977) 209—221.
178 Ostwald, R. and Gebre-Medhin, M., Westernization of diet and serum lipids in Ethiopians, Amer. J. Clin. Nutr., 31 (1978) 1028—1040.
179 Comstock, G.W. and Partridge, K.B., Church attendance and health, J. Chron. Dis., 25 (1972) 665—672.
180 Redaksie, V.D., Church attendance and coronary heart disease, S. Afr. Med. J., 47 (1973) 1267—1268.
181 Robinette, C.D., Hrubec, Z. and Fraumeni, J., Chronic alcoholism and subsequent mortality in World War II veterans, Amer. J. Epidemiol., 109 (1979) 687—701.
182 Yano, K., Rhoads, G.G., Kagan, A., et al., Dietary intake and the risk of coronary heart disease in Japanese men living in Hawaii, Amer. J. Clin. Nutr., 31 (1978) 1270—1279.
183 Rhoads, G.G., Blackwelder, W.C., Stemmermann, G.N., et al., Coronary risk factors and autopsy findings in Japanese-American men, Lab. Invest., 38 (1978) 304—311.
184 Barboriak, J.J., Bamrah, V.S., Anderson, A.J., et al., Alcohol, coronary artery occlusion and high density lipoprotein (HDL) cholesterol, Amer. J. Clin. Nutr., 32 (1979) 946.
185 Bassett, D., Abel, M., Moellering, R., et al., Coronary heart disease in Hawaii — Dietary intake, depot fat, "stress", smoking, and energy balance in Hawaiian and Japanese men, Amer. J. Clin. Nutr., 22 (1969) 1483—1503.
186 Klatsky, A.L., Friedman, G.D. and Siegelaub, A.B., Alcohol consumption before myocardial infarction — Results from the Kaiser-Permanente epidemiologic study of myocardial infarction, Ann. Intern. Med., 81 (1974) 294—301.

187 Miller, N.E., The evidence for the antiatherogenicity of HDL in man (Symposium on HDL Structure, Function Analysis, Clinical, Epidemiological and Metabolic Aspects of HDL), Lipids, 13 (1978) 914—919.
188 Castelli, W.P., Doyle, J.T., Gordon, T., et al., Alcohol and blood lipids — The Cooperative Lipoprotein Phenotyping Study, Lancet, ii (1977) 153—155.
189 Barboriak, J.J., Anderson, A.J., Rimm, A.A., et al., High density lipoprotein cholesterol and coronary artery occlusion, Metabolism, 28 (1979) 735—750.
190 Keys, A., Taylor, H.L., Blackburn, H., et al., Mortality and coronary heart disease among men studied for 23 years, Arch. Intern. Med., 128 (1971) 201—214.
191 Rabkin, S.W., Mathewson, F.A.L. and Hsu, P.-H., Relation of body weight to development of ischemic heart disease in a cohort of young North American men after a 26 year observation period — The Manitoba Study, Amer. J. Cardiol., 39 (1977) 452—458.
192 Kannel, W.B., Gordon, T. and Schwartz, M.J., Systolic versus diastolic blood pressure and risk of coronary heart disease — The Framingham Study, Amer. J. Cardiol., 27 (1971) 335—346.
193 Gofman, J.W., Young, W. and Tandy, R., Ischemic heart disease, atherosclerosis, and longevity, Circulation, 34 (1966) 679—697.
194 Tryoler, H.A., Heyden, S., Bartel, A., et al., Blood pressure and cholesterol as coronary heart disease risk factors, Arch. Intern. Med., 128 (1971) 907—914.
195 Epstein, F.H., Ostrander, L.D., Johnson, B.C., et al., Epidemiological studies of cardiovascular disease in a total community — Tecumseh, Michigan, Ann. Intern. Med., 62 (1965) 1170—1187.
196 James, T.N., Post, H.W. and Smith, F.J., Myocardial infarction in women, Ann. Intern. Med., 43 (1955) 153—164.
197 Weinreb, H.L., German, E. and Rosenberg, B., A study of myocardial infarction in women, Ann. Intern. Med., 46 (1957) 285—300.
198 Bretherton, K.N., Day, A.J. and Skinner, S.L., Hypertension-accelerated atherogenesis in cholesterol-fed rabbits, Atherosclerosis, 27 (1977) 79—87.
199 Hollander, W., Madoff, I., Paddock, J., et al., Aggravation of atherosclerosis by hypertension in a subhuman primate model with coarctation of the aorta, Circ. Res., 38 (Suppl. II) (1976) 63—72.
200 Yamori, Y., Sato, M., Horie, R., et al., Experimental studies on atherogenesis, Part 1 (Acute arterial fat deposition in various hypertensive rats); Part 2 (Mechanism of acute arterial fat deposition in hypertensive rats), Jap. Heart J., 16 (1975) 302—308.
201 Kurozumi, T., Tanaka, K. and Yae, Y., Hypertension-induced cerebral atherosclerosis in the cholesterol-fed rabbit, Atherosclerosis, 30 (1978) 137—145.
202 Constantinides, P., Importance of the endothelium and blood platelets in the pathogenesis of atherosclerosis, Triangle, 15 (1976) 53—61.
203 Simpson, C.F., Relation of hemodynamics to the incidence of diethylstilbestrol-induced aortic ruptures in hypertensive and hypotensive lines of turkeys, Atherosclerosis, 30 (1978) 249—254.
204 Kannel, W.B., Gordon, T., Castelli, W.P., et al., Electrocardiographic left ventricular hyperthrophy and risk of coronary heart disease, Ann. Intern. Med., 72 (1970) 813—822.
205 Froelicher, V.F., Yanowitz, F.G., Thompson, A.J., et al., The correlation of coronary angiography and the electrocardiographic response to maximal treadmill testing in 76 asymptomatic men, Circulation, 48 (1973) 597—604.
206 Carlson, L.A., Ekelund, L.G. and Olsson, A.G., Frequency of ischaemic exercise ECG changes in symptom-free men with various forms of primary hyperlipaemia, Lancet, ii (1975) 1—3.
207 Bengtsson, C., Ischemic heart disease in women, Act Med. Scand., (Suppl. 549), 1973.
208 Wolthuis, R.A., Froelicher, V.F., Fischer, J., et al., New practical treadmill protocol for clinical use, Amer. J. Cardiol., 39 (1977) 697—700.
209 Zohman, L.R. and Kattus, A.A., Exercise testing in the diagnosis of coronary heart disease — A perspective, Amer. J. Cardiol., 40 (1977) 243—250.
210 Dagenais, G.R., Jalbert, B., Paquet, E., et al., How sensitive is the exercise ECG in detecting myocardial ischemia? Cardiovasc. Med., 2 (1977) 1195—1203.
211 Rosing, D.R., Reichek, N. and Perloff, J.K., The exercise test as a diagnostic and therapeutic aid, Amer. Heart J., 87 (1974) 584—596.
212 Sheffield, L.T. and Roitman, D., Stress testing methodology, Progr. Cardiovasc. Dis., 19 (1976) 33—49.
213 Hummel, B.W., Hummel, B.A., Mowbry, A., et al., Reactive hyperemia vs. treadmill exercise testing in arterial disease, Arch. Surg., 113 (1978) 95—98.
214 Froelicher, V.F., Use of the Exercise Electrocardiogram to Identify Latent Coronary Atherosclerotic Heart Disease, USAF School of Aerospace Medicine, Brooks Air Force Base, Texas, 1976.
215 Froelicher, V.F., Thompson, A.J., Longo, M.R., et al., Value of exercise testing for screening asymptomatic men for latent coronary artery disease, Progr. Cardiovasc. Dis., 18 (1976) 265—276.
216 Gordon, T., Castelli, W.P., Hjørtland, M.C., et al., Diabetes, blood lipids, and the role of obesity in coronary heart disease risk for women — The Framingham Study, Ann. Intern. Med., 87 (1977) 393—397.

217 Gertler, M.M., White, P.D., Cady, L.D. et al., Coronary heart disease, a prospective study, Amer. J Med. Sci., 248 (1964) 377—398.
218 Stamler, J., Lindberg, H.A., Berkson, M., et al., Prevalence and incidence of coronary heart disease in strata of labor force of a Chicago industrial corporation, J. Chron. Dis., 11 (1960) 405—420.
219 Goldbourt, R. and Medalie, J.H., High density lipoprotein cholesterol and incidence of coronary heart disease — The Israeli Ischemic Heart Disease Study, Amer. J. Epidemiol., 109 (1979) 296—308
220 Garcia-Palmieri, M.R., Costas, R., Schiffman, J., et al., Interrelationship of serum lipids with relative weight, blood glucose, and physical activity, Circulation, 45 (1972) 829—836.
221 Heyden, S., The workingman's diet, Part 2 (Effect of weight reduction in obese patients with hypertension, diabétes, hyperuricemia, and hyperlipidemia), Nutr. Metab., 22 (1978) 141—159.
222 Lichstein, E., Chadda, K.D., Naik, D., et al., Diagonal earlobe crease — Prevalence and implications as a coronary risk factor, N. Engl. J. Med., 290 (1974) 615—616.
223 Haines, S.J., Nonspecificity of ear crease sign in coronary artery disease, N. Engl. J. Med., 297 (1977) 1181.
224 Phillips, G.B., Evidence for hyperestrogenaemia as a risk factor for myocardial infarction in men Lancet, ii (1976) 14—18.
225 Zemplenyi, T., Blankenhorn, D.H. and Rosenstein, A.J., Inherited depression of arterial lipoamide dehydrogenase activity associated with susceptibility to atherosclerosis in pigeons, Circ. Res., 36 (1975) 640—646.
226 Wolinsky, H., Role of lysosomes in vascular disease — A unifying theme, Ann. N.Y. Acad. Sci., 275 (1976) 238—243.
227 Fredrickson, D.S. and Levy, R.I., Familial hyperlipoproteinemia. In: J.B. Stanbury, J.B. Wyngaarden and D.S. Fredrickson (Eds.), The Metabolic Basis of Inherited Disease, 3rd edition, McGraw-Hill Book Company, New York, 1972, pp. 545—614.
228 Bialostozky, D., Luengo, M., Magos, C., et al., Coronary insufficiency in children — Coronary arteriographic studies in two siblings from a family with hyperbetalipoproteinemia, Amer. J. Cardiol., 36 (1975) 509—514.
229 Friedman, G., Stein, O., Halpern, G., et al., Study of cultured skin fibroblasts from patients with and without ischemic heart disease, Atherosclerosis, 30 (1978) 185—198.
230 Goldstein, J.L., Hazzard, W.R., Schrott, H.G., et al., Hyperlipidemia in coronary heart disease, Part 1 (Lipid levels in 500 survivors of myocardial infarction), J. Clin. Invest., 52 (1973) 1533—1543.
231 Goldstein, J.L., Schrott, H.G. and Hazzard, W.R., Hyperlipidemia in coronary heart disease, Part 2 (Genetic analysis of lipid levels in 176 families and delineation of a new inherited disorder, combined hyperlipidemia), J. Clin. Invest., 52 (1973) 1544—1568.
232 Hazzard, W.R., Goldstein, J.L. and Schrott, H.G., Hyperlipidemia in coronary heart disease, Part 3 (Evaluation of lipoprotein phenotypes of 156 genetically defined survivors of myocardial infarction) J. Clin. Invest., 52 (1973) 1569—1577.
233 Goldstein, J.L., Cana, S.E., Brunschede, G.Y., et al., Genetic heterogeneity in familial hypercholesterolemia — Evidence for two different mutations affecting functions of low-density lipoprotein receptor, Proc. Natl. Acad. Sci. (USA), 72 (1975) 1092—1096.
234 Goldstein, J.L. and Brown, M.S., The LDL pathway and its relation to atherosclerosis, Ann. Rev. Biochem., 46 (1977) 897—930.
235 Higgins, M.J.P., Lecamwasam, D.S. and Galton, D.J., A new type of familial hypercholesterolemia, Lancet, ii (1975) 737—740.
236 Camejo, G., Waich, S., Mateu, L., et al., Differences in the structures of plasma low-density lipoproteins and their relationship to the extent of interaction with arterial wall components, Ann. N.Y. Acad. Sci., 275 (1976) 153—168.
237 Carlson, L.A. and Böttiger, L.E., IHD in relation to fasting values of plasma TG and cholesterol, Lancet, i (1972) 865—868.
238 Ostrander, L.D. and Lamphiear, D.E., Coronary risk factors in a community — Findings in Tecumseh, Michigan, Circulation, 53 (1976) 152—156.
239 Miettinen, M., Prevention of CHD by cholesterol-lowering diet, Postgrad. Med. J., 51 (Suppl. B) (1975) 47—51.
240 Dayton, S., Pearce, M.L., Hashimoto, S., et al., A controlled clinical trial of a diet high in unsaturated fat in preventing complications of atherosclerosis. Comments on above — Low and high fat diet study results raise some intriguing questions and a Special Comment Paper about Cancer, 1969.
241 Rinzler, S.H., Primary prevention of coronary heart disease by diet, Bull. N.Y. Acad. Sci., 44 (1968) 936—949.
242 Miettinen, M., Turpeinen, O., Karvonen, M.J., et al., Effect of cholesterol-lowering diet on mortality from coronary heart disease and other causes — A twelve-year clinical trial in men and women, Lancet, ii (1972) 835—838.
243 Bierenbaum, M., Fleischman, A.I., Raichelson, R.I., et al., Ten year experience of modified fat diets on younger men with CHD, Lancet, i (1973) 1404—1407.

244 Bierenbaum, M.L., Fleischman, A.I., Green, D.P., et al., The 5 year experience of modified fat diets on younger men with CHD, Circulation, 42 (1970) 943—952.
245 Leren, P., The effect of plasma cholesterol lowering diet in male survivors of myocardial infarction, Acta Med. Scand., Suppl. 466, 1966.
246 Newman, H.A.I., Leighton, R.F., Lanese, R.R., et al., Serum chromium and angiographically determined coronary artery disease, Clin. Chem., 24 (1978) 541—544.
247 Gotto, A.M., Gorry, G.A., Thompson, J.R., et al., Relationship between plasma lipid concentrations and coronary artery disease in 496 patients, Circulation, 56 (1977) 875—883.
248 Cohn, P.F., Gabbay, S.I. and Weglicki, W.B., Serum lipid levels in angiographically defined coronary artery disease, Ann. Intern. Med., 84 (1976) 241—245.
249 Bloch, A., Dinsmore, R.E. and Lees, R.S., Coronary arteriographic findings in type-II and type-IV hyperlipoproteinemia, Lancet, i (1976) 928—930.
250 Welch, C.C., Proudfir, W.L., Sones, F.M., et al., Cinecoronary arteriography in young men, Circulation, 42 (1970) 647—652.
251 Barboriak, J.J., Rimm, A.A., Anderson, A.J., et al., Coronary artery occlusion and blood lipids, Amer. Heart J., 87 (1974) 716—721.
252 Marchandise, B., Bourassa, M.G., Chaltman, B.R., et al., Angiographic evaluation of the natural history of normal coronary arteries and mild atherosclerosis, Amer. J. Cardiol., 41 (1978) 216—220.
253 Fuster, V., Frye, R.L., Connolly, D.C., et al., Arteriographic patterns early in the onset of the coronary syndromes, Brit. Heart J., 37 (1975) 1250—1255.
254 Nash, D.T., Caldwell, N. and Ancona, D., Accelerated coronary artery disease arteriographically proved — Analysis of risk factors, N.Y. State J. Med., 74 (1974) 947—950.
255 Gotto, A.M., Status report — Plasma lipids, lipoproteins, and coronary artery disease, Atheroscl. Rev., 4 (1979) 17—28.
256 Rhoads, G.C., Gulbrandsen, C.L. and Kagan, A., Serum lipoproteins and CHD in a population study of Hawaii Japanese men, N. Engl. J. Med., 294 (1976) 293—298.
257 Wissler, R.W. and Vesselinovitch, D., The effects of feeding various dietary fats on the development and regression of hypercholesterolemia and atherosclerosis, Adv. Exp. Med. Biol., 60 (1975) 65—76.
258 Ross, R. and Glomset, J.A., The pathogenesis of atherosclerosis, N. Engl. J. Med., 295 (1976) 420—425.
259 Chen, R.M. and Fischer-Dzoga, K., Effect of hyperlipemic serum lipoproteins on the lipid accumulation and cholesterol flux of rabbit medial cells, Atherosclerosis, 28 (1977) 339—353.
260 Yerushalmy, J. and Hillboe, H.E., Fat in the diet and mortality from heart disease — A methodologic note, N.Y. State J. Med., 15 July (1957) 2343—2354.
261 Weber, G., Fabbrini, P. and Resi, L., Arterial intimal changes in the early phases of experimental atherogenesis, Atheroscl. Rev., 4 (1979) 97—117.
262 Bierman, E.L. and Albers, J.J., Lipoprotein uptake by cultured human arterial smooth muscle cells, Biochim. Biophys. Acta, 388 (1975) 198—202.
263 Nestel, P.J. and Poyser, A., Cholesterol content of the human atrium is related to plasma lipoprotein levels, Atherosclerosis, 30 (1978) 177—183.
264 Reidy, M.A. and Bowyer, D.E., Distortion of endothelial repair. The effect of hypercholesterolaemia on regeneration of aortic endothelium following injury by endotoxin — A scanning electron microscope study, Atherosclerosis, 29 (1978) 459—466.
265 Truswell, A.S., Diet and plasma lipids — A reappraisal, Amer. J. Clin. Nutr., 31 (1978) 977—989.
266 Pearson, T.A., Bulkley, B.H., Achuff, S.C., et al., The association of low levels of HDL cholesterol and arteriographically defined coronary artery disease, Amer. J. Epidemiol., 109 (1979) 285—295.
267 Castelli, W.P., Doyle, J.T., Gordon, T., et al., HDL cholesterol and other lipids in CHD — The Cooperative Lipoprotein Phenotyping Study, Circulation, 55 (1977) 767—772.
268 Miller, N.E., Forde, O.H., Thell, D.S., et al., The Tromsö Heart Study — HDL and CHD: a prospective case-control study, Lancet, i (1977) 965—967.
269 Zilversmit, D.B., Clarkson, T.B. and Hughes, L.B., High plasma cholesterol in mink (*Mustela vision*) withouth atherosclerosis, Atherosclerosis, 26 (1977) 97—102.
270 Mills, G.L. and Taylaur, C.E., The distribution and composition of serum lipoproteins in eighteen animals, Comp. Biochem. Physiol., 40B (1971) 489—501.
271 Naito, H.K., Holzbach, R.T. and Corbusier, C., Characterization of serum lipids and lipoproteins of prairie dogs fed a chow diet or cholesterol-supplemented diet, Exp. Mol. Path., 27 (1977) 81—92.
272 Eisenberg, S. and Levy, R.I., Plasma lipoproteins — Structure function and metabolism, Adv. Lipid Res., 13 (1975) 1—83.
273 Stein, Y. and Stein, O., Cholesterol removal in isolated cells and in tissue culture, Triangle, 15 (1975) 63—69.
274 Carew, T.E., Koschinsky, T., Hayes, S.B., et al., A mechanism by which HDL may slow the atherogenic process, Lancet, i (1976) 1315—1317.
275 Norum, K.R., The role of LCAT in cholesterol transport, Adv. Exp. Med. Biol., 82 (1977) 427—431.

276 Norum, K.R., Glomset, J.A. and Gjone, E., Familial lecithin — Cholesterol acyl transferase deficiency. In: J.B. Stanbury, J.B. Wyngaarden and D.S. Fredrickson (Eds.), The Metabolic Basis of Inherited Disease, 3rd edition, McGraw-Hill Book Company, New York, 1972, pp. 531—544.
277 Gillet, M.P.T. and Besterman, E.M.M., Plasma concentrations of lysolecithin and other phospholipids in the healthy population and in men suffering from atherosclerotic disease, Atherosclerosis, 22 (1975) 111—124.
278 Böttiger, L.E. and Carlson, L.A., Hemoglobin, plasma lipids, and coronary heart disease, Amer. Heart J., 86 (1973) 842—844.
279 Martin, F. and Warne, G., Factors influencing the prognosis of vascular disease in insulin-deficient diabetics of long duration — A seven year follow-up, Metabolism, 24 (1975) 1—9.
280 Tzagournis, M., Triglycerides in clinical medicine — A review, Amer. J. Clin. Nutr., 31 (1978) 1437—1452.
281 Wilson, D.E. and Lees, R.S., Metabolic relationships among the plasma lipoproteins — Reciprocal changes in the concentrations of very low and low-density lipoproteins in man, J. Clin. Invest., 51 (1972) 1051—1057.
282 Zilversmit, D.B., A proposal linking atherogenesis to the interaction of endothelial lipoprotein lipase with triglyceride-rich lipoproteins, Circ. Res., 33 (1973) 633—638.
283 Zilversmit, D.B., Role of triglyceride-rich lipoproteins in atherogenesis, Ann. N.Y. Acad. Sci., 275 (1976) 138—144.
284 Rhoads, G.G., Morton, N.E., Gulbrandsen, C.L., et al., Sinking pre-beta lipoprotein and coronary heart disease in Japanese-American men in Hawaii, Amer. J. Epidemiol., 108 (1978) 350—356.
285 Dahlen, G., Berg, K. and Frick, M.H., Lp(a) lipoprotein/pre-beta-lipoprotein serum lipids and atherosclerotic disease, Clin. Genet., 9 (1976) 558—566.
286 Dahlen, G., The pre-beta$_1$ lipoprotein phenomenon in relation to serum cholesterol and triglyceride levels, the LP(a) lipoprotein and coronary heart disease, Acta Med. Scand. (Suppl.) (1974), 1—45.
287 Frick, M.H., Dahlen, G., Berg, K., et al., Serum lipids in angiographically assessed coronary atherosclerosis, Chest, 73 (1978) 62—65.
288 Glueck, C.J. and Kwiterovich, P.O., The lipid hypothesis — Genetic basis, Arch. Surg., 113 (1978) 35—41.
289 Fredrickson, D.S. and Levy, R.I., Familial hyperlipoproteinemia. In: J.B. Stanbury, J.B. Wyngaarden and D.S. Fredrickson (Eds.), The Metabolic Basis of Inherited Disease, 3rd edition, McGraw-Hill Book Company, New York, 1972, pp. 545—614.
290 Hsia, S.L., Chao, Y.-S., Hennekens, C.H., et al., Decreased serum cholesterol-binding reserve in premature myocardial infarction, Lancet, ii (1975) 1000—1004.
291 Rothblat, G.H., Arbogast, L.Y. and Ray, E.K., Stimulation of esterified cholesterol accumulation in tissue culture cells exposed to HDL enriched in free cholesterol, J. Lipid Res., 19 (1978) 350—358.
292 Mahley, R.W. and Holcombe, K.S., Alterations of the plasma lipoproteins and apoproteins following cholesterol feeding in the rat, J. Lipid Res., 18 (1977) 314—324.
293 Mahley, R.W., Weisgraber, K.H., Innerarity, T., et al., Swine lipoproteins and atherosclerosis — Changes in the plasma lipoprotein and apoproteins induced by cholesterol feeding, Biochemistry, 14 (1975) 2817—2823.
294 Mahley, R.W., Weisgraber, K.H. and Innerarity, T., Atherogenic hyperlipoproteinemia induced by cholesterol feeding in the Patas monkey, Biochemistry, 15 (1976) 2979—2985.
295 Mahley, R.W. and Weisgraber, K.H., Canine lipoproteins and atherosclerosis. Isolation and characterization of plasma lipoproteins from control dogs? Circ. Res., 35 (1974) 713—721.
296 Mahley, R.W., Innerarity, T.L., Bersot, T.P., et al., Alterations in human high-density lipoproteins, with or without increased plasma-cholesterol, induced by diets high in cholesterol, Lancet, ii (1978) 807—809.
297 Mahley, R.W., Alterations in plasma lipoproteins induced by cholesterol feeding in animals including man. In: Disturbances in Lipid and Lipoprotein Metabolism, American Physiological Society, Ch. 11, 1978.
298 Mahley, R.W., Dietary fat, cholesterol, and accelerated atherosclerosis, Atheroscl. Rev., 5 (1979) 1—34.
299 Epstein, F.H., Multiple risk factors and the prediction of coronary heart disease, Bull. N.Y. Acad. Med., 44 (1968) 916—935.
300 Keen, H., Glucose intolerance, diabetes mellitus, and atherosclerosis — Prospects for prevention, Postgrad. Med. J., 52 (1976) 445—451.
301 Epstein, F.H., Epstein, F.H. and Chir, B., Glucose intolerance and cardiovascular disease, Triangle, 12 (1973) 3—8.
302 Falsetti, H., Schnatz, D., Greene, D., et al., Serum lipids and glucose tolerance in angiographically proved coronary artery disease, Chest, 58 (1970) 111—115.
303 Ostrander, L.D., Francis, T., Hayner, N.S., et al., The relationship of cardiovascular disease to hyperglycemia, Ann. Intern. Med., 62 (1965) 1188—1198.
304 Keen, H., Rose, G., Pyke, D.A., et al., Blood-sugar and arterial disease, Lancet, ii (1965) 505—511.

305 Stout, R.W., The relationship of abnormal circulating insulin levels to atherosclerosis, Atherosclerosis, 27 (1977) 1—13.

306 Howard, C.F., The relationship of diet and atherosclerosis in diabetic *Macaca nigra*, Adv. Exp. Med. Biol., 60 (1975) 13—31.

307 West, K.M., Epidemiology of Diabetes and its Vascular Lesions, Elsevier North-Holland, Inc., New York, 1978.

308 Brownlee, M. and Cahill, G.F., Diabetic control and vascular complications, Atheroscl. Rev., 4 (1979) 29—70.

309 Anderson, J.W., Metabolic abnormalities contributing to diabetic complications, Part 1 (Glucose metabolism in insulin-insensitive pathways), Amer. J. Clin. Nutr., 28 (1975) 273—280.

310 Lufkin, E.G., Fass, D.N., O'Fallon, W.M., et al., Increased von Willebrand factor in diabetes mellitus, Metabolism, 28 (1979) 63—66.

311 Martin, F. and Stocks, A.E., Insulin sensitivity and vascular disease in insulin-dependent diabetics, Brit. Med. J., ii (1968) 81—82.

312 Stocks, A.E. and Martin, F., Insulin sensitivity and vascular disease in maturity-onset diabetics, Brit. Med. J., 4 (1969) 397—399.

313 Turkington, R.W. and Weindling, H.K., Insulin secretion in the diagnosis of adult-onset diabetes mellitus, J. Amer. Med. Ass., 240 (1978) 833—836.

314 Stout, R.W., Insulin stimulated lipogenesis in arterial tissue in relation to diabetes and atheroma, Lancet, ii (1968) 702—703.

315 Stout, R.W., The effect of insulin and glucose on sterol synthesis in cultured rat arterial smooth muscle cells, Atherosclerosis, 27 (1977) 271—278.

316 Schroeder, H.A., The role of trace elements in cardiovascular diseases, Med. Clin. N. Amer., 58 (1974) 381—398.

317 Hambridge, K.M., Chromium nutrition in man, Amer. J. Clin. Nutr., 27 (1974) 505—514.

318 Schroeder, H.A., Nason, A.P. and Tipton, I.H., Chromium deficiency as a factor in atherosclerosis, J. Chron. Dis., 23 (1970) 123—142.

319 Gurson, C.T. and Saner, G., The effect of glucose loading on urinary excretion of chromium in normal adults, in individuals from diabetic families and diabetics, Amer. J. Clin. Nutr., 31 (1978) 1158—1161.

320 Schroeder, H.A., Mitchener, M. and Nason, A.P., Influence of various sugars, chromium and other trace metals on serum cholesterol and glucose of rats, J. Nutr., 101 (1971) 247—258.

321 Levine, R.A., Streeten, H.P. and Doisy, R.J., Effects of oral chromium supplementation on the glucose tolerance of elderly human subjects, Metabolism, 17 (1968) 114—125.

322 Atsumi, T. and Numano, R., Blood zinc levels in patients with atherosclerosis obliterans and Takayasu's disease, Jap. Heart J., 16 (1975) 664—669.

323 Abu-Zeid, H.A.H. and Chapman, J.M., The relation between hemoglobin level and the risk for ischemic heart disease — A prospective study, J. Chron. Dis., 29 (1976) 395—403.

324 Nicolaides, A.N., Bowers, R., Horbourne, T., et al., Blood viscosity, red-cell flexibility, hematocrit, and plasma-fibrinogen in patients with angina, Lancet, ii (1977) 943—945.

325 Mayer, G.A., Hematocrit and CHD, Canad. Med. Ass. J., 27 (1965) 1151—1153.

326 McDonough, J.R., Hames, C.G., Garrison, G.E., et al., The relationship of hematocrit to cardiovascular states of health in the negro and white population of Evans County, Georgia, J. Chron. Dis., 18 (1965) 243—257.

327 Dintenfass, L., Elevation of blood viscosity, aggregation of red cells, hematocrit values and fibrinogen levels in cigarette smokers, Med. J. Aust., 1 (1975) 617—620.

328 Burch, G.E. and De Pasquale, N.P., Hematocrit, viscosity and coronary blood flow, Dis. Chest., 48 1965) 225—232.

329 Hagl, S., Bornikoel, K., Mayr, N., et al., Cardiac performance during limited hemodilution, Bibl. Haematol., 41 (1975) 152—172.

330 Buckberg, G. and Brazier, J., Coronary blood flow and cardiac function during hemodilution, Bibl. Haematol., 41 (1975) 173—189.

331 Thomas, D.J., Du Boulay, G.H., Marshall, J., et al., Effect of hematocrit on cerebral blood-flow in man, Lancet, ii (1977) 941—942.

332 Gershfeld, N.L., Selective phospholipid adsorption and atherosclerosis, Science, 204 (1979) 506—508.

333 Dintenfass, L., Julian, D.G. and Miller, G.E,, Viscosity of blood in normal subjects and in patients suffering from coronary occlusion and arterial thrombosis, Amer. Heart J., 71 (1966) 587—600.

334 Dintenfass, L. and Lake, B., Blood viscosity factors in evaluation of submaximal work output and cardiac activity in patients with myocardial infarction and angina, and in normals, Bibl. Anat., 16 (1977) 498—500.

335 Dintenfass, L. and Lake, B., Blood viscosity factors in evaluation of submaximal work output and cardiac activity in men, Angiology, 28 (1977) 788—798.

Case 0:01-cv-02336-DWF-RLE Document 97-20 Filed 06/03/2004 Page 12 of 21


336 Dintenfass, L. and Zador, I., Effect of stress and anxiety on thrombus formation and blood viscosity factors, Bibl. Haematol., 41 (1975) 133—139.
337 Dintenfass, L., Viscosity factors in hypertensive and cardiovascular diseases, Cardiovasc. Med., 2 (1977) 337—354.
338 Chien, S., Blood rheology in hypertension and cardiovascular diseases, Cardiovasc. Med., 2 (1977) 356—360.
339 Lake, B. and Dintenfass, L., Blood viscosity in the "ischaemic" exercise ECG, Lancet, ii (1975) 1092.
340 Dintenfass, L., Rheologic approach to thrombosis and atherosclerosis, Angiology, 15 (1964) 333—343.
341 Troxler, R.G., Sprague, E.A., Albanese, R.A., et al., The association of elevated plasma cortisol, and early atherosclerosis as demonstrated by coronary angiography, Atherosclerosis, 26 (1977) 151—162.
342 Nestel, P.J., Verghese, A. and Lovell, R.R.H., Catecholamine secretion and sympathetic nervous responses to emotion in men with and without angina pectoris, Amer. Heart J., 73 (1967) 227—234.
343 Carlson, L.A., Olsson, A.G. and Ballantyne, D., On the rise in low density and high density lipoproteins in response to the treatment of hypertriglyceridaemia in type IV and type V hyperlipoproteinaemias, Atherosclerosis, 26 (1977) 603—609.
344 Kissebah, A.H., Alfarsi, S., Adams, P.W., et al., The metabolic rate of plasma lipoproteins in normal subjects and in patients with insulin resistance and endogenous hypertriglyceridaemia, Diabetologia, 12 (1976) 501—509.
345 Kissebah, A.H., Alfarsi, S., Adams, P.W., et al., Role of insulin resistance in adipose tissue and liver in the pathogenesis of endogenous hypertriglyceridaemia in man, Diabetologia, 12 (1976) 563—571.
346 Iacono, J.M., Zellner, D.C., Paoletti, R., et al., Comparison of blood platelet and erythrocyte lipids in man in three age groups from three regions: Milan, Cincinnati, and Sicily, Haemostasis, 2 (1973) 141—162.
347 Sedar, A.W., Silver, M.J., Kocsis, J.J., et al., Fatty acids and the initial events of endothelial damage seen by scanning and transmission electron microscopy, Atherosclerosis, 30 (1978) 273—284.
348 Latour, J.-G., Marchandise, B., Beaulac, P., et al., Hyperaggregability of platelets to thrombin in patients with documented myocardial infarction and normal coronary arteriograms, Amer. J. Cardiol., 39 (1977) 328.
349 Elemer, G. and Gabbiani, G., Modifications of aortic intima during hypertension — Role of angiotensin and mineralocorticoids. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 553—559.
350 Shimamoto, T., Drugs and foods on contraction of endothelial cells as a key mechanism in atherogenesis and treatment of atherosclerosis with endothelial-cell relaxants (cyclic AMP phosphodiesterase inhibitors), Adv. Exp. Med. Biol., 60 (1975) 77—105.
351 Luscher, E.F., The effects of lipids and fatty acids on blood coagulation and platelets in relation to thrombosis, Adv. Exp. Med. Biol., 60 (1975) 107—118.
352 Bagdade, J.D., Subbaiah, P.V., Bartos, D., et al., An unrecognized cardiovascular risk factor in chronic dialysis? Lancet, 1 (1979) 412—413.
353 Persky, V.W., Dyer, A.R., Idris-Soven, E., et al., Uric acid — A risk factor for coronary heart disease? Circulation, 59 (1979) 969—977.
354 Bengtsson, C. and Tibblin, E., Serum uric acid levels in women, Acta Med. Scand., 196 (1974) 93—102.
355 Morganroth, J., Levy, R.I. and Fredrickson, D.S., The biochemical, clinical, and genetic features of type III hyperlipoproteinemia, Ann. Intern. Med., 82 (1975) 158—174.
356 Mishkel, M.A. and Stein, E.A., Primary type IV hyperlipoproteinemia. In: B.M. Rifkind and R.I. Levy (Eds.), Hyperlipidemia, Diagnosis and Therapy, Grune and Stratton, New York, 1977, pp. 177—203.
357 Gokal, R., Mann, J.I., Oliver, D.O., et al., Dietary treatment of hyperlipidemia in chronic hemodialysis patients, Amer. J. Clin. Nutr., 31 (1978) 1915—1918.
358 Lutz, W., The influence of strongly basic uremic peptide on liberation of lipoprotein lipase activity from human adipose cells, Acta Med. Pol., 17 (1976) 55—70.
359 Klimov, A.N., Zubzhitcky, N. and Nagornev, V.A., Immunochemical aspects of atherosclerosis, Ath-eroscl. Rev., 4 (1979) 119—156.
360 Ducimetiere, P., Warnet, J.M. and Richard, J.L., Raised serum alpha-2 globulins as an independent risk factor of coronary heart disease, J. Chron. Dis., 29 (1976) 423—429.
361 Mathews, J.D., Rodger, B.M. and Stenhouse, N.S., The significance of the association of tissue autoantibodies and rheumatoid factor with angina in the Busselton population, J. Chron. Dis., 29 (1976) 345—353.
362 Phillips, G.B., Sex hormones and atherosclerosis, Lancet, ii (1977) 511—512.
363 Phillips, G.B., Sex hormones, risk factors and cardiovascular disease, Amer. J. Med., 65 (1978) 7—11.

364 Phillips, G.B., Evidence for hyperoestrogenaemia as a risk factor for myocardial infarction in men, Lancet, ii (1976) 14—25.
365 Phillips, G.B., Relationship between serum sex hormones and glucose, insulin and lipid abnormalities in men with myocardial infarction, Proc. Nat. Acad. Sci. (USA), 74 (1977) 1729—1753.
366 Friedman, G.D., Klatsky, A.L. and Siegelaub, A.B., The leukocyte count as a predictor of myocardial infarction, N. Engl. J. Med., 290 (1974) 1275—1278.
367 Renaud, S., Gautheron, P., Arbogast, R., et al., Platelet factor-3 activity and platelet aggregation in patients submitted to coronarography, Scand. J. Haematol., 12 (1974) 85—92.
368 Dreyfuss, F. and Zahavi, J., Adenosine diphosphate induced platelet aggregation in myocardial infarction and ischaemic heart disease, Atherosclerosis, 17 (1973) 107—120.
369 Gormsen, J., Nielsen, J.D. and Anderson, L.A., ADP-induced platelet aggregation in vitro in patients with IHD and peripheral thromboatherosclerosis, Acta Med. Scand., 201 (1977) 509—513.
370 Murphy, E.A. and Mustard, J.F., Coagulation tests and platelet economy in atherosclerotic and control subjects, Circulation, 25 (1962) 114—125.
371 Renaud, S. and Lecompte, F., Hypercoagulability induced by hyperlipidemia in rat, rabbit and man — Role of platelet factor 3, Circ. Res., 27 (1970) 1003—1011.
372 Pick, R., Chediak, J. and Glick, G., Aspirin inhibits development of coronary atherosclerosis in Cynomolgus monkeys (*Macaca fascicularis*) fed an atherogenic diet, J. Clin. Invest., 63 (1979) 158—162.
373 Ross, E.C., Platelets and thrombosis, J. Chron. Dis., 29 (1976) 215—219.
374 Tonascia, J., Gordis, L. and Schmerler, H., Retrospective evidence favoring use of anticoagulants for myocardial infarctions, N. Engl. J. Med., 292 (1975) 1362—1366.
375 Modan, B., Shani, M., Schor, S., et al., Reduction of hospital mortality from acute myocardial infarction by anticoagulant therapy, N. Engl. J. Med., 292 (1975) 1359—1362.
376 Steele, P., Rainwater, J. and Vogel, R., Abnormal platelet survival time in men with myocardial infarction and normal coronary arteriogram, Amer. J. Cardiol., 41 (1978) 60—62.
377 Ritchie, J.L. and Harker, L.A., Platelet and fibrinogen survival in coronary atherosclerosis — Response to medical and surgical therapy, Amer. J. Cardiol., 39 (1977) 595—598.
378 Nordoy, A. and Rodset, J.M., Platelet phospholipids and their function in patients with ischaemic heart disease, Acta Med. Scand., 188 (1970) 133—137.
379 Szczeklik, A. and Gryglewsk, R.J., Thromboxane $A_2$ synthesis by platelets of patients with coronary heart disease. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 597—605.
380 Numano, F. and Shimamoto, T., Prevention and regression of atherosclerosis. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 631—636.
381 Ellis, E., Oelz, O., Roberts, L.J., et al., Coronary arterial smooth muscle contraction by a substance released from platelets — Evidence that it is thromboxane $A_2$, Science, 193 (1976) 1135—1137.
382 Chakrabarti, R., Hocking, E.D., Fearnley, G.R., et al., Fibrinolytic activity and coronary artery disease, Lancet, i (1978) 987—990.
383 Marsh, N.A. and Shaper, A.G., Fibrinolytic activity and risk factors for atherosclerosis, Adv. Exp. Med. Biol., 82 (1977) 540—544.
384 Burkitt, D.P. and Trowell, H.C., Refined Carbohydrate Foods and Disease, Academic Press, London, 1975, pp. 195—226.
385 Kwaan, H.C., Possible effects of risk factors on fibrinolysis, Adv. Exp. Med. Biol., 104 (1978) 295—300.
386 Pola, P. and Saui, L., Fibrinogenemia, determined immunonephelometrically, as a possible parameter in the evaluation of peripheral arteriosclerotic arteriopathy, Atherosclerosis, 29 (1978) 205—216.
387 Edeberg, O., Clotting factor levels in patients with coronary atherosclerosis, Scand. J. Clin. Lab. Invest., 14 (1962) 253—258.
388 Kuo, P.T. and Joyner, C.R., Angina pectoris induced by fat ingestion in patients with coronary artery disease, J. Amer. Med. Ass., 158 (1955) 1008—1013.
389 Williams, A.V., Higginbotham, A.C. and Knisely, M.H., Increased blood cell agglutination following ingestion of fat, a factor contributing to cardiac ischemia, coronary insufficiency, and anginal pain — A contribution to the biophysics of disease, Angiology, 8 (1957) 29—39.
390 Swank, R.L., Blood viscosity in cerebrovascular disease — Effects of low fat diet and heparin, Neurology (Minneap.), 9 (1959) 553—560.
391 Swank, R.L., The influence of ecologic factors on blood viscosity and sedimentation and on serum cholesterol — Ecology and blood viscosity, Amer. J. Clin. Nutr., 19 (1962) 418—432.
392 Friedman, M., Byers, S.O. and Rosenman, R.H., Effect of unsaturated fats upon lipemia and conjunctival circulation — A study of coronary-prone (pattern A) men, J. Amer. Med. Ass., 193 (1965) 882—886.
393 Dintenfass, L., Erythrocyte sedimentation rates — A tentative correction for haematocrit, Rheol. Acta, 13 (1974) 936—943.

394 Cole, J.P. and Ellestad, M.H., Significance of chest pain during treadmill exercise — Correlation with coronary events, Amer. J. Cardiol., 41 (1978) 227—232.
395 Januskevicius, Z., Bluzas, J. and Krisciunas, A., The problem of unstable angina pectoris — Myocardial infarction register data from Kaunas, Cor Vasa, 18 (1976) 139—144.
396 Kannel, W.B., Gordon, T., Castelli, W.P., et al., Electrocardiographic left ventricular hypertrophy and risk of coronary heart disease, Ann. Intern. Med., 72 (1970) 813—822.
397 Bartel, A., Heyden, S., Tyroler, H.A., et al., Electrocardiographic predictors of coronary heart disease, Arch. Intern. Med., 128 (1971) 929—937.
398 Harper, R.W., Kennedy, G., De Sanctis, R.W., et al., The incidence and pattern of angina prior to acute myocardial infarction — A study of 577 cases, Amer. Heart J., 97 (1979) 178—183.
399 Medalie, J.H., Snyder, M., Groenn, J.J., et al., Angina pectoris among 10,000 men — Five year incidence and univariate analysis, Amer. J. Med., 55 (1973) 583—594.
400 Medalie, J.H. and Goldbourt, U., Angina pectoris among 10,000 men, Part 2 (Psychosocial and other risk factors as evidenced by a multivariate analysis of a five year incidence study), Amer. J. Med., 60 (1976) 910—921.
401 Bloor, K., Natural history of arteriosclerosis of the lower extremities, Ann. Roy. Coll. Surg. Engl., 28 (1961) 36—52.
402 Elmfeldt, D., Vedin, A., Wilhelmsson, C., et al., Morbidity in representative male survivors of MI compared to representative population samples, J. Chron. Dis., 29 (1976) 221—231.
403 Avogaro, P., Cazzolato, G., Taroni, G.C., et al., Chemical composition of ultracentrifugal fractions in different patterns of human atherosclerosis, Atherosclerosis, 26 (1977) 163—172.
404 Crepaldi, G., Fellin, R., Briani, G., et al., Prevalence of CHD and peripheral artery disease with different types of primary hyperlipidemia, Atherosclerosis, 26 (1977) 593—602.
405 Davignon, J., Lussier-Cacan, S., Ortin-George, M., et al., Plasma lipids and lipoprotein patterns in angiographically graded atherosclerosis of the legs and in CHD, CMA J., 4 (1977) 1245—1250.
406 O'Connor, J., Ballantyne, D., Pollock, J.G., et al., Limb blood flow in treated hyperlipoproteinaemic patients with peripheral vascular disease, Atherosclerosis, 27 (1977) 325—331.
407 Burkitt, D.P., Latto, C., Janvrin, S.B., et al., Pelvic phleboliths — Epidemiology and postulated etiology, N. Engl. J. Med., 296 (1977) 1387—1389.
408 McKibbin, D.W., Bulkley, B.H., Green, W.R., et al., Fatal cerebral atheromatous embolization after cardiopulmonary bypass, J. Thor. Cardiovasc. Surg., 71 (1976) 741—745.
409 Rosenman, R.H., Brand, R.J. Sholtz, R.I., et al., Relation of corneal arcus to cardiovascular risk factors and the incidence of coronary disease, N. Engl. J. Med., 291 (1974) 1322—1324.
410 Rifkind, B.M., The incidence of arcus senilis in ischaemic heart-disease — Its relation to serum lipid levels, Lancet, i (1965) 312—314.
411 Wilson, L.A., Warlow, C.P. and Russell, R.W.R., Cardiovascular disease in patients with retinal arterial occlusion, Lancet, i (1979) 292—294.
412 Weaver, J.A., Bhatia, S.K., Boyle, D., et al., Cardiovascular state of newly discovered diabetic women, Brit. Med. J., i (1970) 783—786.
413 Opperman, W., Reddi, A.S., Velasco, C.A., et al., Attempts to delay the progression of inherited vasculopathy, Ann. N.Y. Acad. Sci., 275 (1976) 348—362.
414 Howard, B.V., Savage, P.J., Bennion, L.J., et al., Lipoprotein composition in diabetes mellitus, Atherosclerosis, 30 (1978) 153—162.
415 Crall, F.V. and Roberts, W.C., The extramural and intramural coronary arteries in juvenile diabetes mellitus, Amer. J. Med., 64 (1977) 221—230.
416 Bastenie, P.A., Vanhaelst, L., Golstein, J., et al., Asymptomatic autoimmune thyroiditis and coronary heart disease — Cross-sectional and prospective studies, Lancet, ii (1977) 155—158.
417 Morrison, L.M., Bajwa, G.S., Alfin-Slater, R.B., et al., Prevention of vascular lesions by chondroitin sulfate A in the coronary artery and aorta of rats induced by a hypervitaminosis D, cholesterol-containing diet, Atherosclerosis, 16 (1972) 105—118.
418 Gaspar, I., Postmortem observations of the thyroid in atherosclerosis, J. Amer. Geriatr., Soc., 16 (1968) 686—695.
419 Thyroiditis, autoimmunity and coronary risk factors, Lancet, ii (1977) 173—175.
420 Tulloch, B.R., Lipid changes in thyroid disease — The effect of thyroxine and analogues, Proc. Roy. Soc. Med., 67 (1974) 670—671.
421 Hazzard, W.R., Primary type III hyperlipoproteinemia. In: B.M. Rifkind and R.I. Levy (Eds.), Hyperlipidemia, Diagnosis and Therapy, Grune and Stratton, New York, 1977, pp. 137—175.
422 Heyden, S., Epidemiological data on dietary fat intake and atherosclerosis with an appendix on possible side effects. In: A.J. Vergroesen (Ed.), The Role of Fats in Human Nutrition, Academic Press, London, New York, 1975, pp. 44—113.
423 Lindner, A., Charra, B., Sherrard, D., et al., Accelerated atherosclerosis in prolonged maintenance hemodialysis, N. Engl. J. Med., 290 (1974) 697—701.
424 Burton, B., Krueger, K. and Bryan, F., National registry of long-term dialysis patients, J. Amer. Med. Ass., 218 (1971) 718—722.

425 Lowrie, E., Lazarus, J., Hampers, C., et al., Cardiovascular disease in dialysis patients, N. Engl. J. Med., 290 (1974) 737—738.
426 Ibels, L.S., Stewart, J.H., Mahony, J.F., et al., Occlusive arterial disease in uraemic and haemodialysis patients and renal transplant recipients — A study of the arterial disease and of the prevalence of risk factors implicated in the pathogenesis of arteriosclerosis, Quart. J. Med., 46 (1977) 197—214.
427 Ibels, L.S., Alfrey, A.C. and Well, R., Hyperlipidemia in adult, pediatric and diabetic renal transplant recipients, Amer. J. Med., 64 (1978) 634—642.
428 Curry, R.C. and Roberts, W.C., Status of the coronary arteries in the nephrotic syndrome — Analysis of 20 necropsy patients aged 15 to 35 years to determine if coronary atherosclerosis is accelerated, Amer. J. Med., 63 (1977) 183—192.
429 Gherardi, E., Rota, E., Calandra, S., et al., Relationship among the concentrations of serum lipoproteins and changes in their chemical composition in patients with untreated nephrotic syndrome, Europ. J. Clin. Invest., 7 (1977) 563—570.
430 McCully, K.S., Homocystine, atherosclerosis and thrombosis — Implications for oral contraceptive users, Amer. J. Clin. Nutr., 28 (1975) 542—549.
431 Harker, L.A., Schlichter, S.J., Scott, C.R., et al., Homocystinemia — Vascular injury and arterial thrombosis, N. Engl. J. Med., 291 (1974) 537—543.
432 Monson, R.R. and Hall, A.P., Mortality among arthritics, J. Chron. Dis., 29 (1976) 459—467.
433 Buckley, B.H. and Roberts, W.C., The heart in systemic lupus erythematosus and the changes induced in it by corticosteroid therapy — A study of 36 necropsy patients, Amer. J. Med., 58 (1975) 243—264.
434 Meller, J., Conde, C.A., Deppisch, L.M., et al., Myocardial infarction due to coronary atherosclerosis in three young adults with systemic lupus erythematosus, Amer. J. Cardiol., 35 (1975) 309—314.
435 Minick, C.R., Immunologic arterial injury in atherogenesis, Ann. N.Y. Acad. Sci., 275 (1976) 210—227.
436 Krakoff, L., Nicolis, G. and Amsel, B., Pathogenesis of hypertension in Cushing's syndrome, Amer. J. Med., 58 (1975) 216—220.
437 Mannik, M. and Gilliland, B.C., Vasculitis. In: G.W. Thorn, et al. (Eds.), Harrison's Principles of Internal Medicine, McGraw-Hill, New York, 1977, pp. 431—432.
438 Taylor, K.B., Gastroenterology. In: C.E. Anderson and D.B. Coursin (Eds.), Nutritional Support of Medical Practice. H.A. Schneider, Harper and Row, New York, 1977, pp. 332—340.
439 Reidy, M.A. and Bowyer, D.E., Distortion of endothelial repair. The effect of hypercholesterolaemia on regeneration of aortic endothelium following injury by endotoxin — A scanning electron microscope study, Atherosclerosis, 29 (1978) 459—466.
440 Wissler, R.W., Progression and regression of atherosclerotic lesions, Adv. Exp. Med. Biol., 104 (1978) 77—109.
441 Alexander, N.J. and Clarkson, T.B., Vasectomy increases the severity of diet-induced atherosclerosis in *Macaca fascicularis*, Science, 201 (1978) 538—541.
442 Friedman, N. and Byers, S.O., Pituitary growth hormone essential for regulation of serum cholesterol, Nature (Lond.), 225 (1970) 464—467.
443 Lancer Review, Coronary heart disease in young women, Lancet, ii (1977) 282—283.
444 Wuest, J.H., Dry, T.G. and Edwards, J.E., The degree of coronary atherosclerosis in bilaterally oophorectomized women, Circulation, 7 (1953) 801—809.
445 Rivin, A.U. and Dimitroff, S.P., The incidence and severity of atherosclerosis in estrogen-treated males, and in females with a hypoestrogenic or a hyperestrogenic state, Circulation, 9 (1974) 369—380.
446 Kullander, S., Svanberg, L. and Astedt, B., On some late effects of early bilateral oophorectomy in women, Triangle, 15 (1976) 19—24.
447 Seely, S., Possible reasons for the comparatively high resistance of women to heart disease, Amer. Heart J., 91 (1976) 275—280.
448 Frantz, I.D., Davison, E., Kuba, K., et al., The Minnesota coronary survey — Effect of diet on cardiovascular events and deaths, Circulation, (Suppl. II) (1975) 4.
449 Hood, B., Sanne, H., Orndahl, G., et al., Long-term prognosis in essential hypercholesterolemia — The effect of strict diet, Acta Med. Scand., 178 (1965) 161—173.
450 Preliminary report of the Chicago Heart Association Nutrition Education Project, Personal communication.
451 Keys, A., The diet and plasma lipids in the etiology of CHD. In: H.I. Russek and B.L. Zohman (Eds.), Coronary Heart Disease, Lippincott, Philadelphia, 1969, pp. 59—75.
452 Rasanen, L., Wilska, M., Kantero, R.L., et al., Nutrition survey of Finnish rural children, Part 4 (Serum cholesterol values in relation to dietary variables), Amer. J. Clin. Nutr., 31 (1978) 1050—1056.
453 Frank, G.C., Berenson, G.S. and Webber, L.S., Dietary studies and the relationship of diet to cardiovascular disease risk factor variables in 10 year old children — The Bogalusa Heart Study, Amer. J. Clin. Nutr., 31 (1978) 328—340.

454 Shorey, R.L., Brewton, K., Sewell, B., et al., Alteration of serum lipids in a group of free-living adult males, Amer. J. Clin. Nutr., 27 (1975) 268—275.
455 Stein, E.A., Mendelsohn, D., Fleming, M., et al., Lowering of plasma cholesterol levels in free-living adolescent males — Use of natural and synthetic polyunsaturated foods to provide balanced fat diets, Amer. J. Clin. Nutr., 28 (1975) 1204—1216.
456 Hodges, R.E., Salel, A.F., Dunkley, W.L., et al., Plasma lipid changes in young adult couples consuming polyunsaturated meats and dairy products, Amer. J. Clin. Nutr., 28 (1975) 1126—1140.
457 Durrington, P.N., Bolton, C.H., Hartog, M., et al., The effect of a low-cholesterol, high-polyunsaturated diet on serum lipid levels, apolipoprotein B levels and triglyceride fatty acid composition, Atherosclerosis, 27 (1977) 465—475.
458 Shorey, R.L., Sewell, B. and O'Brien, M., Efficacy of diet and exercise in the reduction of serum cholesterol and triglyceride in free-living adult males, Amer. J. Clin. Nutr., 29 (1976) 512—521.
459 McGandy, R.B. and Hegsted, D.M., Quantitative effects of dietary fat and cholesterol on serum cholesterol in man. In: A.J. Vergroesen (Ed.), The Role of Fats in Human Nutrition, Academic Press, London, 1975, pp. 211—230.
460 Keys, A., Grande, F. and Anderson, J.T., Bias and misrepresentation revisited — Perspective on saturated fat, Amer. J. Clin. Nutr., 27 (1974) 188—212.
461 Anderson, J.T., Grande, F. and Keys, A., Independence of the effects of cholesterol and degree of saturation of the fat in the diet on serum cholesterol in man, Amer. J. Clin. Nutr., 29 (1976) 1184—1189.
462 Iacono, J.M., Marshall, M.W., Dougherty, R.M., et al., Reduction in blood pressure associated with high polyunsaturated fat diets that reduce blood cholesterol in man, Prev. Med., 4 (1975) 426—443.
463 Stern, M.P., Farquhar, J.W., Maccoby, N., et al., Results of a two-year health education campaign on dietary behavior — The Stanford Three Community Study, Circulation, 54 (1976) 826—833.
464 Hornstra, G. and Ules, R., Effects of dietary fats on atherosclerosis and thrombosis. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 471—476.
465 Wiggers, K.D., Richard, M.J., Stewart, J.W., et al., Type and amount of dietary fat affect relative concentration of cholesterol in blood and other tissues of rats, Atherosclerosis, 27 (1977) 27—34.
466 Goldsmith, D.P.J. and Jacob, H.P., Atherogenesis in swine fed several types of lipid-cholesterol diets, Lipids, 13 (1977) 174—180.
467 Mann, G.V., Andrus, S.B., McNally, A., et al., Experimental atherosclerosis in cebus monkeys, J. Exp. Med., 98 (1953) 195—218.
468 Kritchevsky, D., Davidson, L.M., Shapiro, I.L., et al., Lipid metabolism and experimental atherosclerosis in baboons — Influence of cholesterol-free semi-synthetic diets, Amer. J. Clin. Nutr., 27 (1974) 29—50.
469 Strange, E. and Papenberg, J., Changes in chemical and metabolic properties of rabbit aorta by dietary cholesterol, and saturated and polyunsaturated fats, Atherosclerosis, 29 (1978) 467—476.
470 Glueck, C.J. and Connor, W.E., Diet-coronary heart disease relationships reconnoitered, Amer. J. Clin. Nutr., 31 (1978) 727—737.
471 Knox, E.G., Ischaemic heart disease mortality and dietary intake of calcium, Lancet, i (1973) 1465—1467.
472 Malmrös, H., The relation of nutrition to health — A statistical study of the effect of the war-time on arteriosclerosis, cardiosclerosis, tuberculosis, and diabetes, Acta Med. Scand. (Suppl. 246) (1950) 137—153.
473 Fischer-Dzoga, K. and Wissler, R.W., Stimulation of proliferation in stationary primary cultures of monkey aortic smooth muscle cells, Part 2 (Effect of varying concentrations of hyperlipemic serum and LDL of varying dietary fat origins), Atherosclerosis, 24 (1976) 515—525.
474 Iacono, J., Binder, R.A., Marshall, M.W., et al., Decreased susceptibility to thrombin and collagen platelet aggregation in man fed a low fat diet, Haemostasis, 3 (1974) 306—318.
475 Renaud, S., Dietary fats and arterial thrombosis, Thrombosis Res., 4 (Suppl. 1) (1974) 25—36.
476 Agradi, E., Carvalho, A., Cougherty, R., et al., Epidemiological studies on dietary lipids, human plasma lipids, and platelet lipids and functions. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 441—448.
477 Iacono, J.M., The influence of dietary fats on hypercoagulation and thrombosis, Adv. Exp. Med. Biol., 60 (1975) 191—204.
478 Connor, W.E., Dietary sterols — Their relationship to atherosclerosis, J. Amer. Diet. Ass., 52 (1968) 202—208.
479 Connor, W.B. and Connor, S.L., Dietary treatment of hyperlipidemia. In: B.M. Rifkind and R.I. Levy (Eds.), Hyperlipidemia, Diagnosis and Therapy, Grune and Stratton, New York, 1977, pp. 281—326.
480 Connor, W., Cerqueira, M., Connor, R., et al., The plasma lipids, lipoproteins, and diet of the Tarahumara Indians of Mexico, Amer. J. Clin. Nutr., 31 (1978) 1131—1142.

481 Puppione, D.L., Sardet, C., Yamanaka, W., et al., Plasma lipoproteins of cholesterol-fed guinea pigs, Biochim. Biophys. Acta, 231 (1971) 295—301.
482 Ostwald, R., Yamanaka, W., Light, M., et al., The time course of metabolic changes induced by dietary cholesterol in guinea pigs, Atherosclerosis, 26 (1977) 41—53.
483 Calandra, S., Pasquali-Ronchetti, I., Gherardi, E., et al., Chemical and morphological changes of rat plasma lipoprotein after a prolonged administration of diets containing olive oil and cholesterol, Atherosclerosis, 28 (1977) 369—387.
484 Rudel, L.L., Shah, R. and Greene, D.G., Study of the atherogenic dyslipoproteinemia induced by dietary cholesterol in rhesus monkeys (*Macaca mulatta*), J.Lipid Res., 20 (1979) 55—65.
485 Roach, M.R., Cornhill, J.F. and Fletcher, J., A quantitative study of the development of sudanophilic lesions in the aorta of rabbits fed a low-cholesterol diet for up to six months, Atherosclerosis, 29 (1978) 259—264.
486 Ross, A.C., Minick, C.R. and Zilversmit, D.B., Equal atherosclerosis in rabbits fed cholesterol-free low-fat diet or cholesterol-supplemented diet, Atherosclerosis, 29 (1978) 301—315.
487 Chen, R.M., Getz, G.S., Fischer-Dzoga, K., et al., The role of hyperlipidemic serum on the proliferation and necrosis of aortic medial cells in vitro, Exp. Mol. Path., 26 (1976) 359—374.
488 Armstrong, M.L., Regression of atherosclerosis, Atheroscl. Rev., 1 (1976) 137—182.
489 Phillips, R.L., Lemmon, F.R., Beeson, W.L., et al., Coronary heart disease among Seventh-Day Adventists with differing dietary habits — A preliminary report, Amer. J. Clin. Nutr., 31 (1978) 5191—5198.
490 Sirtori, C.R., Agradi, E., Conti, F., et al., Soybean-protein diet in the treatment of type-II hyperlipoproteinaemia, Lancet, i (1977) 275—277.
491 Carroll, K.K., Giovanetti, P.M., Huff, M.W., et al., Hypocholesterolemic effect of substituting soybean protein for animal protein in the diet of healthy young women, Amer. J. Clin. Nutr., 31 (1978) 1312—1321.
492 Potter, J.M. and Nestel, P., Greater bile acid excretion with soybean than with cow milk in infants, Amer. J. Clin. Nutr., 29 (1976) 546—551.
493 Mathur, K.S., Khan, M.A. and Sharma, R.D., Hypocholesterolaemic effect of bengal gram (garbanzo beans) — A long-term study in man, Brit. Med. J., i (1968) 30—31.
494 Hodges, R.E., Krehl, W.A., Stone, D.B., et al., Dietary carbohydrates and low cholesterol diets — Effects on serum lipids of man, Amer. J. Clin. Nutr., 20 (1967) 198—208.
495 Sanders, T.A.B., Elis, F.R., Dickerson, J.W.T., Studies of vegans — The fatty acid composition of plasma choline phosphoglycerides, erythrocytes, adipose tissue, and breast milk, and some indicators of susceptibility to IHD in vegans and controls, Amer. J. Clin. Nutr., 31 (1978) 805—813.
496 Sacks, F.M., Castelli, W.P., Donner, A., et al., Plasma lipids and lipoproteins in vegetarians and controls, N. Engl. J. Med., 292 (1975) 1148—1151.
497 Sirtori, C.R., Conti, F., Mantero, O., et al., Further studies on the hypocholesterolemic effect of the soybean protein diet. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 455—464.
498 Kaunitz, H., Lipid theory of arteriosclerosis - pros and cons — A symposium, Lipids, 13 (1977).
499 Palumbo, P.J., Briones, E.R., Nelson, R.A., et al., Sucrose sensitivity of patients with coronary-artery disease, Amer. J. Clin. Nutr., 30 (1977) 394—400.
500 Groen, J.J., Effect of bread in the diet on serum cholesterol, Amer. J. Clin. Nutr., 20 (1967) 191—197.
501 Kuo, P.T. and Basset, D.R., Dietary sugar in the production of hyperglyceridemia, Ann. Intern. Med., 62 (1965) 1199—1212.
502 Mann, J.I., Truswell, A.S. and Manning, E.B., Effects on serum lipids of reducing dietary sucrose or starch for 22 weeks in normal men, S. Afr. Med. J., 46 (1972) 827—834.
503 Wolfe, B.M. and Ahuja, S.P., Effects of intravenously administered fructose and glucose on splanchnic secretion of plasma triglycerides in hypertriglyceridemic men, Metabolism, 26 (1977) 963—978.
504 Kuo, P.T., Feng, L., Cohen, N.N., et al., Dietary carbohydrates in hyperlipemia (hyperglyceridemia) — Hepatic and adipose tissue lipogenic activities, Amer. J. Clin. Nutr., 20 (1967) 116—125.
505 Kaufmann, N.A., Poznanski, R., Blondheim, S.H., et al., Comparison of effects of fructose, sucrose, glucose, and starch on serum lipids in patients with hypertriglyceridemia and normal subjects, Amer. J. Clin. Nutr., 20 (1967) 131—132.
506 Groen, J.J., Balogh, M., Yaron, E., et al., Effect of interchanging bread and sucrose as main source of carbohydrate in a low fat diet on the serum cholesterol levels of healthy volunteer subjects, Amer. J. Clin. Nutr., 19 (1968) 46—57.
507 Cohen, A.M., Effect of dietary carbohydrate on the glucose tolerance curve in the normal and carbohydrate-induced hyperlipemic subject, Amer. J. Clin. Nutr., 20 (1967) 126—130.
508 Michaels, L., Aetiology of CAD: an historical approach, Brit. Heart J., 28 (1966) 258—264.
509 Ahrens, R.A., Sucrose, hypertension, and heart disease — An historical perspective, Amer. J. Clin. Nutr., 27 (1974) 403—422.

510 Szanto, S. and Yudkin, J., Dietary sucrose and platelet behavior, Nature (Lond.), 225 (1970) 467—468.
511 Howard, A.N., Hypocholesterolemic effect of bile acid and long-chain fatty acid sequestrants. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 199—203.
512 Joossens, J.V., Vuylsteck, K., Brems-Heyns, E., et al., The pattern of food and mortality in Belgium, Lancet, i (1977) 1069—1072.
513 DeWaard, H. and Hiddink, G.J., Food and mortality in Belgium, Lancet, ii (1977) 873.
514 MacLennan, R. and Meyer, F., Food and mortality in France, Lancet, ii (1977) 133.
515 Joossens, J.V., Food and mortality in Belgium (Letter), Lancet, ii (1977) 603.
516 Segall, J.J., Is milk a coronary health hazard? Brit. J. Prev. Soc. Med., 31 (1977) 81—85.
517 Hennekens, C.H., Grolette, M.E., Jesse, M.J., et al., Coffee drinking and death due to coronary heart disease, N. Engl. J. Med., 294 (1976) 633—636.
518 Jick, H., Miettinen, O.S., Neff, R.K., et al., Coffee and myocardial infarction, N. Engl. J. Med., 289 (1973) 63—67.
519 Yano, K., Rhoads, G.G. and Kagan, A., Coffee, alcohol and risk of CHD among Japanese men living in Hawaii, N. Engl. J. Med., 297 (1977) 405—409.
520 Hemminki, E. and Personen, T., Regional coffee consumption and mortality from ischaemic heart disease in Finland, Acta Med. Scand., 201 (1977) 127—130.
521 Stephenson, P.E., Physiologic and psychotropic effects of caffeine on man, J. Amer. Diet Ass., 71 (1977) 240—247.
522 Poleszak, J. and Rucinski, T., The effect of caffeine on the development of atherosclerosis in pig, Polish Med. J., 10 (1971) 1038—1043.
523 Kedra, M., Poleszak, J., Chibowski, D., et al., Experimental studies on the effect of caffeine on the development of atherosclerosis in rabbits, Polish Med. J., 25 (1970) 1045—1052.
524 Callahn, M.M., Rohovsky, M.W., Robertson, B.S., et al., The effect of coffee consumption in plasma lipids, lipoproteins, and the development of aortic atherosclerosis in rhesus monkeys fed an atherogenic diet, Amer. J. Clin. Nutr., 32 (1979) 834—845.
525 Kalsner, S., A coronary vasoconstrictor substance is present in regular and decaffeinated forms of both percolated and instant coffee, Life Sci., 20 (1977) 1689-1696.
526 Williams, R.R. and Hopkins, P.H., Salt, hypertension, and genetic-environmental interactions. In: C.F. Sing and M. Skolnick (Eds.), The Genetic Analysis of Common Diseases — Applications to Predictive Factors in Coronary Heart Disease, Alan R. Liss, New York, 1979, pp. 183—194.
527 Joossens, J.V., Salt and hypertension, water hardness and cardiovascular death rate, Triangle, 12 (1973) 9—16.
528 Meneely, G.R. and Battarbee, H.D., High sodium — low potassium environment and hypertension, Amer. J. Cardiol., 38 (1976) 768—785.
529 Fris, E.D., Salt, volume and the prevention of hypertension, Circulation, 53 (1976) 589—595.
530 Dawson, E.B., Frey, M.J., Moore, T.D., et al., Relationship of metal metabolism to vascular disease mortality rates in Texas, Amer. J. Clin. Nutr., 31 (1978) 1188-1197.
531 Heyden, S., The workingman's diet, Part 2 (Effect of weight reduction in obese patients with hypertension, diabetes, hyperuricemia and hyperlipidemia), Nutr. Metab., 22 (1978) 141—159.
532 Blacker, R.B., Woodhill, J.M., Palmer, A.J., et al., Hyperlipidemia and weight gain after maturity, Adv. Exp. Med. Biol., 82 (1977) 216—218.
533 Leelarthaepin, B., Woodhill, J.M., Palmer, A.J., et al., Obesity, diet, and type-II hyperlipidaemia, Lancet, ii (1974) 1217—1221.
534 Schmidt-Gayk, H., Goosen, J., Lendle, F., et al., Serum 25-hydroxycalciferol in myocardial infarction, Atherosclerosis, 26 (1977) 55—58.
535 Kummerow, F.A., Cho, B.H.S., Huang, W.Y.-T., et al., Additive risk factors in atherosclerosis, Amer. J. Clin. Nutr., 29 (1976) 579—584.
536 Ostergaard, K., Cadmium and hypertension, Lancet, i (1977) 677—678.
537 Thind, G.S. and Fischer, G.M., Plasma cadmium and zinc in human hypertension, Clin. Sci. Mol. Med., 51 (1976) 483—486.
538 Heyden, S., The hard facts behind the hard-water theory and ischaemic heart disease, J. Chron. Dis., 29 (1976) 149—157.
539 Bierenbaum, M.L., Dunn, J., Fleischman, A.I., et al., Possible toxic water factor in coronary heart disease, Lancet, i (1975) 1008—1010.
540 Sharrett, A.R. and Feinleib, M., Water constituents and trace elements in relation to cardiovascular diseases, Prev. Med., 4 (1975) 20—36.
541 Beevers, D.G., Erskine, E., Robertson, M., et al., Blood lead and hypertension, Lancet, ii (197 1—3.
542 Klevay, L.M., Coronary heart disease — The zinc/copper hypothesis, Amer. J. Clin. Nutr., 28 (1975) 764—774.
543 Klevay, L.M., Hypercholesterolemia in rats produced by an increase in the ratio of zinc to copper ingested, Amer. J. Clin. Nutr., 26 (1973) 1060—1068.

544 Bierenbaum, M.L., Fleischman, A.I., Dunn, J.P., et al., Serum parameters in hard and soft water communities, Amer. J. Publ. Hlth., 63 (1973) 169—173.
545 Crawford, M.D., Clayton, D.G., Stanley, F., et al., An epidemiological study of sudden death in hard and soft water areas, J. Chron. Dis., 30 (1977) 69—80.
546 Elwood, P.C. and St. Leger, A.S., Mortality and the concentration of elements in tap water in county boroughs in England and Wales, Brit. J. Prev. Soc. Med., 31 (1977) 178—182.
547 Shane, P.A., Coulson, A., Detels, R., et al., Mortality and water-hardness in three matched communities in Los Angeles, Lancet, ii (1974) 860—864.
548 Passwater, R., Supernutrition for Healthy Hearts, Jove Publications (Harcourt-Brace Jovanovitch), New York, 1977.
549 Peng, S.-K., Tham, P., Taylor, C.B., et al., Cytotoxicity of oxidation derivatives of cholesterol on cultured aortic smooth muscle cells and their effect on cholesterol biosynthesis, Amer. J. Clin. Nutr., 32 (1979) 1033—1042.
550 Taylor, C.B., Peng, S.-K., Werthessen, N.T., et al., Spontaneously occurring angiotoxic derivatives of cholesterol, Amer. J. Clin. Nutr., 32 (1979) 40—57.
551 Kummerow, F.A., Nutrition imbalance and angiotoxins as dietary risk factors in coronary heart disease, Amer. J. Clin. Nutr., 32 (1979) 58—83.
552 Kummerow, F.A., Lipids in atherosclerosis, J. Food. Sci., 40 (1975) 12—17.
553 Morris, J.N., Marr, J.W. and Clayton, D.G., Diet and heart — A postscript, Brit. Med. J., ii (1977) 1307—1314.
554 Bassett, D., Abel, M., Moellering, R., et al., Coronary heart disease in Hawaii — Dietary intake, depot fat, "stress," smoking, and energy balance in Hawaiian and Japanese men, Amer. J. Clin. Nutr., 22 (1969) 1483—1503.
555 Bassett, D., Abel, M., Moellering, R., et al., Dietary intake, smoking history, energy balance, and "stress" in relation to age, and to coronary heart disease risk in Hawaiian and Japanese men in Hawaii, Amer. J. Clin. Nutr., 22 (1969) 1504—1520.
556 Little, J.A., Shanoff, H., Csima, A., et al., Diet and serum-lipids in male survivors of myocardial infarction, Lancet, i (1965) 933—935.
557 Grande, F., Dietary carbohydrates and serum cholesterol, Amer. J. Clin. Nutr., 20 (1967) 176—184.
558 Anderson, J.T., Dietary carbohydrates and serum triglycerides, Amer. J. Clin. Nutr., 20 (1967) 168—175.
559 Kempner, W., Peschel, R.L. and Schlayer, C., Effect of rice diet on diabetes mellitus associated with vascular disease, Postgrad. Med. J., October (1958) 359—371.
560 Kiehm, T.G., Anderson, J.W., Ward, K., et al., Beneficial effects of a high carbohydrate, high fiber diet on hyperglycemic diabetic men, Amer. J. Clin. Nutr., 29 (1976) 895—899.
561 Anderson, J.W., Effects of carbohydrate restriction and high carbohydrate diets on men with chemical diabetes, Amer. J. Clin. Nutr., 30 (1977) 402—408.
562 Lin, W.-J. and Anderson, J.W., Effects of high sucrose or starch-bran diets on glucose and lipid metabolism of normal and diabetic rats, J. Nutr., 107 (1977) 584—595.
563 Crapo, P.A., Reaven, G. and Olefsky, J., Plasma glucose and insulin responses to orally administered simple and complex carbohydrates, Diabetes, 25 (1976) 741—747.
564 Himsworth, H.P., The dietetic factor determining the glucose tolerance and sensitivity to insulin of healthy men, Clin. Sci., 2 (1935) 67—94.
565 Himsworth, H.P. and Marshall, E.M., The diet of diabetics prior to the onset of the disease, Clin. Sci., 2 (1935) 95—115.
566 Himsworth, H.P., Diet and the incidence of diabetes mellitus, Clin. Sci., 2 (1935) 117—148.
567 Sweeny, J.S., Dietary factors that influence the dextrose tolerance test — A preliminary study, Arch. Intern. Med., 40 (1927) 818—830.
568 Heller, S.N. and Hackler, L.R., Changes in the crude fiber content of the American diet, Amer. J. Clin. Nutr., 31 (1978) 1510—1514.
569 Moore, M.C., Cruzman, M.A., Schilling, P.E., et al., Dietary-atherosclerosis study on deceased persons — Relation of selected dietary components to raised coronary lesions, J. Amer. Diet Ass., 26 (1976) 216—221.
570 Anderson, J.W., Triglyceride lowering effects of high fiber diets, Amer. J. Clin. Nutr., 32 (1979) 933.
571 Kritchevsky, D., Effect of dietary fiber on lipid metabolism and atherosclerosis. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 169—172.
572 Jenkins, D.J.A., Action of dietary fiber in lowering fasting serum cholesterol and reducing postprandial glycemia — Gastrointestinal mechanisms. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 173—182.
573 Miettinen, T.A., Effects of dietary fibers and ion-exchange resins on cholesterol metabolism in man. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al., (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 193—198.
574 Angelico, F., Clemente, P., Menotti, A., et al., Bran and changes in serum lipids — Observations dur-

ing a Project of Primary Prevention of Coronary Heart Disease. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 205—207.
575 Kritchevsky, D., Fiber, lipids, and atherosclerosis, Amer. J. Clin. Nutr., 31 (1978) 565—574.
576 Trowell, H., Ischemic heart disease and dietary fiber, Amer. J. Clin. Nutr., 25 (1972) 926—932.
577 Frohn, M., Left-leg varicose veins and deep-vein thrombosis, Lancet, ii (1976) 1019—1020.
578 Latto, C., Postoperative deep-vein thrombosis, pulmonary embolism, and high-fiber diet, Lancet, ii (1976) 1197.
579 Portman, O. and Stare, F., Dietary regulation of serum cholesterol levels, Physiol. Rev., 39 (1959) 407—442.
580 Malinow, M.R., McLaughlin, P., Papworth, L., et al., Effect of alfalfa saponins on intestinal cholesterol absorption in rats, Amer. J. Clin. Nutr., 30 (1977) 2061—2067.
581 Nutrition Reviews — Plant foods and atherosclerosis, Nutr. Rev., 35 (1977) 148—150.
582 Malinow, M.R., McLaughlin, P., Naito, H.K., et al., Effect of alfalfa meal in shrinkage (regression) of atherosclerotic plaques during cholesterol feeding in monkeys, Atherosclerosis, 30 (1978) 27—43.
583 Malinow, M.R., McLaughlin, P., Strafford, C., et al., Antiatherosclerotic effects of alfalfa meal in monkey — Possible role of saponins. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 183—191.
584 Armstrong, B.K., Mann, J.I., Adelstein, A.M., et al., Commodity consumption and ischemic heart disease mortality with special reference to dietary practices, J. Chron. Dis., 28 (1975) 455—469.
585 Gurson, C.T. and Saner, G., Effect of chromium on glucose utilization in marasmic protein calorie malnutrition, Amer. J. Clin. Nutr., 24 (1971) 1313—1319.
586 Johnson, C., Peterson, D. and Smith, E., Myocardial tissue concentrations of magnesium and potassium in men dying suddenly from ischemic heart disease, Amer. J. Clin. Nutr., 32 (1979) 967—970.
587 Boddy, K., Robbertson, I., Mahaffy, M.E., et al., Magnesium metabolism in patients with coronary heart disease, Europ. J. Clin. Invest., 8 (1978) 87—91.
588 Seelig, M.S. and Heggtveir, H.A., Magnesium interrelationships in ischemic heart disease — A review, Amer. J. Clin. Nutr., 27 (1974) 59—79.
589 Abraham, A.S., Weinstein, M., Eylath, U., et al., Magnesium levels in patients with chronic ischemic heart disease, Amer. J. Clin. Nutr., 31 (1978) 1400—1402.
590 Vitale, J.J., Hellerstein, E.E., Nakamura, M., et al., Effects of magnesium-deficient diet upon puppies, Circ. Res., 9 (1961) 387—394.
591 Nathe, D., Lutton, C., Rantureau, J., et al., Effects of dietary fiber and salt mixtures on the cholesterol metabolism of rats, J. Nutr., 107 (1977) 466—474.
592 Bine, Jr., R., Cardiology. In: H.A. Schneider, C.E. Anderson and D.B. Coursin (Eds.), Nutritional Support of Medical Practice, Harper and Row, New York, 1977, pp. 236—262.
593 Shields, G.S., Coulson, W.F., Kimball, D.A., et al., Studies on copper metabolism, Part 32 (Cardiovascular lesions in copper-deficiency swine), Amer. J. Path., 41 (1962) 603—621.
594 Somogyi, J.C., Prevention of atherosclerosis by diet — Present state and conclusions, Adv. Exp. Med. Biol., 60 (1975) 205—230.
595 Schwarz, K., Silicon, fiber, and atherosclerosis, Lancet, i (1977) 454—457.
596 Loewi, G., A lesion in the aorta of vitamin-E-deficient animals, J. Path. Bact., 70 (1955) 246—249.
597 Horwitt, M.K., Vitamin E — A reexamination, Amer. J. Clin. Nutr., 29 (1976) 569—578.
598 Haeger, K., Long-time treatment of intermittent claudication with vitamin E, Amer. J. Clin. Nutr., 27 (1974) 1179—1181.
599 Peterson, V.E., Crapo, P.A., Weininger, J., et al., Quantification of plasma cholesterol and triglyceride levels in hypercholesterolemic subjects receiving ascorbic acid supplements, Amer. J. Clin. Nutr., 28 (1975) 584—587.
600 Bates, C.J., Mandal, A.R. and Cole, T.J., HDL cholesterol and vitamin C status, Lancet, ii (1977) 611.
601 Willis, G.C. and Fishman, S., Ascorbic acid content of human arterial tissue, Canad. Med. Ass. J., 72 (1955) 500—503.
602 Ginter, E., Marginal vitamin C deficiency, lipid metabolism, and atherogenesis, World Rev. Nutr. Diet, 27 (1977) 167—220.
603 Krumdieck, C. and Butterworth, C.E., Ascorbate—cholesterol—lecithin interactions — Factors of potential importance in the pathogenesis of atherosclerosis, Amer. J. Clin. Nutr., 27 (1974) 866—876.
604 Willis, G.C., The reversibility of atherosclerosis, Canad. Med. Ass. J., 77 (1957) 106—109.
605 Sokoloff, B., Hori, M., Saelhof, C.C., et al., Aging, atherosclerosis and ascorbic acid metabolism, J. Amer. Geriatr. Soc., 14 (1966) 1239—1260.
606 Bordia, A., Paliwal, D.K., Jain, K., et al., Acute effect of ascorbic acid on fibrinolytic activity, Atherosclerosis, 30 (1978) 351—354.
607 Spittle, C.R., Vitamin C and deep-vein thrombosis, Lancet, ii (1973) 199—201.
608 Spittle, C.R., Atherosclerosis and vitamin C, Lancet, ii (1971) 1280—1281.

609 Stacpoole, P.W., Pangamic acid ("vitamin $B_{15}$") — A review, World Rev. Nutr. Diet, 27 (1977) 145—163.
610 Herbert, V., Pangamic acid ("vitamin $B_{15}$"), Amer. J. Clin. Nutr., 32 (1979) 1534—1540.
611 Mushett, C.W. and Emerson, G.A., Arteriosclerosis in pyridoxine-deficient monkeys and dogs, Fed. Proc., 16 (1957) 367.
612 Levene, C.I. and Murray, J.C., The aetiological role of maternal vitamin-$B_6$ deficiency in the development of atherosclerosis, Lancet, i (1977) 628—629.
613 Salmon, W.D. and Newberne, P.M., Cardiovascular disease in choline-deficient rats, Arch. Path., 73 (1962) 190—209.
614 Bray, G.A., Lipogenesis in human adipose tissue — Some effects of nibbing and gorging, J. Clin. Invest., 51 (1972) 537—548.
615 Metzner, H.L., Lamphiear, D.E., Wheeler, N.C., et al., The relationship between frequency of eating and adiposity in adult men and women in the Tecumseh Community Health Study, Amer. J. Clin. Nutr., 30 (1977) 712—715.
616 Jain, R.C. and Konar, D.B., Effect of garlic oil in experimental cholesterol atherosclerosis, Atherosclerosis, 29 (1978) 125—129.
617 Bordia, A., Verma, A.K., Vyas, A.K., et al., Effect of essential oil of onion and garlic on experimental atherosclerosis in rabbits, Atherosclerosis, 26 (1977) 379—386.
618 Baghurst, K.I., Raj, M.J. and Truswell, A.S., Onions and platelet aggregation, Lancet, i (1977) 101.
619 Bordia, A.K., Joshi, H.K., Sanadhya, Y.K., et al., Effect of essential oil of garlic on serum fibrinolytic activity in patients with coronary artery disease, Atherosclerosis, 28 (1977) 155—159.
620 Bordia, A., Effect of garlic on human platelet aggregation in vitro, Atherosclerosis, 30 (1978) 355—360.
621 Hepner, G., Fried, R., St Jeor, S., et al., Hypocholesterolemic effect of yogurt and milk, Amer. J. Clin. Nutr., 32 (1979) 19—24.
622 Marks, J. and Howard, A.N., Hypocholesterolaemic effect of milk, Lancet, ii (1977) 763.
623 Helms, P., Hypocholesterolaemic effect of milk, Lancet, ii (1977) 556.
624 Mann, G.V., A factor in yogurt which lowers cholesterolemia in man, Atherosclerosis, 26 (1977) 335—340.
625 Nair, C.R. and Mann, G.V., A factor in milk which influences cholesterolemia in rats, Atherosclerosis, 26 (1977) 363—367.
626 Howard, A.N., The Masai, milk and the yogurt factor — An alternative explanation, Atherosclerosis, 27 (1977) 383—385.
627 Mann, G.V., The Masai, milk and the yogurt factor — An alternative explanation, Atherosclerosis, 29 (1978) 265.
628 Mann, G.V., Milk factor — A regulator of cholesterolemia, Amer. J. Clin. Nutr., 32 (1979) 956.
629 Biss, K., Ho, K.-J., Mikkelson, B., et al., Some unique biologic characteristics of the Masai of East Africa, N. Engl. J. Med., 284 (1971) 694—699.
630 Mann, G.V., Spoerry, A., Gray, M., et al., Atherosclerosis in the Masai, Amer. J. Epidemiol., 95 (1972) 26—37.
631 Beral, V., Royal College of General Practitioners, Mortality among oral-contraceptive users, Lancet, ii (1977) 727—731.
632 Vessey, M.P., McPherson, K. and Johnson, B., Mortality among women participating in the Oxford/Family Planning Association Contraceptive Study, Lancet, ii (1977) 731—733.
633 Ory, H.W., Association between oral contraceptives and myocardial infarction — A review, J. Amer. Med. Ass., 237 (1977) 2619—2622.
634 Collaborative Group for the Study of Stroke in Young Women, Oral contraceptive and stroke in young women — Associated risk factors, J. Amer. Med. Ass., 231 (1975) 718—722.
635 Jick, H., Dinan, B. and Rothman, K.J., Oral contraceptives and non-fatal myocardial infarction, J. Amer. Med. Ass., 239 (1978) 1403—1406.
636 Mann, J.I. and Thorogood, M., Serum lipids in young female survivors of myocardial infarction, Brit. Heart J., 37 (1975) 790—794.
637 Wallace, R.B., Hoover, J., Sandler, D., et al., Altered plasma-lipids associated with oral contraceptive or estrogen consumption — The Lipid Research Clinic Program, Lancet, ii (1977) 11—14.
638 Weir, R.J., Blood pressure in women taking oral contraceptives, Amer. Heart J., 92 (1976) 119—120.
639 Stern, M.P., Brown, B.W., Haskell, W.L., et al., Cardiovascular risk and use of estrogens or estrogen-progestagen combination — Stanford Three-Community Study, J. Amer. Med. Ass., 235 (1976) 811—815.
640 von Kaulla, K.N., Oestrogens and blood coagulation, Triangle, 15 (1976) 9—17.
641 American Medical Association, AMA Drug Evaluations, 3rd edition, PSG Publishing Company, Littleton, MA, 1977, pp. 582—584.
642 Knatterud, G.L., Meinert, C.L., Klimt, C.R., et al., Effects of hypoglycemic agents on vascular complications in patients with adult-onset diabetes, J. Amer. Med. Ass., 217 (1971) 777—784.
643 University Group Diabetes Program, A study of the effects of hypoglycemic agents on vascular com-