# ATHEROSCLEROSIS

INTERNATIONAL JOURNAL FOR RESEARCH AND INVESTIGATION ON ATHEROSCLEROSIS AND RELATED DISEASES

*Affiliated with the International Atherosclerosis Society*

EDITORS
C.W.M. Adams (London) — D. Kritchevsky (Philadelphia, PA) —
D. Seidel (Göttingen)

EDITORIAL BOARD
M.L. Armstrong (Iowa City, IA) — P. Astrup (Copenhagen) —
.S. Berenson (New Orleans, LA) — S. Björkerud (Göteborg) — L.A. Carlson (Stockholm) -
P. Constantinides (Shreveport, LA) — G. Crepaldi (Padova) — F.H. Epstein (Zürich) —
D.S. Fredrickson (Bethesda, MD) — Y. Goto (Tokyo) —
G.A. Gresham (Cambridge, Great Britain) — F.A. Gries (Düsseldorf) —
M.D. Haust (London, Ont.) — A.N. Howard (Cambridge, Great Britain) —
G.M. Kostner (Graz) — B. Lewis (London) — N.E. Miller (London) —
N.B. Myant (London) — P.J. Nestel (Melbourne) — E. Nikkilä (Helsinki) —
.A. Packham (Toronto, Ont.) — H. Peeters (Brussels) — O.W. Portman (Beaverton, OR) –
B. Rifkind (Bethesda, MD) — A.L. Robertson (Cleveland, OH) —
.G. Schettler (Heidelberg) — G. Schlierf (Heidelberg) — P.J. Scott (Auckland) —
E.B. Smith (Aberdeen) — J. Stamler (Chicago, IL) — Y. Stein (Jerusalem) —
J.P. Strong (New Orleans, LA) — K.W. Walton (Birmingham) — N. Zöllner (Munich)

ELSEVIER/NORTH-HOLLAND SCIENTIFIC PUBLISHERS, LTD.
SHANNON

*Atherosclerosis, Vol. 40 (1981)*

plications in patients with adult-onset diabetes, Part 1 (Design, methods and baseline results), Part (mortality results), Diabetes, 19 (1970) 747—830.
644 Ames, R.P. and Hill, P., Elevation of serum lipid levels during diuretic therapy of hypertension Amer. J. Med., 61 (1976) 748—757.
645 Lewis, P.J., Kohner, E.M., Petrie, A., et al., Deterioration of glucose tolerance in hypertensiv patients on prolonged diuretic treatment, Lancet, i (1976) 564—566.
646 Simpson, C.F. and Neilson, J.T.M., Aortic atherosclerosis of turkeys induced by a single treatmen with diethyl stilbestrol, Atherosclerosis, 17 (1973) 245—255.
647 Simpson, C.F., Relation of hemodynamics to the incidence of diethylstilbestrol-induced aortic rup tures in hypertensive and hypotensive lines of turkeys, Atherosclerosis, 30 (1978) 249—254.
648 Borhani, N.O., Primary prevention of coronary heart disease — A critique, Amer. J. Cardiol., 4( (1977) 251—259.
649 Norum, K.R., Some present concepts concerning diet and prevention of coronary heart disease Nutr. Metab., 22 (1978) 1—7.
650 Stemerman, M.B., Atherosclerosis — The etiologic role of blood elements and cellular changes, Car diovasc. Med., 3 (1978) 17—36.
651 Davignon, J., The lipid hypothesis — Pathophysiological basis, Arch. Surg., 1131 (1978) 20—34.
652 Gotto, A.M., Yeshurun, D. and DeBakey, M.E., Atherosclerotic cardiovascular disease — Curren prospectives, J. Chron. Dis., 29 (1976) 677—681.
653 Mustard, J.F., Packam, M.A. and Kinlough-Rathbone, R., Platelets, thrombosis and atherosclerosis Adv. Exp. Med. Biol., 104 (1978) 127—144.
654 McMillan, G.C., Atherogenesis — The process from normal to lesion, Adv. Exp. Med. Biol., 10 (1978) 3—10.
655 Roberts, W.C., The coronary arteries in ischemic heart disease — Facts and fancies, Triangle, 1( (1977) 77—90.
656 Schwartz, C.V., Chandler, A.B., Gerrity, R.T., et al., Clinical and pathological aspects of arteria thrombosis and thromboembolism, Adv. Exp. Med. Biol., 104 (1978) 111—126.
657 Woolf, N., Thrombosis and atherosclerosis, Adv. Exp. Med. Biol., 104 (1978) 145—167.
658 von Kaulla, K.N., Oestrogens and blood coagulation, Triangle, 15 (1976) 9—17.
659 Stout, C., Coronary thrombosis without coronary atherosclerosis, Amer. J. Cardiol., 24 (1969) 564—569.
660 Björkerud, S. and Bondjers, G., Repair responses and tissue lipid after experimental injury to the artery, Ann. N.Y. Acad. Sci., 275 (1976) 180—198.
661 Levine, P.H., An acute effect of cigarette smoking on platelet function — A possible link between smoking and arterial thrombosis, Circulation, 48 (1973) 619—623.
662 Lyford, C.L., Connor, W.E., Hoak, J.C., et al., The coagulant and thrombogenic properties of human atheroma, Circulation, 36 (1967) 284—293.
663 Iacono, J.M., Zellner, D.C., Paoletti, R., et al., Comparison of blood platelet and erythrocyte lipids in man in three age groups from three regions Milan, Cincinati and Sicily, Haemostasis, 2 (1973) 141—162.
664 Renaud, S., Dietary fats and arterial thrombosis, Thromb. Res., 4 (Suppl. 1) (1974) 25—36.
665 Small, D.M., Cellular mechanisms for lipid deposition in atherosclerosis, N. Engl. J. Med., 297 (1977) 873—877, 924—929.
666 Stein, Y., Glangeaud, M.C., Fainaru, M., et al., The removal of cholesterol from aortic smooth muscle cells in culture and Landschütz ascites cells by actions of human HDL apolipoprotein, Biochim. Biophys. Acta, 380 (1975) 106—118.
667 Terry, E.N., Rouen, R.H., Clauss, M.C., et al., Attempts to delay progression in occlusive atherosclerosis, Ann. N.Y. Acad. Sci., 275 (1976) 379—385.
668 Lund, F., Can a clinical effect of pyridinolcarbamate be objectively assessed in advanced peripheral atherosclerosis? In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 679—687.
669 Verstraete, M., Are agents affecting platelet functions clinically useful? (Review), Amer. J. Med., 61 (1976) 897—914.
670 Pick, R., Chediak, J. and Glick, G., Aspirin inhibits development of coronary atherosclerosis in Cynomolgus (*Macaca fascicularis*) fed an atherogenic diet, J. Clin. Invest., 63 (1979) 158—162.
671 Tonascia, J., Gordis, L. and Schmerler, H., Retrospective evidence favoring use of anticoagulants for myocardial infarctions, N. Engl. J. Med., 292 (1975) 1362—1366.
672 Weiss, H.J., Antiplatelet therapy, N. Engl. J. Med., 298 (1978) 1344—1347, 1403—1406.
673 Veterans Administration Cooperative Study Group on Antihypertensive Agents, Effects of treatment of morbidity in hypertension, Part 2 (Results in patients with diastolic blood pressure averaging 90 through 114 mm Hg), J. Amer. Med. Ass., 213 (1970) 1143—1152.
674 HDFP Group, Blood pressure studies in 14 communities — A two-stage screen for hypertension, J. Amer. Med. Ass., 237 (1977) 2385—2391.

675 The Coronary Drug Project Research Group, Clofibrate and nicotinic acid in CHD, J. Amer. Med. Ass., 231 (1975) 360—381.
676 US-USSR Steering Committee, Collaborative US-USSR study on the prevalence of dyslipoproteinemias and ischemic heart disease in American and Soviet populations. Problem Area I: The pathogenesis of atherosclerosis, Amer. J. Cardiol., 40 (1977) 260—268.
677 The Multiple Risk Factor Intervention Trial (MRFIT), A national study of primary prevention of CHD, J. Amer. Med. Ass., 235 (1976) 825—827.
678 Kolata, G.B., Clinical trials in cardiovascular medicine — Are the benefits worth the cost? Cardiovasc. Med., 2 (1977) 687—689.
679 Scheidt, S.S., The benefits of clinical trials *are* worth the cost, Cardiovasc. Med., 2 (1977) 689—696.
680 Dorr, A.E., Gundersen, K., Schneider, J.C., et al., Colestipol hydrochloride in hypercholesterolemic patients — Effect on serum cholesterol and mortality, J. Chron. Dis., 31 (1978) 5—14.
681 Sirtori, C.R., Gomarasca, P., D'Atri, G., et al., Pharmacological profile of BR-931, new hypolipidemic agent increasing high density lipoproteins. In: J.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, Raven Press, New York, 1978, pp. 147—152.
682 Watt, E.W., Picon-Reategui, E., Gahagan, H.E., et al., Dietary intake and coronary risk factors in Peruvian Quechua Indians, J. Amer. Diet Ass., 68 (1976) 535—537.
683 Ostwald, R. and Gebre-Medhin, M., Westernization of diet and serum lipids in Ethiopians, Amer. J. Clin. Nutr., 31 (1978) 1028—1040.
684 Garcia-Palmieri, M.R., Tillotson, J., Cordero, E., et al., Nutrient intake and serum lipids in urban and rural Puerto Rican men, Amer. J. Clin. Nutr., 30 (1977) 2092—2100.
685 Toor, M., Katchalsky, A., Agmon, J., et al., Atherosclerosis and related factors in immigrants to Israel, Circulation, 22 (1960) 265—279.
686 Lowenstein, F.W., Epidemiologic investigations in relation to diet in groups who show little atherosclerosis and are almost free of coronary ischemic heart disease, Amer. J. Clin. Nutr., 15 (1964) 175—185.
687 Walker, A.R.P. and Arvidsson, U.B., Fat intake, serum cholesterol concentration and atherosclerosis in the South African Bantu, Part 1 (Low fat intake and the age trend of serum cholesterol concentration in the South African Bantu), J. Clin. Invest., 33 (1954) 1358—1365.
688 Higginson, J. and Pepler, W.J., Fat intake, serum cholesterol concentration, and atherosclerosis in the South African Bantu, Part 2 (Atherosclerosis and coronary artery disease), J. Clin. Invest., 33 (1954) 1366—1371.
689 Lee, K.T., Dim, K.S. and Han, Y.S., The effect of high fat diet on serum lipids of young healthy Koreans, Fed. Proc., 19 (1960) 236.
690 Scrimshaw, N.S., Trulson, M., Tejada, C., et al., Serum lipoprotein and cholesterol concentrations — Comparison of rural Costa Rican, Guatemalan, and United States populations, Circulation, 15 (1957) 805—813.
691 Cerqueira, M.T., Fry, M.M. and Connor, W.E., The food and nutrient intake of the Tarahumara Indians of Mexico, Amer. J. Clin. Nutr., 32 (1979) 905—915.
692 Williams, A.O., Coronary atherosclerosis in Nigeria, Brit. Heart J., 33 (1971) 95—100.
693 Mann, G.V., Diet—heart — End of an era, N. Engl. J. Med., 297 (1977) 644—650.
694 Williams, R.R., The role of genes in coronary atherosclerosis. In: Hurst (Ed.), The Heart, McGraw-Hill, New York, 1980, pp. 89—117.
695 Chesebro, J.H., Fuster, V, and Frye, R.L., Smoking, family history, and shortened platelet survival in coronary disease patients age 50 and under, Circulation, 57, 58 (Suppl. II) (1978-79) 221.
696 Robertson, T.L., Kato, I., Rhoads, G.G., et al., Epidemiologic studies of coronary heart disease and stroke in Japanese men living in Japan, Hawaii and California, Amer. J. Cardiol., 39 (1977) 239—249.
697 Haynes, S.G. and Feinleib, M., Women, work and coronary heart disease — Prospective findings from the Framingham Heart Study, Amer. J. Publ. Hlth, 70 (1980) 133—141.
698 Wald, N., Howard, S., Smith, P.G. and Kjeldsen, K., Association between atherosclerosis diseases and carboyhaemoglobin levels in tobacco smokers, Brit. Med. J., i (1973) 761—765.
699 Brand, R.J., Paffenbarger, R.S., Sholtz, R.I. and Kampert, J.B., Work activity and fatal heart attack studied by multiple logistic risk analysis, Amer. J. Epidemiol., 110 (1979) 52—62.
700 Morris, J.N., Chave, S.P.W., Adam, C. and Sirey, C., Vigorous exercise in leisure-time and the incidence of coronary heart disease, Lancet, i (1973) 333—339.
701 Magnus, K., Matroos, A. and Strackee, J., Walking, cycling, or gardening, with or without seasonal interruption, in relation to acute coronary events, Amer. J. Epidemiol., 110 (1979) 724—733.
702 Theorell, T., Psychosocial factors and myocardial infarction — Why and how? Adv. Cardiol., 8 (1973) 117—131.
703 Wolf, S., Psychosocial forces in myocardial infarction and sudden death, Circulation (Suppl. IV) (1969) IV-74 - IV-83.

704 Somerville, W., Emotions, catecholamines and coronary heart disease, Adv. Cardiol., 8 (1973) 162–173.
705 Zanchetti, A. and Malliani, A., Risk of coronary disease and coronary complications by neural and psychological factors, Adv. Exp. Med. Biol., 63 (1975) 323–335.
706 Paffenbarger, R.S., Wolf, P.A., Notkin, J. and Thorne, M.C., Chronic disease in former college students, Part 1 (Early precursors of fatal coronary heart disease), Amer. J. Epidemiol., 83 (1966) 314–328.
707 Sarvotham, S.G. and Berry, J.N., Prevalence of coronary heart diseases in an urban population in northern India, Circulation, 37 (1968) 939–953.
708 Dyer, A.R., Stamler, J., Paul, O., Berkson, D.M., Lepper, M.H., McKean, H., Shekelle, R.B., Lindberg, H.A. and Garside, D., Alcohol consumption, cardiovascular risk factors, and mortality in two Chicago epidemiologic studies, Circulation, 56 (1977) 1067–1074.
709 Blackwelder, W.C., Yano, K., Rhoads, G.G., Kagan, A., Borden, T. and Palesch, Y., Alcohol and mortality — The Honolulu Heart Study, Amer. J. Med., 68 (1980) 164–169.
710 Haft, J.I., Gonnella, G.R., Kirtane, J.S. and Anastasiades, A., Correlation of ear crease sign with coronary arteriographic findings, Cardiovasc. Med., 4 (1979) 861–867.
711 Gordon, T., Castelli, W.P., Hjørtland, M.C., Kannel, W.B. and Dawber, T.R., Predicting coronary heart disease in middle-aged and older persons — The Framingham Study, J. Amer. Med. Ass., 238 (1977) 497–499.
712 Smith, J.R. and Landaw, S.A., Smokers' polycythemia, N. Engl. J. Med., 298 (1978) 6–10.
713 Fessel, W.J., High uric acid as an indicator of cardiovascular disease — Independence from obesity, Amer. J. Med., 68 (1980) 401–404.
714 Garrison, R.J., Havlik, R.J., Harris, R.B., Feinleib, M., Kannel, W.B. and Padget, S.J., ABO blood group and cardiovascular disease — The Framingham Study, Atherosclerosis, 25 (1976) 311–318.
715 Kadish, J.L., Fibrin and atherogenesis — A hypothesis, Atherosclerosis, 33 (1979) 409–413.
716 Vanhelst, L., Neve, P., Chailly, P. and Basteini, P.A., Coronary artery disease in hypothyroidism — Observations in clinical myxoedema, Lancet, ii (1967) 800–802.
717 Wilcken, D.E.L. and Wilcken, B., The pathogenesis of coronary artery disease — A possible role for methionine metabolism, J. Clin. Invest., 57 (1976) 1079–1082.
718 Walker, A.R.P., Sugar intake and coronary heart disease, Atherosclerosis, 14 (1971) 137–152.
719 Mertz, W., Effect of dietary components on lipids and lipoproteins — Mineral elements. In: R. Ley, B. Rifkind, B. Dennis and N. Ernst (Eds.), Nutrition, Lipids, and Coronary Heart Disease, New York, Raven Press, 1979, pp. 175–200.
720 Loeper, J., Goy-Loeper, J., Rozensztagn, L. and Fragny, M., The antiatheromatous action of silicon, Atherosclerosis, 33 (1979) 397–408.
721 Wilson, R.B., Peterson, D.W., Arnold, L.M. and Clouatre, D.L., Failure of chlorine to intensity experimental atherosclerosis, Atherosclerosis, 17 (1973) 523–525.
722 Kilo, C., Miller, J.P. and Williamson, J.R., The achilles heel of the University Group Diabetes Program, J. Amer. Med. Ass., 243 (1980) 450–457.
723 Kilo, C., Williamson, J.R., Choi, S.C. and Miller, J.P., Insulin treatment and diabetic vascular complications, J. Amer. Med. Ass., 241 (1979) 26–27.
724 Thel, H.G., Parker, D. and Bruce, T.A., Stress factors and the risk of myocardial infarction, J. Psychosom. Res., 17 (1973) 43–57.
725 Friedman, G.D., Ury, H.K., Klatsky, A.L. and Siegelaub, A.B., A psychological questionnaire predictive of myocardial infarction — Results from the Kaiser-Permanente Epidemiological Study of Myocardial Infarction, Psychosom. Med., 36 (1974) 327–343.
726 Lind, E. and Theorell, T., Sociological characteristics and myocardial infarctions, J. Psychosom. Res., 17 (1973) 59–73.
727 Hinkle, L.E., Whitney, L.A., Lehman, E.W., et al., Occupation, education, and coronary heart disease, Science, 161 (1968) 238–245.
728 Gazes, P.C., Richardson, J.A. and Woods, E.F., Plasma catecholamine concentrations in myocardial infarction and angina pectoris, Circulation, 19 (1959) 657–661.
729 Bastene, P.A., Vanhaelst, L. and Neve, P., Coronary artery disease in hypothyroidism — Observations in preclinical myxoedema, Lancet, ii (1967) 1221–1222.
730 Votila, U., Raekallio, J. and Ehrnrooth, W., Goitre and arteriosclerosis, Lancet, ii (1958) 171–173.
731 Rosenman, K.D., Cardiovascular disease and environmental exposure, Brit. J. Industr. Med., 36 (1979) 85–97.
732 Tiller, J.R., Schilling, R.S.F. and Morris, J.N., Occupational toxic factor in mortality from coronary heart disease, Brit. Med. J., iv (1968) 407–411.
733 Rosenman, K.D., Cardiovascular disease and environmental exposure, Brit. J. Industr. Med., 36 (1979) 85–97.
734 Tolonen, M., Hernberg, S., Nurminen, M. and Tiitola, K., A follow-up study of coronary heart disease in viscose rayon workers exposed to carbon disulphide, Brit. J. Industr. Med., 32 (1975) 1–10.

735 Hickey, R.J., Clelland, R.C. and Clelland, A.B., Epidemiological studies of chronic disease — Maladjustment of observed mortality rates, Amer. J. Publ. Hlth., 70 (1980) 142—150.
736 Paffenbarger, R.S., Wolf, P.A., Notkin, J. and Thorne, M.C., Chronic disease in former college students, Part 1 (Early precursors of fatal coronary heart disease), Amer. J. Epidemiol., 83 (1966) 314—328.
737 Theorell, T., Psychosocial factors and myocardial infarction — Why and how? Adv. Cardiol., 8 (1973) 117—131.
738 Wolf, S., Psychosocial forces in myocardial infarction and sudden death, Circulation (Suppl. IV) (1969) IV-74 - IV-83.
739 Schaefer, E.J., Eisenberg, S. and Levy, R.I., Lipoprotein apoprotein metabolism, J. Lipid Res., 19 (1978) 667—687.
740 Eisenberg, S., Very low-density lipoprotein metabolism, Progr. Biochim. Pharmacol., 15 (1979) 67—108.
741 Glomset, J.A., Lecithin : cholesterol acyltransferase — An exercise in comparative biology, Progr. Biochem. Pharmacol., 15 (1979) 41—66.
742 Sirtori, C.R. and Tosi, L., Treatment and reversal of atherosclerosis with drugs, Atheroscl. Rev., 3 (1978) 183—199.
743 Kingsbury, K.J., Morgan, D.M., Stovold, R., Brett, C.G. and Anderson, J., Polyunsaturated fatty acids and myocardial infarction —Follow-up of patients with aortoiliac and femoropopliteal atherosclerosis, Lancet, ii (1969) 1325—1329.
744 Miettinen, T.A., Phytosterolaemia, xanthomatosis and premature atherosclerotic arterial disease — A case with high plant sterol absorption, impaired sterol elimination and low cholesterol synthesis, Europ. J. Clin. Invest., 10 (1980) 27—35.
745 Mehta, P. and Heht, J., Platelet function studies in coronary artery disease, Part 5 (Evidence for enhanced platelet microthrombus formation activity in acute myocardial infarction), Amer. J. Cardiol., 43 (1979) 757—760.
746 Mehta, J., Mehta, P., Burger, C. and Pepine, C.J., Platelet aggregation studies in coronary artery disease, Part 4 (Effect of aspirin), Atherosclerosis, 31 (1978) 169—175.
746a Wu, K.K. and Hoak, J.C., A new method for the quantitative detection of platelet aggregates in patients with arterial insufficiency, Lancet, ii (1974) 924—946.
747 Jakubowski, J.A. and Arclie, N.G., Modification of human platelet function by a diet enriched in saturated or polyunsaturated fat, Atherosclerosis, 31 (1978) 335—344.
748 Handin, R.I., McDonough, M. and Lesch, M., Elevation of platelet factor four in acute myocardial infarction — Measurement by radioimmunoassay, J. Lab. Clin. Med., 91 (1978) 340—349.
749 Green, L.H., Seroppian, E. and Handin, R.I., Platelet activation during exercise induced myocardial ischemia, N. Engl. J. Med., 302 (1980) 225—226.
750 Marouf, A.A., Workman, E.F. and White, G.C., Elevation of high affinity platelet factor four in hypercoagulable states, Circulation 57 and 58 (Suppl. II) (1978) II-116.
751 Tremoli, E., Colucci, M., Donati, M.B. and Semeraro, N., Early increase of a new platelet coagulant activity in rats fed a thrombogenic diet, Atherosclerosis, 33 (1979) 239—244.
752 Weksler, B.B. and Goldstein, I.M., Prostaglandins — Interactions with platelets and polymorphonuclear leukocytes in hemostasis and inflammation, Amer. J. Med., 68 (1980) 419—428.
753 Tepperman, J., Metabolic and Endocrine Physiology, 4th edition, Year Book Medical Publishers, Chicago, IL, 1980, pp. 43—50.
754 Gryglewski, R.J., Bunting, S., Moncada, S., Flower, R.J. and Vane, J.R., Arterial walls are protected against deposition of platelet thrombi by a substance (prostaglandin X) which they make from prostaglandin endoperoxides, Prostaglandins, 12 (1976) 685—713.
755 Anon., Prostacyclin and coronary vasodilation, Nutr. Rev., 36 (1978) 222—223.
756 Moncada, S., Cryglewski, R.J., Bunting, S. and Vane, J.R., A lipid peroxide inhibits the enzyme in blood vessel microsomes that generates from prostaglandin endoperoxides the substance (prostaglandin X) which prevents platelet aggregation, Prostaglandins, 12 (1976) 715—737.
757 Epstein, S.E., Rosing, D.R., Brakman, P., Redwood, D.R. and Astrup, T., Impaired fibrinolytic response to exercise in patients with type IV hyperlipoproteinaemia, Lancet, ii (1970) 631—633.
758 Rosing, D.R., Redwood, D.R., Brakman, P., Astrup, T. and Epstein, S.E., Impairment of the diurnal fibrinolytic response in man — Effects of aging, type IV hyperlipoproteinemia, and coronary artery disease, Circ. Res., 32 (1973) 752—758.
759 Zanchetti, A., Baccelli, C.T., Manila, G., et al., Physiology, Emotion and Psychosomatic Illness (Ciba Foundation Symposia, No. 8), Associated Scientific Publishers, Amsterdam, 1972, pp. 201—223.
760 Friedman, G.D., Klatsky, A.L. and Siegelaub, A.B., Lung function and risk of myocardial infarction and sudden cardiac death, N. Engl. J. Med., 294 (1976) 1071—1075.
761 Sosenko, J.M., Breslow, J.L., Miettinen, O.S. and Gabbay, K.H., Hyperglycemia and plasma lipid levels — A prospective study of young insulin-dependent diabetic patients, N. Engl. J. Med., 302 (1980) 650—654.
762 Bunn, H.F., Gabbay, K.H. and Gallop, P.M., The glycosylation of hemoglobin — Relevance to diabetes mellitus, Science, 200 (1978) 21—27.

763 Davies, D.F., Johnson, A.P., Rees, B.W.G., et al., Food antibodies and myocardial infarction, Lancet i (1974) 1012—1014.
764 Wilens, S.L. and Plair, C.M., The relationship between cortical hyperplasia of the adrenals and arte riosclerosis, Amer. J. Path., 41 (1962) 225—232.
765 Foster, K.J., Holdstock, G., Whorwell, P.J., Guyer, P. and Wright, R., Prevalence of diverticular dis ease of the colon in patients with ischaemic heart disease, Gut, 19 (1978) 1054—1056.
766 Clarkson, T.B. and Alexander, N.J., Long-term vasectomy — Effects on the occurrence and extent o atherosclerosis in rhesus monkeys, J. Clin. Invest., 65 (1980) 15—25.
767 Gray, M.V., Hill, J.C. and Mitchell, J.R.A., Immune mechanisms in patients with proven vascular dis ease, Atherosclerosis, 31 (1978) 377—381.
768 Chung, D.Y., Hearing loss may be connected to cardiovascular risk factors, Cardiology Digest, Octo ber (1979) 10.
769 Filo, R.S., Sloan, C.H., Weatherbee, L. and Fry, W.J., Influence of zinc and copper on the develop ment of experimental atherosclerosis. In: R.J. Jones (Ed.), Atherosclerosis (Proceedings of the 2nc International Symposium on Atherosclerosis), Springer-Verlag, New York, 1970, pp. 476—481.
770 Kritchevsky, D., Tepper, S.A., Vesselinovitch, D. and Wissler, R.W., Cholesterol vehicle in experi mental atherosclerosis, Part 13 (Randomized peanut oil), Atherosclerosis, 17 (1973) 225—243.
771 Mancini, M., Farinaro, E., Moro, C.O., Di Marino, L., Rubba, R., Postiglione, A. and Oriente, P., Die in the management of hyperlipidemic patients, Adv. Exp. Med. Biol., 63 (1975) 201—219.
772 Voors, A.W., Does lithium depletion cause atherosclerotic heart disease? Lancet, ii (1969) 1337—1339.
773 Hypertension Detection and Follow-up Program Cooperative Group, Five year findings of the Hyper-tension Detection and Follow-up Program, Part 1 (Reduction in mortality of persons with high blood pressure, including mild hypertension), and Part 2 (Mortality by race, sex and age), J. Amer. Med. Ass., 242 (1979) 2562—2577.
774 Gordon, T., Garcia-Palmieri, M.R., Kagan, A., et al., Differences in coronary heart disease in Fram-ingham, Honolulu and Puerto Rico, J. Chron. Dis., 27 (1974) 329—344.
775 Ardlie, N.G. and Schwartz, C.J., A comparison of the organization and fate of autologous pulmonary emboli and of artificial plasma thrombi in the anterior chamber of the eye, in normocholesterol-aemic rabbits, J. Path. Bacteriol., 95 (1968) 1—18.
776 Ardlie, N.G. and Schwartz, C.J., The organization and fate of autologous pulmonary emboli in hyper-cholesterolaemic rabbits, J. Path. Bact., 95 (1968) 19—29.
777 Sumiyoshi, A., More, Rh. and Weigensberg, B.I., Aortic fibrofatty type atherosclerosis from throm-bus in normolipidemic rabbits, Atherosclerosis, 18 (1973) 43—57.
778 Moore, S., Thromboatherosclerosis in normolipemic rabbits — A result of continued endothelial damage, Lab. Invest., 29 (1973) 478—487.
779 Lough, J. and Moore, S., Endothelial injury induced by thrombin or thrombi, Lab. Invest., 33 (1975) 130—135.
780 Harlan, J., Wall, R.T., Harker, L.A. and Striker, G.E., Neutrophil mediated complement independent endothelial injury by endotoxin, Circulation 57 and 58 (Suppl. II) (1978-79) II-220.
781 Bondjers, G. and Björkerud, S., Arterial repair and atherosclerosis after mechanical injury, Part 3 (Cholesterol accumulation and removal in morphologically defined regions of aortic atherosclerotic lesions in the rabbit), Atherosclerosis, 17 (1973) 85—94.
782 Bierman, E.L. and Ross, R., Aging and atherosclerosis, Atheroscl. Rev., 2 (1977) 79—111.
783 Hessler, J.R., Robertson, A.L. and Chisolm, G.M., LDL-induced cytotoxicity and its inhibition by HDL in human vascular smooth muscle and endothelial cells in culture, Atherosclerosis, 32 (1979) 213—229.
784 Miller, N.E., Induction of low density lipoprotein receptor synthesis by high density lipoprotein in culture of human skin fibroblasts, Biochim. Biophys. Acta, 529 (1978) 131—137.
785 Adams, C.W.M. and Abdulla, Y.H., The action of human high density lipoprotein on cholesterol crystals, Atherosclerosis, 31 (1978) 465—471.
786 Abdulla, Y.H. and Adams, C.W.M., The action of human high density lipoprotein on cholesterol crystals, Part 2 (Biochemical observation), Atherosclerosis, 31 (1978) 473—480.
787 Halloran, G., Schwartz, C.C. and Vlahcevic, Z.R., Evidence for high-density lipoprotein-free choles-terol as the primary precursor for bile-acid synthesis in man, Surgery, 84 (1978) 1—7.
788 Schwartz, C.C., Halloran, L.G. and Vlahcevic, Z.R., Preferential utilization of free cholesterol from high-density lipoproteins for biliary cholesterol secretion in man, Science, 200 (1978) 62—64.
789 Enger, S.C., Herbjornsen, D., Erikssen, J. and Fretaland, A., High density lipoproteins (HDL) and physical activity — The influence of physical exercise, age and smoking on HDL-cholesterol and the HDL/total cholesterol ratio, Scand. J. Clin. Lab. Invest., 37 (1977) 251—255.
790 Lehtonen, A. and Viikari, J., Serum triglycerides and cholesterol and serum high density lipoprotein cholesterol in highly physically active men, Acta Med. Scand., 204 (1978) 111—114.
791 Wood, P.D. and Haskell, W.L., The effect of exercise on plasma high density lipoproteins, Lipids, 14 (1979) 417—427.

792 Hartung, G.H., Foreyt, J.P., Mitchell, R.E., Vlasek, I. and Gotto, A.M., Relationships among cardiorespiratory fitness, regular physical activity, and plasma lipids in young adults, Metabolism, 28 (1979) 771—776.

792a Hartung, G.H., Foreyt, J.P., Mitchell, R.E., Vlasek, I. and Gotto, A.M., Relation of diet to high-density-lipoprotein cholesterol in middle-aged marathon runners, joggers, and inactive men, N. Engl. J. Med., 302 (1980) 357—361.

793 Adner, M.M. and Castelli, W.P., Elevated high-density lipoprotein levels in marathon runners, J. Amer. Med. Ass., 243 (1980) 534—536

794 Lopez, S.A., Stone, M.H., Johnson, C. and Bell, L., Effect of resistive training on serum lipids and lipoprotein of middle age sedentary men, Amer. J. Clin. Nutr., 33 (1980) 938.

795 Williams, R.S., Logue, E.E., Lewis, J.L., Barton, T., Stead, N.W., Wallace, A.G. and Pizzo, S.V., Physical conditioning augments the fibrinolytic response to venous occlusion in healthy adults, N. Engl. J. Med., 302 (1980) 987—991.

796 Froelicher, V., Battler, A. and McKirnan, M.D., Physical activity and coronary heart disease, Cardiology, 65 (1980) 153—190.

797 Bates, S.R., Accumulation and loss of cholesterol esters in monkey arterial smooth muscle cells exposed to normal and hyperlipemic serum lipoproteins. Atherosclerosis, 32 (1979) 165—176.

798 Bellet, S., Fleischmann, D., Roman, L. and DeGuzman, N., The effect of cigarette smoke inhalation on the ventricular fibrillation threshold, Circulation, 41, 42 (Suppl. III) (1970) III—135.

799 DeBias, D.A., Banerjee, C.M., Birhead, N.C., Greene, C.H., Scott, S.D. and Harrer, W.V., Effects of carbon monoxide inhalation on ventricular fibrillation, Arch. Environm. Hlth., 31 (1976) 38—42.

800 Aronow, W.S., Stemmer, E.A. and Zweig, S., Carbon monoxide and ventricular fibrillation threshold in normal dogs, Arch. Environm. Hlth., 34 (1979) 184—186.

801 Minick, C.R., Immunologic artery injury in atherogenesis, Ann. N.Y. Acad. Sci., 275 (1976) 210—227.

802 Alonso, D., Starek, R.K. and Minick, C.R., Studies on the pathogenesis of atheroarteriosclerosis induced in rabbit cardiac allografts by the synergy of graft rejection and hypercholesterolemia, Amer. J. Path., 87 (1977) 415—436.

803 McCully, K.S. and Wilson, R.B., Homocystein theory of arteriosclerosis, Arteriosclerosis, 22 (1975) 215—227.

804 Wissler, R.W., Current status of regression studies, Atheroscl. Rev., 3 (1978) 147—168.

805 Kannel, W.B., Castelli, W.P. and McNamara, P.M., Cigarette smoking and risk of coronary heart disease. Epidemiologic clues to pathogenesis — The Framingham Study, NCI Monograph No. 28.

806 Schettler, G., Nussel, E. and Buchholz, L., Epidemiological research in Western Europe, Atheroscl. Rev., 3 (1978) 201—211.

807 Majno, G. and Joris, I., Endothelium 1977 — A review, Adv. Exp. Med. Biol., 104 (1978) 169—225.

808 Scarpelli, P.T., Boccuni, M., Rizzo, M. and Pieri, A., Is microangiopathy specific for diabetes mellitus? Diabetologia, 5 (1969) 55.

809 Jenkins, C.D., Zyzanski, S.J. and Rosenman, R.H., Risk of new MI in middle-aged men with manifest coronary heart disease, Circulation, 53 (1976) 342—347.

810 Calwell, J.A., Sagel, J., Crook, L., Changers, A. and Laimins, M., Correlation of platelet aggregation, plasma factor activity, and megathrombocytes in diabetic subjects with and without vascular disease, Metabolism, 26 (1977) 279—285.

811 Cornfield, J. and Detre, K., Selection on atherosclerosis as an explanation of the attenuated cholesterol-mortality relation in coronary heart disease populations, Amer. J. Epidemiol., 110 (1979) 716—723.

812 Braunwald, E., Protection of the ischemic myocardium, Harvey Lectures, 71 (1976) 247—282.

813 Braunwald, E., Coronary spasm and acute myocardial infarction — New possibility for treatment and prevention, N. Engl. J. Med., 299 (1978) 1301—1303.

814 Braunwald, E., Treatment of the patient after myocardial infarction — The last decade and the next, N. Engl. J. Med., 302 (1980) 290—293.

815 Paoletti, R., Ghiselli, G.C., Fumagalli, R. and Sirtori, C.R., New advances in antiatherogenic drugs. In: L.A. Carlson, R. Paoletti, C.R. Sirtori, et al. (Eds.), International Conference on Atherosclerosis, New York, Raven Press, 1978, pp. 29—34.

816 Krasno, L.R. and Kedera, G.J., Clofibrate in coronary heart disease — Effect on morbidity and mortality, J. Amer. Med. Ass., 219 (1972) 845—851.

817 Cornfield, J., Selected risk factors in coronary disease — Possible intervention effects, Arch. Environm. Hlth., 19 (1969) 382—394.

818 Albert, E.N., Kassira, W.N., Muesing, R. and Vahouny, G.V., Pyridinolcarbamate and experimental atherosclerosis — Correlation of hypocholesterolemic and antiatherogenic effects, Atherosclerosis, 31 (1978) 205—215.

819 Shimamoto, T., Prevention and enhancement of regression of human atherosclerosis by modifying local factors, Atheroscler. Rev., 2 (1977) 233—251.

820 Cooper, E.E. and Michel, A.M., Colestipol therapy of hyperlipidemia in man, Proc. Soc. Exp. Biol. Med., 147 (1974) 694—697.

821 Elwood, P.C. and Sweetnam, P.M., Aspirin and secondary mortality after myocardial infarction, Lancet, ii (1979) 1313—1315.

822 Sinzinger, H., Feigl, W. and Silberbauer, K., Prostacyclin generation in atherosclerotic arteries, Lancet, ii (1979) 469.

823 Harter, H.R., Burch, J.W., Majerus, P.W., Stanford, N., Delmez, J.A., Anderson, C.B. and Weerts, C.A., Prevention of thrombosis in patients on hemodialysis by low-dose aspirin, N. Engl. J. Med., 301 (1979) 577—579.

824 Weiss, H.J., Platelets and ischemic heart disease, N. Engl. J. Med., 302 (1980) 225—226.

825 The Anturane Reinfarction Trial Research Group, Sulfinpyrazone in the prevention of sudden death after myocardial infarction, N. Engl. J. Med., 302 (1980) 250—256.

826 Byington, R., Dyer, A.R., Garside, D., Liu, K., Moss, D., Stamler, J. and Tsong, Y., Recent trends of major coronary risk factors and CHD mortality in the United States and other industrialized countries. In: Proceedings of the Conference on the Decline in Coronary Heart Disease Mortality (NIH Publication No. 79-1610), 1979, pp. 340—380.

827 Böttiger, L.-E. and Carlson, L.A., Risk factors for ischaemic vascular death for men in the Stockholm Prospective Study, Atherosclerosis, 36 (1980) 389—408.

828 Garcia-Palmeri, M.R., Sorlie, P., Tillotson, J., et al., Relationship of dietary intake to subsequent coronary heart disease incidence — The Puerto Rico Heart Health Program, Amer. J. Clin. Nutr., 33 (1980) 1818—1827.