UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

v.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336 DWF/RLE

**DEFENDANTS' MOTION TO VACATE DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

**ORAL ARGUMENT REQUESTED**

## MOTION

Defendants Philip Morris USA, Inc., R.J. Reynolds Tobacco Company, Brown and Williamson Tobacco Corporation, B.A.T. Industries, P.L.C., British-American Tobacco Company Limited, B.A.T. (U.K. and Exports) Limited, Lorillard Tobacco Company, Liggett Group Inc., The Council for Tobacco Research – U.S.A. Inc., and The Tobacco Institute, Inc., move this Court, pursuant to Fed. R. Civ. P. 16(b), for an Order vacating Defendants' expert disclosure deadline.

This motion is based upon all the files and proceedings herein, including the Memorandum of Law and affidavit filed with this motion and the arguments of counsel and Plaintiff pro se.

Respectfully submitted,

RIDER BENNETT, LLP

By **s/ Michael R. Docherty**

Dated: June 3, 2004

Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8930

**Attorneys for Defendant Lorillard Tobacco Company**

and

By s/**Edward Magarian**

Edward Magarian (208796)
Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis MN 55402-1498
(612) 340-2600

**Attorneys for Philip Morris USA Inc.**

and

Robert V. Atmore (003438)
Lindquist & Vennum P.L.L.P.
80 S 8th St Ste 4200
Minneapolis MN 55402-2205
(612) 371-3211

**Attorneys for Liggett Group, Inc.**

and

Jack M. Fribley (31999)
Faegre & Benson LLP
2200 Norwest Ctr
90 S 7th St
Minneapolis MN 55402-3901
(612) 766-7000

**Attorneys for Brown & Williamson Tobacco**

and

Christopher V. Cotton (*pro hac vice*)

Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
(816) 474-6550

**Attorneys for Philip Morris USA Inc. and Lorillard Tobacco Company**

and

James Simonson (101333)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Ctr
80 S 8th St
Minneapolis MN 55402
(612) 632-3000

**Attorneys for R.J. Reynolds Tobacco Company**