UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

v.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336 DWF/RLE

**DEFENDANTS' NOTICE OF MOTION TO VACATE DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

**ORAL ARGUMENT REQUESTED ON JUNE 17, 2004**

TO: PLAINTIFF JOSEPH EDWIN HARJU, *PRO SE*, 2001 W SUPERIOR ST #212, DULUTH, MINNESOTA 55806.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown and Williamson Tobacco Corporation, Lorillard Tobacco Company and Liggett Group Inc., will bring their motion to vacate Defendants' expert disclosure deadline on for hearing before the Honorable Magistrate Judge Raymond Erickson, 515 West Fifth Street, Duluth, Minnesota 55802, on June 17, 2004, at 11:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

RIDER BENNETT, LLP

By **s/ Michael R. Docherty**

Dated: June 3, 2004

Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8930

**Attorneys for Defendant Lorillard Tobacco Company**

and

By s/**Edward Magarian**

Edward Magarian (208796)
Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis MN 55402-1498
(612) 340-2600

**Attorneys for Philip Morris USA Inc.**

and

Robert V. Atmore (003438)
Lindquist & Vennum P.L.L.P.
80 S 8th St Ste 4200
Minneapolis MN 55402-2205
(612) 371-3211

**Attorneys for Liggett Group, Inc.**

and

Jack M. Fribley (31999)
Faegre & Benson LLP
2200 Norwest Ctr
90 S 7th St
Minneapolis MN 55402-3901
(612) 766-7000

**Attorneys for Brown & Williamson Tobacco**

and

Christopher V. Cotton (*pro hac vice*)

Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
(816) 474-6550

**Attorneys for Philip Morris USA Inc. and Lorillard Tobacco Company**

and

James Simonson (101333)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Ctr
80 S 8th St
Minneapolis MN 55402
(612) 632-3000

**Attorneys for R.J. Reynolds Tobacco Company**