UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>PLAINTIFF,<br><br>v.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,<br><br>DEFENDANTS. | Case No. CV 01-2336 DWF/RLE<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO VACATE DEFENDANTS' EXPERT DISCLOSURE DEADLINE**<br><br>**ORAL ARGUMENT REQUESTED ON JUNE 17, 2004** |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.3, Defendants respectfully request that this Court vacate Defendants' expert witness disclosure deadline of July 1, 2004. In support of their Motion, Defendants state:

1. On December 1, 2003, this Court entered a Pretrial Schedule in this case. See Docket Entry No. 72. In that Pretrial Schedule, this Court set a number of pretrial deadlines and a trial readiness date of December 1, 2004.

2. Pursuant to the Pretrial Schedule, Plaintiff Joseph Harju was required to disclose expert witnesses no later than April 30, 2004. Under the schedule, Defendants' expert witness disclosures are currently due July 1, 2004.

3. To date, Mr. Harju has not made any expert witness disclosures, and his deadline to make those disclosures has expired.

4. As detailed more fully in the Memorandum in Support of Defendants' Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation, expert testimony is required to prove causation in a case such as this, involving complex medical factors. See Willert v. Ortho Pharmaceutical Corp., 995 F. Supp. 979, 983 (D. Minn. 1998) ("Under Minnesota law, 'Where the question involves obscure and abstruse medical factors such that the ordinary layman cannot reasonably possess well-founded knowledge of the matter ... there must be expert testimony that the thing alleged to have caused the result not only might have done so, but in fact did cause it.'").

5. Because Mr. Harju has not made any expert witness disclosures, Mr. Harju will not be able to satisfy his burden of proof on the issue of causation. Further, Defendants have no experts to respond to by July 1. Indeed, Plaintiff's failure to identify experts makes it difficult for Defendants to identify what experts to use, or even to identify specific fields of expertise that might be required in this case. Accordingly, the July 1, 2004 disclosure deadline should be vacated.

6. Defendants believe that vacating the July 1, 2004 expert witness disclosure deadline will help facilitate the "just, speedy, and inexpensive determination" of this action. See generally Fed. R. Civ. P. 1 (scope and purpose of rules).

WHEREFORE, Defendants respectfully request that the Court vacate Defendants' July 1, 2004 expert witness disclosure deadline.

Respectfully submitted,

RIDER BENNETT, LLP

By **s/ Michael R. Docherty**

Dated: June 3, 2004

Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8930

**Attorneys for Defendant Lorillard Tobacco Company**

and

By s/**Edward Magarian**

Edward Magarian (208796)
Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis MN 55402-1498
(612) 340-2600

**Attorneys for Philip Morris USA Inc.**

and

Robert V. Atmore (003438)
Lindquist & Vennum P.L.L.P.
80 S 8th St Ste 4200
Minneapolis MN 55402-2205
(612) 371-3211

**Attorneys for Liggett Group, Inc.**

and

Jack M. Fribley (31999)
Faegre & Benson LLP
2200 Norwest Ctr
90 S 7th St
Minneapolis MN 55402-3901
(612) 766-7000

**Attorneys for Brown & Williamson Tobacco**

and

Christopher V. Cotton (*pro hac vice*)
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
(816) 474-6550

**Attorneys for Philip Morris USA Inc. and Lorillard Tobacco Company**

and

James Simonson (101333)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Ctr
80 S 8th St
Minneapolis MN 55402
(612) 632-3000

**Attorneys for R.J. Reynolds Tobacco Company**

1131285-1