UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>PLAINTIFF,<br><br>v.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,<br><br>DEFENDANTS. | Case No. CV 01-2336 DWF/RLE<br><br>**AFFIDAVIT OF MICHAEL R. DOCHERTY IN SUPPORT OF DEFENDANTS' MOTION TO VACATE DEFENDANTS' EXPERT DISCLOSURE DEADLINE** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

1. I am an attorney at the law firm of Rider Bennett, L.L.P. and am one of the attorneys representing Lorillard Tobacco Company in the above-captioned matter. I make this affidavit in support of Defendants' Motion to Vacate Defendants' Expert Disclosure Deadline.

2. On December 1, 2003, this Court entered a Pretrial Schedule in this case. See Docket Entry No. 72. In that Pretrial Schedule, this Court set a number of pretrial deadlines and a trial readiness date of December 1, 2004.

3. Pursuant to the Pretrial Schedule, Plaintiff Joseph Harju was required to disclose expert witnesses no later than April 30, 2004. Under the schedule, Defendants' expert witness disclosures are currently due July 1, 2004.

4. To date, Mr. Harju has not made any expert witness disclosures, and his deadline to make those disclosures has expired.

FURTHER YOUR AFFIANT SAYETH NOT.

By **s/ Michael R. Docherty**

Michael R. Docherty