**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on June 3, 2004, I caused the following documents:

- Defendants' Notice of Motion to Vacate Defendants' Expert Disclosure Deadline
- Defendants' Motion to Vacate Defendants' Expert Disclosure Deadline
- Affidavit of Michael R. Docherty in Support of Defendants' Motion to Vacate Defendants' Expert Disclosure Deadline
- Memorandum in Support of Defendants' Motion to Vacate Defendants' Expert Disclosure Deadline
- Proposed Order
- Defendants Notice of Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation
- Defendants' Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation
- Memorandum in Support of Defendants' Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation
- Affidavit of Michael R. Docherty in Support of Defendants' Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation
- Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Robert V Atmore**
- **Michael R Docherty**
- **Jack Michael Fribley**
- **Bridget N Kearns**
- **Edward Brian Magarian**
- **Reuben A Mjaanes**
- **Robert S Pierce**
- **James S Simonson**
- **Joann A Waters**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Raymond Erickson

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Magistrate Judge Raymond Erickson
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

Dated: June 3, 2004

**s/ Michael R. Docherty**
Michael R. Docherty (16690X)