# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Joseph Edwin Harju,

Plaintiff,

v.

Philip Morris USA Inc., RJ Reynolds Tobacco Company, Brown and Williamson Tobacco Corporation, B.A.T. Industries P.L.C.,, British-American Tobacco Company Limited, B.A.T. (U.K. and Exports) Limited, Lorillard Tobacco Company,Liggett Group Inc.,

Defendants.

## COURT MINUTES

BEFORE: Raymond L Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2336 |
| Date: | June 17, 2004 |
| Court Reporter: | N/A |
| Tape Number: | 04-28 |
| Time Commenced: | 11:00 am |
| Time Concluded: | 11:15 am |
| Time in Court: | 0 Hours & 15 Minutes |

## APPEARANCES:

Plaintiff: Joseph Edwin Harju, pro se, for Joseph Edwin Harju

Defendants: Edward B Magarian for Philip Morris USA Inc. (“Philip Morris”); James S Simonson for RJ Reynolds Tobacco Company (“RJ Reynolds”); Patricia Stemich for Brown and Williamson Tobacco Corporation; Michael R Docherty for B.A.T. Industries P.L.C., British-American Tobacco Company Limited, B.A.T. (U.K. and Exports) Limited, and Lorillard Tobacco Company (“Lorrilard”); Robert V Atmore for Liggett Group Inc.; Christopher V Cotton for Philip Morris and Lorillard; and Joann A Waters for RJ Reynolds.

Interpreter / Language: N/A

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: June 17, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/tjh
Signature of law clerk