UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Edwin Harju, Civil File No. 01-2336 (DWF/RLE)

Plaintiff,

v.

Philip Morris, et. al.,

Defendants.

**STIPULATION REGARDING PLAINTIFF'S SERVICE OF PAPERS RELATING TO DISCOVERY AND MOTIONS ON DEFENDANTS**

The undersigned Plaintiff and Defendants hereby stipulate as follows:

1. Plaintiff Joseph Edwin Harju has requested that counsel for Defendants agree to a new procedure for the service of papers relating to discovery and motions in this case. In particular, Plaintiff has requested that counsel for Defendants agree that Plaintiff need only serve one designated defense counsel with those materials.

2. Counsel for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, and Liggett Group Inc. (collectively "Defendants") are willing to appoint one designated defense counsel ("liaison counsel") that Plaintiff may serve with papers relating to discovery and motions in this case.

3. The liaison counsel will in turn distribute papers to the other Defendants who are parties to this Stipulation. In order to allow full response times to discovery and pleadings, Defendants agree to this request on the condition that each receive three extra days to respond to the papers. This will allow sufficient time to properly distribute any appears to the Defendants.

4. Counsel for Philip Morris USA Inc. will serve as liaison counsel at this time. Plaintiff may address any service to Ed Magarian at Dorsey & Whitney LLP. The papers will then be properly distributed to the Defendants.

5. This Stipulation is made with the understanding that liaison counsel will only copy and deliver any papers from Plaintiff "as is." Liaison counsel will not modify or alter the papers in any manner.

6. Counsel for Defendants reserve the right to terminate this Stipulation at a later time, effective upon the expiration of 30 days advanced written notice from any of them to Plaintiff.

7. This Stipulation in no way affects Plaintiff's obligations to file and/or serve appropriate papers upon the Court.

Dated:______________________

By: __s/ Joseph Edwin Harju_________
Joseph Edwin Harju
2001 West Superior Street, Apt. 212
Duluth, MN 55806

Plaintiff Pro Se

Dated:______________________

DORSEY & WHITNEY LLP

By:__s/ Edward B. Magarian__________
Edward B. Magarian (#208796)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Philip Morris USA Inc.

Dated:______________________

FAEGRE & BENSON LLP

By:__s/ Jack M. Fribley_______________
Jack M. Fribley
Suite 2200, 90 South 7th Street
Minneapolis, MN 55401-3901
Telephone: (612) 766-7000

Attorneys for Defendant
Brown & Williamson Tobacco Corp.

GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

Dated:______________________

By:__s/ James S. Simonson____________
James S. Simonson
500 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000

Attorneys for Defendant
R.J. Reynolds Tobacco Co.

RIDER BENNETT, LLP

Dated:_____________________

By:__s/ Michael Docherty________
Michael Docherty
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-8900

Attorneys for Defendant
Lorillard Tobacco Co.

LINDQUIST & VENNUM, PLLP

Dated:_____________________

By:__s/ Robert Atmore__________
Robert Atmore
Marnie DeWall
4200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Attorneys for Defendant
Liggett Group Inc.