IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2004, I caused the following documents:

STIPULATION REGARDING PLAINTIFF'S SERVICE OF PAPERS RELATING TO DISCOVERY AND MOTIONS ON DEFENDANTS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert V Atmore
Michael R Docherty
Jack Michael Fribley
Bridget N Kearns
Edward Brian Magarian
Reuben A Mjaanes
Robert S Pierce
James S Simonson
Joann A Waters

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

Chad M Oldfather
OCU School of Law
2501 N Blackwelder
Oklahoma City, OK 73106

Benjamin S Shivel
Not Admitted

Dated: June 22, 2004

/s Edward B. Magarian
Edward B. Magarian