UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Edwin Harju,

Plaintiff,

v.

Philip Morris, Inc., et al.,

Defendants.

Civil File No. CV 01-2336 (DWF/RLE)

**ORDER REGARDING PLAINTIFF'S SERVICE OF PAPERS RELATING TO DISCOVERY AND MOTIONS ON DEFENDANTS**

WHEREAS, Plaintiff and Defendants have entered into a stipulation as follows:

1. Plaintiff Joseph Edwin Harju has requested that counsel for Defendants agree to a new procedure for the service of papers relating to discovery and motions in this case. In particular, Plaintiff has requested that counsel for Defendants agree that Plaintiff need only serve one designated defense counsel with those materials.

2. Counsel for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, and Liggett Group Inc. (collectively "Defendants") are willing to appoint one designated defense counsel ("liaison counsel") that Plaintiff may serve with papers relating to discovery and motions in this case.

3. The liaison counsel will in turn distribute papers to the other Defendants who are parties to this Stipulation. In order to allow full response times to discovery and pleadings, Defendants agree to this request on the condition that each receive three extra days to respond to the papers. This will allow sufficient time to properly distribute any papers to the Defendants.

4. Counsel for Philip Morris USA Inc. will serve as liaison counsel at this time. Plaintiff may address any service to Ed Magarian at Dorsey & Whitney LLP. The papers will then be properly distributed to the Defendants.

5. This Stipulation is made with the understanding that liaison counsel will only copy and deliver any papers from Plaintiff "as is." Liaison counsel will not modify or alter the papers in any manner.

6. Counsel for Defendants reserve the right to terminate this Stipulation at a later time, effective upon the expiration of 30 days advanced written notice from any of them to Plaintiff.

7. This Stipulation in no way affects Plaintiff's obligations to file and/or serve appropriate papers upon the Court.

Based upon the Stipulation of the parties, IT IS SO ORDERED.

Dated: June 23, 2004

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge