UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Edwin Harju, Civil File No. CV 01-2336 (DWF/RLE)

Plaintiff,

v. **ORDER**

Philip Morris, Inc., et al.,

Defendants.

WHEREAS, Defendants Philip Morris, R.J. Reynolds and Brown & Williamson filed an emergency motion to prevent the destruction of documents.

WHEREAS, Defendants subpoenaed Plaintiff's brother in Michigan who has custody of documents owned by Plaintiff in the State of Michigan.

WHEREAS, Defendants began their document review in Michigan of those documents on May 10, 2004.

WHEREAS, Defendants served a second subpoena thereafter and recommended the document review on June 24, 2004.

WHEREAS, Defendants were given an original letter that Plaintiff wrote to his brother dated June 10, 2004, shortly after Plaintiff learned that Defendants would be returning to review those documents.

WHEREAS, Plaintiff directed in that letter that his brother destroy the documents before Defendants arrived to inspect them. Plaintiff's brother did not do that, but did ask Defendants to place the documents in garbage bags after the review.

WHEREAS, pending completion of this lawsuit, said documents should be preserved.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Defendants' emergency motion for the preservation of evidence is hereby GRANTED.

2. Plaintiff is hereby order to preserve all documents in his possession, custody, or control, that refer or relate to Plaintiffs' claims here, including, but not limited to, documents in the possession of Plaintiff's brother Thomas Harju.

Dated: June 25, 2004

s/Donovan W. Frank
The Honorable Donovan Frank