UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

vs.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336

**EMERGENCY MOTION IN SUPPORT OF MEMORANDUM TO PRESERVE EVIDENCE**

Defendants hereby move this Court on an emergency basis for an Order to preserve evidence.

This Motion is based upon Defendants' Memorandum in Support of Emergency Motion, the exhibits attached hereto and proposed Order.

Dated:________________________

DORSEY & WHITNEY LLP

By:_____s/ Edward B. Magarian______
Edward B. Magarian (#208796)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7873

ATTORNEYS FOR PHILIP MORRIS USA INC.