UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>PLAINTIFF,<br><br>vs.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,<br><br>DEFENDANTS. | Case No. CV 01-2336<br><br>**NOTICE OF EMERGENCY MOTION IN SUPPORT OF MEMORANDUM TO PRESERVE EVIDENCE** |

TO: Joseph Edwin Harju, 2001 West Superior Street, Apt. 212, Duluth, Minnesota 55806:

PLEASE TAKE NOTICE that Defendants have filed an emergency Motion for the preservation of evidence.

This Motion is based upon Defendants' Memorandum in Support of Emergency Motion, the exhibits attached hereto and proposed Order.

Dated:________________________

DORSEY & WHITNEY LLP

By:______s/ Edward B. Magarian____
Edward B. Magarian (#208796)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7873

ATTORNEYS FOR PHILIP MORRIS USA INC.