UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

vs.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336

**MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO PRESERVE EVIDENCE**

COME NOW the Defendants in support of their Emergency Motion for an Order to Preserve Evidence and state:

1. On April 30, 2004, defendants served a subpoena for the production of certain documents on Thomas Harju, the brother of plaintiff Joseph Harju. See Exh. B. A copy of that subpoena was mailed to plaintiff Joseph Harju. On May 11, 2004, Thomas Harju produced documents responsive to that subpoena, including, among others, handwritten notes authored by Joseph Harju regarding the injuries at issue in this case and a notarized letter from plaintiff to the Social Security Administration. Those documents were cited by defendants in support of their motion for summary judgment, which is currently pending before this Court.

2. On June 9, 2004, defendants personally served a second subpoena on Thomas Harju, seeking additional documents. See Exh. C. A copy of the second subpoena was mailed to plaintiff Joseph Harju on or about June 4, 2004.

3. On June 10, 2004, six days after the second subpoena was mailed to plaintiff Joseph Harju, plaintiff sent a letter to his brother in which plaintiff directed his brother to "get rid of that stuff" plaintiff had left with his brother since 1999. See June 10, 2004 Letter from Joseph Harju. See Exh. A. Plaintiff went on to direct his brother to "only save the stuff that [plaintiff] sent to [his brother] after 2000." See id. Plaintiff ordered his brother, though, to "[g]et rid of the rest of my junk right away!" See id. Plaintiff explained: "I don't want those Big Tobacco Buzzards to have any more of my property." See id. (emphasis added).

4. Joseph Harju further instructed his brother not to save the June 10 letter. See id.

5. Defense counsel first learned of Joseph Harju's June 10, 2004 letter on June 24, 2004, when Thomas Harju mentioned the letter to defense counsel that had traveled to Michigan to review the documents responsive to the second subpoena. During a conversation with defense counsel, Thomas Harju indicated that plaintiff had advised him to throw away the documents immediately. Thomas Harju said he did not want the documents and defense counsel could have the documents. During a subsequent conversation, Thomas Harju indicated that, if defense counsel needed to return the documents to him, he would like defense counsel to return the documents in plastic trash bags placed by the curb for the trash collectors to take. Thomas Harju said otherwise it would cost him $20.00 to dispose of the documents at the dump. Later that day, Thomas Harju's wife (Donna Harju) provided the June 10 letter to the defense counsel.

6. Thomas Harju has approximately twenty-five boxes of documents sent to him over the years by his brother, plaintiff Joseph Harju. On June 24-25, 2004, defense counsel

reviewed documents that appeared responsive to the subpoena and retained some of those documents. The remaining documents – amounting to approximately twenty-five boxes – remain in the possession of Thomas Harju.

WHEREFORE, Defendants request that this Court entered an Order:

(a) directing plaintiff to preserve all documents, in his possession, custody, or control, that refer or relate to plaintiffs' claims here, including, but not limited to, documents in the possession of plaintiff's brother Thomas Harju.

(b) providing other relief as the Court sees fit.

WHEREFORE, Defendants also reserve their right to separately move for sanctions pursuant to Federal Rule of Civil Procedure 11.

Dated:______________________

DORSEY & WHITNEY LLP

By:_____s/ Edward B. Magarian__________
Edward B. Magarian (#208796)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7873

ATTORNEYS FOR PHILIP MORRIS USA INC.