IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CERTIFICATE OF SERVICE**
**OF DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on June 25, 2004, I caused the following documents:

Defendants' Notice, Motion, Memorandum and Proposed Order to Preserve Evidence

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert V Atmore
Michael R Docherty
Jack Michael Fribley
Bridget N Kearns
Edward Brian Magarian
Reuben A Mjaanes
Robert S Pierce
James S Simonson
Joann A Waters

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge reviewing the Stipulation:

The Honorable Raymond Erickson
raymonderickson_chambers@mnd.uscourts.gov

I further certify that on June 25, 2004, I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

Robert V Atmore - ratmore@lindquist.com
Michael R Docherty - mrdocherty@riderlaw.com
Jack Michael Fribley - jfribley@faegre.com
Bridget N Kearns - bridget.kearns@pubdef.state.mn.us
Reuben A Mjaanes - rmjaanes@lindquist.com
Robert S Pierce - rpierce@wcsr.com
James S Simonson - james.simonson@gpmlaw.com
Joann A Waters - jwaters@wcsr.com
Christopher V Cotton - ccotton@shb.com

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

Dated: June 25, 2004

___s/ Edward B. Magarian_____
Edward B. Magarian