UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Edwin Harju, Plaintiff, | Case No. CV 01-2336 (DWF/RLE) |
| vs. | **PLAINTIFF'S ATTACHMENT IN SUPPORT HEREOF** |
| Philip Morris USA Inc.; R.J. Reynolds Tobacco Company; Brown And Williamson Tobacco Corporation; B.A.T. Industries P.L.C.; British-American Tobacco Company Limited; B.A.T. (U.K. And Exports) Limited; Lorillard Tobacco Company; Liggett Group Inc.; The Council For Tobacco Research-U.S.A. Inc.; And The Tobacco Institute, Inc., Defendants. | ( Chapter One of the U.S. Surgeon General's Report And Citation ) |

U. S. SURGEON GENERAL'S REPORT, CHAPTER ONE, 2004

SCANNED
JUN 30 2004
DISTRICT COURT DULUTH

**National Library of Medicine Cataloging in Publication**

The health consequences of smoking: a report of the Surgeon General.
[Atlanta, Ga.]: Dept. of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health; Washington, D.C.: For sale by the Supt. of Docs., U.S. G.P.O., 2004.

1. Smoking – adverse effects. 2. Tobacco Use Disorder – complications.
I. United States. Public Health Service. Office of the Surgeon General.
II. United States. Office on Smoking and Health.

O2NLM: QV 137 H4347 2004

Centers for Disease Control and Prevention
National Center for Chronic Disease Prevention and Health Promotion
Office on Smoking and Health

This publication is available on the World Wide Web at
http://www.surgeongeneral.gov/library

**Suggested Citation**

U.S. Department of Health and Human Services. *The Health Consequences of Smoking: A Report of the Surgeon General.* Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2004.

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. ISBN 0-16-051576-2

Use of trade names is for identification only and does not constitute endorsement by the Department of Health and Human Services.

- Overview
- Publications Catalog
- Surgeon General's Reports
- Research, Data, and Reports
- How To Quit
- Educational Materials
- New Citations
- Tobacco Control Program Guidelines & Data
- Celebrities Against Smoking
- Sports Initiatives
- Campaigns & Events
- Smoking and Health Database
- Related Links

THE HEALTH CONSEQUENCES OF

SMOKING

A REPORT OF THE SURGEON GENERAL

## Surgeon General's Report 2004 — Chapters

- Contents **(PDF 9 KB)**
- Foreword **(PDF 8 KB)** & Preface **(PDF 9 KB)**
- Chapter 1 **(PDF 83 KB)**
- Chapter 2 **(PDF 850 KB)**
- Chapter 3 **(PDF 152 KB)**
- Chapter 4 **(PDF 384 KB)**
- Chapter 5 **(PDF 188 KB)**
- Chapter 6 **(PDF 554 KB)**
- Chapter 7 **(PDF 123 KB)**
- Chapter 8 **(PDF 26 KB)**
- Acknowledgements **(PDF 23 KB)**
- Abbreviations **(PDF 14 KB)**
- Tables & Figures **(PDF 18 KB)**
- Index **(PDF 83 KB)**
- Appendix **(PDF 25 KB)**
- Suggested Citation **(PDF 19 KB)**

SGR 2004 Report

**Ordering Information**

To order print the **Publications Order Form** and select the product(s) you would like to order from the catalog and mail it to

CDC's Office on Smoking and Health
Publications
Mail Stop K-50
4770 Buford Highway, NE
Atlanta, GA 30341-3717

---

One or more documents on this Web page is available in Portable Document Format (PDF). You will need Acrobat Reader (a free application) to view and print these documents.

---

**Privacy Policy | Accessibility**

**TIPS Home | What's New | About Us | Site Map | Contact Us**

**CDC Home | Search | Health Topics A-Z**

This page last reviewed June 07, 2004

United States Department of Health and Human Services
Centers for Disease Control and Prevention
National Center for Chronic Disease Prevention and Health Promotion
Office on Smoking and Health

# The Health Consequences of Smoking

**Chapter 1. Introduction and Approach to Causal Inference** *1*

Introduction *3*
Smoking: Issues in Statistical and Causal Inference *10*
Major Conclusions *25*
Chapter Conclusions *25*
References *31*

**Chapter 2. Cancer** *35*

Introduction *39*
Lung Cancer *42*
Laryngeal Cancer *52*
Oral Cavity and Pharyngeal Cancers *63*
Esophageal Cancer *116*
Pancreatic Cancer *136*
Bladder and Kidney Cancers *166*
Cervical Cancer *167*
Ovarian Cancer *171*
Endometrial Cancer *172*
Stomach Cancer *178*
Colorectal Cancer *208*
Prostate Cancer *250*
Acute Leukemia *252*
Liver Cancer *296*
Adult Brain Cancer *302*
Breast Cancer *303*
Summary *324*
Conclusions *324*
References *326*

**Chapter 3. Cardiovascular Diseases** *361*

Introduction *363*
Conclusions of Previous Surgeon General's Reports *363*
Biologic Basis *364*
Smoking and Subclinical Atherosclerosis *371*
Smoking, Coronary Heart Disease, and Sudden Death *384*
Smoking and Cerebrovascular Disease *393*
Smoking and Abdominal Aortic Aneurysm *396*
Summary *397*
Conclusions *407*
References *408*

**Chapter 4. Respiratory Diseases** *421*

Introduction *423*
Acute Respiratory Illnesses *423*
Chronic Respiratory Diseases *463*

Conclusions *508*
References *510*

**Chapter 5. Reproductive Effects** *525*

Introduction *527*
Conclusions of Previous Surgeon General's Reports *527*
Biologic Basis *532*
Fertility *533*
Pregnancy and Pregnancy Outcomes *550*
Congenital Malformations, Infant Mortality, and Child Physical and Cognitive Development *577*
Conclusions *601*
References *602*

**Chapter 6. Other Effects** *611*

Introduction *615*
Diminished Health Status *615*
Loss of Bone Mass and the Risk of Fractures *698*
Dental Diseases *732*
Erectile Dysfunction *767*
Eye Diseases *777*
Peptic Ulcer Disease *804*
Conclusions *818*
References *820*

**Chapter 7. The Impact of Smoking on Disease and the Benefits of Smoking Reduction** *853*

Overview *855*
Introduction *855*
Current Impact of Smoking *858*
Health Benefits of Reducing Cigarette Smoking *871*
Conclusions *876*
Implications *877*
Appendix 7-1: Estimating the Disease Impact of Smoking in the United States *878*
References *888*

**Chapter 8. A Vision for the Future** *895*

Introduction *897*
Tremendous Progress Since 1964 *897*
The Need for a Sustained Effort *898*
The Need for a Comprehensive Approach *899*
Continuing to Build the Scientific Foundation *899*
Tobacco Control in the New Millennium *901*
References *902*

**Appendix** *905*

**Abbreviations** *911*

**List of Tables and Figures** *915*

**Index** *921*

# Foreword

This new report of the Surgeon General on the health effects of smoking provides a startling picture of the damage to health caused by tobacco use. Smoking injures almost all bodily organs, and tragically this injury often leads to incurable disease and death. The comprehensive review process that is the foundation of this series of reports has found new causal associations of smoking with disease, reemphasizing the need for continued monitoring of scientific evidence on the health effects of smoking. This report also addresses changes in the cigarette and whether these changes present increased risks to smokers.

With this latest report, the format has been updated. The core of previous reports has always been the evaluation of the evidence, with general summaries of the evidence relevant to a particular disease or an adverse effect presented in various tables. These tables have been the basis for assessing the scope and consistency of the evidence and for assessing the presence of critical indicators of causality, including the findings of a dose-response relationship and a decline in risk following cessation. The printed format of these tables is supplemented with a new and dynamic database that includes the results of key studies in a format accessible through the World Wide Web, enabling readers to access additional tables and figures. The Office on Smoking and Health at the Centers for Disease Control and Prevention will maintain the database, selectively adding new critical studies as they are published. The scope of the literature is so broad that not all studies can be entered, but this new format offers a useful complement to the Smoking and Health Database that is already maintained by the Office on Smoking and Health and is readily available at http://www.cdc.gov/tobacco.

I am grateful to the leadership from the Office on Smoking and Health in preparing this report and to the Surgeon General for his guidance. These reports would not be possible without the contributions of many scientists from throughout the world who wrote and reviewed this volume. These reports remain a cornerstone of our nation's strategy to combat the ongoing epidemic of tobacco-related disease and death.

Julie Louise Gerberding, M.D., M.P.H.
Director
Centers for Disease Control and Prevention
and
Administrator
Agency for Toxic Substances and Disease Registry

# Chapter 1
# Introduction and Approach to Causal Inference

**Introduction** *3*

Preparation of the Report *9*
Organization of the Report *9*

**Smoking: Issues in Statistical and Causal Inference** *10*

Terminology of Conclusions and Causal Claims *17*
Implications of a Causal Conclusion *18*
Judgment in Causal Inference *19*
  Consistency *21*
  Strength of Association *21*
  Specificity *22*
  Temporality *22*
  Coherence, Plausibility, and Analogy *22*
  Biologic Gradient (Dose-Response) *22*
  Experiment *22*
Applying the Causal Criteria *23*
Statistical Testing and Causal Inference *23*
Conclusions *24*

**Major Conclusions** *25*

**Chapter Conclusions** *25*

Chapter 2. Cancer *25*
  Lung Cancer *25*
  Laryngeal Cancer *25*
  Oral Cavity and Pharyngeal Cancers *25*
  Esophageal Cancer *26*
  Pancreatic Cancer *26*
  Bladder and Kidney Cancers *26*
  Cervical Cancer *26*
  Ovarian Cancer *26*
  Endometrial Cancer *26*
  Stomach Cancer *26*
  Colorectal Cancer *26*
  Prostate Cancer *26*
  Acute Leukemia *26*
  Liver Cancer *26*
  Adult Brain Cancer *26*
  Breast Cancer *26*
Chapter 3. Cardiovascular Diseases *26*
  Smoking and Subclinical Atherosclerosis *26*
  Smoking and Coronary Heart Disease *27*
  Smoking and Cerebrovascular Disease *27*
  Smoking and Abdominal Aortic Aneurysm *27*

Chapter 4. Respiratory Diseases *27*
- Acute Respiratory Illnesses *27*
- Chronic Respiratory Diseases *27*

Chapter 5. Reproductive Effects *28*
- Fertility *28*
- Pregnancy and Pregnancy Outcomes *28*
- Congenital Malformations, Infant Mortality, and Child Physical and Cognitive Development *28*

Chapter 6. Other Effects *29*
- Diminished Health Status *29*
- Loss of Bone Mass and the Risk of Fractures *29*
- Dental Diseases *29*
- Erectile Dysfunction *29*
- Eye Diseases *29*
- Peptic Ulcer Disease *29*

Chapter 7. The Impact of Smoking on Disease and the Benefits of Smoking Reduction *30*

**References** *31*

# Introduction

This report of the Surgeon General on the health effects of smoking returns to the topic of active smoking and disease, the focus of the first Surgeon General's report published in 1964 (U.S. Department of Health, Education, and Welfare [USDHEW] 1964). The first report established a model of comprehensive evidence evaluation for the 27 reports that have followed: for those on the adverse health effects of smoking, the evidence has been evaluated using guidelines for assessing causality of smoking with disease. Using this model, every report on health has found that smoking causes many diseases and other adverse effects. Repeatedly, the reports have concluded that smoking is the single greatest cause of avoidable morbidity and mortality in the United States.

Of the Surgeon General's reports published since 1964, only a few have comprehensively documented and updated the evidence on active smoking and disease. The 1979 report (USDHEW 1979) provided a broad array of information, and the 1990 report on smoking cessation (U.S. Department of Health and Human Services [USDHHS] 1990) also investigated major diseases caused by smoking. Other volumes published during the 1980s focused on specific groups of diseases caused by smoking (USDHHS 1982, 1983, 1984), and the 2001 report was devoted to women and smoking (USDHHS 2001). Because there has not been a recent systematic review of the full sweep of the evidence, the topic of active smoking and health was considered an appropriate focus for this latest report. Researchers have continued to identify new adverse effects of active smoking in their ongoing efforts to investigate the health effects of smoking. Lengthy follow-ups are now available for thousands of participants in long-term cohort (follow-up) studies (National Cancer Institute [NCI] 1997).

This report also updates the methodology for evaluating evidence that the 1964 report initiated. Although that model has proved to be effective, this report establishes a uniformity of language concerning causality of associations so as to bring greater specificity to the findings of the report. The following section of this chapter describes the approach and its rationale. Beginning with this report, conclusions concerning causality of association will be placed into one of four categories with regard to strength of the evidence: (1) sufficient to infer a causal relationship, (2) suggestive but not sufficient to infer a causal relationship, (3) inadequate to infer the presence or absence of a causal relationship, or (4) suggestive of no causal relationship.

This approach separates the classification of the evidence concerning causality from the implications of that determination. In particular, the magnitude of the effect in the population, the attributable risk, is considered under "implications" of the causal determination. For example, there might be sufficient evidence to classify smoking as a cause of two diseases but the number of attributable cases would depend on the frequency of the disease in the population and the effects of other causal factors.

This report covers active smoking only. Passive smoking was the focus of the 1986 Surgeon General's report and subsequent reports by other entities (USDHHS 1986; U.S. Environmental Protection Agency [EPA] 1992; California EPA 1997; International Agency for Research on Cancer [IARC] 2002). The health effects of pipes and cigars, also not within the scope of this report, are covered in another report (NCI 1998).

In preparing this report, the literature review approach was necessarily selective. For conditions for which a causal conclusion had been previously reached, there was no attempt to cover all relevant literature, but rather to review the conclusions from previous Surgeon General's reports and focus on important new studies for that topic. The enormous scope of the evidence precludes such detailed reviews. For conditions for which a causal conclusion had not been previously reached, a comprehensive search strategy was developed. Search strategies included reviewing previous Surgeon General's reports on smoking, publications originating from the largest observational studies, and reference lists from important publications; consulting with content experts; and conducting focused literature searches on specific topics. For this report, studies through 2000 were reviewed.

In addition, conclusions from prior reports concerning smoking as a cause of a particular disease have been updated and are presented in this new format based on the evidence evaluated in this report (Table 1.1). Remarkably, this report identifies a substantial number of diseases found to be caused by smoking that were not previously causally associated with smoking: cancers of the stomach, uterine cervix, pancreas, and kidney; acute myeloid leukemia; pneumonia; abdominal aortic aneurysm; cataract; and periodontitis. The report also concludes that smoking generally diminishes the health of smokers.

**Table 1.1 Diseases and other adverse health effects for which smoking is identified as a cause in the current Surgeon General's report**

| Disease | Highest level conclusion from previous Surgeon General's reports (year) | Conclusion from the 2004 Surgeon General's report |
|---|---|---|
| Cancer | | |
| Bladder cancer | "Smoking is a cause of bladder cancer; cessation reduces risk by about 50 percent after only a few years, in comparison with continued smoking." (1990, p. 10) | "The evidence is sufficient to infer a causal relationship between smoking and. . .bladder cancer." |
| Cervical cancer | "Smoking has been consistently associated with an increased risk for cervical cancer." (2001, p. 224) | "The evidence is sufficient to infer a causal relationship between smoking and cervical cancer." |
| Esophageal cancer | "Cigarette smoking is a major cause of esophageal cancer in the United States." (1982, p. 7) | "The evidence is sufficient to infer a causal relationship between smoking and cancers of the esophagus." |
| Kidney cancer | "Cigarette smoking is a contributory factor in the development of kidney cancer in the United States. The term 'contributory factor' by no means excludes the possibility of a causal role for smoking in cancers of this site." (1982, p. 7) | "The evidence is sufficient to infer a causal relationship between smoking and renal cell, [and] renal pelvis. . . cancers." |
| Laryngeal cancer | "Cigarette smoking is causally associated with cancer of the lung, larynx, oral cavity, and esophagus in women as well as in men. . . ." (1980, p. 126) | "The evidence is sufficient to infer a causal relationship between smoking and cancer of the larynx." |
| Leukemia | "Leukemia has recently been implicated as a smoking-related disease. . .but this observation has not been consistent." (1990, p. 176) | "The evidence is sufficient to infer a causal relationship between smoking and acute myeloid leukemia." |
| Lung cancer | "Additional epidemiological, pathological, and experimental data not only confirm the conclusion of the Surgeon General's 1964 Report regarding lung cancer in men but strengthen the causal relationship of smoking to lung cancer in women." (1967, p. 36) | "The evidence is sufficient to infer a causal relationship between smoking and lung cancer." |
| Oral cancer | "Cigarette smoking is a major cause of cancers of the oral cavity in the United States." (1982, p. 6) | "The evidence is sufficient to infer a causal relationship between smoking and cancers of the oral cavity and pharynx." |

Table 1.1 Continued

| Disease | Highest level conclusion from previous Surgeon General's reports (year) | Conclusion from the 2004 Surgeon General's report |
|---|---|---|
| Pancreatic cancer | "Smoking cessation reduces the risk of pancreatic cancer, compared with continued smoking, although this reduction in risk may only be measurable after 10 years of abstinence." (1990, p. 10) | "The evidence is sufficient to infer a causal relationship between smoking and pancreatic cancer." |
| Stomach cancer | "Data on smoking and cancer of the stomach. . .are unclear." (2001, p. 231) | "The evidence is sufficient to infer a causal relationship between smoking and gastric cancers." |
| **Cardiovascular diseases** | | |
| Abdominal aortic aneurysm | "Death from rupture of an atherosclerotic abdominal aneurysm is more common in cigarette smokers than in nonsmokers." (1983, p. 195) | "The evidence is sufficient to infer a causal relationship between smoking and abdominal aortic aneurysm." |
| Atherosclerosis | "Cigarette smoking is the most powerful risk factor predisposing to atherosclerotic peripheral vascular disease." (1983, p. 8) | "The evidence is sufficient to infer a causal relationship between smoking and subclinical atherosclerosis." |
| Cerebrovascular disease | "Cigarette smoking is a major cause of cerebrovascular disease (stroke), the third leading cause of death in the United States." (1989, p. 12) | "The evidence is sufficient to infer a causal relationship between smoking and stroke." |
| Coronary heart disease | "In summary, for the purposes of preventive medicine, it can be concluded that smoking is causally related to coronary heart disease for both men and women in the United States." (1979, p. 1-15) | "The evidence is sufficient to infer a causal relationship between smoking and coronary heart disease." |
| **Respiratory diseases** | | |
| Chronic obstructive pulmonary disease | "Cigarette smoking is the most important of the causes of chronic bronchitis in the United States, and increases the risk of dying from chronic bronchitis." (1964, p. 302) | "The evidence is sufficient to infer a causal relationship between active smoking and chronic obstructive pulmonary disease morbidity and mortality." |
| Pneumonia | "Smoking cessation reduces rates of respiratory symptoms such as cough, sputum production, and wheezing, and respiratory infections such as bronchitis and pneumonia, compared with continued smoking." (1990, p. 11) | "The evidence is sufficient to infer a causal relationship between smoking and acute respiratory illnesses, including pneumonia, in persons without underlying smoking-related chronic obstructive lung disease." |

**Table 1.1 Continued**

| Disease | Highest level conclusion from previous Surgeon General's reports (year) | Conclusion from the 2004 Surgeon General's report |
|---|---|---|
| Respiratory effects in utero | "In utero exposure to maternal smoking is associated with reduced lung function among infants. . . ." (2001, p. 14) | "The evidence is sufficient to infer a causal relationship between maternal smoking during pregnancy and a reduction of lung function in infants." |
| Respiratory effects in childhood and adolescence | "Cigarette smoking during childhood and adolescence produces significant health problems among young people, including cough and phlegm production, an increased number and severity of respiratory illnesses, decreased physical fitness, an unfavorable lipid profile, and potential retardation in the rate of lung growth and the level of maximum lung function." (1994, p. 41) | "The evidence is sufficient to infer a causal relationship between active smoking and impaired lung growth during childhood and adolescence."<br><br>"The evidence is sufficient to infer a causal relationship between active smoking and the early onset of lung function decline during late adolescence and early adulthood."<br><br>"The evidence is sufficient to infer a causal relationship between active smoking and respiratory symptoms in children and adolescents, including coughing, phlegm, wheezing, and dyspnea."<br><br>"The evidence is sufficient to infer a causal relationship between active smoking and asthma-related symptoms (i.e., wheezing) in childhood and adolescence." |
| Respiratory effects in adulthood | "Cigarette smoking accelerates the age-related decline in lung function that occurs among never smokers. With sustained abstinence from smoking, the rate of decline in pulmonary function among former smokers returns to that of never smokers." (1990, p. 11) | "The evidence is sufficient to infer a causal relationship between active smoking in adulthood and a premature onset of and an accelerated age-related decline in lung function."<br><br>"The evidence is sufficient to infer a causal relationship between sustained cessation from smoking and a return of the rate of decline in pulmonary function to that of persons who had never smoked." |

**Table 1.1 Continued**

| Disease | Highest level conclusion from previous Surgeon General's reports (year) | Conclusion from the 2004 Surgeon General's report |
|---|---|---|
| Other respiratory effects | "Smoking cessation reduces rates of respiratory symptoms such as cough, sputum production, and wheezing, and respiratory infections such as bronchitis and pneumonia, compared with continued smoking." (1990, p. 11) | "The evidence is sufficient to infer a causal relationship between active smoking and all major respiratory symptoms among adults, including coughing, phlegm, wheezing, and dyspnea."<br><br>"The evidence is sufficient to infer a causal relationship between active smoking and poor asthma control." |
| **Reproductive effects** | | |
| Fetal death and stillbirths | "The risk for perinatal mortality—both stillbirth and neonatal deaths—and the risk for sudden infant death syndrome (SIDS) are increased among the offspring of women who smoke during pregnancy." (2001, p. 307) | "The evidence is sufficient to infer a causal relationship between sudden infant death syndrome and maternal smoking during and after pregnancy." |
| Fertility | "Women who smoke have increased risks for conception delay and for both primary and secondary infertility." (2001, p. 307) | "The evidence is sufficient to infer a causal relationship between smoking and reduced fertility in women." |
| Low birth weight | "Infants born to women who smoke during pregnancy have a lower average birth weight. . .than. . .infants born to women who do not smoke." (2001, p. 307) | "The evidence is sufficient to infer a causal relationship between maternal active smoking and fetal growth restriction and low birth weight." |
| Pregnancy complications | "Smoking during pregnancy is associated with increased risks for preterm premature rupture of membranes, abruptio placentae, and placenta previa, and with a modest increase in risk for preterm delivery." (2001, p. 307) | "The evidence is sufficient to infer a casual relationship between maternal active smoking and premature rupture of the membranes, placenta previa, and placental abruption."<br><br>"The evidence is sufficient to infer a causal relationship between maternal active smoking and preterm delivery and shortened gestation." |

**Table 1.1** Continued

| Disease | Highest level conclusion from previous Surgeon General's reports (year) | Conclusion from the 2004 Surgeon General's report |
|---|---|---|
| Other effects | | |
| Cataract | "Women who smoke have an increased risk for cataract." (2001, p. 331) | "The evidence is sufficient to infer a causal relationship between smoking and nuclear cataract." |
| Diminished health status/morbidity | "Relationships between smoking and cough or phlegm are strong and consistent; they have been amply documented and are judged to be causal. . . ." (1984, p. 47)<br><br>"Consideration of evidence from many different studies has led to the conclusion that cigarette smoking is the overwhelmingly most important cause of cough, sputum, chronic bronchitis, and mucus hypersecretion." (1984, p. 48) | "The evidence is sufficient to infer a causal relationship between smoking and diminished health status that may be manifest as increased absenteeism from work and increased use of medical care services."<br><br>"The evidence is sufficient to infer a causal relationship between smoking and increased risks for adverse surgical outcomes related to wound healing and respiratory complications." |
| Hip fractures | "Women who currently smoke have an increased risk for hip fracture compared with women who do not smoke." (2001, p. 321) | "The evidence is sufficient to infer a causal relationship between smoking and hip fractures." |
| Low bone density | "Postmenopausal women who currently smoke have lower bone density than do women who do not smoke." (2001, p. 321) | "In postmenopausal women, the evidence is sufficient to infer a causal relationship between smoking and low bone density." |
| Peptic ulcer disease | "The relationship between cigarette smoking and death rates from peptic ulcer, especially gastric ulcer, is confirmed. In addition, morbidity data suggest a similar relationship exists with the prevalence of reported disease from this cause." (1967, p. 40) | "The evidence is sufficient to infer a causal relationship between smoking and peptic ulcer disease in persons who are *Helicobacter pylori* positive." |

Sources: U.S. Department of Health, Education, and Welfare 1964, 1967, 1979; U.S. Department of Health and Human Services 1980, 1982, 1983, 1984, 1989, 1990, 1994, 2001.

Despite the many prior reports on the topic and the high level of public knowledge in the United States of the adverse effects of smoking in general, tobacco use remains the leading preventable cause of disease and death in the United States, causing approximately 440,000 deaths each year and costing approximately $157 billion in annual health-related economic losses (see Chapter 7, "The Disease Impact of Cigarette Smoking and Benefits of Reducing Smoking"). Nationally, smoking results in more than 5.6 million years of potential life lost each year. Although the rates of smoking continue to decline, an estimated 46.2 million adults in the United States still smoked cigarettes in 2001 (Centers for Disease Control and Prevention [CDC] 2003). In 2000, 70 percent of those who smoked wanted to quit (CDC 2002a). An increasingly disturbing picture of widespread organ damage in active smokers is emerging, likely reflecting the systemic distribution of tobacco smoke components and their high level of toxicity. Thus, active smokers are at higher risk for cataract, cancer of the cervix, pneumonia, and reduced health status generally.

This new information should be an impetus for even more vigorous programs to reduce and prevent smoking. Smokers need to be aware that smoking carries far greater risks than the most widely known hazards. Health care providers should also use the new evidence to counsel their patients. For example, ophthalmologists may want to warn patients about the increased risk of cataract in smokers, and geriatricians should counsel their patients who smoke, even the oldest, to quit. This report shows that smokers who quit can lower their risk for smoking-caused diseases and improve their health status generally. Those who never start can avoid the predictable burden of disease and lost life expectancy that results from a lifetime of smoking.

## Preparation of the Report

This report of the Surgeon General was prepared by the Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion, CDC, USDHHS. Initial chapters were written by 19 experts who were selected because of their expertise and familiarity with the topics covered in this report. Their various contributions were summarized into six major chapters that were then reviewed by more than 60 peer reviewers. The entire manuscript was then sent to more than 20 scientists and experts, who reviewed it for its scientific integrity. After each review cycle was completed, the drafts were revised by the editors on the basis of the experts' comments. Subsequently, the report was reviewed by various institutes and agencies within USDHHS.

Publication lags, even short ones, prevent an up-to-the-minute inclusion of all recently published articles and data. Therefore, by the time the public reads this report, there may be additional published studies or data. To provide published information as current as possible, this report includes an appendix of more recent studies that represent major additions to the literature.

This report is also accompanied by a companion database of key evidence that is accessible through the Internet (see http://www.cdc.gov/tobacco). The database includes a uniform description of the studies and results on the risks of smoking that were presented in a format compatible with abstraction into standardized tables. Readers of the report may access these data for additional analyses, tables, or figures. The Office on Smoking and Health at CDC intends to maintain this database and will periodically update its contents as new reports are published.

## Organization of the Report

This report covers major groups of the many diseases associated with smoking: cancers, cardiovascular diseases, respiratory diseases, reproductive effects, and other adverse health consequences. This chapter (Chapter 1) includes a discussion of the concept of causation and introduces new concepts of causality that are used throughout this report. Chapter 2 discusses each of the main sites of cancer and their relationship to smoking. Cardiovascular diseases, including atherosclerosis, coronary heart disease, stroke, and abdominal aortic aneurysm are the focus of Chapter 3, which begins with an extensive review of newer findings on the mechanisms by which smoking causes this group of very common diseases. Chapter 4 includes both acute respiratory diseases associated with smoking and the chronic respiratory diseases long known to be caused by smoking, including accelerated loss of lung function with aging. The full scope of adverse reproductive effects caused by smoking in both men and women is covered in Chapter 5. Chapter 6 discusses other specific effects of smoking on the eyes, the bones, and oral health, along with evidence on more general adverse effects related to health status overall. Chapter 7 updates prior estimates of the burden of diseases caused by smoking. Finally, Chapter 8 discusses "A Vision for the Future" outlining broad strategies and courses of action for tobacco control in the future.

## Smoking: Issues in Statistical and Causal Inference

The U.S. Surgeon General's reports on the health effects of smoking have long had a central role in the translation of scientific evidence into policies for tobacco control. A critical and essential aspect of this role has been the judgment that smoking is a cause of specific diseases or health conditions. The statement that an exposure "causes" a disease in humans represents a serious claim, but one that carries with it the possibility of prevention. Causal determinations may also carry substantial economic implications for society and for those who might be held responsible for the exposure or for achieving its prevention. The qualitative judgment that an exposure causes a particular disease signifies that in the absence of exposure some fraction of cases or deaths would not occur or would occur at a later age (USDHEW 1964; Rothman and Greenland 1998). Given these implications, the grounds for making the causal designation must be well founded and clear.

The need for guidelines for causal determination was recognized by the committee that authored the first Surgeon General's report, and by the scientists whose work served as the foundation for that report (Cornfield et al. 1959). The difficulty of attempting to both adjudicate causal relationships and choose the language to describe them was apparent then (USDHEW 1964). In a section titled "Criteria for Judgment" in the 1964 report, the committee wrote that after "vigorous discussions," they could neither precisely define nor replace the word "cause," a reflection of the same problem that philosophers have confronted over the centuries. The main approach is summarized below:

> When a relationship or an association between smoking. . .and some condition in the host was noted, the significance of the association was assessed.
>
> The characterization of the assessment called for a specific term. . . .The word *cause* is the one in general usage in connection with matters considered in this study, and it is capable of conveying the notion of a significant, effectual relationship between an agent and an associated disorder or disease in the host.
>
> No member was so naive as to insist upon mono-etiology in pathological processes or in vital phenomena. All were thoroughly aware. . . that the end results are the net effect of many actions and counteractions.
>
> Granted that these complexities were recognized, it is to be noted clearly that the Committee's considered decision to use the words "a cause," or "a major cause," or "a significant cause," or "a causal association" in certain conclusions about smoking and health affirms their conviction (USDHEW 1964, p. 21).

The key descriptors in the above passage include "effectual," "significant," and "major." Reading these phrases now, it is unclear whether the committee intended to describe the underlying causal relationship itself, the size of an estimated effect, the degree of statistical evidence for that estimated effect, the strength of the causal claim, or some combination of these elements of the evidence. The report further described the criteria for determining a causal relationship. These criteria, which were just emerging into public health, have since become widely accepted and used in epidemiology and public health: that any alleged association should demonstrate consistency, strength, specificity, temporality, and coherence. This report has served as a lasting model for the comprehensive evaluation of scientific evidence.

However, at that time strict terminology was not in place for describing the status of the evidence. Thus, in the 1964 and subsequent Surgeon General's reports, as well as in other reports, the language used to characterize conclusions about relationships between smoking and disease varied. Table 1.2 contains examples of these variations used in every Surgeon General's report published between 1964 and 1990. For example, for atherosclerosis outcomes there is the following sequence of terms: "likely risk factor" (USDHEW 1971, p. 9), "major risk factor" (USDHEW 1973, p. 23), "strong associations" (USDHEW 1974, p. 19), "major risk factor" (USDHEW 1979, p. 1-14), "major, independent risk factor" (USDHHS 1980, p. 7), "the most powerful risk factor" (USDHHS 1983, p. 8), and finally, "a cause of and the most powerful risk factor" (USDHHS 1989, p. 63). For pancreatic

**Table 1.2 Variations in terminology from previous Surgeon General's reports concerning smoking as a cause of the listed diseases***

| Disease and statement | Surgeon General's report |
|---|---|
| **Atherosclerosis/peripheral vascular disease** | |
| "Autopsy studies suggest that cigarette smoking is **associated with a significant** increase in atherosclerosis of the aorta and coronary arteries." (p. 4) | 1969 |
| "Data from a number of retrospective studies have indicated that cigarette smoking is a **likely risk factor** in the development of peripheral vascular disease. Cigarette smoking also appears to be a **factor** in the aggravation of peripheral vascular disease." (p. 9) | 1971 |
| "Data from several epidemiological and experimental studies suggest that cigarette smoking is a **major risk factor** in the development of peripheral vascular disease." (p. 23) | 1973 |
| "Epidemiologic data reveal **strong associations** between cigarette smoking and development of peripheral vascular disease." (p. 19) | 1974 |
| "Smoking cigarettes is a **major risk factor** for arteriosclerotic peripheral vascular disease and is **strongly associated** with increased morbidity from arteriosclerotic peripheral vascular disease and with death from arteriosclerotic aneurysm of the aorta." (p. 1-14) | 1979 |
| "Cigarette smoking is a **major, independent risk factor** for the development of arteriosclerotic peripheral vascular disease in women." (p. 7) | 1980 |
| "Cigarette smoking **is the most powerful risk factor** predisposing to atherosclerotic peripheral vascular disease." (p. 8) | 1983 |
| ". . . cigarette smoking is a **cause of and the most powerful risk factor** for atherosclerotic peripheral vascular disease." (p. 63) | 1989 |
| **Bladder cancer** | |
| "Epidemiological studies have demonstrated a **significant association** between cigarette smoking and cancer of the urinary bladder in both men and women. These studies demonstrate that the risk of developing bladder cancer **increases** with **inhalation** and the number of cigarettes smoked." (p. 75) | 1972 |
| "Epidemiological studies have demonstrated a **significant association** between cigarette smoking and bladder cancer in both men and women." (p. 1-17) | 1979 |
| "Cigarette smoking acts independently and synergistically with other factors, such as occupational exposures, to **increase the risk** of developing cancer of the urinary bladder." (p. 1-17) | 1979 |

*Words in boldface are for emphasis only here and do not indicate emphasis in the original reports.

Table 1.2 Continued

| Disease and statement | Surgeon General's report |
|---|---|
| "A **dose-response relationship** has been demonstrated between cigarette smoking and cancer of the lung, larynx, oral cavity, and urinary bladder in women." (p. 127) | 1980 |
| "Smoking is a **cause** of bladder cancer; cessation reduces risk by about 50 percent after only a few years, in comparison with continued smoking." (p. 178) | 1990 |
| **Cerebrovascular disease** | |
| "Additional evidence strengthens the **association** between cigarette smoking and cerebrovascular disease, and suggests that some of the pathogenetic [*sic*] considerations pertinent to coronary heart disease may also apply to cerebrovascular disease." (p. 28) | 1967 |
| "Because of the increasing convergence of epidemiological and physiological findings relating cigarette smoking to coronary heart disease, it is concluded that cigarette smoking can **contribute** to the development of cardiovascular disease and particularly to death from coronary heart disease." (p. 3) | 1968 |
| "Women cigarette smokers experience an **increased risk** for subarachnoid hemorrhage. . . ." (p. 7) | 1980 |
| "Cigarette smoking is a **major cause** of cerebrovascular disease (stroke), the third leading cause of death in the United States." (p. 12) | 1989 |
| **Chronic obstructive pulmonary disease**[†] **(COPD)** | |
| "Cigarette smoking is **the most important of the causes** of chronic bronchitis in the United States, and **increases the risk of dying** from chronic bronchitis." (p. 302) | 1964 |
| "Cigarette smoking is **the most important of the causes** of chronic non-neoplastic bronchopulmonary diseases in the United States. It **greatly increases the risk of dying** not only from both chronic bronchitis but also from pulmonary emphysema." (p. 31) | 1967 |
| "Epidemiological and laboratory evidence supports [*sic*] the view that cigarette smoking can **contribute** to the development of pulmonary emphysema in man." (p. 5) | 1969 |
| "Cigarette smoking is the **most important cause** of chronic obstructive bronchopulmonary disease in the United States. Cigarette smoking **increases the risk of dying** from pulmonary emphysema and chronic bronchitis." (p. 9) | 1971 |
| "Recent autopsy studies confirm that pulmonary emphysema is **much more frequent and severe in cigarette smokers** than nonsmokers." (p. 55) | 1973 |

[†]Chronic obstructive pulmonary disease has been known by several terms over the years, including chronic bronchitis, emphysema, chronic obstructive lung disease, and chronic obstructive bronchopulmonary disease.

Table 1.2 Continued

| Disease and statement | Surgeon General's report |
|---|---|
| **Coronary heart disease** | |
| "It is also more prudent to assume that the **established association** between cigarette smoking and coronary disease has causative meaning than to suspend judgment until no uncertainty remains." (p. 327) | 1964 |
| "Additional evidence not only confirms the fact that cigarette smokers have increased death rates from coronary heart disease, but also suggests how these deaths may be **caused by** cigarette smoking. There is an increasing convergence of many types of evidence concerning cigarette smoking and coronary heart disease which strongly suggests that cigarette smoking **can cause death** from coronary heart disease." (p. 27) | 1967 |
| "Because of the increasing convergence of epidemiological and physiological findings relating cigarette smoking to coronary heart disease it is concluded that cigarette smoking can **contribute** to the development of cardiovascular disease and particularly to death from coronary heart disease." (p. 3) | 1968 |
| "In summary, for the purposes of preventive medicine, it can be concluded that smoking is **causally related** to coronary heart disease for both men and women in the United States." (p. 1-15) | 1979 |
| **Esophageal cancer** | |
| "Epidemiological studies have demonstrated that cigarette smoking is **associated with** the development of cancer of the esophagus." (p. 12) | 1971 |
| "Cigarette smoking is a **causal factor** in the development of cancer of the esophagus, and the risk **increases** with the amount smoked." (p. 1-17) | 1979 |
| "Cigarette smoking is **causally associated** with cancer of the lung, larynx, oral cavity, and esophagus in women as well as in men. . . ." (p. 126) | 1980 |
| "Cigarette smoking is a **major cause** of esophageal cancer in the United States." (p. 7) | 1982 |
| **Kidney cancer** | |
| "Cigarette smoking is a **contributory factor** in the development of kidney cancer in the United States. The term 'contributory factor' **by no means excludes** the possibility **of a causal role** for smoking in cancers of this site." (p. 7) | 1982 |
| **Laryngeal cancer** | |
| "Evaluation of the evidence leads to the judgment that cigarette smoking **is a significant factor** in the causation of laryngeal cancer in the male." (p. 37) | 1964 |
| "Cigarette smoking is **causally associated** with cancer of the lung, larynx, oral cavity, and esophagus in women as well as in men. . . ." (p. 126) | 1980 |

**Table 1.2 Continued**

| Disease and statement | Surgeon General's report |
|---|---|
| **Lung cancer** | |
| "Cigarette smoking is **causally related** to lung cancer in men; the magnitude of the effect of cigarette smoking **far outweighs all other factors**. The data for women, though less extensive, point in the same direction." (p. 196) | 1964 |
| "Additional epidemiological, pathological, and experimental data not only confirm the conclusion of the Surgeon General's 1964 Report regarding lung cancer in men but strengthen the **causal relationship** of smoking to lung cancer in women." (p. 36) | 1967 |
| "Cigarette smoking is **causally related** to lung cancer in women. . . ." (p. 4) | 1968 |
| "Cigarette smoking is **causally associated** with cancer of the lung. . .in women as well as in men. . . ." (p. 126) | 1980 |
| **Oral cancer** | |
| "Smoking is a **significant factor**. . .in the development of cancer of the oral cavity." (p. 4) | 1968 |
| "Recent epidemiologic data strongly indicate that cigarette smoking plays an **independent role** in the development of oral cancer." (p. 59) | 1974 |
| "Epidemiological studies indicate that smoking is a **significant causal factor** in the development of oral cancer." (p. 1-17) | 1979 |
| "Cigarette smoking is **causally associated** with cancer of the. . .oral cavity. . .in women as well as in men. . . ." (p. 126) | 1980 |
| "Cigarette smoking is a **major cause** of cancers of the oral cavity in the United States." (p. 6) | 1982 |
| **Pancreatic cancer** | |
| "Epidemiological evidence demonstrates a **significant association** between cigarette smoking and cancer of the pancreas." (p. 75) | 1972 |
| "Recent epidemiologic data **confirm the association** between smoking and pancreatic cancer." (p. 59) | 1974 |
| "Cigarette smoking is **related** to cancer of the pancreas, and several epidemiological studies have demonstrated a **dose-response relationship**." (p. 1-17) | 1979 |
| "Cigarette smoking is a **contributory factor** in the development of pancreatic cancer in the United States. The term 'contributory factor' **by no means excludes** the possibility of a **causal role** for smoking in cancers of this site." (p. 7) | 1982 |