01-CV-2336
DWF/RLE

# CERTIFICATE OF SERVICE

Pro se Plaintiff Joseph Edwin Harju hereby certifies and attests that he served the Original and Copies of the foregoing, Plaintiff's Response to Defendants' Motion for Summary Judgment, as follows:

1.) The Original and One Copy delivered to the Clerk of the Court, at:

Clerk of the Court
Attn: Victoria L. Miller
Office of the Clerk
United States District Court
District of Minnesota
417 Federal Building
515 W. First Street
Duluth, Minnesota 55802-1397

2.) Plaintiff delivered by Fax and by U.S. Mail, one copy of the foregoing to:

Attorney Edward Magarian ( Fax No.: (612) 340-2807
DORSEY & WITNEY LLP
50 S. 6th Street, Suite 1500
Minneapolis, Minnesota 55402

Liaison Counsel for all Defendants.

Dated: June 30, 2004

By Joseph Edwin Harju
Joseph Edwin Harju, Plaintiff pro se
2001 W. Superior Street, Apt. 212
Duluth, Minnesota 55806
Tel: (218) 722-1441

SCANNED
JUN 30 2004
U.S. DISTRICT COURT DULUTH