UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

v.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336 DWF/RLE

**REPLY AFFIDAVIT OF MICHAEL R. DOCHERTY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

1. I am an attorney at the law firm of Rider Bennett, L.L.P. and am one of the attorneys representing Lorillard Tobacco Company in the above-captioned matter. I make this Reply Affidavit in support of Defendants' motion for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of an April 15, 1989 letter by plaintiff.

3. Attached hereto as Exhibit B is a true and correct copy of a July 25, 1989 letter by plaintiff.

4. Attached hereto as Exhibit C is a true and correct copy of a January 24, 1990 letter by plaintiff.

5. Attached hereto as Exhibit D is a true and correct copy of a September 2, 1990 letter by plaintiff.

6. Attached hereto as Exhibit E is a true and correct copy of a May 4, 1997 letter by plaintiff.

7. Attached hereto as Exhibit F is a true and correct copy of an August 4, 1997 letter by plaintiff.

8. Attached hereto as Exhibit G is a true and correct copy of an August 11, 1997 letter by plaintiff.

9. Attached hereto as Exhibit H is a true and correct copy of a June 10, 2004 letter by plaintiff.

10. Attached hereto as Exhibit I is a true and correct copy of pages 1, 78-93 of the transcript of the May 12, 2004 deposition of Brenda Harju.

11. Attached hereto as Exhibit J is a true and correct copy of an Agreement between plaintiff and Greg Schultz, dated May 13, 1992.

12. Attached hereto as Exhibit K is a true and correct copy of a September 25, 1992 Arizona Department of Corrections Inmate Letter form signed by plaintiff.

FURTHER YOUR AFFIANT SAYETH NOT.

By /s/ Michael R. Docherty
Michael R. Docherty