(1)

April 15, 1989
Winslow, Az. 86047-9790

Dear Susie & Everybody Else

How are you doing? I haven't heard from you for awile, So I decided to Write. I had my Bad toenail Removed at the Clinic in Winslow on Tues. and got a Chest X-Ray at The Winslow Hospital today 4-14. I've got a swelling on my Chest. The doctor said it's an inflamation in my Ribs and I'm Taking Pills for it, But he had them take a Chest X-Ray just to make sure it's not Cancer or a tumor or Anything like That! I Tried To Call Dale again at 838-5417 But his secretary said he was out of Town. He Told me before he was going to Michigan, Please try To Call him when you can and see what's going on! I Think he has relatives back There or something! Ask him to send you a letter when he hears from the Supreme Court and To keep you informed as to all developments in my Appeal. It's important To me, I would apreciate it a Great Deal! Thankyou Very Much Indead! Is Fredy still staying with You & Mike? I Called Donna last Week! Tomy is on The James R. Barker, His Addresse is: M/V James R. Barker M.P.O.
Sault Ste Marie, Michigan 49783

Donna said that things are getting Better, Tell Fredy That she said The Boats are Hiring Seamen on The Lakes! She also said Calumet is a State Park! They are Re-opening some Copper Mines up there too! I met another Finlander here Today named Hoponen! He was one of The Guards That Took me To Town Today. He said he was from Detroit Michigan! But his family used To live somewhere in The U.P.! I'll put an extra stamp in here incase you need one To Write Back! Please Write and let me know what's going on! They said They might get a Hat Factory up here and That it would eventually Pay $3.35 an hour if it Worked out!

Here's the March "Greetings of Peace" for You To Read!

(2) X O X O Jamie Hi mike! Hi Fred!

I sure hope it does and I can get a job in it, They are only hiring 30 People at first! I sure could use the money! I go up for Re-Classification on Monday 4-17. They Will probly lower me to a 4-1. I won't be able to go to minimum until next April 1990. My Counselor here said I could Probly Transfer to Michigan if I had The money to Pay Travel Costs etc. About $2,500.00 Well it looks like I'm stuck here in Arizona Perminently! Are you Working These day's or What? What does Fredy do for Work? Is he off of Parole yet? How's Jamie & Mike? Are you still There? or did you decide to move? Is The Wedding still on for July? Have you heard from Mom at all? Donna said They ain't heard from her either! I recieved Clearence for Gordon Nelson to Visit! Maybe you could get a ride up here when he comes to Visit me! or Whatever. I would like to see you and Jamie again, It's been over 6 months now! Well atleast I got a T.V. to Watch. I hope I get a Better Job soon so I can pay you for it, It's working fine! I'd like to get that 3.35 an hour Job, I could sure save up lot's of money By December "92". Well maybe I'll get real lucky. "A." I just hope that Dale Anderson will take my Appeal to Federal Court like he said he would do! Well anyway let me know how you are doing and What you've been up to lately! Give Jamie a Big X O from me! Tell Mike & Fredy I said Hello and you Write me back right away! I should get a Better Job here pretty soon, In the next Couple of months! I got Pictures and Easter Cards from Sharon & Jenny last Week also! Atleast They Write to me often now! Donna said she'd send me some Postcards from up there! Well Bye for now.

Lots of Love & Gods Peace Always

Your oldest Brother

Jug! "A"

P.S. Write Very Soon!

only 3 1/2 Years Until Parole, maybe!
Sure Wish I was free Already. "A"!

JOSEPH E. HARJU #67012
Arizona State Prison Complex
2100 South Highway 87
Winslow, Az. 86047-9790

WINSLOW, AZ
APR 17
PM
1989
86047



Susan M. Harju
516 South Hobson apt #2
Mesa, Arizona
85204

[redacted]

S.W.A.K. B.S.D.S.

Hi Janit's