July 25, 1989
Winslow, Az. 86047-9790

Dear Susie, Mike and Jamie

God's Peace. Well I'm glad you've got a nearby swimming Pool to cool-off in when it's so hot. Don't worry about raising money for me, But getting that "Writ of Certioari" filed with The Federal Court is <u>Very Important</u> to my case! Call Dale Anderson at 838-5417 to see what's needed to get this done.

I don't Think That it's That difficult to send in That Writ, you can even Write it out in your good handwriting if needed, It doesn't absolotly need to be Typed out! I like The Picture. I put it up with my other Pictures. You look like a very nice little family! Tell Mike That all The studies show That Adult men who are married with families, are healthier and live longer Than single men! Here's XOXOXOXOXOXOXOXO for Jamie! Tell her I'm proud of her learning to swim, Tell her That it's her uncles favorite sport. I'd go every day if I could. I miss swimming very much, Being in here.

I went into Winslow for X-rays on my sinus This mourning! I hope That I don't need surgery! I'll let you know when I find out something! I do agree with you about Eddie, and I'll see what I can do about getting The "table's Turned" when I do get out! Maybe Mike will help out with This little legal work That I need done! There should be something at the library about "Writ of Certiorari" anyway be sure to ask Dale! That's all that needs to be filed in The Case right now. If The U.S. Supreme Court rules in our favour, I will get out of Prison! When I get released I will -

I called Tony 7-24, He's $45,000.00 in Debt, He said he'd Try To help out later on, if he can. He's going back on The Border on 7-26!

Susie Jomie

X O X O Hi Mike!

pay you twice what a lawyer gets for doing this legal Work for me. That one thing I sent you will give you an Idea of how The Writ of Certiorari is supposed To be made out! You'll need to ask Dale where to send it to.

Write and let me know when you get it sent To The Court. I Think it goes to The U.S. District Court or 9th Circuit Court of Appeals! Well Dale will Tell you all That stuff!

I haven't heard from Sonny Helpi or anyone else either except Mim Warner from Rogers. She said that Tom Coulson got layed-off along with many others there!

I wrote To Ronald Peterson and Gordon Nelson and even Peter Torola, Telling Them I needed to Transfer and how much money That it would cost, But I ain't heard nothing back yet! I also wrote to Mary Jean & Carl Occoritella in Bronxdle and same thing, No Response back! I guess nobody wants to help me out (Money Wise) I still get The "Greeting's of Peace" from Peter! Well Please try To get That "Writ" filed for your Old Brother "A". The sooner it's done, The sooner I'll get out of here!

Don't let your Blood Sugar get Too high! Take real good care of Yourself! Give my love To Jomie & Mike too!

Lot's of Love & God's Peace,
Your older Brother,
Joey. "A".

P.S. Thanks for All your help! Write when you get time!

Joseph E. Harju #67012
Arizona State Prison Complex
2100 South Highway 87
Winslow, Az. 86047-9790

WINSLOW, AZ
JUL 26
PM
1989
86047



Susan M. Harju
516 S. Hobson apt #2
Mesa, Arizona
85204

S.W.A.K. B.L.Q.D.

Hi Jamie!