I.

January 24, 1990
Winslow, Az. 86047-9790

Dear Susie and everyone

How are you all doing? I went To see The Doctor today and She said That now my Lungs are infected. I sure don't Think That I'm getting proper Medical care in here. I have trouble Breathing and I've got a chronic cough.

I sure hope I get out of here soon because This place is killing me slowly. And I'm not joking! I can't keep living under These conditions much longer. We may need To sue The D.O.C. for not giving me proper medical care.

I had to sit outside for 3 hrs. Today just waiting To see The Doctor here.

I'll surely let you know if The next Batch of Medicine works!

If I get really Realy Bad I'll Call You! Hopefully I'll get Better!

How's the Reply to The Court Comming? Please do your very Best on it. It means a-lot To me. I know I can't survive in here with my health like it's getting. If my lungs don't clear up soon, I'm going To Try to get put in The Hospital!!! I hope That Mike can convince The Court with the Reply That he does That I need a lawyer and my Case needs review! You need To make sure That The State (Vicki Gotkin Adler) Cannot shoot down our Reply To The Court when They file Theirs after we file ours! I feel That A Sworn Statement from Tom Davis saying That "I Did Not ever take any Pictures of him or of James Tigar while he was present" is very very Crucial to our Case!! Otherwise The State may get statements from Them saying That I did after we file our Reply"! You understand what I'm trying To say?

The State Will do absolutely Anything to ~

II. XOXOXOXO Hi Mike!

- keep me in Prison. Please Please Try To get a sworn statement from Tom Davis To file with our reply so "Vicki Adler" cannot refute it later. We need To show The U.S. District Court Judge that The Prosecution is lying about me in This case! I sure hope that you understand what I mean here!

Well anyway I know how difficult this will be. However, if it was easy, Everybody would be doing it!

I know That Mike will do his very best. I will be grateful for His help for The rest of my life. I hope and I pray everyday to get out of Prison and to be able to see my family Again. I Truly do miss you all so very very much. I've had to suffer hardships before, But not ever like this is, I can't just walk over to see my Sister Sue to have a Beer and to Tell my troubles to you!

It is really hard being in here with strangers who really don't actually care at all.

They don't even care if I'm healthy or dying! It's hard to believe, But it is very very true. Well you and Mike are my only Hope of getting out of Prison! I'm counting on you for your help and very very grateful for it too!

Thankyou Very Very Very Very Much.

Love & God's Peace Alway's,
Your Oldest Brother,
Joey

P.S. Please give Jamie & Robert a Big Hug & Kiss from their poor uncle!

Thankyou!