(1.)

Sept. 2nd, 1990

Dear Susie

How are you doing? Please write and let me know when you send me my Wallet so that I will know when to start checking the "Property List". Also please send that stuff about "Sauna's" from Finland in that tan envelope that I sent you that was from Finland.

Also please write a letter to Dennis Lewis #67155 and ask him when he is going to start to get to working on my appeal. Don't say that I asked you to write to him. Just tell him that you have sent him $40.00 to date for work he is to be doing on my Appeal and you want to know when he will devote his time and effort on getting an Appeal for your brother filed in the Courts.

You might mention that I told you that I had got him a desk lamp so he could read the materials that relate to my case, etc.

Also please send me some stamps when you can. Don't let Dennis know that I asked you to write to him. Just make it appear that you are writing to him because you want to know what he is doing on my Appeal.

Also we do need to know right away if we can get any statement from Mrs. Betty Hawa. Please let me know.

Her residense address (House) is on 2401 W. Houston. Apache Jct. Az. But that is not the mailing address.

I'm hoping to get Dennis to do more on my Appeal starting after Sept. 7th when I see Pastor Nelson and find out if he can help us by tracking down "Tegar" or "Davis" to talk to them and get statements from them...

Also I could use a few dollars when you can spare a few, But only if you can afford it..

Just send me that stuff from Finland and write

(2) X O X O X O X O Hi Mike...

a letter to Dennis Lewis too.

Have you made any progress in your efforts to get amber back yet. Maybe Pastor Nelson could go to A.J.P.D. with you when you go there to file another Police report. I'm sure that he can get them to cooperate with you. Be sure to call and ask him to help you do that...

I got a letter from Tommy and he said that there aren't enough Tourists in Keeweenaw to make a Bus. pay-off. He said that I should Try up in Northern Minnesota. I think Duluth might be a good place to start an Adventure Type of Business also. I will worry about it After I get out of Prison...

I Think That I've got "Bronchitis", I will see the nurse about it Tomorrow. Don't worry, I'll survive it alright. I quit using those steroids for my sinus trouble and now my skin is clearing up real good. All of those red spots are going away.

I start my classes next week. English Composition & College Algebra. I hope That I can get Through Them OK..

Well I'll be waiting to get that stuff from you. Give Jamie & Robert a Big X O from me and here's one for you...

X O Also Hello to Michael from me.

Love & God's Peace Always
Your old Grey Haired Brother,
Joey.

P.S.
Tell Lori that I said Hello too...

Dear Susie

Please put that info. about Finland and Sauna's in This Envelope and use some glue to reseal it then place enough stamps to Cover Postage and to cover the old postage mark on the envelope and send This into me here. It should come Through alright!

Thankyou Very Much!

Jay

(Place between travel books)

The 90's.
Wrigely Building
Chicago, Illinoise 60611



the 90's Program
Wriegely Building
Chicago, Illinoise.
60611