5/4/97

Dear Suzie,

How are things out there? I'm doing alright so far. only 7 more months in here.

Enclosed is a copy of a letter that I just received from the Social Security office here in Tucson. It looks like I'll qualify to get Social Security disability benefits, "if" they determine that I'm disabled. Of course, you can also help to varify that I've suffered "severe" Respiratory problems ever since I got sick up in Winslow in 1990; and that I had to be transferred out of Winslow in May of 1990 for Emergency medical care.

You can also varify that I've suffered from severe breathing problems since 1990 and that I ~~have~~ also have severe "Back" problems since I injured my lower back in 1979.

Remember, I've been severely ill with lung (Respiratory), problems since 1996!!! That is very important. 1990!

Now, as soon as you can, I'd really be grateful to you if you'll go down to the nearest Social Security office and ask them if you can view their "List of impairments for each of the major body systems that are so severe they automatically mean you are disabled."?

Please take a Pen & paper with you, in case they won't give you a copy of that list of impairments. I'm interested in knowing if "Emphysema" or

"Acute Asthma" and "Bronchitis" are on that list of impairments??? If you can get them to give you a copy of that list or, you can write down the list of impairments?, that will be really great.

Are you going back to work this summer? I will need some financial help when I first get out of here until my Disability checks start to come in. Unlike Fredy, however, I will repay you and Mike every single cent that I owe you, double! After I begin to recieve my check from Social Security, (I should get the first one in Early January!), I'll begin sending you, at least $100.00 each month for 36 months!

In December, (the 6th), I'll need new license tags on that car, some new, inexpensive, bias-ply Tires, and around $300.00 in cash!!! If you and Mike can manage that for me?, I'll be all set after my release. Remember, as soon as I get my Disability checks started, I'll begin to send you, at least, $100.00 each month for, at least, 36 months!!! Does that sound alright?

I'm not going to work in here anymore after August 8th because of my health. However, I'll save as much $ as I can before then. I'll be applying for my Social Security disability benefits in September, 3 months prior to my release. That way, I'll begin to receive those disability checks, (at least $800.00 per month!) right after my release.

3.

Did Sharon send you $20.- yet? It sure isn't much. I've managed to save $75.00, as of May 15th, towards my new T.V. set. At this rate it will be mid-July before I can afford it. It will be nice to get those Social Security disability checks and not be flat broke anymore! Social Security disability is different than S.S.I. is, in that, it pays almost twice the amount of S.S.I. and is based upon past work credits. In about 4 weeks I'll receive a statement from Social Security as to exactly how much money I'll receive each month. It should be around $800.00 per month.

I'll let you know if I need you to tell those Social Security people about my severe respiratory and other health problems. If they do call you and want to know about my health, tell them that you know that I'm in really poor health and that I almost died in here on several occasions.

Thank You Very Much.
My love to Mike & the Kids.
Take care of yourselves.
See you On December 6th!

Love Always,

Joey

P.S. Don't forget to go to the Social Security office for me?
and: Picture of my car? Thanks.

XO