8/4/97

Save This Letter !!!

Dear Suzie,

This is important !

When I apply for Social Security Disability Benefits next month (90 days before my release), I'm going to give them your address and telephone number and I'm going to ask them to send my disability check to your address!

I'm also going to give them your name as someone that can attest to my physical (health) impairments !

I'm going to tell them that:

1.) I've been physically disabled since 1989-1990.
2.) I've got Chronic Occlusive Pulmonary Disease.
3.) My Respiratory illness began in 1989-1990.
4.) My Physical impairments include:

A. Emphysema;
B. Corticosteroid dependent Asthma;
C. Chronic Bronchitis & Sinusitis;
D. Iron Deficient Anemia;
E. Chronic Lower Back Pain since 1990 (No lifting!);
F. Costal Chondritis;
G. Acute Allergies.

If they call you to ask you about my health, Please tell them that I almost died up in A.S.P.C.-Winslow and have suffered from severe -

Lung (Respiratory) breathing problems since I got sick in Winslow in 1989-1990!

Tell Them That You know that I've got to take several (8 or 10) different medications every day just to stay alive and that You know that I've been Hospitalized many Times since 1989 with severe lung and Breathing problems!!!

Tell them that You've seen me run out of breath from merely walking a short distance!

Just tell them that You feel that I'm in ~~very~~ extremely poor physical condition because of my Respiratory disease!!!

Please save this letter to use for reference when the S.S office calls you?

Thank You Very Much.

Take Care.

Love Always,

Joey