August 11, 1997

Dear Suzie,

How are you doing lately? How's work? How are Mike and the Kids? I hope that you are all well out there and that everything is fine.

I'm having some trouble with the doctor's here because they will not place me on NON-DUTY STATUS or on LIMITED-DUTY STATUS, CLERICAL WORK ONLY!!! Can you do me a big favor??? Please call:

Dr. Glenn Gibbs,
Medical Program Manager
State of Arizona
D.O.C. Health Services
363 North 1st Avenue
Phoenix, Arizona 85003

TEL: ( 602 ) 542-3365

Ask him to personally review my medical records, (all three volumes of my medical file), and tell him to instruct the doctor's here to place me on MEDICAL "NON-DUTY/NO WORK STATUS" or on "LIMITED DUTY STATUS"/CLERICAL WORK ONLY !!!

Thank You Very Much.

If you've already received that Federal Habeas Corpus Petition to be filed in the U.S. District Court at 230 North 1st Avenue, in Phoenix, ??? You need to make three (3) copies of the original and take the original and two (2) copies down to the Federal Court to be filed with the Court Clerk. Then PLEASE keep the 3rd copy for me at your house until I get out of here? Just put it with the rest of my stuff there? Thank You Very, Very, Very Much.

Please quickly return that Affidavit that I've mailed to you because I'll need it before the end of this month? Thank You Very Much. Make one (1) copy of it for your records and reference! Thank You, again.

I'll be happy to take Fred, and Lori, back to Michigan with me in December after I get out of here. That's "if" they'll go with me??? Of course, it will help it they've got plenty of money to cover the cost of the trip and to help to pay rent on a house back there in the Marquette area. I figure that at least $600.00. would be needed! If you and Mike could take Fred, and Lori?, in for the month of November, and perhaps charge them $200.00. for room and board for that month??? Then they could save the rest of their November S.S.I. money and then with their December S.S.I. money, we'd have more than enough money to relocate back to the Marquette area in December! At least, you might have to take Fred in for that month? Let me know what you think of that plan?

Please send me a $5.00 or $10.00. money order around the end of August? I will spend it very sparingly!

I'm going to apply for Social Security Disability Benefits in September. I'll be giving them your name and address as my next of kin and as someone who can attest to my poor physical health. Just tell them, (if they call you), that I'm in extremely poor physical health because of severe respiratory(breathing) problems that I've experienced ever since I got sick up at ASPC-Winslow in 1989-1990!!! Tell them that you've seen me get out-of-breath and totally exhausted with even the slightest physical exertion, such as a short walk accross the room at visitation. You know what to say to them, tell them that you personally know that I'm in very poor health and have an extremely difficult time getting around because of my severe breathing (lung) problems!!! Thank You Very Much.

If I qualify to receive that Disability from Social Security, I'll get a check for around $800.00. each month. Let's hope that I qualify for it?

Finally, please do not send me any more mail that I get there? Just keep if for when I get out of here on December 6, 1997!!! Thank You Very Much.

Please send me a picture (no polaroid type), of my car?

Thank You.

Oh, as you know, I can always use a few stamps too?

Let me know if Fred is willing to relocate back to Michigan with me in December when I go back there? Does Lori have a driver's license? Maybe she'd be willing to drive that car back there for me and then I wouldn't need to ask Jenny to fly all the way out here in December? Please see what you can find out for me? Thanks again. I owe you and Mike a small fortune for everything that you've done to help me since I've been locked up. I'll repay it many times after I finally do get loose from this place!!!

I'll call sometime later on. Meantime, take care of yourselves and don't work too hard out there.

Write soon?

See you on December 6th!!!

Love Always.

Your, very grateful, Brother,

XO

Joey

Joey

P.S. I'll be glad to take Fred back to Michigan with me, if you'll help to convince him to go and help him to save the money!!!
Let me know what's going on out there.

JOSEPH E. HARJU
ARIZONA STATE PRISON-TUCSON
A.D.C. #67012, ECHO UNIT BOX 141
P.O. BOX 24402
TUCSON, ARIZONA 85734-4402

TUCSON AZ 857 2
PM
13 AUG
1997




SUSAN M. O'BRIEN
6713 EAST ARBOR AVENUE
MESA, ARIZONA 85206-1740

85206-1740

85206/1740 13