June 10, 2004

Dear Tom,

How are you and Donna doing lately?
You wanted to Throw out all of my stuff that's in your storage shed. You should take everything, except for what I've sent to you from Moose Lake, out to the Dump to be disposed of right away! If you haven't already done so, do it now! Right away! And, don't save This letter! They're coming back to get the rest of my personal belongings. So, get rid of That stuff that I left there since 1999!
Thank you very much.

If they ask, just tell them that they've got all of my personal property that I'd sent to you!
How did Things go in Milwaukee?

Call me if you can?
I'll call when I can get another phone card. only save The stuff that I sent to you after 2000 Get rid of The rest of my junk right away!
Thank you very much,
I don't want those Big Tobacco Buzzards to have any more of my property!
"Hi" to Donna.
Call or write to let me know That you've gotten This letter and understand it!
Thank you.

Love Always,

Joe

Joseph Harju
2001 W. Superior Street, Apt. #212
Duluth, Mn. 55806

DULUTH MN 558
PM
[illegible] JUN
2004

GREETING
FROM
Far Far Away



Mr. Thomas R. Harju
P.O. Box 152
Copper City, Michigan
49917