SCHULTZ/HARJU AGREEMENT

This Agreement entered into this 13th day of May, 1992 by and between Greg Schultz (hereinafter reffered to as SCHULTZ) and Joseph E. Harju (hereinafter called HARJU).

RECITALS

A. HARJU is the plaintiff in Maricopa Superior court No.
B. SCHULTZ is Harju's designated legal assistant in this matter.
C. HARJU desires to have SCHULTZ prepare forms, do research and typing in this matter.
D. HARJU in consideration for the above-mentioned activities wishes to reward SCHULTZ as follows:

COVENANT

THEREFORE, the parties agree and covenant as follows:

1. Harju hereby expresses and declares his intent to distribute to SCHULTZ any monetary award or settlement, in this matter, inor out-of-court, at the earliest possible date, up to and including 25% (twenty-five percent), of said award or settlement.

2. This Agreement is binding upon theparties from the date of the signatures below.

3. HARJU hereby waives any priviledge in connection with this Agreement and does hereby consent to the same as though he were personally present, it is HARJU's intention that a copy of this Agreement be treated no differently than the original.

DATED: this 13th day of May, 1992.

Joseph E. Harju
(JOSEPH E. HARJU (HARJU)
#67012
P.O. Box 5000
Florence, AZ 85232
Plaintiff, Maricopa County Court No.

Greg Schultz
GREG SCHULTZ (SCHULTZ)
#42735
P.O. Box 5000
Florence, AZ 85232

* * *