**ARIZONA DEPARTMENT OF CORRECTIONS**
**INMATE LETTER**

**PRINT OR TYPE — NO ATTACHMENTS**

| Name | ADC # | Date | Institution/Unit |
|---|---|---|---|
| JOSEPH EDWIN HARJU | 67012 | 09/25/92 | ASPC ECHO UNIT, 1 C 24 |

**SUBJECT:** NON - SMOKING RUN IN A DESIGNATED HOUSING UNIT ON ECHO YARD

**TO INDIVIDUAL:** BILL HEUSCHELE, ADMIN. **LOCATION:** ECHO UNIT ADMINISTRATION

**PLEASE DESCRIBE YOUR PROBLEM OR QUESTION COMPLETELY:** Mr. Heuschele :

I spoke to you on 9/25/92 in the library as to a request that you look into the possibility of establishing a non-smoking run here on the unit in either housing unit one or two for the health of us non-smoking inmates. I understand that you are also a non-smoking person and that you can also appreciate this request. This is in no way just inmates trying to cause problems for the housing officer or the administration. It is a sincere request to eliviate some serious health problems that are aggravated or caused by exposure to environmental ciggarrett smoke... I suppose you could place a memo in the Echo Newsletter that people who would be interested in living on a non-smoking run (non-smokers) could send inmate letters to the Echo Housing officer so that he could learn of the number of non-smoking inmates here on the unit.

Thankyou For Your Attention.

Joseph E. Harju
Inmate Signature

**HAVE YOU DISCUSSED THIS WITH INSTITUTION STAFF?** [ ]YES [x]NO

If yes, give the staff member's name ________

**DISTRIBUTION:** White - Central Office Master File
Yellow - Inmate
Pink - Institutional File

FORM 70501168
Rev. 1/89