# UNITED STATES DISTRICT COURT
## District of Minnesota
## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV-01-2336 (DWF/RLE) **Case Title:** Joseph Edwin Harju v. Philip Morris USA, Inc., et al.

**Affidavit of Movant**

I, Michael R. Docherty, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Charles H. Cooper, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for defendants Philip Morris USA, Inc. and Lorillard Tobacco Company in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
X 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
2. I am not a resident of the State of Minnesota.
3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

| | | |
|---|---|---|
| ___/s/ Michael R. Docherty_________________ | _____16690X________ | 07/07/04 |
| Signature of: Michael R. Docherty | MN Attorney License # | Date |

**Affidavit of Resident Minnesota Bar Member** (Must be completed only if movant checks box 2 or 3 above.)

I, ____________________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

| | | |
|---|---|---|
| ______________________________ | ____________________ | ___________ |
| Signature of: ___________________________ | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Charles H. Cooper, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).

| | | |
|---|---|---|
| Charles H. Cooper____________________ | ___/s/ Charles H. Cooper____ | 06/30/04 |
| Type/Print Name | Signature | Date |

Attorney License Number:_53137______________________ issued by the State of MO (initials)

Law Firm Name: Shook, Hardy & Bacon L.L.P.__________ Main Phone: (816) 474-6550

Law Firm Addrs: 2555 Grand Blvd.___________________ Direct Phone: (816) 559-2114

Kansas City, MO 64108______________ E-mail Addrs: chcooper@shb.com

Note: This form shall be converted to PDF and e-filed in ECF. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.