# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Joseph E. Harju

Plaintiff(s),

v.

Philip Morris, Inc., et al.,

Defendant(s).

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2336 |
| Date: | July 22, 2004 |
| Court Reporter: | |
| Tape Number: | 04-39, 04-40 |
| Time Commenced: | 10:10 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 0 Hours & 35 Minutes |

APPEARANCES:

Plaintiff(s): Joseph E. Harju, pro se

Defendant(s): Christopher V. Cotton for Philip Morris, Inc., et al.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

DOCKET NO. 94: First Motion for Summary Judgment

Motions taken under advisement as of: 7/22/04

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Cindy L. Hanneken
Judicial Law Clerk