UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>PLAINTIFF,<br><br>v.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,<br><br>DEFENDANTS. | Case No. CV 01-2336 DWF/RLE<br><br>**NOTICE OF APPEARANCE** |

TO: PLAINTIFF ABOVE-NAMED AND COUNSEL OF RECORD

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that John J. Wackman and Paul B. Kohls, shall appear as counsel of record for Defendant Lorillard Tobacco Company in this case.

RIDER BENNETT, LLP

Dated: July 26, 2004

By /s/ Paul B. Kohls
John J. Wackman (251884)
Paul B. Kohls (295243)
333 S 7th St Ste 2000
Minneapolis, MN 55402
(612) 340-8930

**Attorneys for Defendant Lorillard Tobacco Company**