**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2004, I caused the following document:

- Notice of Appearance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Robert V Atmore**
- **Michael R Docherty**
- **Jack Michael Fribley**
- **Edward Brian Magarian**
- **Reuben A Mjaanes**
- **Robert S Pierce**
- **James S Simonson**
- **Joann A Waters**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

By /s/ Paul B. Kohls
Paul B. Kohls