UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

PLAINTIFF,

v.

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY, BROWN AND WILLIAMSON TOBACCO CORPORATION, B.A.T. INDUSTRIES P.L.C., BRITISH-AMERICAN TOBACCO COMPANY LIMITED, B.A.T. (U.K. AND EXPORTS) LIMITED, LORILLARD TOBACCO COMPANY, LIGGETT GROUP INC., THE COUNCIL FOR TOBACCO RESEARCH-U.S.A. INC., AND THE TOBACCO INSTITUTE, INC.,

DEFENDANTS.

Case No. CV 01-2336 DWF/RLE

**AFFIDAVIT OF PAUL B. KOHLS IN SUPPORT OF DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

1. I am an attorney at the law firm of Rider Bennett, L.L.P. and am one of the attorneys representing Lorillard Tobacco Company in the above-captioned matter. I make this Affidavit in support of Defendants' Second Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' First Set of Requests for Admissions to Plaintiff.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiff.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' First Set of Requests for Production to Plaintiff.

5. Attached hereto as Exhibit D is a true and correct copy of the relevant portion of Plaintiff's deposition taken on March 25, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of the unpublished decision from Schomberg v. Ferrellgas, Inc., No. CX-01-911, 2004 WL 78010 (Minn. Ct. App. 2004).

FURTHER YOUR AFFIANT SAYETH NOT.

By s/Paul B. Kohls
Paul B. Kohls