IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH EDWIN HARJU,<br><br>Plaintiffs<br><br>vs.<br><br>PHILIP MORRIS, INC.; R.J. REYNOLDS TOBACCO CO.; BROWN AND WILLIAMSON TOBACCO CORP.; B.A.T. INDUSTRIES, P.L.C.; BRITISH-AMERICAN TOBACCO CO., LIMITED; B.A.T. (U.K. AND EXPORTS) LIMITED; LORILLARD TOBACCO CO.; LIGGETT GROUP, INC.; THE COUNCIL FOR TOBACCO RESEARCH – U.S.A., INC.; AND THE TOBACCO INSTITUTE, INC.,<br><br>Defendants. | CIV NO. 01-2336 (DWF/RLE)<br><br>**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF** |

Pursuant to Federal Rule of Civil Procedure 36, Defendants hereby jointly propound the following Requests for Admission to be responded to within thirty (30) days of service.

**DEFINITIONS**

1. "You," "your," and "plaintiff" shall mean Joseph Harju, his agents, representatives, and attorneys.

* * *

**REQUESTS FOR ADMISSION**

**Request No. 1:** Please admit that you have no evidence that any Defendant in this case undertook to act for the benefit of your protection or the protection of anyone else.

**Response:**

**Request No. 2:** Please admit that you have no evidence that any Defendant in this case owed you a special duty of care that arose from a voluntary assumption of services, which that Defendant should have recognized as necessary for your protection.

**Response:**

**Request No. 3:** Please admit that you have no evidence that any Defendant in this case breached any duty of care owed to you.

**Response:**

**Request No. 4:** Please admit that you have no evidence that any Defendant in this case breached any special duty owed to you.

**Response:**

**Request No. 5:** Please admit that you have no evidence that any Defendant in this case failed to exercise due care in the performance of a duty owed to you.

**Response:**

**Request No. 6:** Please admit that you have no evidence that any Defendant in this case breached an assumed duty, which increased the risk of harm to you.

**Response:**

**Request No. 7:** Please admit that you have no evidence that any Defendant in this case conspired with any other person or entity for any purpose.

**Response:**

**Request No. 8:** Please admit that you have no evidence that any Defendant in this case entered into an agreement with any other person or entity to commit a wrong against another.

**Response:**

**Request No. 9:** Please admit that you have no evidence that any Defendant in this case combined with any other person or entity to accomplish an unlawful purpose or a lawful purpose by unlawful means.

**Response:**

**Request No. 10:** Please admit that you have no evidence that any Defendant in this case aided and abetted the tortious conduct of another.

**Response:**

**Request No. 11:** Please admit that you have no evidence that any Defendant in this case knew that any alleged tortfeasor's conduct would constitute a breach of a duty owed to you.

**Response:**

**Request No. 12:** Please admit that you have no evidence that any Defendant in this case assisted or encouraged any alleged tortfeasor in the achievement of a breach of a duty owed to you.

**Response:**

**Request No. 13:** Please admit that you have no evidence that any Defendant in this case condoned the breach of any duty owed to you.

**Response:**

**Request No. 14:** Please admit that you have no evidence that any Defendant in this case knew of any conduct on the part of another person or entity, which caused a breach of duty owed to you.

**Response:**

**Request No. 15:** Please admit that you have no evidence that any conduct, act, or omission of any Defendant in this case increased the risk of harm or injury to you.

**Response:**

Dated: 7/30, 2004

RIDER BENNETT, LLP

By [signature]
Paul B. Kohls (295243)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8966

**Attorneys for Defendant Lorillard Tobacco Company**

and

Edward Magarian (208796)
Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis MN 55402-1498
(612) 340-2600

**Attorneys for Philip Morris USA Inc.**

and

Christopher V. Cotton (*pro hac vice*)
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
(816) 474-6550

**Attorneys for Philip Morris USA Inc. and Lorillard Tobacco Company**

and

James Simonson (101333)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Ctr
80 S 8th St
Minneapolis MN 55402
(612) 632-3000

**Attorneys for R.J. Reynolds Tobacco Company**

and

Jack M. Fribley (31999)
Faegre & Benson LLP
2200 Norwest Ctr
90 S. 7th St.
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Brown & Williamson Tobacco**

and

Robert V. Atmore (003438)
Lindquist & Vennum P.L.L.P.
80 S 8th St., Ste 4200
Minneapolis, MN 55402-2205
(612) 371-3211

**Attorneys for Liggett Group, Inc.**

# AFFIDAVIT OF SERVICE

*In Re: Joseph E. Harju v. Philip Morris USA, Inc., et al.*
*Court File No: CV 01-2336*
*Our File No: 13144/R27724*

**PATRICIA A. GARVEY**, of St. Paul, Minnesota, County of Ramsey, being duly sworn on oath, deposes and states that she is a legal secretary in the office of Rider Bennett, LLP, 333 South Seventh Street, Suite 2000, Minneapolis, Minnesota 55402, and that on the 30th day of July, 2004, she did serve the following documents:

1. Defendants' First Set of Requests for Admission;
2. Defendants' First Set of Requests for Production;
3. Defendants' First Set of Interrogatories; and,
4. Affidavit of Service,

in the above-referenced matter, via United States Mail, upon the following entities at their last known addresses:

Robert V. Atmore, Esq.
Lindquist & Vennum, PLLP
80 South 8th Street, Suite 4200
Minneapolis MN 55402

*via United States Mail*

James Simonson, Esq.
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis MN 55402

*via United States Mail*

Edward Magarian, Esq.
Dorsey & Whitney, LLP
50 South 6th Street
Suite 1500
Minneapolis MN 55402-1498

*via United States Mail*

Christopher V. Cotton, Esq.
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City MO 64108

*via United States Mail*

Rider Bennett, LLP

Jack M. Fribley, Esq.
FAEGRE & BENSON, LLP
2200 Norwest Center
90 South 7th Street
Minneapolis MN 55402-3901

*via United States Mail*

Joseph E. Harju
2001 West Superior Street, #212
Duluth MN 55806

Patricia A. Garvey

Subscribed and sworn to before me

this 30th day of July, 2004.

Notary Public

DEBORAH L. ROWAN
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005