IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOSEPH EDWIN HARJU,

Plaintiffs

vs.

PHILIP MORRIS, INC.; R.J. REYNOLDS TOBACCO CO.; BROWN AND WILLIAMSON TOBACCO CORP.; B.A.T. INDUSTRIES, P.L.C.; BRITISH-AMERICAN TOBACCO CO., LIMITED; B.A.T. (U.K. AND EXPORTS) LIMITED; LORILLARD TOBACCO CO.; LIGGETT GROUP, INC.; THE COUNCIL FOR TOBACCO RESEARCH – U.S.A., INC.; AND THE TOBACCO INSTITUTE, INC.,

Defendants.

CIV NO. 01-2336 (DWF/RLE)

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 33, Defendants hereby jointly propound the following Interrogatory to be responded to within thirty days of service.

**DEFINITIONS**

1. "You," "your," and "plaintiff" shall mean Joseph Harju, his agents, representatives, and attorneys.

2. "Documents" includes all materials within the scope of the Federal Rules of Civil Procedure.

* * *

**Interrogatory No. 1:** For each Request contained in Defendants' First Set of Requests for Admission that you did not unequivocally admit, identify with specificity all facts, documents, persons with knowledge and evidence supporting your denial or equivocation.

**Response:**

Dated: 7/30, 2004

RIDER BENNETT, LLP

By ______________________

Paul B. Kohls (295243)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8966

**Attorneys for Defendant Lorillard Tobacco Company**

and

Edward Magarian (208796)
Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis MN 55402-1498
(612) 340-2600

**Attorneys for Philip Morris USA Inc.**

and

Christopher V. Cotton (*pro hac vice*)
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
(816) 474-6550

**Attorneys for Philip Morris USA Inc. and Lorillard Tobacco Company**

and

James Simonson (101333)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Ctr
80 S 8th St
Minneapolis MN 55402
(612) 632-3000

**Attorneys for R.J. Reynolds Tobacco Company**

and

Jack M. Fribley (31999)
Faegre & Benson LLP
2200 Norwest Ctr
90 S. 7th St.
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Brown & Williamson Tobacco**

and

Robert V. Atmore (003438)
Lindquist & Vennum P.L.L.P.
80 S 8th St. Ste 4200
Minneapolis, MN 55402-2205
(612) 371-3211

**Attorneys for Liggett Group, Inc.**

**AFFIDAVIT OF SERVICE**

*In Re:* ***Joseph E. Harju v. Philip Morris USA, Inc., et al.***
*Court File No:* ***CV 01-2336***
*Our File No:* ***13144/R27724***

**PATRICIA A. GARVEY**, of St. Paul, Minnesota, County of Ramsey, being duly sworn on oath, deposes and states that she is a legal secretary in the office of Rider Bennett, LLP, 333 South Seventh Street, Suite 2000, Minneapolis, Minnesota 55402, and that on the 30th day of July, 2004, she did serve the following documents:

1. Defendants' First Set of Requests for Admission;
2. Defendants' First Set of Requests for Production;
3. Defendants' First Set of Interrogatories; and,
4. Affidavit of Service,

in the above-referenced matter, via United States Mail, upon the following entities at their last known addresses:

Robert V. Atmore, Esq.
Lindquist & Vennum, PLLP
80 South 8th Street, Suite 4200
Minneapolis MN 55402

*via United States Mail*

Edward Magarian, Esq.
Dorsey & Whitney, LLP
50 South 6th Street
Suite 1500
Minneapolis MN 55402-1498

*via United States Mail*

James Simonson, Esq.
GRAY PLANT MOOTY MOOTY &
BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis MN 55402

*via United States Mail*

Christopher V. Cotton, Esq.
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City MO 64108

*via United States Mail*

Rider Bennett, LLP

Jack M. Fribley, Esq.
FAEGRE & BENSON, LLP
2200 Norwest Center
90 South 7th Street
Minneapolis MN 55402-3901

*via United States Mail*

Joseph E. Harju
2001 West Superior Street, #212
Duluth MN 55806

Patricia A. Garvey

Subscribed and sworn to before me

this 30th day of July, 2004.

Notary Public

DEBORAH L. ROWAN
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005