UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. CV 01-2336 (DWF/RLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Joseph Edwin Harju,

Plaintiff,

**COPY**

vs.

Philip Morris, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * VOLUME I * * *

Videotaped Deposition of

**JOSEPH EDWIN HARJU**

Thursday, March 25, 2004
10:28 a.m.

REPORTER: Sandra D. Burch, RPR, CRR

INTEGRITY
Court Reporting, Inc.

7900 International Drive - Suite 200
Minneapolis, Minnesota 55425
Office: (952) 440-3886
Fax: (952) 440-3996
sburch@integraonline.com

anymore. I couldn't tell you. It had -- it wasn't the Frank Statement, you know, but it was -- I think it was in 1970.
Q Did -- did you never read the Frank Statement; is that correct?
A I don't think I did. I don't remember reading it. I don't know if my parents did, either. So -- I'm assuming they might have. But we're from Kewadin, Michigan. And it's kind of out in the sticks. So --
Q So -- so, you have no information that your parents saw the Frank Statement; right?
A No.
Q That -- that's a correct statement?
A I don't know if they saw it or not.
Q Okay. Do you know of anyone that ever saw the Frank Statement to cigarette smokers?
A No.
Q All right. Now, when you were 16 or 17, you were having a discussion with one of your friends and then someone that you knew through church about lung cancer; is that right?
A Yeah. We were -- we were smoking. I was -- I was smoking Camels at that time. I was -- I -- I -- I could -- I'd buy them. I was -- when I was that