**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2004, I caused the following documents:

- Defendants' Second Motion for Summary Judgment;
- Defendants' Notice of Second Motion for Summary Judgment;
- Memorandum in Support of Defendants' Second Motion for Summary Judgment;
- Affidavit of Paul B. Kohls in Support of Defendants' Second Motion for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Robert V Atmore
- Charles H. Cooper
- Jack Michael Fribley
- Mark A. Dover
- Paul B. Kohls
- Bridget N Kearns
- Edward Brian Magarian
- Reuben A Mjaanes
- Robert S Pierce
- James S Simonson
- John J. Wackman
- Joann A Waters

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju
2001 W Superior St Apt 212
Duluth, MN 55806

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Raymond Erickson

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Magistrate Judge Raymond L. Erickson
412 U.S. Courthouse
515 W 1st St
Duluth, MN 55802

By s/Paul B. Kohls
Paul B. Kohls (295243)