OCT 1 3 2004

Joseph Edwin Harju
Plaintiff pro se
O.I.D.# 205468
1000 Lakeshore Drive
Moose Lake, Minnesota 55767-9449

October 8, 2004

Victoria Miller, Calendar Clerk
Office of The Clerk
United States District Court
Room 412 U.S. Courthouse
515 W. 1st Street
Duluth, Minnesota 55802-1397

RE: Case No. CV-01-2336 (DWF/RLE).

Dear Ms. Miller:

Enclosed is the original and copies of my Response to Defendants 2nd Motion for Summary Judgment in this matter. If it is necessary for me to attend any hearing in person, I'd request that Magistrate Erickson issue such order or Writ as required and have the U.S. Marshal's Service transport me to any future hearings in this case. Otherwise, call my Casemanager, Barb Overland, at (218) 485-5027, to make other arrangements. Thank you very much.

FIRST CLASS FIRST CLASS FIRST CLASS FIRST CLASS FIRST CLASS FIRST CLASS FIRST CLASS

**NOTICE:** Mailed from a **MN CORRECTIONAL FACILITY**
Name: JOSEPH Edwin HARJu
OID#: 205468
Address: 1000 Lakeshore Drive
City/State/Zip: Moose Lake, Mn. 55767-9449

Legal Mail

MOOSE LAKE MN OCT 12 '04
PB METER 7109614
0.60 U.S. POSTAGE

**FIRST CLASS MAIL**

Magistrate Judge Raymond L. Erickson
C/O Victoria Miller, Calendar Clerk
United States District Court
Room 412 U.S. Courthouse
515 W. 1st Street
Duluth, Minnesota

55802-1397

OCT 13 2004