**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I caused the following documents:

- Defendants' Reply in Support of Second Motion for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Robert V Atmore
- Charles H. Cooper
- Jack Michael Fribley
- Mark A. Dover
- Paul B. Kohls
- Bridget N Kearns
- Edward Brian Magarian
- Reuben A Mjaanes
- Robert S Pierce
- James S Simonson
- John J. Wackman
- Joann A Waters

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher V. Cotton
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Joseph Edwin Harju, O.I.D. #205468
Minnesota Correctional Facility
1000 Lakeshore Dr
Moose Lake, MN 55767-9449

By s/ John J. Wackman

1185965-1