CV01-2336 DWF/RLE

Tue Oct 19 10:21:11 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 277439
Cashier sheri

Tender Type CHECK

Check Number: 868740

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 6.00

JOSEPH EDWIN HARJU 0:01-CV-2336/PAID BY
MN CORRECTIONAL FACILITY

SUBSEQUENT PRISONER FILING FEE PAYMENT

SCANNED
OCT [illegible] 2004
U.S. DISTRICT COURT ST. PAUL

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 10/15/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 10/15/2004 Payee Name : CLERK, U S DISTRICT COURT
Check Number : 68749 Payee Address:
Check Amount : $15.75

| Amount | Number | Seq | Date | Description | | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|---|
| $3.25 | 2501325 | 147 | 17-09-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02770 | D | 0000204861 | CRUZ, GUADALUPE ESTUDILLO |
| $3.25 | 2528080 | 134 | 01-10-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02770 | D | 0000204861 | CRUZ, GUADALUPE ESTUDILLO |
| $3.25 | 2548368 | 142 | 15-10-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02770 | D | 0000204861 | CRUZ, GUADALUPE ESTUDILLO |
| $6.00 | 2548405 | 122 | 15-10-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 | D | 0000205468 | HARJU, JOSEPH EDWIN |

RECEIVED
BY U.S. MAIL
2004 OCT 19 AM 9:18
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN