# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Joseph Edwin Harju,
Plaintiff(s),
v.

Philip Morris, Inc,,
R.J. Reynolds Tobacco,
Lorillard Tobacco Co.,
Liggett Group Inc.
Defendant(s).

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-cv-2336 (DWF/RLE) |
| Date: | October 28, 2004 |
| Court Reporter: | |
| Tape Number: | 04-60 |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:25 a.m. |
| Time in Court: | 0 Hours & 25 Minutes |

APPEARANCES:

Plaintiff(s): Joseph Edwin Harju, pro se

Defendant(s): Christopher V. Cotton and Thomas Jancik for Philip Morris, Inc,
Robert S. Pierce and Brian L. McMahon for R.J. Reynolds Tobacco
Christopher V. Cotton and Paul B. Kohls for Lorillard Tobacco Co.
Marnie L. DeWall for Liggett Group Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**
*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

DOCKET NO. 123: Second Motion for Summary Judgment

Motions taken under advisement as of: 10/28/04

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Cindy L. Hanneken
Judicial Law Clerk