Wed Nov 3 10:34:42 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 277625
Cashier sheri

Tender Type CHECK

Check Number: 068919

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 6.00

JOSEPH EDWIN HARJU 0:01-CV-2336/PAID BY
MN CORRECTIONAL FACILITY

SUBSEQUENT PAYMENT OF FILING FEE

Wed Nov 3 10:34:42 2004

Check No. 068919
Amount$ 6.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4641

SCANNED
NOV 9 2004
U.S. DISTRICT COURT MPLS