Thu Dec 2 15:11:20 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 277996
Cashier larry

Tender Type CHECK

Check Number: 069388

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 12.00

JOSEPH HARJU CV.#01-CV-2336 / PAID BY MN CORRECTIONAL FACILITY

SUBSEQUENT PAYMENT OF FILING FEE

n

SCANNED
DEC 03 2004
U.S. DISTRICT COURT ST. PAUL

# T R U S T   C H E C K   S T U B   S U P P L E M E N T A L   L I S T

AS OF 11/30/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 11/30/2004 Payee Name : CLERK, U S DISTRICT COURT
Check Number : 69388 Payee Address:
Check Amount : $12.00

********************************* TRANSACTION *********************************

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $6.00 | 2587198 | 124 | 12-11-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |
| $6.00 | 2605484 | 122 | 24-11-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |

RECEIVED
BY U.S. MAIL
2004 DEC -2 AM 9:57
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN