Thu Dec 30 10:26:44 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 278403
Cashier sheri

Tender Type CHECK

Check Number: 069809

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 12.00

JOSEPH EDWIN HARJU 0:01-CV-2336/PAID BY MN CORRECTIONAL FACILITY

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
DEC 30 2004
U.S. DISTRICT COURT MPLS