Thu Feb 3 11:55:21 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 280039
Cashier sheri

CV01-2336 DWF/RLE

Tender Type CHECK

Check Number: 070453

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 12.00

JOSEPH EDWIN HARJU 0:01-CV-2336/PAID BY
MCF MOOSE LAKE

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
FEB 03 2005
U.S. DISTRICT COURT ST. PAUL