**STYLE OF CASE:** Joseph Edwin Harju

vs.

Philip Morris Incorporated

**CASE NO:** CV 01-2336

**PERTAIN TO:** Joseph Edwin Harju

**FROM:** Lake Superior Community Health Center
2 East 5th Street
Duluth, MN 55805
(218) 722-1497

# PLAINTIFF

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 201237287-0001 THROUGH 201237287-0026.

SCANNED
U.S. DISTRICT COURT DULUTH

**Progress Note**
**Name**: Harju, Joseph
**Patient number**: 41174
**Date**: 040504
**Dictated by**: Sandy Popham, MD
**Chief complaint**: asthma meds, chest pain, disability paperwork
**Subjective:**
Mr. Harju is here today to get referrals on his asthma medications and to have a physical form completed for social security disability. He is on a work release program from loosely present, where he had been treated for his asthma, as well as for chest pain and palpitations. He had been put on verapamil and Isordil, and had a stress test. He states but that stress test was normal because he was on his medications, and he is certain he has underlying heart disease.

He quit taking his verapamil and is Isordil because of lower extremity edema. Since then he has had several episodes of of both exertional and nonexertional chest tightness. He feels his asthma is well-controlled and that this is not related to asthma. He is also had episodes of short stabbing chest pain the last a few seconds. He also thinks he may have costochondritis as he's had a tender chest wall for some time. He has no orthopnea.

In terms of his asthma he has very poor exercise tolerance. He has been on chronic prednisone now for several months.

He also has GERD, for which he is on Zantac, and notes that he has been having dysphasia with problems with food sticking.

He would like to take Lortab for his back pain and rather than Naprosyn. He has had chronic buttocks, genitalia and leg numbness ever since his back surgery. His pain in the low back is otherwise stable.

He has stable calf claudication

**PMH**:
asthma/COPD: he has a lawsuit pending against the tobacco companies
L5 laminectomy at SM DC in 1999 with Dr. Callahan
chronic sinusitis by x-rays with chronic bleeding from left nares
tobacco abuse , 80 pk years, absent since 2000
clinical diagnosis of ASCAD, with patients reporting normal stress test
history of alcohol abuse now abstinent
allergic rhinitis, nasal polyps and status post sinus surgery
GE R. D. on Zantac: I do not have results of any EGD or UGI regarding reflux
venereal warts
calf claudication
**PSH**: sinus surgery
**Allergies**: penicillins, cephalosporins, erythromycin, albuterol

**Medications**: Serevent Diskus Inhaler
AeroBid Inhaler (given beclomethasone dipropionate HFA (QVAR) to replace it by Moose Lake physician)
Rhinocort Nasal Inhaler
Alupent
verapamil 120 mg daily
Zantac 300 mg daily
singular 10 mg daily
prednisone 5 mg every other day
Naprosyn 1000 mg b.i.d.
aspirin 81 mg daily
Drixoral 6/120 mg b.i.d. (he would like to switch back to Claritin D)
Isordil 5 mg b.i.d.
nitroglycerin as needed
he needs refills on Serevent, Rhinocort, Alupent, AeroBid, singular. He has nitroglycerin at home, as well as the Isordil and verapamil
**Immunizations**:
he had the hepatitis series as well as the tetanus at Moose Lake
Pneumovax given 4/5/04 (today)
influenza yearly
**Preventative Care**:
Lipids needs
Prostate exam & PSA needs
hemoccults X3 needs
colonoscopy needs
seatbelts
helmets
**Habits**: abstinent alcohol and tobacco
**Family history**: stroke, heart disease, diabetes, hyperlipidemia
**Social history**: he has children, previously worked as a truck driver, completing work release program from moose Lake
**ROS**: as per HPI
**Objective**:
Height: 73 inches
Weight: 190 pounds
BP: 130 or 90
P: 76
R: 14, able to talk in full sentences
T: 96.8
Findings: H.EENT:: dentition fairer, left TM's garden, right TM occluded by wax. Lungs: clear to auscultation without wheezing or crackles. Cardiac regular rate and rhythm without murmur rub or gallop. Abdomen soft nontender note that is splenomegaly: vascular exam: no carotid bruit, no femoral bruit, distal pulses 2 plus, no hair bwlow sock line. Skin unremarkable. Gait; no abnormalities, moves without pain
Reviewed: old medical records reviewed, cardiac history if of PVC's and chest pain, managed medically
Lab: UA negative
Metabolic pending.

**Assessment/Plan:**

1. Asthma medications: refills given on requested medications
2. Chest pain: stable for an last year. He is at risk for heart disease. At this time I am ~~hin~~ to stop Verapamil, as he is not taking that due to edema, and to start Toprol XL 50 mg daily. Based on recent studies, this should not exacerbate his asthma.. He is to continue his aspirin, resumed his Isordil, and if he has chest pain that does not resolve with three nitroglycerin, to go to the emergency room
3. Immunizations: the Pneumovax given
4. Dysphasia referral for EGD given. He may need to switch to an acid blocker.
5. Back pain: advise patients that he should continue his Naprosyn. I explained him I do not wish to prescribe them Lortab.
6. Chronic sinusitis: continue Nasal Inhaler. May need to have the ~~MTC~~ of his polyps have recurred.
7. He is to follow-up in 3 to 4 weeks. At that appointment we should check lipids, order Hemoccults, and otherwise update his health care maintenance. If he is still having chest pain, we can pursue repeating a stress test with pharmacologic agent.
8. Disability paperwork: filled out initially. I have requested pulmonary function tests, and have advise that once we see this information, we would be better able to recommend whether or not taken work. At this time, my impression is he would not be able to work due to limited exercise tolerance from COPD and, stable angina, and claudication.

Sandy Popham, MD

4/6/04 metabolic (r/o kidney function 2° edema)

normal.

4-6-04 Sent BMP results ——

4-20-04 Pt visit ——

DATE: 5/6/04 ROOM #: 4 PATIENT ARRIVAL TIME: 1518 START TIME: 1555

PHYSICIAN: Squillace
ASSISTANT:
ASSISTANT: R Thompson
CONSCIOUS SEDATION RN: C Bartas

ALLERGIES: Pcn, albuterol, E-mycin, tetracycline

MEDICAL HISTORY: COPD, Emphysema

PRE-PROCEDURE DIAGNOSIS: dysphagia

PROCEDURE: EGD c̄ Balloon Dil

PROCEDURE FINDINGS: erosive esophagitis

PRE-PROCEDURE CHECKS:
NPO ______ IV ACCESS ______

☐ - CONSENT SIGNED
☐ - EQUIPMENT CHECKS
☐ - PATIENT I.D.

AREA:
☐ ENDOSCOPY
☐ SPECIAL PROCEDURES
☐ ECTC
☐ CARDIAC CATH RECOVERY
☐ CATH LAB
☐ OBSERVATION & HOLDING
☐ EP LAB
☐ OTHER ______

| | | TOTALS | 1557 | 1602 | | |
|---|---|---|---|---|---|---|
| Medications | 1. $O_2$ L/m | | | | | 1. |
| | 2. Cetacaine Spray | | ✓ | | | 2. |
| | 3. | | | | | 3. |
| | 4. Fent IV | 100mcg | 75mcg | 25 | | 4. |
| | 5. Versed IV | 5mg | 4mg | 1 | | 5. |
| | 6. | | | | | 6. |
| | 7. | | | | | 7. |
| Fluids | 8. | | | | | 8. |
| | 9. | | | | | 9. |
| | 10. L | | | | | 10. |
| | 11. L | | | | | 11. |

REF 5837 (M00558370)
CRE ESPH. BLN.
LOT 5286016
PATIENT CHART

TIMES: 1518 | 1530 | 1545 | 1600 | 1616 | 1630 | 1645 | 1700

Conscious Sedation
X______X
START FINISH
✓ START PROCEDURE
✓ END PROCEDURE
B.P.
⊥ V SYSTOLIC
T Λ DIASTOLIC
• HEART RATE
RESP.
S Spont.
A Assisted
C Controlled
RATE ______
TV ______
PIP ______
PEEP ______
$FIO_2$ ______

110/68
82
Dr in
Recovery

Scale: 260, 240, 220, 200, 180, 160, 140, 120, 100, 80, 60, 40

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $SAO_2$ | 91 | 96 | 98 98 | 95 | 100 | 95 | 94 | 97 | 97 | 99 |
| Respirations | 24 | 20 | 20 | 24 | | | | | | |
| EKG | | | | | | | | | | |

MISC. DRUGS CRE Balloon 15, 16.5, 18

Comments:
1610 Exam completed
1616 In recovery KC
1640 Dr Squillace here KC
1650 Given oral fluids KC

CONSCIOUS SEDATION RECORD

ST MARY'S MEDICAL CENTER DULUTH, MINNESOTA
53 ANES - .001 3/98
Stk# 31614

(5)

PATIENT LABEL
GE 9035995 259 399659SM
HARJU, JOSEPH E 870691DC
M 1/06/53 051Y

| Name Joseph E Harju DOB 1-06-1953 | Date 5/06/04 | Time 1455 | Information Obtained From Chart |
|---|---|---|---|
| Attending MD: Squillace | Primary Care MD: Popham / Hirr | Health Care Directive: ☐ Yes ☒ No | |
| REASON FOR ADMISSION: EGD Dysphagia | Admitted From: Home | Location of HCD: | |

| T | P | R | BP | SAO2 | HT | WT |
|---|---|---|---|---|---|---|
| 36.2 | 82 | 16-18 | 110/68 | 98 | 6' | 180 |

**HEALTH HISTORY**

Surgical: back surgery '99

Cardiac:

Pacemaker/ICD: ☐Y ☐N Location:

Respiratory: COPD emphysema

Medical:

Other:

Prosthetic Device: ☐Y ☒N If Yes, explain:

Diabetes: ☐Y ☒N Last BGT: Blood Clotting Problems: ☐Y ☒N If Yes, explain:

| CURRENT MEDS | DOSE/FREQUENCY | LAST TAKEN | CURRENT MEDS | DOSE/FREQUENCY | LAST TAKEN |
|---|---|---|---|---|---|
| seravent | 1 2x day | | duonet inhaler | PRN | |
| aerobid | 3-3x day | | [illegible] | 1/day | |
| isordil | 2x day | | Claritin | 1 am | |
| toprol | 1 am | | zantac | 1/day | |
| singulair | 1 hs | | Nitro SL | PRN | |
| naproxen | 3x day as needed | | | | |

(Include OTC, herbal, vitamins, etc.)

| Allergies (meds, food, latex, other) | Reaction | Allergies (meds, food, latex, other) | Reaction | Allergies (meds, food, latex, other) | Reaction |
|---|---|---|---|---|---|
| PCN | break out | | | | |
| Albuterol | "sick" | | | | |
| E-mycin | anaphylaxis | | | | |
| Tetracycline | break out | | | | |

Nurse doing pre-procedure call: Priestman Date: 5-5-04 Time: 1630

Comments: Not Contacted Who is your driver? P. Smith 722 5147

| | | |
|---|---|---|
| Bowel Prep ☐ Yes ☐ No ☒ NA<br>If YES, what kind<br>Results<br>NPO After water B/4 exam<br>Assistive Device Brought With: ☐ Yes ☒ No<br>(w/c cane walker crutches) | Glaucoma: ☐ Yes ☒ No<br>Dentures/Partials: ☐ Yes (U L), ☒ No ☐ Not here<br>Hearing Aid: ☐ Yes ☒ No ☐ Not here<br>Glasses: ☒ Yes ☐ No ☐ Not here<br>Contacts: ☐ Yes ☒ No ☐ Not here | Tobacco use: quit [illegible]<br>Alcohol use: March 2000 |

St. Mary's Medical Center

Admission3 P 11/98; F 5/01

ENDOSCOPY PRE/POST PROCEDURE RECORD

label

GE 9035995 259 399659SM
HARJU, JOSEPH E 870691DC
M 1/06/53 051Y

Meds as of July 20, 2004
Joseph Harju

| | Dose | frequency | diagnosis | labs | start | stop |
|---|---|---|---|---|---|---|
| Serevent discus | One inhalation | Once to twice daily | Asthma/COPD | | | |
| QVAR | Two puffs | Twice daily | Asthma/COPD | | | |
| Flonase nasal spray | Two sprays each nostril | Daily | Allergic rhinitis | | | |
| Alupent | Two puffs | Up to four times daily | Asthma/COPD | | | |
| ASA | 81 mg | Daily | Vascular risk | | | |
| Toprol XL | 50 mg | Daily | Hypertension/ vascular risk | Cr, UA yearly | | |
| Isordil | 5 mg | Twice daily | Angina | | | |
| Nitroglycerin | 0.4 mg | As needed | Angina | | | |
| Prevacid | 30 mg | Twice daily | Barrett's esophagus | | | |
| Singulair | 10 mg | Daily | Asthma | | | |
| Naprosyn | 500 mg | Twice daily | Back pain | Cr, Hgb, UA, hemoccults yearly | | |
| Claritin-D | One tablet | Daily | Allergic rhinitis | | | |
| Tramadol | 50 mg | One to two tablets twice daily as needed | Back pain | | 7/20/04 | |
| Wellbutrin | 150 mg | Twice daily | Anxiety/tobacco cessation | | 6504 | |
| | | | | | | |
| | | | | | | |

Patient notified of results:
(Lab) (Xray) (Pap) (Mammogram)
( __________ ) date ________
Other
(Normal) (Abnormal).
Signature [signature]

PSA [illegible] 0.92
Ch 269
TG 81
HDL 80 LDL 193

[illegible] Stat - @ [illegible] [illegible]

7-22-04 Sent results ———— [signature]

Patient notified of results:
(Lab) (Xray) (Pap) (Mammogram)
( __________ ) date ________
Other
(Normal) (Abnormal).
Signature [signature]

~~CT scan~~ CXR ØΟ
called pt
ENT specialist – ~~[illegible]~~
~~first – [illegible]~~
~~CT [illegible]~~ wants heart
evaluation before surgery
will call [illegible]

**SMDC HEALTH SYSTEMS**
**PULMONARY FUNCTION LAB**
**407 EAST THIRD STREET**
**DULUTH, MN**
**PHONE: (218) 786-4546**

**PATIENT NAME:** HARJU, JOSEPH E
**SMMC MR#:** 00039-96-59
**DC MR#:** 000870691

**ROOM#:** PF LAB
**DATE TESTED:** 4/9/04
**DOB:** 01/06/1953 **AGE:** 51

**PHYSICIAN:** SANDY S. G. POPHAM, MD

**INTERPRETATION:** The subject is a 51 year old male with a history of COPD. Spirometry pre and post bronchodilator are obtained. Spirometry demonstrates a reduced FEV1/FVC ratio of 0.58 indicative of air flow obstruction. The FEV1 is mildly reduced. The FVC is normal. There is a significant but incomplete improvement in air flows observed after inhaled bronchodilator.

**IMPRESSION:** Mild chronic obstructive airways disease with a significant but incomplete improvement in air flows observed after inhaled bronchodilator. The study is consistent with chronic obstructive asthma, if clinical supporting history is present.

Dictated and authenticated by PAUL E ZIMMERMAN, MD.

cc: SANDY S. G. POPHAM, MD

XC: Pulmonary Function Lab
D: 04/12/2004
T: 04/13/2004 8:55 A/tam
UDN: 1232391 JOB#: 000004090

**St. Ma_ _s Medical Center-Pulmonary Funct._ _ Lab**
407 East Third Street
Duluth, MN 55805
218-786-4546

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | HARJU, JOSEPH E | ID: | 399659 | BSA: | 2.06 | Date: | 04/09/2004 |
| Doctor: | POPHAM | Height: | 72.0 in | Age: | 51 | Room: | OP |
| Tech: | STROHMAN | Weight: | 185.0 lbs | Sex: | Male | Race: | Caucasian |

Diagnosis: COPD

Dyspnea:

Cough: Wheeze:

Yrs Quit: 4 Pk Yrs: 39 Pks/Day: 1 Yrs Smk: 39 Tbco Prod: Cigarette

Post-Test Comments:
PT USED HIS OWN ALUPENT MDI -SAID HE WAS ALLERGIC TO ALBUTEROL.

| | PRE-BRONCH | | | POST-BRONCH | | |
|---|---|---|---|---|---|---|
| | **Actual** | **Pred.** | **%Pred.** | **Actual** | **%Pred** | **%Chng** |
| **SPIROMETRY** | | | | | | |
| FVC (L) | 4.57 | 5.14 | 89 | 5.24 | 102 | 15 |
| FEV1 (L) | 2.63 | 3.73 | 71 | 3.51 | 94 | 33 |
| FEV1/FVC (%) | 58 | 73 | | 67 | | 16 |
| FEF 25% (L/sec) | 3.35 | 8.21 | 41 | 5.77 | 70 | 72 |
| FEF 50% (L/sec) | 1.56 | 5.55 | 28 | 2.98 | 54 | 90 |
| FEF 75% (L/sec) | 0.65 | 2.45 | 27 | 1.42 | 58 | 117 |
| FEF 25-75% (L/sec) | 1.43 | 3.60 | 40 | 2.70 | 75 | 89 |
| FEF Max (L/sec) | 6.51 | 9.36 | 69 | 8.62 | 92 | 32 |
| FIVC (L) | 4.60 | | | 5.12 | | 11 |
| FIF 50% (L/sec) | 6.16 | 4.95 | 124 | 7.09 | 143 | 15 |
| FIF Max (L/sec) | 6.63 | | | 7.20 | | 9 |
| MVV (L/min) | 104 | 139 | 75 | 137 | 99 | 31 |

RT 9031019 6251 1/06/53 051Y
HARJU, JOSEPH E 399659 M

St. M... s Medical Center-Pulmonary Funct... Lab
407 East Third Street
Duluth, MN 55805
218-786-4546

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | HARJU, JOSEPH E | ID: | 399659 | BSA: | 2.06 | Date: | 04/09/2004 |
| Doctor: | POPHAM | Height: | 72.0 in | Age: | 51 | Room: | OP |
| Tech: | STROHMAN | Weight: | 185.0 lbs | Sex: | Male | Race: | Caucasian |










RT 9031019 6251 1/06/53 051Y
HARJU, JOSEPH E 399659 M

**Lake Superior Community Health Center Progress Note**
**218-722-1497, fax 218-722-6239**

**Name**: Harju, Joseph
**Patient number**: 41174
**Date**: 061404
**Dictated by**: Sandy Popham, MD
**Chief complaint**: general health issues
**Subjective:** 51 -year-old male
seen today with a rash on his chest, but he does develop in the summer time. He reports he has shaved his genitals and his chest to deal with this, but still has areas of red plaques and papules.

He did have the EGD with Drs. Squillace, and was found to have fairly significant reflux, with Barrett's esophagus. He did not have any gastric or duodenal irritation. He will need lifelong acid blockade, and is scheduled for another endoscopy and August. He did have to have dilation of the stricture. He wonders about surgery for histal hernia, and I asked him to discuss this with Dr. Squillace.

He does note fatigue mild forgetfulness

He reports his asthma is under fairly good control now. He felt the QVAR inhaler left take sputum in his mouth, and is using the AeroBid inhaler. He plans to giveQVAR another tie He wonders if I know anyone who could serve as an expert witness in his lawsuit against the tobacco companies. But to let him know that generally his lawyer with take care of finding such a person, but he is apparently representing himself.

He also notes that he is going to be completing treatment at the Institute of Psychological and Sexual Health here in Duluth. He tells me that part of his risk assessment for reoffending might involve whether or not he is able to have erections, and that because of his prior back surgery, he is not able to have erections, and in fact is completely numb. He would like need to verify this for the Institute, and I explained to him that diagnosing this with certainty would require electrophysiologic studies under the guidance of a neurologist. He wished to proceed in this direction, but I told him that I would want the Institute to tell me that they definitely needed that information. We did discuss the fact that sexual assault can involve more than just the penis, and that likely this would not be a large factor in his risk assessment

In terms of his chronic low back pain, the Naprosyn is working well. He tells me that Drs. Squillace wanted him to stop that while he was on the Prevacid, but I did review with the patient that he will be a lifelong Prevacid. There was no sign of any gastric or duodenal ulceration or inflammation to preclude nonsteroidals. He wonders about repeating the CT scan of his spine. He continues to have chronic bilateral low back pain, which has been present since his surgery. There is no radiation down the legs. Though he describes numbness of the right side, he walks without a limp. There is no focal

weakness, and I do not think there's value to repeating a CT scan at this time without symptoms.

The vitamin E has really helped his leg cramps

We discussed healthcare screening with a colonoscopy. His hemoccults times three were negative, but he is 51 years old. He reports he has chronic hemorrhoids, which do itch. He also has a history of venereal warts.

**PMH**:
asthma/COPD: PFT's 2004, FEV1 2.63, with mild obstructive disease and bronchodilator response. CXR 4/04 with RUL granoloma. he has a lawsuit pending against the tobacco companies
L5 laminectomy at SM DC in 1999 with Dr. Callahan
chronic sinusitis by x-rays with chronic bleeding from left nares
tobacco abuse , 80 pk years, absent since 2000
clinical diagnosis of ASCAD, with patients reporting normal stress test
history of alcohol abuse now abstinent
allergic rhinitis, nasal polyps and status post sinus surgery
hiatal hernia with reflux esophagitis with Barrett's esophagus and stricture, s/p dilation 5/04
venereal warts
calf claudication
**PSH**: sinus surgery
**Allergies**: penicillins, cephalosporins, erythromycin, albuterol
**Medications**:
Serevent Diskus Inhaler
AeroBid Inhaler (given beclomethasone dipropionate HFA (QVAR) to replace it by Moose Lake physician)
Rhinocort Nasal Inhaler
Alupent
Toprol Xl 50 mg qd
Prevacid 30 mg bid
singular 10 mg daily
Naprosyn 500 mg tid prn
Vitamin E 800 IU at bedtime.
aspirin 81 mg daily
Claritin D 1 daily
Isordil 5 mg b.i.d.
nitroglycerin as needed
Vitamin E 800 IU daily
**Immunizations**:
he had the hepatitis series as well as the tetanus at Moose Lake
Pneumovax given 4/5/04
influenza yearly

41174 2187221441 6/4/64 01061953
JOSEPH E HARJU
2001 W SUPERIOR ST APT 212
DULUTH MN 55806

**Preventative Care:**
Lipids done 6/04
Prostate exam & PSA
hemoccults X3 negative x 3 6/04
colonoscopy needs
seatbelts
helmets

**Habits**: abstinent alcohol and tobacco
**Family history**: stroke, heart disease, diabetes, hyperlipidemia
**Social history**: he has children, previously worked as a truck driver, completing work release program from moose Lake
**ROS**: as per HPI
**Objective**:
Height: 72 inches
Weight: 182.5 pounds
BP: 114/76 P: 92 R: 14, able to talk in full sentences
T: 97.7
Findings: lungs: clear to auscultation bilaterally, no wheezing or rales. Cardiac and to pull a regular rate and rhythm, no murmur, rub, gallop. Extremities: no edema. Skin: there are several fine papules across his chest wall, as well as one angry red patch on his anterior chest
Lab: cholesterol and HDL, TSH
pulmonary function tests requested, done earlier this month
CXR 4/04; granuloma RUL
**Assessment/Plan:**
1. Asthma: currently well-controlled, he will give the QVAR a try again
2. Chest pain: improved on Toprol.
3. Skin rash: responsive to steroids and past. He is given a per cushion for triamcinolone cream
4. Dysphasia with findings of esophageal stricture and Barrett's esophagus, on Prevacid, has follow-up endoscopy August 2004
5. Back pain: advise patients that he should continue his Naprosyn. He does request Celebrex, but given that he had no gastritis and duodenitis, I think is fine for him to continue the president
6. Chronic sinusitis: continue Nasal Inhaler. May need to have ENT review to see if his polyps have recurred. His last CT of the sinuses was in 2002, showing chronic sinusitis .
7. Healthcare maintenance: nonfasting cholesterol and HDL requested today. Colonoscopies to be scheduled
8. Nocturnal leg cramps: improved with vitamin E
9. Hemorrhoids: a prescription for Anusol-HC is given to the patient
10. Skin rash: trial of triamcinolone cream

Sandy Popham, MD    follow up in 6 months prn

6-15-04 Client called requesting Rx Claritin be Δ to Alavert 24°. Consult c Dr Popham. No med Δ will be done @ this time. Called client to notify, Not available. Will try back later. Again called client. Informed no Δ medication. [signature]

201237.287.0011

SMDC HEALTH SYSTEMS
PULMONARY FUNCTION LAB
407 EAST THIRD STREET
DULUTH, MN
PHONE: (218) 786-4546

PATIENT NAME: HARJU, JOSEPH E
SMMC MR#: 00039-96-59
DC MR#: 000870691

ROOM#: PF LAB
DATE TESTED: 4/9/04
DOB: 01/06/1953 AGE: 51

PHYSICIAN: SANDY S. G. POPHAM, MD

INTERPRETATION: The subject is a 51 year old male with a history of COPD. Spirometry pre and post bronchodilator are obtained. Spirometry demonstrates a reduced FEV1/FVC ratio of 0.58 indicative of air flow obstruction. The FEV1 is mildly reduced. The FVC is normal. There is a significant but incomplete improvement in air flows observed after inhaled bronchodilator.

IMPRESSION: Mild chronic obstructive airways disease with a significant but incomplete improvement in air flows observed after inhaled bronchodilator. The study is consistent with chronic obstructive asthma, if clinical supporting history is present.

Dictated and authenticated by PAUL E ZIMMERMAN, MD.

cc: SANDY S. G. POPHAM, MD

XC: Pulmonary Function Lab
D: 04/12/2004
T: 04/13/2004 8:55 A/tam
UDN: 1232391 JOB#: 000004090

(8)

4-20-04
SE

PULMONARY FUNCTION LABORIGINAL

**St. Mary's Medical Center-Pulmonary Function Lab**
407 East Third Street
Duluth, MN 55805
218-786-4546

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | HARJU, JOSEPH E | ID: | 399659 | BSA: | 2.06 | Date: | 04/09/2004 |
| Doctor: | POPHAM | Height: | 72.0 in | Age: | 51 | Room: | OP |
| Tech: | STROHMAN | Weight: | 185.0 lbs | Sex: | Male | Race: | Caucasian |

Diagnosis: COPD

Dyspnea:

Cough: Wheeze:

Yrs Quit: 4 Pk Yrs: 39 Pks/Day: 1 Yrs Smk: 39 Tbco Prod: Cigarette

Post-Test Comments:

PT USED HIS OWN ALUPENT MDI - SAID HE WAS ALLERGIC TO ALBUTEROL.

| | PRE-BRONCH | | | POST-BRONCH | | |
|---|---|---|---|---|---|---|
| | Actual | Pred. | %Pred. | Actual | %Pred | %Chng |
| **SPIROMETRY** | | | | | | |
| FVC (L) | 4.57 | 5.14 | 89 | 5.24 | 102 | 15 |
| FEV1 (L) | 2.63 | 3.73 | 71 | 3.51 | 94 | 33 |
| FEV1/FVC (%) | 58 | 73 | | 67 | | 16 |
| FEF 25% (L/sec) | 3.35 | 8.21 | 41 | 5.77 | 70 | 72 |
| FEF 50% (L/sec) | 1.56 | 5.55 | 28 | 2.98 | 54 | 90 |
| FEF 75% (L/sec) | 0.65 | 2.45 | 27 | 1.42 | 58 | 117 |
| FEF 25-75% (L/sec) | 1.43 | 3.60 | 40 | 2.70 | 75 | 89 |
| FEF Max (L/sec) | 6.51 | 9.36 | 69 | 8.62 | 92 | 32 |
| FIVC (L) | 4.60 | | | 5.12 | | 11 |
| FIF 50% (L/sec) | 6.16 | 4.95 | 124 | 7.09 | 143 | 15 |
| FIF Max (L/sec) | 6.63 | | | 7.20 | | 9 |
| MVV (L/min) | 104 | 139 | 75 | 137 | 99 | 31 |

RT 9031019 5251 1/05/53 0532
HARJU, JOSEPH E 399659 M

4-20-04
gr

**St. Mary's Medical Center-Pulmonary Function Lab**

407 East Third Street
Duluth, MN 55805
218-786-4546

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | HARJU, JOSEPH E | ID: | 399659 | BSA: | 2.06 | Date: | 04/09/2004 |
| Doctor: | POPHAM | Height: | 72.0 in | Age: | 51 | Room: | OP |
| Tech: | STROHMAN | Weight: | 185.0 lbs | Sex: | Male | Race: | Caucasian |







RT 8D31019 E251 1/06/53 051Y
HARJU, JOSEPH E 399659 M

4-20-04
[initials]