# CERTIFICATE OF MAILING

Plaintiff Joseph Edwin Harju, pro se and in forma pauperis, hereby Certifies and attests that on this 24th day of February, 2005, at MCF-Moose Lake, I deposited for mailing, by United States Mail, the Original and true Copies of the Foregoing, as follows:

1.) ORIGINAL AND ONE COPY TO:

DONOVAN W. FRANK, UNITED STATES DISTRICT JUDGE
C/O CLERK OF THE COURT, OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA
417 FEDERAL BUILDING, 515 W. FIRST STREET
DULUTH, MINNESOTA 55802-1397

2.) A TRUE COPY TO:

ATTORNEY EDWARD B. MAGARIAN
DORSEY & WHITNEY LLP
50 SOUTH SIXTH STREET, SUITE 1500
MINNEAPOLIS, MINNESOTA 55402-1498

COUNSEL ON BEHALF OF DEFENDANTS

DATED: 2/24/05

BY Joseph Edwin Harju
Joseph Edwin Harju, Plaintiff pro se
O.I.D. #205468
1000 Lakeshore Drive
Moose Lake, Minnesota 55767-9449

SCANNED
U.S. DISTRICT COURT DULUTH