Joseph Edwin Harju
O.I.D.#205468
1000 Lakeshore Drive
Moose Lake, Minnesota 55767-9449

RECEIVED
05 FEB 28 AM 8:55
CLERK U.S. DIST COURT
DULUTH MN

February 24, 2005

Clerk of The Court
United States District Court
District of Minnesota
417 Federal Building
515 W. First Street
Duluth, Minnesota 55802-1397

RE: Harju v. Philip Morris Inc., et al., CV 01-2336 (DWF/RLE)

Dear Clerk of the U.S. District Court:

Enclosed is the original and one copy of Petitioner's Objections to the Magistrate's Report and Recommendation.

I'm sorry that the costs involved in copies here prevents me from copying the attachments.

Thank you very much.

Respectfully,

Joseph Edwin Harju
Plaintiff pro se

SCANNED
FEB 28 2005
U.S. DISTRICT COURT DULUTH

Enclosures

JOSEPH EDWIN HARJU
205468
s: 1000 Lakeshore Drive
ate/Zip: Moose Lake, Mn. 55767-9449

gal Mail

U.S. POSTAGE 7109614

# FIRST CLASS MAIL

Donovan W. Frank, United States District Judge
C/o Clerk of The United States District Court
United States District Court, District of Minnesota
417 Federal Building, 515 W. First Street
Duluth, Minnesota
55802-1397

-2336 (DWF/RLE)

gal Mail

FIRST CLASS