**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on MARCH 10, 2005, I caused the following documents:

- DEFENDANTS' RESPONSE TO PETITIONER'S WRITTEN OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION DATED FEBRUARY 8, 2005

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Robert V. Atmore
- Charles H. Cooper
- Mark A. Dover
- Jack M. Fribley
- Paul Kohls
- Reuben A. Mjaanes
- Robert S. Pierce
- James Simonson
- John J. Wackman

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

- Joseph Edwin Harju (OID #205468)
  MCF Moose Lake
  1000 Lakeshore Drive
  Moose Lake, MN 55767

- Christopher V. Cotton
  Shook Hardy & Bacon
  2555 Grand Boulevard
  Kansas City, MO 64108

Dated: March 10, 2005

**s/ Edward B. Magarian**
Attorney's Typed Name