Wed Mar 23 14:26:19 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 281281
Cashier sheri

Tender Type CHECK

Check Number: 071119

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 7.42

JOSEPH EDWIN HARJU 0:02-CV-2336/PAID BY MN CORRECTIONAL FACILITY

FINAL PAYMENT OF FILING FEE

SCANNED
MAR 2 3 2005
U.S. DISTRICT COURT MPLS

[accrecv] CFS 1 V8.2 -- Minnesota 23 MAR 2005 - 13:19
[I]NQUIRE Accounts Receivable Maintenance

PAYOR NUMBER : 372581016 NAME :
INVOICE NUMBER: 102336 ADDR1 :
ADDR2 :
CITY : ST: ZIP:
DIVISIONAL OFFICE: 0 IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL DESC:

OFFICE: FY: 02 FUND: 0869PL
BUDGET ORG: BUDGET OBJ CLASS:

DATE OF SERVICE: 01/16/02
LATEST RECEIPT NUMBER: 40028003901
LATEST RECEIPT DATE : 02/03/05

| | |
|---|---|
| TOTAL AMT OWED: | 60.00 |
| LATEST PAYMENT: | 12.00 |
| TOTAL AMT PAID: | 52.58 |
| BALANCE OWED : | 7.42 |

[N]EXT, [P]REVIOUS, [S]TOP
searched: 1449 selected: 2 current: 2

T R U S T  C H E C K  S T U B  S U P P L E M E N T A L  L I S T
AS OF 03/18/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 03/18/2005 Payee Name : CLERK, U S DISTRICT COURT
Check Number : 71119 Payee Address:
Check Amount : $7.42

| Amount | Number | Seq | Date | TRANSACTION Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $6.00 | 2712608 | 120 | 04-02-2005 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |
| $1.42 | 2732402 | 118 | 18-02-2005 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |