```
[rcptrec]                 CFS-1 V8.2 -- Minnesota              24 MAR 2005 - 10:59
[I]NQUIRE                    Receipt Maintenance
REGISTER NO      :400
RECEIPT NO       :281281
RECEIPT SUB NO :1         RECEIPT TYPE: AR  RECEIPT DATE:03/23/05
TENDER TYPE:2             RECEIPT AMT:           7.42

FUND       :0869PL  CASE NO:                      PAYMENT TYPE:
                    DEFENDANT:0
                    BANK CODE:        BANK ACCOUNT:

VOUCHER NO   :0        PAYOR NO:372581016
SUB VOUCHER :0         VENDOR INV:102336
FY:     BUDGET ORG:          BUDGET OBJ CLASS:      SUB OBJ CLASS:
        COST ORG   :         REVENUE SOURCE   :
REMARKS:JOSEPH EDWIN HARJU 0:01-CV-2336/PAID BY MN CORRECTIONAL FACILITY
REMARKS:FINAL PAYMENT OF FILING FEE
                           POSTED DATE:03/24/05   ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:      1 selected:      1 current:     1
```

01-CV-2336
DWF/RLE

SCANNED
MAR 25 2005
U.S. DISTRICT COURT MPLS

```
[accrecv],             CFS-1 V8.2 -- Minnesota          23 MAR 2005 - 13:19
[I]NQUIRE              Accounts Receivable Maintenance

PAYOR NUMBER  : 372581016        NAME   :
INVOICE NUMBER: 102336           ADDR1  :
                                 ADDR2  :
                                 CITY   :                ST:   ZIP:
DIVISIONAL OFFICE: 0           IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL   DESC:

OFFICE:     FY: 02   FUND: 0869PL
BUDGET ORG:             BUDGET OBJ CLASS:

DATE OF SERVICE: 01/16/02
LATEST RECEIPT NUMBER: 40028003901
LATEST RECEIPT DATE  : 02/03/05

TOTAL AMT OWED:            60.00
LATEST PAYMENT:            12.00
TOTAL AMT PAID:            52.58
BALANCE OWED  :             7.42
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1449 selected:      2 current:     2
```

03/18/2005 13:55
KKLINISKI

DEPARTMENT OF CORRECTIONS
MCF-WRML

OTRCSTUB

# T R U S T   C H E C K   S T U B   S U P P L E M E N T A L   L I S T

AS OF 03/18/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 03/18/2005 Payee Name : CLERK, U S DISTRICT COURT
Check Number : 71119 Payee Address:
Check Amount : $7.42

| ******** TRANSACTION ******** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $6.00 | 2712608 | 120 | 04-02-2005 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |
| $1.42 | 2732402 | 118 | 18-02-2005 | RCUNI-PAY DEDUCTION-FEDL-CV-02336 D | 0000205468 | HARJU, JOSEPH EDWIN |