AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joseph Edwin Harju

V.

Philip Morris Inc, being sued as Philip Morris Incorporated; R.J. Reynolds Tobacco, being sued as R.J. Reynolds Tobacco Company; Brown and Williamson Tobacco Corporation; B.A.T. Industries, P.L.C.; British-American Tobacco Company Limited; B.A.T. (U.K. and Exports) Limited; Lorillard Tobacco Co; and Liggett Group, Inc.,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2336 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 8, 2005 is **ADOPTED**. Defendants' First Motion for Summary Judgment Based on the Expiration of the Statute of Limitations and the Lack of Proof of Causation is **GRANTED**. Defendants' Second Motion for Summary Judgment is **DENIED AS MOOT**.

June 14, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk